# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

NORMAN BROWN, et al._____)
_____)
_____Plaintiffs,_____)
_____)
____v._____) Case No. 17-cv-4082
_____)
ANNE L. PRECYTHE, et al.,_____)
_____)
_____Defendants._____)

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

COME NOW Plaintiffs, pursuant to Fed. R. Civ. P. 23, and respectfully request that this Court certify a Plaintiff Class on the claims set forth in the Second Amended Complaint (ECF No. 65) for the reasons set forth in Plaintiffs' suggestions, filed contemporaneously herewith. Plaintiffs request that the Court certify a class of plaintiffs defined as:

> Individuals in the custody of the Missouri Department of Corrections who were sentenced to life without parole under a mandatory sentencing scheme and who were under 18 years of age at the time of the offense.

WHEREFORE, Plaintiffs respectfully request that this Court certify a Plaintiff Class of all individuals in the custody of the Missouri Department of Corrections who were sentenced to life without parole under a mandatory sentencing scheme and who were under 18 years of age at the time of the offense; appoint Norman Brown, Ralph McElroy, Sidney Roberts, and Theron Roland as class representatives; and appoint Amy E. Breihan, Matthew D. Knepper, Sarah L. Zimmerman, Denyse L. Jones, and Jordan T. Ault as class counsel.

Respectfully submitted,

RODERICK AND SOLANGE MACARTHUR JUSTICE CENTER

By: /s/ Amy E. Breihan
Amy E. Breihan, # 65499MO
3115 South Grand Blvd., Suite 300
St. Louis, MO 63118
Phone: (314) 254-8540
Fax: (314) 254-8547
amy.breihan@macarthurjustice.org

HUSCH BLACKWELL LLP

By: /s/ Denyse L. Jones
Matthew D. Knepper, # 61731MO
Sarah L. Zimmerman, # 69440MO
Denyse L. Jones, # 53611
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Phone: (314) 480-1500
Fax: (314) 480-1505
Matt.Knepper@huschblackwell.com
Sarah.Zimmerman@huschblackwell.com
Denyse.Jones@huschblackwell.com

Jordan T. Ault, #59599MO
235 East High Street
P.O. Box 1251
Jefferson City, MO 65102
Phone: (573) 635-9118
Fax: (573) 634-7854
Jordan.Ault@huschblackwell.com

Dated: March 30, 2018

2

Case 2:17-cv-04082-NKL   Document 103   Filed 03/30/18   Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of March, 2018, a true and correct copy of the foregoing was electronically filed using the Court's online case filing system, which will send notice to all counsel of record.

By: /s/ Amy E. Breihan
One of Plaintiffs' Attorneys