

**Missouri Department of Corrections**
**Board of Probation and Parole**
**BOARD ACTION SHEET**

Tape:     Number:

| Offender Name | | Doc Number | | |
|---|---|---|---|---|
| Hearing/Review Date | Salient Factor Score | Class | Making Good Faith Effort<br>☐ YES ☐ NO ☐ NO FAULT | Education<br>☒ E-1 |
| Minimum Eligibility | Minimum Mandatory Prison Term<br>Date: | | MoSOP Required<br>☒ YES ☐ NO | MoSOP Completed<br>☒ YES ☐ NO |
| Guideline Date | Guideline Range From -- To: -- | | SACA<br>☐ N/A ☐ 1 ☐ 2 ☐ 3 ☒ 4 ☐ 5 | |

The Board Herein Inscribes Its Findings and Commentary as a Matter of Permanent Record to be Executed as Directed by the Following Order and Decision.

**Hearing Panel Comments**

**Decision and Remarks/Initial Member:**

**Decision and Remarks/Analyst:**

**Decision and Remarks/Hearing Officer:**

**Decision and Remarks/Member 2:**

**Decision and Remarks/Member 3:**

**Decision and Remarks/Member 4:**

**Decision and Remarks/Member 5:**

**Decision and Remarks/Member 6:**

**Decision and Remarks/Member 7:**

**FINAL DECISION**

☐ Appealable    ☐ Non-Appealable

**TYPE OF REVIEW**
☐ Parole Consideration
☐ Extension
☐ Revocation    ☐ File Review
☐ Parole Violation
☐ Hearing Waiver File Review

**TYPE OF REFERRAL**
☐ Full    ☐ PV    ☐ Majority
☐ One Board Member    ☐ Analyst
☐ Final Decision At Hearing

**TYPE OF DECISION**
☐ Guideline    ☐ Below    ☐ Above
☐ Guidelines Non-Applicable

**PROGRAM ACHIEVEMENT**
☐ Rehabilitative Efforts Noted
☐ Educational    ☐ Vocational
☐ Industrial    ☐ Counseling
☐ Treatment    ☐ MoSOP
☐ Good/Improved Conduct
☐ Restorative Justice Efforts
☐ Mentor/Program Facilitator
☐ Work Release
☐ Other _____

**ACTION TAKEN**    ☐ NO CHANGE
**PAROLE CONSIDERATION**
☐ Parole    ☐ Deny/Re-hear
☐ Maximum
☐ Conditional Release
☐ Extension
☐ Rescinded

**MEDICAL**
☐ Grant    ☐ Deny
☐ Not Eligible

**PRESUMPTIVE RELEASE DATE**
☐ Advanced    ☐ Extended    ☐ Cancelled

**PAROLE VIOLATION:**
☐ Revoke    ☐ Continue    ☐ Delay Action

**REVOCATION HEARING/WAIVER**
☐ Revoked    ☐ Continued    ☐ Delay Action
Check box on back if Revoke

**ABSCOND TIME**
☐ Waived _____ Days
☐ Added _____ Days

**HEARINGS**
☐ Scheduled    ☐ Cancelled    ☐ Rescheduled

**APPEAL**
☐ Deny    ☐ Sustain    ☐ Sustain in Part

**GOOD TIME CREDIT**
☐ Grant    ☐ Deny

**CHANGES/ADDITIONAL INFORMATION**
☐ Change Special Conditions/Strategies
☐ Change In Sentence Structure
☐ New Sentence Added
☐ Refer For Psychiatric Evaluation
☐ Other _____
☐ DETAINER: _____

**SPECIAL CONDITIONS**    ☐ None
☐ Other _____

**EDUCATION**    ☐ Obtain HSE
**SUBSTANCE ABUSE**
☐ No Drinking    ☐ Program
☐ Ignit. Interlk    ☐ No Driving

**MENTAL HEALTH**
☐ Program    ☐ Take Meds as Prescribed

**SEX OFFENDER**
☐ Evaluation    ☐ Program

**NO CONTACT AND HOME RESTRICTIONS**
☐ Victim(s)    ☐ Victim's Family
☐ No Unsupervised Contact With Minor(s)
☐ No Residence With Minor(s)
☐ Others _____

**ANGER MANAGMENT**
☐ Domestic Violence    ☐ Anger Management
☐ Parenting Program

**MONEY MANAGEMENT**
☐ Pay Court Ordered Restitution
☐ No Checking Acct or Credit Device
☐ Pay Court Ordered Child Support
☐ Money Management    ☐ No Gambling

**PRE-RELEASE STRATEGIES**    ☐ None
☐ TREATMENT PLACEMENT
☐ OUT    ☐ Project Connect    ☐ BD MoSOP
☐ SAEP    ☐ INTP    ☐ TVP
☐ Refer Back To MoSOP _____
☐ Other _____

**RELEASE STRATEGIES**    ☐ None    ☐ ISP
☐ Residential Placement (CRC or RF)
☐ EMP    ☐ Int. State _____
☐ Other _____

MO931-0018(9-08)

AGO0000060

EXHIBIT 8



**Missouri Department of Corrections**
**Board of Probation and Parole**
**BOARD ACTION SHEET**

Tape:     Number:

| Offender Name | | Doc Number | | |
|---|---|---|---|---|
| Hearing/Review Date | Salient Factor Score | Class | Making Good Faith Effort ☐ YES ☐ NO ☐ NO FAULT | Education ☒ E-1 |
| Minimum Eligibility | Minimum Mandatory Prison Term Date: | | MoSOP Required ☒ YES ☐ NO | MoSOP Completed ☒ YES ☐ NO |
| Guideline Date | Guideline Range From -- To: -- | | SACA ☐ N/A ☐ 1 ☐ 2 ☐ 3 ☒ 4 ☐ 5 | |

The Board Herein Inscribes Its Findings and Commentary as a Matter of Permanent Record to be Executed as Directed by the Following Order and Decision.

**Hearing Panel Comments**

**Decision and Remarks/Initial Member:**

**Decision and Remarks/Analyst:**

**Decision and Remarks/Hearing Officer:**

**Decision and Remarks/Member 2:**

**Decision and Remarks/Member 3:**

**Decision and Remarks/Member 4:**

**Decision and Remarks/Member 5:**

**Decision and Remarks/Member 6:**

**Decision and Remarks/Member 7:**

**FINAL DECISION**

☐ Appealable    ☐ Non-Appealable

**TYPE OF REVIEW**
☐ Parole Consideration
☐ Extension
☐ Revocation    ☐ File Review
☐ Parole Violation
☐ Hearing Waiver File Review

**TYPE OF REFERRAL**
☐ Full    ☐ PV    ☐ Majority
☐ One Board Member    ☐ Analyst
☐ Final Decision At Hearing

**TYPE OF DECISION**
☐ Guideline    ☐ Below    ☐ Above
☐ Guidelines Non-Applicable

**PROGRAM ACHIEVEMENT**
☐ Rehabilitative Efforts Noted
☐ Educational    ☐ Vocational
☐ Industrial    ☐ Counseling
☐ Treatment    ☐ MoSOP
☐ Good/Improved Conduct
☐ Restorative Justice Efforts
☐ Mentor/Program Facilitator
☐ Work Release
☐ Other _____

MO931-0018 (9-08)

**ACTION TAKEN**    ☐ NO CHANGE

**PAROLE CONSIDERATION**
☐ Parole    ☐ Deny/Re-hear
☐ Maximum
☐ Conditional Release
☐ Extension
☐ Rescinded

**MEDICAL**
☐ Grant    ☐ Deny
☐ Not Eligible

**PRESUMPTIVE RELEASE DATE**
☐ Advanced    ☐ Extended    ☐ Cancelled

**PAROLE VIOLATION:**
☐ Revoke    ☐ Continue    ☐ Delay Action

**REVOCATION HEARING/WAIVER**
☐ Revoked    ☐ Continued    ☐ Delay Action
Check box on back if Revoke

**ABSCOND TIME**
☐ Waived _____ Days
☐ Added _____ Days

**HEARINGS**
☐ Scheduled    ☐ Cancelled    ☐ Rescheduled

**APPEAL**
☐ Deny    ☐ Sustain    ☐ Sustain in Part

**GOOD TIME CREDIT**
☐ Grant    ☐ Deny

**CHANGES/ADDITIONAL INFORMATION**
☐ Change Special Conditions/Strategies
☐ Change In Sentence Structure
☐ New Sentence Added
☐ Refer For Psychiatric Evaluation
☐ Other _____
☐ DETAINER: _____

**SPECIAL CONDITIONS**    ☐ None
☐ Other _____

**EDUCATION**    ☐ Obtain HSE
**SUBSTANCE ABUSE**
☐ No Drinking    ☐ Program
☐ Ignit. Interlk    ☐ No Driving

**MENTAL HEALTH**
☐ Program    ☐ Take Meds as Prescribed

**SEX OFFENDER**
☐ Evaluation    ☐ Program

**NO CONTACT AND HOME RESTRICTIONS**
☐ Victim(s)    ☐ Victim's Family
☐ No Unsupervised Contact With Minor(s)
☐ No Residence With Minor(s)
☐ Others _____

**ANGER MANAGEMENT**
☐ Domestic Violence    ☐ Anger Management
☐ Parenting Program

**MONEY MANAGEMENT**
☐ Pay Court Ordered Restitution
☐ No Checking Acct or Credit Device
☐ Pay Court Ordered Child Support
☐ Money Management    ☐ No Gambling

**PRE-RELEASE STRATEGIES**    ☐ None
☐ TREATMENT PLACEMENT
☐ OUT    ☐ Project Connect    ☐ BD MoSOP
☐ SAEP    ☐ INTP    ☐ TVP
☐ Refer Back To MoSOP _____
☐ Other _____

**RELEASE STRATEGIES**    ☐ None    ☐ ISP
☐ Residential Placement (CRC or RF)
☐ EMP    ☐ Int.State _____
☐ Other _____

AGO0000060

EXHIBIT 8

| OPPOSING: | ☐ Present for Hearing | ☐ Made statement. Left prior to hearing. |
|---|---|---|

REPRESENTING:

**Reasons for decision above guidelines, for extension of the presumptive release date and for offenders for which a presumptive release date has not been set.**

1. Release at this time would depreciate the seriousness of the present offense based on:

    ☐ A. Circumstances surrounding the present offense.
    ☐ B. Relatively high degree of sophistication shown in crime.
    ☐ C. Use of a Weapon.
    ☐ D. Use of excessive force or violence.
    ☐ E. Community opposition.
    ☐ F. Multiple consecutive sentences.
    ☐ G. Others _____

2. There does not appear to be a reasonable probability at this time that the offender would live and remain at liberty without again violating the law based on:

    ☐ A. History of prior criminal involvement.
    ☐ B. Poor field supervision history.
    ☐ C. Abuse of drugs or alcohol.
    ☐ D. Need for institutional substance abuse treatment.
    ☐ E. Refusal or Failure to complete Court ordered institutional program.
    ☐ F. Refusal or Failure to complete Board Stipulated institutional program.
    ☐ G. Dangerous or persistent offender.
    ☐ H. Short interval between offenses.
    ☐ I. Poor institutional adjustment.
    ☐ J. Need for MoSOP Program Completion.
    ☐ K. Lack of good faith effort towards HSE.
    ☐ L. Others _____

3. **The scheduling of hearing or file review is beyond guideline dates because:**

    ☐ A. Jail or Probation time credit.
    ☐ B. Offender unavailable for hearing.
    ☐ C. Offender requested continuance.

**Evidence relied on to revoke parole/conditional release supervision:**

   ☐ A. Offender's admission of violation of conditions of supervision.
   ☐ B. Violation/Hearing Officer's report.
   ☐ C. Witness testimony at final revocation hearing.
   ☐ D. Other _____

CONDITIONS VIOLATED:

REPORTS DATE:

NAME OF WITNESSES:

SPECIFICS OF WITNESS TESTIMONY:

MO931-0018(9-08)  AGO0000061

In a parole review hearing under this section, the board shall consider, in addition to the factors listed in section 565.033:

(1) Efforts made toward rehabilitation since the offense or offenses occurred, including participation in educational, vocational, or other programs during incarceration, when available_____

_____

_____

(2) The subsequent growth and increased maturity of the person since the offense or offenses occurred_____

_____

_____

(3) Evidence that the person has accepted accountability for the offense or offenses, except in cases where the person has maintained his or her innocence
_____

_____

(4) The person's institutional record during incarceration _____

_____

_____

_____

(5) Whether the person remains the same risk to society as he or she did at the time of the initial sentencing_____

_____

_____

EXHIBIT 9

AGO0000028

Case 2:17-cv-04082-NKL   Document 134-2   Filed 06/12/18   Page 4 of 4