

```
          **CONFIDENTIAL**



     (Pursuant to Protective Order
     entered on September 7, 2017)
```

CONFIDENTIAL

PLTFS0000003

IN THE WESTERN DISTRICT OF MISSOURI

Norman Brown, et al.,              )
                    Plaintiffs,)
              vs.            )    2:17-cv-04082-NKL
                             )
Anne L. Precythe, et al.,    )
                    Defendants. )


Transcript of Audio-Recorded Parole Board Hearing


ELIZABETH M. GRAVITZ, CCR#881

Case 2:17-cv-04082-NKL   Document 134-15   Filed 06/12/18   Page 2 of 63

CONFIDENTIAL                                         PLTFS0000004

```
1                        APPEARANCES

2    Participants designated as Highly Confidential per

3    protective order dated September 7, 2017.  See Attached Key

4    Sheet.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Case 2:17-cv-04082-NKL   Document 134-15   Filed 06/12/18   Page 3 of 63

CONFIDENTIAL                                                    PLTFS0000005

```
 1                         o0o

 2              UNIDENTIFIED SPEAKER:  On record.

 3              PANEL MEMBER ONE:  Okay.  Beginning of the

 4     parole hearing for Inmate [Inmate], No. 1901425 [sic].

 5              Good morning.  I just want to --

 6              VICTIM:  Hi.

 7              PANEL MEMBER ONE:  -- introduce ourselves,

 8     the panel, today.  Mr. [Panel Member Two].  Mr. [Panel

 9     Member Three].

10              PANEL MEMBER TWO:  Good morning.

11              VICTIM:  Good morning.

12              PANEL MEMBER ONE:  Mr. [Panel Member One].

13              VICTIM:  Um-hum.

14              PANEL MEMBER ONE:  You would like to speak?

15              VICTIM:  Yes.

16              PANEL MEMBER ONE:  And do you want to speak

17     with the offender present or --

18              VICTIM:  Yes.

19              PANEL MEMBER ONE:  Okay.  You want to speak

20     with him present.

21              VICTIM:  You're okay with that?

22              PROSECUTING ATTORNEY:  I'm okay.

23              VICTIM:  Okay.

24              PROSECUTING ATTORNEY:  It's up to you, dear.

25              VICTIM:  I'm okay.
```

CONFIDENTIAL                                    PLTFS0000006

1          PANEL MEMBER ONE:  And you're speaking --

2     are you here --

3          PROSECUTING ATTORNEY:  I'm here for the

4     prosecutor's office.  I filed a formal memorandum.  I

5     might have some remarks if allowed.  However you want

6     to proceed is fine with me.

7          PANEL MEMBER ONE:  Okay.  And you want to

8     speak with the offender?

9          PROSECUTING ATTORNEY:  That's -- if that's

10    fine if that works.

11         PANEL MEMBER ONE:  Sure.  Sure.  That's what

12    we'll do.

13         So, yeah, as we bring him in then, of

14    course, he has a delegate outside.  You know, they're

15    limited to comments of support, but, you know, when

16    we -- when we begin your portion, we'll have you state

17    your name, introduce your support person, and then

18    we'll take your statement.

19         And if you have comments you'd like to close

20    with, we'll take those, and then that will conclude

21    the victim portion of this.  Then we'll interview

22    the -- Mr. [Inmate] in regard to information in

23    today's hearing.

24         VICTIM:  Um-hum.

25         PANEL MEMBER ONE:  If at any time, you know,

CONFIDENTIAL                                                    PLTFS0000007

1    during his conversation -- we don't know what he's

2    going to say or what, you know, his comments will be.

3    If you want to leave or it becomes upsetting or

4    anything --

5              VICTIM:  No.  I'm okay.  I'm fine.

6              PANEL MEMBER ONE:  -- we'll stop the

7    hearing, let you leave, and then we'll continue on.

8              VICTIM:  I think I'll be fine.

9              PANEL MEMBER ONE:  Okay.  Okay.  Any

10   questions before --

11             VICTIM:  The only thing is I do have a

12   chronic cough due to what happened over the -- you

13   know, at the murder.  If I start coughing or I need to

14   take a little bit of a break, I would appreciate if

15   you could bear with me.

16             PANEL MEMBER ONE:  Okay.  Sure.

17             VICTIM:  Okay.

18             PANEL MEMBER ONE:  Sure, sure, sure.

19   Anything else, Mr. --

20             PANEL MEMBER TWO:  I don't believe so.  Just

21   so that you understand, this is two segments of this

22   hearing.  Be a victim's portion.  Once we're done with

23   the victim's portion, the parole hearing will be

24   conducted.  This is not a debate or cross.

25             VICTIM:  No.

CONFIDENTIAL                                                    PLTFS0000008

1    PANEL MEMBER TWO:  Once we start with that,
2    the victim portion's done.
3    VICTIM:  Yes.  I understand.
4    PANEL MEMBER TWO:  Okay.  Okay.  Good to
5    know.
6    PANEL MEMBER ONE:  And we will ask of him
7    as -- you know, there's no looking back and forth.
8    That you address the panel.
9    VICTIM:  Just look at you.
10   PANEL MEMBER ONE:  Yes.
11   VICTIM:  Um-hum.
12   PANEL MEMBER ONE:  We'll ask that of him
13   also, so...
14   Okay.  We're ready to bring Mr. [Inmate] in.
15   PANEL MEMBER TWO:  Yes, sir.  Thank you.
16   PANEL MEMBER ONE:  Good morning.
17   DELEGATE:  How are you?
18   UNIDENTIFIED SPEAKER:  Have a seat in that
19   chair over there.
20   PANEL MEMBER ONE:  Okay.  Good morning.
21   Could you state your name and number for your parole
22   hearing?
23   DEFENDANT:  [Inmate], 191425.
24   PANEL MEMBER ONE:  Okay.  Mr. [Inmate], this
25   is your parole hearing today.  I see you have a guest

CONFIDENTIAL                                                     PLTFS0000009

1   delegate with you. Would you introduce her to the

2   panel, please?

3             VICTIM: My delegate is Mrs. [Delegate].

4             PANEL MEMBER ONE: Mrs. [Delegate], have you

5   ever been to a parole hearing before?

6             Okay. Just -- just as a reminder, what

7   we'll do is we have a victim's portion, and we will

8   begin that first and then conclude that and go on to

9   our interview with Mr. [Inmate].

10            At the end of that -- you won't participate

11   in that interview, but at the end, if you have

12   comments of support, we'll be glad to hear your

13   comments. If you're there by side for moral support,

14   that's fine, too.

15            Okay. Mr. [Inmate], your hearing panel

16   today. Mr. [Panel Member Three]. Mr. [Panel Member

17   Two].

18             PANEL MEMBER TWO: Good morning.

19             PANEL MEMBER ONE: I'm Mr. [Panel Member

20   One].

21            And as -- yeah, as we begin with the victim

22   portion of this, during our interview with taking the

23   information from the victim and then after we move on

24   to you, if you would face, face us. No looking back

25   and forth or anything. Up and down the line, please.

CONFIDENTIAL                 PLTFS0000010

1        DELEGATE:  Would you like us to turn our

2   chairs so we're not (inaudible)?

3        PANEL MEMBER ONE:  Yeah.  A little bit,

4   little bit more because you're kind of angled in.  If

5   you could just straight line it, it would be better.

6   Thank you.

7        PANEL MEMBER TWO:  Thank you so much.

8        PANEL MEMBER ONE:  Okay.  If we could, we

9   are recording the proceedings.  If we could have you

10  introduce yourself and your guest --

11       VICTIM:  Okay.

12       PANEL MEMBER ONE:  -- and then proceed.

13       VICTIM:  Okay.  I'm [Victim].  This is my

14  significant other [Victim Support].  And he's my

15  support (inaudible).

16       PANEL MEMBER ONE:  Okay.  What would you

17  like to share with the panel today?

18       VICTIM:  I have a whole statement I'd like

19  to read.

20       PANEL MEMBER ONE:  Okay.

21       VICTIM:  Respected members of the parole

22  board, allow me to introduce myself.  My name is

23  [Victim], a victim of a crime that was committed

24  against my husband, [Murder Victim], and myself on

25  that fateful night of July 27, 1991.

CONFIDENTIAL                                                    PLTFS0000011

1       I am here to represent my departed husband

2   [Murder Victim], my children Neil and Mindy, family

3   and friends.

4       On July 27, 1991, my life as I knew it came

5   to an abrupt end, and my world came crashing down.  I

6   never imagined that after three trials -- two for

7   Mr. [Co-Defendant] due to a hung jury by only one

8   jurors and one for Mr. [Inmate] -- an execution of

9   [Co-Defendant] that took place 23 years after the

10  crime, to my husband (inaudible) husband's murder with

11  my own eyes, having been wounded myself, and having

12  miraculously escaped death that fateful night would I

13  again be forced to relive that horrific experience.

14      The state court jury, 12 of Mr. [Inmate]'s

15  peers, convicted Mr. [Inmate] of first degree murder,

16  first degree assault, two counts of first degree

17  robbery, and two counts of armed criminal action.

18      Mr. [Inmate] was sentenced by the St. Louis

19  County Circuit Court in 1993 to consecutive terms of

20  life imprisonment without parole for the murder

21  conviction, life in prison for the assault conviction,

22  30 years in prison for each of the armed criminal

23  action convictions.  His convictions and sentences

24  were confirmed on appeal.  Yet here we are today

25  arguing for and against granting of the parole to Mr.

CONFIDENTIAL

PLTFS0000012

1  [Inmate].

2          Yes, I have familiarized myself with the

3  Supreme Court cases of Miller v. Alabama, Montgomery

4  v. Louisiana, and Missouri State Bill No. 590.  I am

5  also a great believer in the rule of law; however,

6  each case must bring certain elements in

7  considerations.

8          Several court judgments have used the

9  following terms to describe juvenile state of mind,

10  and I quote, "Children have a lack of maturity and

11  underdeveloped sense of responsibility leading to

12  recklessness, being impulsive, and heedless risk

13  taking."  Roper 543 US at 569.

14          Again, I quote, "Adolescents have difficulty

15  in weighing long-term consequences corresponding

16  impulsiveness."  Graham 560 US at 78.

17          Distinguished members of the board, I would

18  ask you make an effort and go back in time, do an

19  honest self-reckoning and examine yourself at the age

20  of 15 to 16.

21          Can one equate stealing a hubcap, taking

22  your dad's car for a spin without a license, smoking

23  marijuana behind the tool shed in your families'

24  backyard, or stealing a beer bottle from the local

25  grocery with participation in the planning of an armed

CONFIDENTIAL                                                            PLTFS0000013

1 robbery and murder?

2 　　　　　Wouldn't each and every one of you been able

3 to assess the level of severity of each of the above

4 actions?  And would not each of you been able to

5 understand the difference in the consequences?

6 　　　　　It is extremely important that you look at

7 our facts very straight in this matter.  Only six

8 months ago, on November 17, 2016, an organization

9 named AMICI, which claims to be advocates and

10 researchers who have a wealth of experience and

11 expertise in providing for the cure, treatment, and

12 rehabilitation of youth in the child welfare system,

13 justice system, petitioned on behalf of Mr. [Inmate]

14 for, in other words, a request for a lower court to

15 deliver its record in a case so that a higher court,

16 usual the Supreme Court, may review -- may review it

17 at its discretion.

18 　　　　　It appears that this organization has little

19 or no respect for this proceedings or this board.  I

20 quote, "This review is conducted solely by the parole

21 board and provides no opportunity for a court to

22 determine an appropriate sentence," end of quote.

23 　　　　　Really?  Really?  Are we to conclude that

24 the presiding judge during the trial, 12 jurors, and

25 the Court of Appeals were all idiots who had no idea

Case 2:17-cv-04082-NKL   Document 134-15   Filed 06/12/18   Page 12 of 63

CONFIDENTIAL PLTFS0000014

1    what they were doing when they sentenced Mr. [Inmate]?

2          Allow me to quote an additional

3    disinformation and an outright lie in the AMICI

4    petition, which I will immediately prove as such.

5          I quote, "Because of the lack of both

6    premeditation and personal participation in the

7    killing, [Inmate] did not kill or intend to kill.  He

8    was unarmed and was clearly used by his adult

9    codefendant, [Co-Defendant] as a decoy as

10   [Co-Defendant] carried out the robbery and murder that

11   he personally planned," end of quote.

12         Here are the true facts.  The existence of a

13   second gun in the hands of Mr. [Inmate] was never

14   determined in a conclusive or definitive manner during

15   the trial; however, following the bullets that entered

16   and exited my left arm and my chest, even though I was

17   in a state of shock, I distinctly remember being

18   physically abused towards me and threatening my life.

19         I want to read that again.  I distinctly

20   remember Mr. [Inmate] being physically abusive towards

21   me and threatening my life both verbally and with

22   armed -- armed gestures while forcing me to remove my

23   rings and tearing a necklace off of my neck.

24         Mr. [Inmate]'s words, "I'm going to kill

25   you," are etched in my brain.  As to planning and

CONFIDENTIAL                                        PLTFS0000015

1   intent to kill, [Inmate] accompanied and assisted

2   [Co-Defendant] in casing out our jewelry offices ten

3   days before the murder.

4           [Co-Defendant], whose real name we did not

5   know, presented him as his younger brother.  We had

6   sold [Co-Defendant] several small diamonds for a piece

7   of jewelry he was wearing when he showed up at our

8   office approximately three years before prior to the

9   murder.

10          Having recognized [Co-Defendant] as a former

11  customer, our guard was down, and I proceeded to show

12  [Co-Defendant] several diamonds for so-called -- for a

13  so-called girlfriend.  After a short time,

14  [Co-Defendant] said he could not make a decision at

15  that moment and would call before coming in another

16  day.  [Co-Defendant] and [Inmate] got up and left.

17          What we did not know when he appeared at our

18  office with [Inmate] was that [Co-Defendant] had spent

19  the previous three years in prison for armed robbery.

20  Since he had been identified by the woman he robbed

21  and was sent to prison, he obviously had decided in

22  our case not to leave any witnesses behind.

23          Mr. [Inmate] had ten days between his first

24  visit to our office with [Co-Defendant] and the

25  fateful Saturday night on which they returned with the

CONFIDENTIAL   PLTFS0000016

1    intention of committing the crime to come to his

2    senses and realize the seriousness of the crime he was

3    about to commit and its consequences.

4            There is no doubt that Mr. [Inmate] as a

5    result of his participation -- participating in the

6    planning and preparatory phase of the crime, not only

7    foresaw likelihood that death would result, he acted

8    with the knowledge and forthright that death is more

9    than a merely probable result and, therefore, had

10   intent to kill.  Knives and ropes were found in the

11   getaway car used in the attempted escape.

12           It appears at this point we are to also

13   dispel any notion that anyone might still have of

14   Mr. [Inmate] being a childlike first offender, first

15   time offender.  It can easily be verified and

16   ascertained that [Inmate] had a long adolescent

17   history of crime before committing the ultimate crime.

18           I distinctly remember that when his mother

19   was contacted by the police or juvenile authorities

20   and asked to come down to the incarceration facility,

21   she refused at first being well acquainted and sick

22   and tired of her son's involvement with the law.  Only

23   after the severity of the charges were explained to

24   her did she accede -- accede and arrive at the

25   facility.

CONFIDENTIAL                                                  PLTFS0000017

1         There always seems to be much discussion and

2 research with regard to the term cruel and unusual

3 punishment when considering life imprisonment for a

4 juvenile.  My main issue with this is that the victims

5 are always the forgotten ones.

6         [Murder Victim], my husband, was shot in the

7 main artery in his chest and suffered endless pain and

8 terror before he breathed his last breath in the

9 helicopter that flew him to a hospital.  I myself

10 managed to survive; however, I felt pain and terror as

11 I lay on the floor playing dead while the murderers

12 ransacked the office.

13         I have been suffering from my wounds, both

14 mental and physical, for nearly 26 years and will most

15 likely suffer forever.  I have a debilitating chronic

16 cough which began shortly after the shooting and have

17 received several medical opinions that this is due to

18 my vagus nerve being affected by one of the bullets

19 that entered and exited my chest.

20         Did I not get a life sentence with this

21 suffering?  I will never forget that horrible night as

22 long as I live.  I have to live with that memory every

23 day of my life.  The loss of my husband to such a

24 heinous, premeditated crime is unforgivable.

25 Unfortunately, this is never discussed, nor is there a

CONFIDENTIAL                                                                 PLTFS0000018

1    parole board that can come to my rescue.

2         I believe that a matter of great concern to

3    society as a whole is whether the juvenile perpetrator

4    during his incarceration learned some skill, trade, or

5    craft by which he can support himself in the event he

6    is released and become a constructive member of

7    society.

8         We all know the odds are very high for a

9    revolving door situation in which [Inmate] will find

10   himself back in prison.  In any case, not having an

11   occupation by which he can support himself is a

12   hundred percent guarantee of this happening.

13        Mr. [Inmate] has been incarcerated since he

14   was about 16 years old.  Twenty six years with no rent

15   to pay, no bills to pay, free meals, medical and

16   dental care free.  In other words, freedom from all

17   responsibilities and adult -- an adult out of prison

18   is burdened with.

19        We also should be very concerned if

20   Mr. [Inmate] managed to enhance those negative skills

21   which he did have when he entered prison during the

22   many years he has spent there surrounded by other

23   similarly talented inmates.

24        The Supreme Court ruling which allows

25   Mr. [Inmate] to have his case reviewed once again

CONFIDENTIAL

PLTFS0000019

1  because of his age at the time the crime was committed

2  is being watched by juvenile gang members.  The

3  possibility of parole after such a heinous crime sends

4  a message to potential murderers that you don't have

5  to pay the full price for a murder.  You're a

6  juvenile.

7         [Inmate]'s prison record is not unblemished.

8  Parole only offers more opportunity to commit more

9  felonies.  The public in general and my family and I

10  in particular deserve better.  I sincerely hope the

11  board will give these issues serious consideration.

12  My family and myself are very concerned with my safety

13  if Mr. [Inmate] is granted parole.

14         A jury of 12 citizens spent endless hours

15  deliberating his fate.  Mr. [Inmate] was sentenced to

16  life plus 90 years with no possibility of parole

17  because of his active participation in the crime.

18         In conclusion, I would like to say that my

19  beloved husband, [Murder Victim], was 51 years old

20  when his life was cut short by [Co-Defendant] and

21  [Inmate].  My husband never got to see our daughter

22  Mindy get married, nor did he get to see three

23  grandchildren who are today ages 15, 17, and 20 and

24  were all born during the years following his murder.

25         He was not there to give my two children,

CONFIDENTIAL PLTFS0000020

1 Neil and Mindy, advice or support during the early

2 years of their adulthood or later during times in

3 their lives when they needed his advice and support.

4        My final words to our judicial system as a

5 whole are please, please, think and worry more often

6 about the victims and less about the murderers.

7        Thank you.

8        PANEL MEMBER ONE:  Thank you for coming and

9 sharing your information with us today, ma'am.

10       Sir, did you have any?

11       PROSECUTING ATTORNEY:  Yes.  Briefly.  My

12 name is [Prosecuting Attorney].  I'm an assistant

13 prosecuting attorney in St. Louis County.  I was the

14 trial attorney during both the [Co-Defendant] trial

15 and the [Inmate] trial.

16       What I would like to say -- and I know I've

17 provided a memorandum that kind of details some of the

18 facts, but I want to make it clear that but for this

19 little lady being so brave and so quick thinking by

20 playing dead, we probably wouldn't even be here.

21       Because had she not managed to struggle to a

22 phone, the only phone in the building -- that's why I

23 included a crime scene diagram.  The only phone in the

24 building that the defendant and his codefendant had

25 not taken.  It was their intention that this be a

CONFIDENTIAL

PLTFS0000021

1    double homicide that these two individuals be left to

2    die in their jewelry store with no way to call out for

3    help, with no way to get out without keys.

4            This was a robbery -- in all the years I've

5    been doing this -- and I hate to admit it, but it's

6    more than three decades -- I don't know that I've ever

7    seen a more deliberate, planned double homicide.

8            They came to the store on three occasions

9    before they committed this crime.  They met with the

10   [Victims].  They talked for more than an hour with the

11   [Victims].  And not just [Co-Defendant], but

12   [Co-Defendant] and [Inmate] both talked to her.

13   Engaged them in conversation, a ruse that they were

14   there to buy a ring, when they were, indeed, just

15   casing the place.

16           On the day of the homicide, they came back

17   early in the day, but there were customers there,

18   witnesses.  They stayed for a few moments, and then

19   they said, We'll try to come back.

20           They came back to -- and I included

21   photographs there -- to a store that was down in the

22   basement, to a store that was below a bank, and that

23   when the bank and the headhunters next door were

24   closed, there was no one around.

25           They came in.  They looked at stones.  They

CONFIDENTIAL                                     PLTFS0000022

1 asked her for more stones. They got her to bring out

2 all sorts of jewelry. And at that point what they did

3 is they said, Well, we want to talk for a minute.

4 They left the room.

5        Mr. and Mrs. [Victims] were talking. All of

6 a sudden, they came back. Without saying one word,

7 [Co-Defendant] opened fire, shot Mrs. [Victim] twice,

8 shot Mr. [Victim] three times.

9        [Victim] will tell you that she never heard

10 [Co-Defendant]'s voice. Never heard him say a thing.

11 Just shoot. Heard her husband plead, No more, no

12 more, take what you want.

13        What she did hear is she heard this man over

14 here threaten her life on three separate occasions,

15 demanding she take her jewelry off, taking her rings

16 off. She was struggling because she was injured. She

17 got her rings off. That wasn't fast enough. He

18 continued to threaten to kill her.

19        This was an active participation. He'd been

20 there three times previously. She knew his face. He

21 knew that she could identify. [Co-Defendant] knew she

22 could identify.

23        The smart little lady was very courageous.

24 She played dead. When she played dead, he came and he

25 searched her pockets. This man. Not [Co-Defendant].

CONFIDENTIAL

PLTFS0000023

1  This man searched her pockets.  This was an active

2  participant in a premeditated murder.

3          But for her calling out and the fact that

4  [Co-Defendant] drove a little bit fast, this -- we

5  wouldn't be here.  This homicide never would have been

6  solved.  Two dead people would have been located

7  probably by their daughter when she came in the next

8  day.  This was extremely premeditated.

9          But we're here to talk about what he was

10  like at the time.  When he was arrested, he initially

11  wouldn't make a statement.  And when his mother came

12  in, he decided to make a statement.  But what he

13  didn't know was that she survived.  She lived.

14          And so the police said, Tell us what

15  happened.  And he admitted being there.  He admitted

16  that he knew [Co-Defendant].  He admitted that

17  [Co-Defendant] and he had talked about this plan to

18  kill the [Victims].  He even talked about he'd shoot

19  one and [Co-Defendant] would shoot the other.

20          He told the police all of this stuff, but he

21  said when the time came, I said, I can't do it, and I

22  went outside.  And I heard seven shots.  And then he

23  proceeded in his statement to say how horrible

24  [Co-Defendant] was and how [Co-Defendant] did all

25  this.  But low and behold, this little lady lived.

CONFIDENTIAL                                    PLTFS0000024

1    So when he comes to trial, what does he do?

2  Does he admit it?  No.  He said, I was there, and I

3  was shocked at the whole thing.  He said, I didn't

4  even speak to Mrs. [Victim].  [Co-Defendant] told me

5  to get her jewelry, and I did that, but I didn't do

6  anything.

7    But in reality, and why the crime scene

8  diagram was important, is when he's pulled over by the

9  police and they search his pockets -- his person, not

10 the car.  There was jewelry and diamonds throughout

11 the car.  But they search his person, and they find a

12 couple things that are very interesting.

13    They find a bracelet, a custom bracelet,

14 that was for Mindy [Victim], Mrs. [Victim]'s daughter.

15 That bracelet had been in a different room than where

16 Mrs. [Victim] was when he searched her pockets.  That

17 was in the vault being repaired.

18    He went from her into that room took

19 jewelry, took Mindy's jewelry, put it in his pocket.

20 He went into the front.  He took a ring that belonged

21 to a customer.  He was an active participant in this.

22    And when he came to trial and he denied that

23 he done some of these things, the jury listened to

24 that.  And it seemed like endless hours, but it was

25 two hours.  And these jurors came back knowing full

CONFIDENTIAL

1   well after they heard from him that he was under 16

2   when he committed this crime, and they saw the plan.

3   They didn't know about his juvenile record, but they

4   saw the planning and participation, and they came back

5   with their verdicts, which were pretty steep.

6          They didn't give him the minimums on the

7   assault.  They didn't give him the minimums on the

8   robbery, the ACA.  They gave him the maximums on each

9   one.  Now, that says something about 12 citizens who

10  came in and just listened to Ms. [Victim] and listened

11  to him.  They thought he was dangerous.  The judge

12  thought he was dangerous and ran them all consecutive.

13         I've looked at his institutional record.

14  He's learned to behave in the last couple years when

15  parole became a possibility.  I'm worried that what

16  he's doing is he's conning the system again like he

17  thought he was conning the police when he told him

18  that he was out in the parking lot when this murder

19  took place.

20         I hope that's not true because I know that

21  under our law, parole's inevitable someday.  It is.

22  But I would encourage the board to consider the

23  premeditation, the seriousness of the offense.  The

24  fact that but for this little lady's courage here, we

25  probably wouldn't be here.  He would have gotten away

CONFIDENTIAL                                      PLTFS0000026

1    with it.

2            Thank you.

3            PANEL MEMBER ONE:  Okay.  Thank you for

4    being here today and sharing that information.  That

5    will conclude then the victim portion of this hearing.

6    We would move on to inmate Mr. [Inmate].

7            You are -- of course, as we are here today,

8    you are eligible now for parole hearing.  This being

9    your first.  It's noted you are serving a -- had been

10   assigned a life without parole, a life plus 90 years

11   for murder first degree, armed criminal action,

12   robbery first degree, assault first degree, armed

13   criminal action, and robbery first degree, correct?

14           DEFENDANT:  Correct.

15           PANEL MEMBER ONE:  And you had a jury trial

16   and was found guilty.  In your mind today are you

17   guilty?

18           DEFENDANT:  I accept full responsibility for

19   what I did to Mrs. [Victim], to their family.  The

20   41-year-old man that's before you today is not the

21   same as the 15-year-old kid that was in the shop that

22   day.

23           PANEL MEMBER ONE:  Okay.  Well, let's start,

24   kind of go through the series of events, your version,

25   your participation.  What, you are 15 years old at the

CONFIDENTIAL                                      PLTFS0000027

1    time?

2              DEFENDANT:  Yes.

3              PANEL MEMBER ONE:  Okay.  And your

4    co-defendant?

5              DEFENDANT:  Was 33.

6              PANEL MEMBER ONE:  33.  A Mr.

7    [Co-Defendant]?

8              DEFENDANT:  Yes.

9              PANEL MEMBER ONE:  So what -- what led up to

10   this?

11             DEFENDANT:  Mr. [Co-Defendant] was a guy

12   that I met in the neighborhood who I grew to love, and

13   he took care of me.  I never had any parents.  He took

14   care of me, and I grew to love him.

15             And he approached me, and he assured me --

16   about a robbery.  He assured me that it was only -- it

17   would be easy.  It's only one person.  It's one old

18   lady.  She was supposed to go in the closet.  He was

19   supposed to lock the old lady in the closet.  And I

20   agreed to help him in the robbery.

21             And the events that led up to Mr. [Victim]

22   dying, we were at the jewelry shop for the second

23   time, and one of the [Victims] suggested that we go to

24   the back, and so when went to the back -- we had been

25   there for hours, and Mrs. [Victim] was the only one in

CONFIDENTIAL                                                              PLTFS0000028

1    there with us.

2           Mr. [Victim] came in hours later, maybe

3    like, ten o'clock, eleven o'clock, something like

4    that.  Hours later.  And at that point, I was sort of

5    relieved because I knew it was two people in there, it

6    was probably not going to happen.

7           One of the [Victims] offered us to go have a

8    soda in the back and think about the purchase because

9    he seemed hesitant about the purchase.  We went to the

10   back.  We had a soda.  That's when I realized, learned

11   that my co-defendant had a gun.

12          And we went to the back.  The first thing I

13   said to him was, It's over now.  We can't do it now.

14   We'll have to come back another time because there's

15   two of them.

16          And he pulled out a gun, and that's when he

17   goes, It's going down.  And I panicked.  I panicked.

18   I went into the -- I said, Please, let me use the

19   restroom real fast.  (Inaudible) I need to use the

20   restroom.  He said, Okay.  Hurry up.

21          While I was in the restroom, I heard the

22   shots.  Standing at that urinal, all sorts of stuff

23   went through my mind.  I heard so many shots I

24   thought -- at first I thought it was a struggle

25   because there was two of them.  So many shots I

CONFIDENTIAL                                                    PLTFS0000029

1  thought it was a struggle.  And then I started

2  thinking, well, if I don't come out of this restroom,

3  he'll come in there and he'll shoot me.

4         As I went back up the hall, coming up on the

5  door where we were at, I saw Mr. [Victim] against the

6  desk.  In the room, against the desk sitting like I'm

7  sitting in this chair, but he was sitting on the floor

8  and was covered in blood.

9         And at that time, I saw my codefendant,

10  Mr. [Co-Defendant], stick his head out the back door.

11  I hadn't seen Mrs. [Victim] yet.  I didn't know she

12  was shot.  I didn't know if she was (inaudible)

13  anything like that.

14         He stuck his head out the back door.  He had

15  stuff in his hands.  He had (inaudible) in his mouth,

16  and he motioned for me to come here.  And I didn't

17  move.

18         He came over and grabbed me, pulled me back,

19  and this time I saw Mrs. [Victim] (inaudible) left on

20  the floor.  And he was about where the officer is

21  right now rambling through desk drawers, and me and

22  Mrs. [Victim] we were looking at each other.  I was

23  looking at her.  She was looking at me on the floor.

24  And at that time I couldn't tell if she was shot by

25  the way she was sitting.  And he started screaming and

CONFIDENTIAL PLTFS0000030

1  yelling, Get her jewelry, get her jewelry.

2          And at that point I stepped closer to

3  Mrs. [Victim].  I said, Give me your jewelry.  And she

4  had started to take off her rings, and the blood from

5  her arm start soaking her pants.  She had white pants.

6  It started soaking her pants, and that's when I

7  realized she was actually shot.

8          And I didn't move.  She kept struggling to

9  get her ring off, and the more I didn't move, the more

10  agitated he got and began screaming and hollering.

11  And I snatched her necklace off her.  I threatened

12  her.  I was -- I yelled at her.  I remember yelling at

13  her, threatening her to take her jewelry off, take her

14  jewelry off.

15          She was in a panic.  She was trying.  And I

16  reached down, and I snatched the chain off her neck,

17  and I turned and I gave it to him.

18          PANEL MEMBER ONE:  And what were you -- you

19  threatened her.  What were you saying?

20          DEFENDANT:  I won't disrespect Mrs. [Victim]

21  anymore by saying I didn't say this or I did say that.

22          If Mrs. [Victim] heard me say, I will kill

23  you, then I probably said that.  I said that.  I'll

24  take full responsibility for that.  I won't be a

25  coward anymore.  I take full responsibility for this

Case 2:17-cv-04082-NKL   Document 134-15   Filed 06/12/18   Page 29 of 63

CONFIDENTIAL                                                    PLTFS0000031

1    crime, for my involvement in this crime.

2            I did not know that my codefendant had a

3    gun.  I did not know that he was going to kill the

4    [Victims].  That does not absolve me, and I know in my

5    heart it does not absolve me of my guilt for going

6    there to rob that place with my codefendant.

7            I remember going through, taking stuff off

8    her dresser.  He put a trash can on top of the thing,

9    and he was filling stuff up into the trash can.  And I

10   picked up stuff, and I put it into the trash can.

11           And he said, Let's go.  Grab the trash can.

12   Let's go.  I grabbed the trash can and left.

13           PANEL MEMBER ONE:  Did you give two

14   different versions at one point?  I mean, you admit

15   now and say that, but at one point did you say, Yeah,

16   I had no idea he was planning to rob the store?

17           DEFENDANT:  The very first time -- we

18   entered that store twice.  The very first time I had

19   no idea that we were there to rob the store, that we

20   were there to case the joint.

21           I had no idea Mr. [Co-Defendant] knew the

22   [Victims] prior to that.  I had no idea he did three

23   years for robbery, armed robbery or something similar

24   to this nature.  The first time I ever -- I didn't

25   know he was calling the [Victims], setting up

CONFIDENTIAL                                         PLTFS0000032

1  appointments or whatever it was that they got in touch

2  with each other to get us to that point.  The first

3  time we visited that store, I did not know we were

4  going to rob that store.

5          The second time I knew full well we were

6  there to rob the store.  I was being told and I was

7  under the impression that this person was going to put

8  this lady in a closet.  I had no idea he had a gun and

9  was going to shoot the [Victims].

10          And I did -- I -- Mr. [Prosecuting Attorney]

11  talked about a statement that I made to the police.  I

12  did make a statement to the police, and I tried to

13  remove myself from the scene.

14          Years later I had -- maybe like a year and a

15  half later I had came to terms with what I did to this

16  family, to this woman, and I wanted to plead guilty.

17  I wanted to plead guilty for my role in this crime.  I

18  wanted to.  I had my attorney to contact someone in

19  the prosecution's office, and I was supposed to plead

20  guilty.

21          I know I did wrong.  I know.  I'm not before

22  this board right now trying to be absolved of my guilt

23  or acquitted of my responsibilities.  I hurt someone.

24          I can't -- the man I am now, I know what it

25  is to love your family, and I can't imagine someone

CONFIDENTIAL                                                          PLTFS0000033

1    doing that to my sister.  I can't imagine that.  This

2    family doesn't have to imagine it.  They actually went

3    through it because of me.  I understand that.  So I'm

4    not asking to be absolved of my guilt.

5           And I understand the juvenile, the law and

6    the way it's been written and the things that's been

7    taking place with juveniles, it's upsetting to people

8    because people have hurt, and this is a long-standing

9    hurt.  Like Mr. [Victim] is not coming back.  I

10   understand that.

11          What I'm asking this panel for is to view

12   me, who I was in that moment and what happened in that

13   moment, and view me now.  Like, I'm not that little

14   boy anymore.  And what I'm asking is for you guys to

15   look at me and decide whether I am the worst that

16   exists, if I am irreparable or irredeemable.

17          You know, I want you guys to look at me and

18   say, well, maybe this kid does deserve a second chance

19   or could make use of a second chance.  That's why I'm

20   before this board.  Not (inaudible) responsibilities

21   for what I did.

22          PANEL MEMBER ONE:  Okay.  At any point did

23   you have a gun?

24          DEFENDANT:  No, sir.  I never had a gun in

25   my life.

CONFIDENTIAL                                                                 PLTFS0000034

1          PANEL MEMBER ONE:  I mean in the store --

2          DEFENDANT:  In the store.

3          PANEL MEMBER ONE:  -- did you ever handle a

4 weapon?

5          DEFENDANT:  No, never.

6          PANEL MEMBER ONE:  Knife, club?

7          DEFENDANT:  No.  It was my intention -- it

8 was my understanding that the lady that we were going

9 to rob, it was just one lady, and she would go in the

10 closet.  He was a bigger guy.  He was a stronger guy,

11 so it was believable.  And I agreed to that.

12          PANEL MEMBER ONE:  Before we go on to other

13 elements of our hearing today, let me see if the other

14 panel members have any questions for you.

15          Mr. [Panel Member Three]?

16          PANEL MEMBER THREE:  I have none.

17          PANEL MEMBER ONE:  Mr. [Panel Member Two]?

18          PANEL MEMBER TWO:  So Mr. [Co-Defendant] and

19 you knew each other for how long?

20          DEFENDANT:  About four, five months maybe.

21          PANEL MEMBER TWO:  Four or five months.

22 Prior to this incident, had you and he engaged in any

23 other criminal activity?

24          DEFENDANT:  Yes.

25          PANEL MEMBER TWO:  What type?

Case 2:17-cv-04082-NKL   Document 134-15   Filed 06/12/18   Page 33 of 63

CONFIDENTIAL          PLTFS0000035

1    DEFENDANT:  I sold drugs for Mr.

2  [Co-Defendant].  I met people for Mr. [Co-Defendant]

3  and gave them drugs.

4    PANEL MEMBER TWO:  Okay.

5    DEFENDANT:  I held drugs in my house for

6  Mr. [Co-Defendant].

7    PANEL MEMBER TWO:  Okay.  Any other

8  incidents of violence or aggression?

9    DEFENDANT:  No.  I'm not a violent person.

10  Prior to that incident where I was violent to

11  Mrs. [Victim], I had never been violent.  After that

12  incident, I had never been violent.  I never had a

13  fight in my life.

14    PANEL MEMBER TWO:  Okay.  So it's -- just so

15  that I'm clear, it's your petition today that it was

16  planned to rob the store but that no one would get

17  injured or killed?  Is that what you're saying?

18    DEFENDANT:  Yes, sir.

19    PANEL MEMBER TWO:  And the plan was that the

20  victims would be locked in a closet, which would give

21  you access to the store.  Is that what I'm hearing you

22  say?

23    DEFENDANT:  It was only -- it was only one

24  victim.  It was supposed to be one little old lady.

25  Yes, that's what I'm saying.

CONFIDENTIAL   PLTFS0000036

1  PANEL MEMBER TWO:  Okay.  And we're going to

2  go on a little bit, but one of the statements you made

3  is that you're not the same person.  So why don't you

4  extrapolate on that a little bit?

5  DEFENDANT:  Can you please explain that word

6  to me?

7  PANEL MEMBER TWO:  Sure.  I'm sorry.  Why

8  don't you tell us in what ways you are no longer that

9  same person.

10  DEFENDANT:  I'm no longer that same person

11  because I've grown into a responsible, mature adult

12  who has the thinking ability to not only know right

13  from wrong but do right from wrong.

14  I know that every human being in this world

15  has the right to walk down the street or be in their

16  homes or be in their businesses without the fear of

17  someone taking their belongings or hurting them or

18  their children or their loved ones.

19  I understand what it means to love, to not

20  hurt people.  That no one deserves to be hurt.  I

21  understand that I have to act -- I need and will

22  always ask questions and challenge things instead of

23  taking things for face value.  I will no longer ever,

24  ever be that immature, vulnerable little boy I was

25  when I committed this crime.

CONFIDENTIAL                                    PLTFS0000037

1    PANEL MEMBER TWO:  Mr. [Panel Member One], I

2  don't think I have anything further at this time.

3    PANEL MEMBER THREE:  One item.

4  Mr. [Inmate], I just -- I quoted you're no longer the

5  same person.  My one concern that I just picked up.

6  You told my staff member an entirely different account

7  during the course of that interview with -- for the

8  report than what you shared with us today.

9    DEFENDANT:  I think -- which part you

10  talking about?

11    PANEL MEMBER THREE:  Stated you had no idea

12  you were planning -- there was a plan on robbing the

13  store.  You wanted to go buy an engagement ring or

14  even that there was a gun, which you did state you

15  didn't know there was a gun.  You stated you were --

16  right, you didn't know there was a gun?

17    DEFENDANT:  No, no.  That's (inaudible).

18    PANEL MEMBER THREE:  You stated you were a

19  ploy and it was all set up.  But you just shared that

20  the robbery part had been discussed.  So my concern

21  is, is why not share that from the very beginning when

22  you're doing that first interview?

23    DEFENDANT:  The very first time we visited

24  the store, I did not know we were going to rob that

25  store.  The very first time it was a ploy.  I was told

CONFIDENTIAL          PLTFS0000038

1    to tell Chris that we were buying an engagement ring

2    and she wasn't supposed to know.  I did not know we

3    were going to rob that store until the second time we

4    showed up.

5              PANEL MEMBER THREE:  Okay.  So during the

6    interview with Mr. Cantrell, why was that not -- do

7    you see what I'm saying?  You stated in that interview

8    you had no idea.  And you shared that throughout, that

9    you didn't have any idea.

10             DEFENDANT:  (Inaudible) first time then.

11             PANEL MEMBER THREE:  Okay.  So you -- so

12   there was maybe some confusion on the course of that

13   interview?

14             DEFENDANT:  Probably.

15             PANEL MEMBER THREE:  Okay.

16             DEFENDANT:  What I would like to point out

17   is that, again -- and I want to say this because

18   I'm -- I know I'm -- told not to speak, but I want

19   Mrs. [Victim] to know that I'm not asking this board

20   to absolve me of my guilt or acquit me of my

21   responsibility for what I did.  I'm just asking this

22   board to consider whether the sentences that I have

23   received was excessive compared to the man I have

24   become today.

25             PANEL MEMBER THREE:  I have nothing.

CONFIDENTIAL                                                    PLTFS0000039

1      PANEL MEMBER ONE:  A quick -- your juvenile

2   history.  You had six months' probation, tampering,

3   truancy.  What was the tampering about?

4      DEFENDANT:  We had stolen a car at the junk

5   yard.

6      PANEL MEMBER ONE:  We as in?  Who is we?

7      DEFENDANT:  Group of friends.  Group of

8   neighborhood kids.  We had been playing in the junk

9   yard, running around.  We get the bright idea to take

10  the car outside the junk yard, and we drove it in the

11  neighborhood.  Police stopped us and we got arrested.

12     PANEL MEMBER ONE:  And you had mentioned

13  selling drugs for Mr. [Co-Defendant]?

14     DEFENDANT:  Yes.

15     PANEL MEMBER ONE:  What was -- what was your

16  history of using?  Did you drink, smoke pot, use

17  heroin, cocaine?

18     DEFENDANT:  I was not addicted to any drugs,

19  but in my youth, as a kid, my stepfather at the time

20  was an alcoholic.  And we would -- if he laid his

21  bottle around or whatnot, we would take -- you know,

22  being mischievous little kids would take sips out of

23  it.  But at the time I wasn't addicted to anything.

24     PANEL MEMBER ONE:  Okay.  Here in prison

25  you've had five No. 11s, which are possession or use.

CONFIDENTIAL                                                          PLTFS0000040

1        DEFENDANT:  (Inaudible).

2        PANEL MEMBER ONE:  Why would that be?

3        DEFENDANT:  Because I committed those

4   offenses.  I take full responsibility for using drugs

5   in prison.

6        PANEL MEMBER ONE:  Okay.  But why?

7        DEFENDANT:  Each -- one of the first time I

8   remember I was in Potosi, and a guy gave me some.  I

9   experimented.  First time I ever did any drugs, hard

10  drugs I remember, and it was cocaine.

11        I think the second time it was prison hooch

12  I think maybe.  The third time -- I can't remember in

13  order, but it was some related to -- one was I had too

14  much water in my system at one time.  It was a

15  (inaudible).  One was marijuana and one was opiates.

16        PANEL MEMBER ONE:  And that's, I mean, been

17  a while.  I mean, it looks like the last one's noted

18  in '08, which has been nine years ago or so.

19        DEFENDANT:  Prior to -- since my last one

20  I've taken a number of substance abuse classes, mental

21  health classes to deal with that sort of thing.

22  And --

23        PANEL MEMBER ONE:  And what was the one

24  other particular about grabbing a staff member's butt,

25  buttock?

CONFIDENTIAL                                    PLTFS0000041

1          DEFENDANT:  That was here at this

2   institution.  The way I -- at the time I was working

3   in the kitchen, and Mrs. Skaggs, I think she was

4   Johnson at the time, was a new person.  She became a

5   new staff member.

6          And I bumped into her because -- I don't

7   know if you've been in our prisons, but the way our

8   kitchens is set up, it's probably about as big as wide

9   as from here to maybe half -- into half of that table.

10  Maybe at the end of the table.

11         And you have at any given number of time 15

12  to 20 people going through there, you know, we have to

13  feed.  We have to open the coolers, have to open the

14  heaters.  And it's just so much moving around, and I

15  bumped into her.

16         And in that, that's what happened, and I

17  accept full responsibility for it.  I didn't choke,

18  whine, or cry about it.  I did that and --

19         PANEL MEMBER ONE:  Okay.  Well, let me -- in

20  kind of looking at your conduct violations, was not

21  good, did not start off good.  And then at 20 -- up to

22  2010 I see a big change.  You have one in '11, one in

23  '13, one in '14.  Nothing since then.

24         What -- you know, to say what -- the

25  lightbulb came on.  What -- what's your reason?  What

CONFIDENTIAL                                          PLTFS0000042

1 caused your conduct to improve tremendously from what

2 it was?

3      DEFENDANT: I -- in all honesty, it was this

4 prison. This prison gave me -- I came to this prison

5 at the right time because it gave me room to grow as a

6 man. I didn't have to -- I didn't have -- there was

7 more programs, and there was more things available to

8 me at this prison at that time, and I took full

9 advantage of those programs.

10      I had been in prison so long. You grow up,

11 and everything in prison gets old fast. And I had

12 started just changing my life. I started believing in

13 God more. I started just wanting to be a better

14 person. Just change my life.

15      PANEL MEMBER ONE: Okay. Yeah, because I

16 see, yeah, you started at Potosi, went to Cameron,

17 Charleston, JCCC, up to here at Licking at that point.

18      Says your work assignment here, recreation

19 department, you do the floors.

20      DEFENDANT: The weights and that.

21      PANEL MEMBER ONE: Weights.

22      DEFENDANT: Weights for like maybe a year.

23      PANEL MEMBER ONE: And you completed your

24 high school equivalency back in '96. Would like to

25 further your education.

CONFIDENTIAL PLTFS0000043

1        Programs.  Let's talk about that.  I know we

2   have -- there's many listed here.  We have many on

3   your behalf of all your participation in programs and

4   Toastmasters, and I know you're big in the Puppies for

5   Parole program and have a job or a business plan

6   developed for that.

7        Tell me about things you -- and that's

8   something else.  Tell me about some of the things

9   you've learned in the program, how that has helped

10  change you.  And here, again, it's kind of in the

11  2011/2012 time frame I noticed most as far as dates.

12       I'm sure you were maybe doing something

13  before that, but it was kind of an explosive

14  difference between -- it's kind of like your conduct.

15  Up until that point, but, you know, you got involved

16  in programming a lot.

17       So what -- what's something you can tell us

18  about your program, the programs you've taken, things

19  you've learned, and you tell us you're a changed man.

20       DEFENDANT:  Well, when you started taking

21  programs, you learn things.  Like the ICVC and the

22  ITCT, you start to learn things.  And when you learn

23  those things, you begin to understand.  Especially the

24  victim's classes you begin to understand how you

25  created victims out of people and not just those

CONFIDENTIAL

PLTFS0000044

1   people but those people children, those people

2   grandchildren.

3            And you face to face with yourself, and you

4   have to accept that responsibility.  And I began to

5   learn how to accept responsibility for what I did.

6   And not only just in the dark learning or just to

7   myself learning, but just be able to speak it and be

8   able to own it and respect the fact you made a victim

9   and to not make no more victims.

10           I learned through those programs that it's

11  okay to love.  Everything is not hard.  Everything is

12  not -- everyone is not out to get you.  Everything is

13  not bad in life, in the world.

14           And -- and it was -- it wasn't the

15  juvenile -- the progression of the juvenile struggles

16  that made me change.  Honestly, it was this

17  environment.  This environment I don't -- I've been to

18  a lot of prisons.  This is the first prison that

19  allows prisoners to grow.  The COs here are not

20  hateful.  They're not mean.  They're not vengeful.

21  They're not spiteful.

22           There are programs here that they are not --

23  that they don't have anywhere else.  And these

24  programs are available to people that want them, and

25  these programs work.  These programs will change your

CONFIDENTIAL                                    PLTFS0000045

1  life.  I didn't have access to these programs, and

2  I -- and I do attribute a lot of these programs,

3  especially the puppies program, for the person I am

4  now.

5          Because when you dealing with these puppies,

6  you have to be kind.  You have to be compassionate.

7  You have to just be tender.  It puts you in touch with

8  a whole new side of yourself.  And that side of myself

9  I like, and I will continue to be that side of myself,

10  whether I'm granted parole now, five years, ten years

11  from now.  I will -- I love who I am now.

12          I love the man I have become.  I don't like

13  the little boy I was.  I don't like what I've done.  I

14  am ashamed.  There's times I can't even look myself in

15  the mirror thinking about what I've done to this

16  woman.

17          But I just -- all I can offer is I'm not the

18  same person, and I have no intentions on -- the

19  person, the 41-year-old man you looking at right now,

20  this is me.  Like, I'm not trying to snow job anyone

21  or anything like that.

22          Like, I did that.  I'm owning that, and I'm

23  owning what comes with that.  But deep down inside --

24  and I don't want to lie about it anymore, because deep

25  down inside, every time I have to lie about it or -- I

CONFIDENTIAL

PLTFS0000046

1  die inside, and I don't want to die inside no more.

2         I own everything Mrs. [Victim] went through.

3  Everything.  I understand the concerns 110 percent.  I

4  own it.  And I'm sorry.

5         PANEL MEMBER ONE:  Okay.  And your

6  involvement, restorative justice hours, over 3200.

7  Notes you're respectful to staff.

8         Physical, mental health okay?

9         DEFENDANT:  Yes, it is.

10        PANEL MEMBER ONE:  And as far as your

11 transition plan, of course, it says you're saving

12 money and, of course, working towards your future

13 business goal of the dog-training company.

14        DEFENDANT:  I'd like to own and operate a

15 dog-walking training and care, and I'd like to train

16 comfort dogs and companion dogs for people in the home

17 healthcare industry.  I enjoy the work, and I believe

18 I can create a business for myself.  There are people

19 in society who are willing to walk side by side with

20 me until this business becomes successful.

21        PANEL MEMBER ONE:  Well, yes, which it's

22 listed as far as your home plan is with your brother

23 in St. Louis.  He owns a couple businesses.

24        DEFENDANT:  Yes.

25        PANEL MEMBER ONE:  As far as possible

CONFIDENTIAL                                           PLTFS0000047

1    employment or to help get you started is that --

2          DEFENDANT:  Yes.  I intend to work for him.

3    I intend to bust my butt for him just like I would any

4    stranger.  I am not looking for a handout.  I don't

5    want a handout.  I want to experience life like an

6    adult would experience life.  I want to pay bills.  I

7    want to -- I want to be responsible for a house.  I

8    want to do everything an adult would.

9          PANEL MEMBER ONE:  And, of course, you've

10   never been married.  You haven't fathered any

11   children.  But what was your home -- what was your

12   home like -- home life like growing up?

13         DEFENDANT:  It was -- it was very unreal.

14   Very -- it was poverty at its worse.  My mother was

15   never there.  Never had a dad.  My younger siblings I

16   mainly took care of.  When I was around nine, maybe

17   ten years old, I felt a shift in my mother.  I felt

18   like I knew that she didn't love me anymore, didn't

19   want me anymore, and that added its own pressure.

20         We lived in a drug-infested neighborhood.

21   We lived in a crime-infested neighborhood.  It was

22   just the worst of the worst.  It was.  And I'm proud

23   of my siblings for being able to get away from that.

24   I'm grateful that they were able to get away from it.

25   I'm proud of them.

CONFIDENTIAL                                                    PLTFS0000048

1          PANEL MEMBER ONE:  The element of knowing

2    right from wrong.  You had that ability at 15?

3          DEFENDANT:  I knew right from wrong, but my

4    love for this person that took care of me was strong,

5    and I believed in him.  He was the only person that

6    ever loved me, that ever did anything for me, which

7    was -- which allowed me to be able to do stuff for my

8    siblings.  And --

9          PANEL MEMBER ONE:  Okay.  But the element of

10   right from wrong when you go in the jewelry store.

11         DEFENDANT:  Yes.  I definitely --

12         PANEL MEMBER ONE:  You knew?

13         DEFENDANT:  I should have made the right

14   choice.  I should have done that.  And the person I am

15   right now, I am appalled at that kid for not making

16   the right choice.  I'm appalled that this is a part of

17   my life.

18         That (inaudible) trying to meet with

19   someone, I have this in my life, and I have to live

20   with that.  I'm appalled.  I'm ashamed of that.  Like,

21   I'm not asking for -- to be absolved of that.  I'm

22   ashamed of that.  I should have done the right thing.

23   I should not have agreed to that.

24         And not -- and not using this as an excuse.

25   My love for him and my trust in him made me do that.

CONFIDENTIAL                                    PLTFS0000049

1          PANEL MEMBER ONE:  Let me see if the other

2    panel members have any questions for you.

3          Mr. [Panel Member Two]?

4          PANEL MEMBER TWO:  What's your relationship

5    with your mother today?

6          DEFENDANT:  Cordial.  Speaking terms.  We

7    try to talk around a lot of questions and concerns I

8    may have.  I try to talk to her about how we grew up

9    and some of the things that she allowed to happen to

10   her children, and it angers her, and so I don't bring

11   it up anymore.

12         PANEL MEMBER TWO:  I want you to know that

13   the board has received a letter from her in your

14   support, okay?

15         At this time, Mr. [Panel Member One], I

16   can't think of anything else I had.

17         PANEL MEMBER ONE:  Okay.  Mr. [Panel Member

18   Three]?

19         PANEL MEMBER THREE:  I have nothing.

20         PANEL MEMBER ONE:  I will give you a closing

21   opportunity, ma'am.  Did you have any comments of

22   support?

23         DELEGATE:  Well, I guess my job is

24   (inaudible) how much to say.  And I think [Inmate] has

25   really presented things as well as they could be

CONFIDENTIAL                                    PLTFS0000050

1  presented.  And his remorse I think is clear, and I

2  think the setting is unfortunate, kind of the way

3  these situations are set up that I do think he would

4  like to further express and direct remorse and

5  accountability to Ms. [Victim].  And I do myself.

6  And, you know, in a different setting, have to speak

7  (inaudible) to do that.

8          But, you know, obviously we sent our

9  materials.  [Inmate] grew up in deep poverty, deep

10 neglect, and this man took him under his wing.  And it

11 was this phenomena of his being used as a ploy in the

12 whole situation.  Yes, he knew about this robbery, but

13 he was deployed as this father figure in this whole

14 ruse, very sick ruse that this adult man came up with.

15         And [Inmate] today is not that kid.  We've

16 worked with [Inmate] for five years.

17         PANEL MEMBER ONE:  And you'll provide help

18 and support should he be paroled?

19         DELEGATE:  Yes.  Obviously, we're his

20 attorneys.  We provide holistic support to our

21 clients.  This is a man who did not have that kind of

22 support growing up.  And it's kind of remarkable how

23 his family has, over the years, the siblings really

24 just developed themselves, and they're here for him as

25 well.

Case 2:17-cv-04082-NKL   Document 134-15   Filed 06/12/18   Page 49 of 63

CONFIDENTIAL                                    PLTFS0000051

1          But in terms of, for instance, helping him

2   set up his business plan, dealing with collateral

3   consequences that will follow him, helping him address

4   some of those bumps along the way, as a legal, social

5   justice advocates, we will be with him every step.

6          PANEL MEMBER ONE:  Okay.  Mr. [Inmate], are

7   you aware of your minimum eligibility date?

8          DEFENDANT:  Yeah.  I had went back and forth

9   with Mr. [Panel Member Three] and (inaudible) --

10         PANEL MEMBER ONE:  Okay.  I mean, here

11  again, with the -- yeah, with the senate bill, the

12  change, you are eligible for your paroling hearing,

13  but according to calculations, minimum eligibility

14  date would be July 28th of '22, so...

15         And we only go out five years from that

16  point, so there's nothing to be reached other than,

17  you know, a reconsider, a rehear at some -- at some

18  point.

19         DELEGATE:  I don't know if I'm able to speak

20  to that.

21         PANEL MEMBER ONE:  No.  No, ma'am.

22         DELEGATE:  Okay.

23         PANEL MEMBER ONE:  You're as far as support

24  on his behalf, so is there any -- anything else?

25         PANEL MEMBER TWO:  I can't think that I have

CONFIDENTIAL                                                    PLTFS0000052

1   anything further, Mr. [Panel Member One].

2         PANEL MEMBER ONE: Okay. Anything you'd

3   like to say that we haven't covered?

4         DEFENDANT: I would like to -- again, I

5   would like to reiterate for the board that I'm not

6   that same person that was in (inaudible). I would

7   like to reiterate to the victims that I'm deeply

8   sorry. I know I didn't just hurt (inaudible)

9   everybody involved. I'm sorry for that deeply. Not

10   just because I've been in prison almost 26 years, but

11   because I understand what it is to love your family

12   and have a family, and I can't imagine someone doing

13   that to my sister. And I'm sorry for doing that to

14   you. I'm sorry.

15         PANEL MEMBER ONE: Okay. Mr. [Inmate], that

16   will then conclude your hearing. You know, continue

17   the programs and involvement, you know, that you're --

18   that you're showing us these last couple years. I

19   know Puppies for Parole is big to you. Any other

20   programs that you haven't taken. Continue the good

21   conduct.

22         DEFENDANT: Okay.

23         PANEL MEMBER ONE: Thank you.

24         DEFENDANT: Thank you for this opportunity.

25         PANEL MEMBER ONE: Okay. Thank you. That

Case 2:17-cv-04082-NKL   Document 134-15   Filed 06/12/18   Page 51 of 63

CONFIDENTIAL       PLTFS0000053

1    concludes your hearing.  Ma'am, thank you for coming.

2                    (Indecipherable crosstalk.)

3             PANEL MEMBER ONE:  We're probably going to

4    wait or have him sit in the foyer a little bit until

5    everyone clears.

6             UNIDENTIFIED SPEAKER:  Make sure she drives

7    off.

8             PANEL MEMBER ONE:  Yes.

9             PROSECUTING ATTORNEY:  And I don't know if

10   this is appropriate.  Just based on your question, I

11   wanted to hand you this.  This is a transcript of his

12   statement.  Since I heard a brand new one today, I

13   thought you might want to compare.

14            PANEL MEMBER ONE:  Oh, yeah.

15            PROSECUTING ATTORNEY:  I didn't include that

16   initially because I didn't think it would be an issue,

17   but...

18            UNIDENTIFIED SPEAKER:  Can you scan that and

19   send that to me?

20            PROSECUTING ATTORNEY:  I can send you a

21   copy, too.  Thank you, gentlemen.

22            PANEL MEMBER ONE:  Thank you for coming.

23                    (Inaudible conversation.)

24            PANEL MEMBER ONE:  At this time.

25            UNIDENTIFIED SPEAKER:  Yeah.

Case 2:17-cv-04082-NKL   Document 134-15   Filed 06/12/18   Page 52 of 63

CONFIDENTIAL                                              PLTFS0000054

1          PANEL MEMBER ONE:  At this time.

2          UNIDENTIFIED SPEAKER:  At -- from this

3     hearing.  From this hearing it's not an option because

4     his earliest date is over five years.  (Inaudible).

5               (Inaudible conversation.)

6          UNIDENTIFIED SPEAKER:  That is kind of what

7     they're talking about.  So they can (inaudible).

8               (Inaudible conversation/crosstalk.)

9          UNIDENTIFIED SPEAKER:  I'm still on record.

10    Should I go off?

11         PANEL MEMBER ONE:   Yeah.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 2:17-cv-04082-NKL   Document 134-15   Filed 06/12/18   Page 53 of 63

CONFIDENTIAL                                                    PLTFS0000055

1                    REPORTER CERTIFICATE

2

3          I, Elizabeth M. Tucker-Gravitz, Certified
   Shorthand Reporter, Certified Court Reporter, do hereby
4  certify that said Audio-recorded Parole Board Hearing was
   transcribed by myself, translated and proofread using
5  computer-aided transcription; and the above transcript of
   proceedings is a true and accurate transcript of my notes of
6  the audio to the best of my ability.

7          I further certify that I am neither attorney nor
   counsel for nor related nor employed by any of the parties
8  to the action in which this examination is taken; further,
   that I am not a relative or employee of any attorney or
9  counsel employed by the parties hereto or financially
   interested in this action.

10

11  Dated December 5, 2017.

12

13

14

15  _____
   Elizabeth M. Tucker-Gravitz, CCR,
16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL                                          PLTFS0000056

## A

ability 35:12
47:2 54:6
able 12:2,4 43:7
43:8 46:23,24
47:7 50:19
abrupt 10:5
absolve 30:4,5
37:20
absolved 31:22
32:4 47:21
abuse 39:20
abused 13:18
abusive 13:20
ACA 24:8
accede 15:24,24
accept 25:18
40:17 43:4,5
access 34:21
44:1
accompanied 14:1
account 36:6
accountability
49:5
accurate 54:5
acquainted 15:21
acquit 37:20
acquitted 31:23
act 35:21
acted 15:7
action 10:17,23
25:11,13 54:8
54:9
actions 12:4
active 18:17
21:19 22:1
23:21
activity 33:23
added 46:19
addicted 38:18
38:23
additional 13:2
address 7:8 50:3
admit 20:5 23:2
30:14
admitted 22:15
22:15,16
adolescent 15:16
Adolescents
11:14
adult 13:8 17:17
17:17 35:11
46:6,8 49:14
adulthood 19:2
advantage 41:9
advice 19:1,3
advocates 12:9
50:5
age 11:19 18:1
ages 18:23

aggression 34:8
agitated 29:10
ago 12:8 39:18
agreed 26:20
33:11 47:23
al 2:2,4
Alabama 11:3
alcoholic 38:20
allow 9:22 13:2
allowed 5:5 47:7
48:9
allows 17:24
43:19
AMICI 12:9 13:3
angers 48:10
angled 9:4
Anne 2:4
anymore 29:21,25
32:14 44:24
46:18,19 48:11
appalled 47:15
47:16,20
appeal 10:24
Appeals 12:25
APPEARANCES 3:1
appeared 14:17
appears 12:18
15:12
appointments
31:1
appreciate 6:14
approached 26:15
appropriate
12:22 52:10
approximately
14:8
arguing 10:25
arm 13:16 29:5
armed 10:17,22
11:25 13:22,22
14:19 25:11,12
30:23
arrested 22:10
38:11
arrive 15:24
artery 16:7
ascertained
15:16
ashamed 44:14
47:20,22
asked 15:20 21:1
asking 32:4,11
32:14 37:19,21
47:21
assault 10:16,21
24:7 25:12
assess 12:3
assigned 25:10
assignment 41:18
assistant 19:12

assisted 14:1
assured 26:15,16
Attached 3:3
attempted 15:11
attorney 4:22,24
5:3,9 19:11,12
19:13,14 31:10
31:18 52:9,15
52:20 54:7,8
attorneys 49:20
attribute 44:2
audio 54:6
Audio-Recorded
2:7 54:4
authorities
15:19
available 41:7
43:24
aware 50:7

## B

back 7:7 8:24
11:18 17:10
20:16,19,20
21:6 23:25
24:4 26:24,24
27:8,10,12,14
28:4,10,14,18
32:9 41:24
50:8
backyard 11:24
bad 43:13
bank 20:22,23
based 52:10
basement 20:22
bear 6:15
beer 11:24
began 16:16
29:10 43:4
beginning 4:3
36:21
behalf 12:13
42:3 50:24
behave 24:14
behold 22:25
believable 33:11
believe 6:20
17:2 45:17
believed 47:5
believer 11:5
believing 41:12
belonged 23:20
belongings 35:17
beloved 18:19
best 54:6
better 9:5 18:10
41:13
big 40:8,22 42:4
51:19
bigger 33:10

bill 11:4 50:11
bills 17:15 46:6
bit 6:14 9:3,4
22:4 35:2,4
52:4
blood 28:8 29:4
board 2:7 9:22
11:17 12:19,21
17:1 18:11
24:22 31:22
32:20 37:19,22
48:13 51:5
54:4
born 18:24
bottle 11:24
38:21
boy 32:15 35:24
44:13
bracelet 23:13
23:13,15
brain 13:25
brand 52:12
brave 19:19
break 6:14
breath 16:8
breathed 16:8
Briefly 19:11
bright 38:9
bring 5:13 7:14
11:6 21:1
48:10
brother 14:5
45:22
Brown 2:2
building 19:22
19:24
bullets 13:15
16:18
bumped 40:6,15
bumps 50:4
burdened 17:18
business 42:5
45:13,18,20
50:2
businesses 35:16
45:23
bust 46:3
butt 39:24 46:3
buttock 39:25
buy 20:14 36:13
buying 37:1

## C

calculations
50:13
call 14:15 20:2
calling 22:3
30:25
Cameron 41:16
Cantrell 37:6

car 11:22 15:11
23:10,11 38:4
38:10
care 17:16 26:13
26:14 45:15
46:16 47:4
carried 13:10
case 11:6 12:15
14:22 17:10,25
30:20
cases 11:3
casing 14:2
20:15
caused 41:1
CCR 54:15
CCR#881 2:17
certain 11:6
CERTIFICATE 54:1
Certified 54:3,3
certify 54:4,7
chain 29:16
chair 7:19 28:7
chairs 9:2
challenge 35:22
chance 32:18,19
change 40:22
41:14 42:10
43:16,25 50:12
changed 42:19
changing 41:12
charges 15:23
Charleston 41:17
chest 13:16 16:7
16:19
child 12:12
childlike 15:14
children 10:2
11:10 18:25
35:18 43:1
46:11 48:10
choice 47:14,16
choke 40:17
Chris 37:1
chronic 6:12
16:15
Circuit 10:19
citizens 18:14
24:9
claims 12:9
classes 39:20,21
42:24
clear 19:18
34:15 49:1
clearly 13:8
clears 52:5
clients 49:21
close 5:19
closed 20:24
closer 29:2
closet 26:18,19

Case 2:17-cv-04082-NKL   Document 134-15   Filed 06/12/18   Page 55 of 63

CONFIDENTIAL

PLTFS0000057

31:8 33:10
34:20
**closing** 48:20
**club** 33:6
**co-defendant**
10:7,9 13:9,10
14:2,4,6,10,12
14:14,16,18,24
18:20 19:14
20:11,12 21:7
21:21,25 22:4
22:16,17,19,24
22:24 23:4
26:4,7,11
27:11 28:10
30:21 33:18
34:2,2,6 38:13
**Co-Defendant]'s**
21:10
**cocaine** 38:17
39:10
**codefendant** 13:9
19:24 28:9
30:2,6
**collateral** 50:2
**come** 15:1,20
17:1 20:19
27:14 28:2,3
28:16
**comes** 23:1 44:23
**comfort** 45:16
**coming** 14:15
19:8 28:4 32:9
52:1,22
**comments** 5:15,19
6:2 8:12,13
48:21
**commit** 15:3 18:8
**committed** 9:23
18:1 20:9 24:2
35:25 39:3
**committing** 15:1
15:17
**companion** 45:16
**company** 45:13
**compare** 52:13
**compared** 37:23
**compassionate**
44:6
**completed** 41:23
**computer-aided**
54:5
**concern** 17:2
36:5,20
**concerned** 17:19
18:12
**concerns** 45:3
48:7
**conclude** 5:20
8:8 12:23 25:5

51:16
**concludes** 52:1
**conclusion** 18:18
**conclusive** 13:14
**conduct** 40:20
41:1 42:14
51:21
**conducted** 6:24
12:20
**Confidential** 1:1
3:2
**confirmed** 10:24
**confusion** 37:12
**conning** 24:16,17
**consecutive**
10:19 24:12
**consequences**
11:15 12:5
15:3 50:3
**consider** 24:22
37:22
**consideration**
18:11
**considerations**
11:7
**considering** 16:3
**constructive**
17:6
**contact** 31:18
**contacted** 15:19
**continue** 6:7
44:9 51:16,20
**continued** 21:18
**conversation** 6:1
20:13 52:23
53:5
**conversation...**
53:8
**convicted** 10:15
**conviction** 10:21
10:21
**convictions**
10:23,23
**coolers** 40:13
**copy** 52:21
**Cordial** 48:6
**correct** 25:13,14
**corresponding**
11:15
**COs** 43:19
**cough** 6:12 16:16
**coughing** 6:13
**counsel** 54:7,9
**counts** 10:16,17
**County** 10:19
19:13
**couple** 23:12
24:14 45:23
51:18
**courage** 24:24

**courageous** 21:23
**course** 5:14 25:7
36:7 37:12
45:11,12 46:9
**court** 10:14,19
11:3,8 12:14
12:15,16,21,25
17:24 54:3
**covered** 28:8
51:3
**coward** 29:25
**craft** 17:5
**crashing** 10:5
**create** 45:18
**created** 42:25
**crime** 9:23 10:10
15:1,2,6,17,17
16:24 18:1,3
18:17 19:23
20:9 23:7 24:2
30:1,1 31:17
35:25
**crime-infested**
46:21
**criminal** 10:17
10:22 25:11,13
33:23
**cross** 6:24
**crosstalk** 52:2
**cruel** 16:2
**cry** 40:18
**cure** 12:11
**custom** 23:13
**customer** 14:11
23:21
**customers** 20:17
**cut** 18:20

---
**D**
**dad** 46:15
**dad's** 11:22
**dangerous** 24:11
24:12
**dark** 43:6
**date** 50:7,14
53:4
**dated** 3:3 54:11
**dates** 42:11
**daughter** 18:21
22:7 23:14
**day** 14:16 16:23
20:16,17 22:8
25:22
**days** 14:3,23
**dead** 16:11 19:20
21:24,24 22:6
**deal** 39:21
**dealing** 44:5
50:2
**dear** 4:24

**death** 10:12 15:7
15:8
**debate** 6:24
**debilitating**
16:15
**decades** 20:6
**December** 54:11
**decide** 32:15
**decided** 14:21
22:12
**decision** 14:14
**decoy** 13:9
**deep** 44:23,24
49:9,9
**deeply** 51:7,9
**defendant** 7:23
19:24 25:14,18
26:2,5,8,11
29:20 30:17
32:24 33:2,5,7
33:20,24 34:1
34:5,9,18,23
35:5,10 36:9
36:17,23 37:10
37:14,16 38:4
38:7,14,18
39:1,3,7,19
40:1 41:3,20
41:22 42:20
45:9,14,24
46:2,13 47:3
47:11,13 48:6
50:8 51:4,22
51:24
**Defendants** 2:4
**definitely** 47:11
**definitive** 13:14
**degree** 10:15,16
10:16 25:11,12
25:12,13
**delegate** 5:14
7:17 8:1,3,3,4
9:1 48:23
49:19 50:19,22
**deliberate** 20:7
**deliberating**
18:15
**deliver** 12:15
**demanding** 21:15
**denied** 23:22
**dental** 17:16
**departed** 10:1
**department** 41:19
**deployed** 49:13
**describe** 11:9
**deserve** 18:10
32:18
**deserves** 35:20
**designated** 3:2
**desk** 28:6,6,21

**details** 19:17
**determine** 12:22
**determined** 13:14
**developed** 42:6
49:24
**diagram** 19:23
23:8
**diamonds** 14:6,12
23:10
**die** 20:2 45:1,1
**difference** 12:5
42:14
**different** 23:15
30:14 36:6
49:6
**difficulty** 11:14
**direct** 49:4
**discretion** 12:17
**discussed** 16:25
36:20
**discussion** 16:1
**disinformation**
13:3
**dispel** 15:13
**disrespect** 29:20
**distinctly** 13:17
13:19 15:18
**Distinguished**
11:17
**DISTRICT** 2:1
**dog-training**
45:13
**dog-walking**
45:15
**dogs** 45:16,16
**doing** 13:1 20:5
24:16 32:1
36:22 42:12
51:12,13
**door** 17:9 20:23
28:5,10,14
**double** 20:1,7
**doubt** 15:4
**drawers** 28:21
**dresser** 30:8
**drink** 38:16
**drives** 52:6
**drove** 22:4 38:10
**drug-infested**
46:20
**drugs** 34:1,3,5
38:13,18 39:4
39:9,10
**due** 6:12 10:7
16:17
**dying** 26:22

---
**E**
**earliest** 53:4
**early** 19:1 20:17

easily 15:15
easy 26:17
education 41:25
effort 11:18
element 47:1, 9
elements 11:6
   33:13
eleven 27:3
eligibility 50:7
   50:13
eligible 25:8
   50:12
Elizabeth 2:17
   54:3, 15
employed 54:7, 9
employee 54:8
employment 46:1
encourage 44:22
endless 16:7
   18:14 23:24
engaged 20:13
   33:22
engagement 36:13
   37:1
enhance 17:20
enjoy 45:17
entered 1:4
   13:15 16:19
   17:21 30:18
entirely 36:6
environment
   43:17, 17
equate 11:21
equivalency
   41:24
escape 15:11
escaped 10:12
especially 42:23
   44:3
et 2:2, 4
etched 13:25
event 17:5
events 25:24
   26:21
everybody 51:9
examination 54:8
examine 11:19
excessive 37:23
excuse 47:24
execution 10:8
existence 13:12
exists 32:16
exited 13:16
   16:19
experience 10:13
   12:10 46:5, 6
experimented
   39:9
expertise 12:11
explain 35:5

explained 15:23
explosive 42:13
express 49:4
extrapolate 35:4
extremely 12:6
   22:8
eyes 10:11

F

face 8:24, 24
   21:20 35:23
   43:3, 3
facility 15:20
   15:25
fact 22:3 24:24
   43:8
facts 12:7 13:12
   19:18
familiarized
   11:2
families' 11:23
family 10:2 18:9
   18:12 25:19
   31:16, 25 32:2
   49:23 51:11, 12
far 42:11 45:10
   45:22, 25 50:23
fast 21:17 22:4
   27:19 41:11
fate 18:15
fateful 9:25
   10:12 14:25
father 49:13
fathered 46:10
fear 35:16
feed 40:13
felonies 18:9
felt 16:10 46:17
   46:17
fight 34:13
figure 49:13
filed 5:4
filling 30:9
final 19:4
financially 54:9
find 17:9 23:11
   23:13
fine 5:6, 10 6:5
   6:8 8:14
fire 21:7
first 8:8 10:15
   10:16, 16 14:23
   15:14, 14, 21
   25:9, 11, 12, 12
   25:13 27:12, 24
   30:17, 18, 24
   31:2 36:22, 23
   36:25 37:10
   39:7, 9 43:18
five 33:20, 21

38:25 44:10
49:16 50:15
53:4
flew 16:9
floor 16:11 28:7
   28:20, 23
floors 41:19
follow 50:3
following 11:9
   13:15 18:24
forced 10:13
forcing 13:22
foresaw 15:7
forever 16:15
forget 16:21
forgotten 16:5
formal 5:4
former 14:10
forth 7:7 8:25
   50:8
forthright 15:8
found 15:10
   25:16
four 33:20, 21
foyer 52:4
frame 42:11
free 17:15, 16
freedom 17:16
friends 10:3
   38:7
front 23:20
full 18:5 23:25
   25:18 29:24, 25
   31:5 39:4
   40:17 41:8
further 36:2
   41:25 49:4
   51:1 54:7, 8
future 45:12

G

gang 18:2
general 18:9
gentlemen 52:21
gestures 13:22
getaway 15:11
girlfriend 14:13
give 18:11, 25
   24:6, 7 29:3
   30:13 34:20
   48:20
given 40:11
glad 8:12
go 8:8 11:18
   25:24 26:18, 23
   27:7 30:11, 12
   33:9, 12 35:2
   36:13 47:10
   50:15 53:10
goal 45:13

God 41:13
goes 27:17
going 6:2 13:24
   27:6, 17 30:3, 5
   30:7 31:4, 7, 9
   33:8 35:1
   36:24 37:3
   40:12 52:3
good 4:5, 10, 11
   7:4, 16, 20 8:18
   40:21, 21 51:20
gotten 24:25
Grab 30:11
grabbed 28:18
   30:12
grabbing 39:24
Graham 11:16
grandchildren
   18:23 43:2
granted 18:13
   44:10
granting 10:25
grateful 46:24
GRAVITZ 2:17
great 11:5 17:2
grew 26:12, 14
   48:8 49:9
grocery 11:25
Group 38:7, 7
grow 41:5, 10
   43:19
growing 46:12
   49:22
grown 35:11
guarantee 17:12
guard 14:11
guess 48:23
guest 7:25 9:10
guilt 30:5 31:22
   32:4 37:20
guilty 25:16, 17
   31:16, 17, 20
gun 13:13 27:11
   27:16 30:3
   31:8 32:23, 24
   36:14, 15, 16
guy 26:11 33:10
   33:10 39:8
guys 32:14, 17

H

half 31:15 40:9
   40:9
hall 28:4
hand 52:11
handle 33:3
handout 46:4, 5
hands 13:13
   28:15
happen 27:6 48:9

happened 6:12
   22:15 32:12
   40:16
happening 17:12
hard 39:9 43:11
hate 20:5
hateful 43:20
he'll 28:3, 3
head 28:10, 14
headhunters
   20:23
health 39:21
   45:8
healthcare 45:17
hear 8:12 21:13
heard 21:9, 10, 11
   21:13 22:22
   24:1 27:21, 23
   29:22 52:12
hearing 2:7 4:4
   5:23 6:7, 22, 23
   7:22, 25 8:5, 15
   25:5, 8 33:13
   34:21 50:12
   51:16 52:1
   53:3, 3 54:4
heart 30:5
heaters 40:14
heedless 11:12
heinous 16:24
   18:3
held 34:5
helicopter 16:9
help 20:3 26:20
   46:1 49:17
helped 42:9
helping 50:1, 3
hereto 54:9
heroin 38:17
hesitant 27:9
Hi 4:6
high 17:8 41:24
higher 12:15
Highly 3:2
history 15:17
   38:2, 16
holistic 49:20
hollering 29:10
home 45:16, 22
   46:11, 12, 12
homes 35:16
homicide 20:1, 7
   20:16 22:5
honest 11:19
Honestly 43:16
honesty 41:3
hooch 39:11
hope 18:10 24:20
horrible 16:21
   22:23

CONFIDENTIAL

PLTFS0000059

horrific 10:13
hospital 16:9
hour 20:10
hours 18:14
  23:24,25 26:25
  27:2,4 45:6
house 34:5 46:7
hubcap 11:21
human 35:14
hundred 17:12
hung 10:7
Hurry 27:20
hurt 31:23 32:8
  32:9 35:20,20
  51:8
hurting 35:17
husband 9:24
  10:1,10 16:6
  16:23 18:19,21
  21:11
husband's 10:10

I

ICVC 42:21
idea 12:25 30:16
  30:19,21,22
  31:8 36:11
  37:8,9 38:9
identified 14:20
identify 21:21
  21:22
idiots 12:25
imagine 31:25
  32:1,2 51:12
imagined 10:6
immature 35:24
immediately 13:4
important 12:6
  23:8
impression 31:7
imprisonment
  10:20 16:3
improve 41:1
impulsive 11:12
impulsiveness
  11:16
inaudible 9:2,15
  10:10 27:19
  28:12,15,19
  32:20 36:17
  37:10 39:1,15
  47:18 48:24
  49:7 50:9 51:6
  51:8 52:23
  53:4,5,7,8
incarcerated
  17:13
incarceration
  15:20 17:4
incident 33:22

34:10,12
incidents 34:8
include 52:15
included 19:23
  20:20
Indecipherable
  52:2
individuals 20:1
industry 45:17
inevitable 24:21
information 5:22
  8:23 19:9 25:4
initially 22:10
  52:16
injured 21:16
  34:17
inmate 4:4,4
  5:22 7:14,23
  7:24 8:9,15
  10:8,15,18
  11:1 12:13
  13:1,7,13,20
  14:1,16,18,23
  15:4,14,16
  17:9,13,20,25
  18:13,15,21
  19:15 20:12
  25:6,6 36:4
  48:24 49:9,15
  49:16 50:6
  51:15
Inmate]'s 10:14
  13:24 18:7
inmates 17:23
inside 44:23,25
  45:1,1
instance 50:1
institution 40:2
institutional
  24:13
intend 13:7 46:2
  46:3
intent 14:1
  15:10
intention 15:1
  19:25 33:7
intentions 44:18
interested 54:9
interesting
  23:12
interview 5:21
  8:9,11,22 36:7
  36:22 37:6,7
  37:13
introduce 4:7
  5:17 8:1 9:10
  9:22
involved 42:15
  51:9
involvement

15:22 30:1
  45:6 51:17
irredeemable
  32:16
irreparable
  32:16
issue 16:4 52:16
issues 18:11
ITCT 42:22
item 36:3

J

JCCC 41:17
jewelry 14:2,7
  20:2 21:2,15
  23:5,10,19,19
  26:22 29:1,1,3
  29:13,14 47:10
job 42:5 44:20
  48:23
Johnson 40:4
joint 30:20
judge 12:24
  24:11
judgments 11:8
judicial 19:4
July 9:25 10:4
  50:14
junk 38:4,8,10
jurors 10:8
  12:24 23:25
jury 10:7,14
  18:14 23:23
  25:15
justice 12:13
  45:6 50:5
juvenile 11:9
  15:19 16:4
  17:3 18:2,6
  24:3 32:5 38:1
  43:15,15
juveniles 32:7

K

kept 29:8
Key 3:3
keys 20:3
kid 25:21 32:18
  38:19 47:15
  49:15
kids 38:8,22
kill 13:7,7,24
  14:1 15:10
  21:18 22:18
  29:22 30:3
killed 34:17
killing 13:7
kind 9:4 19:17
  25:24 40:20
  42:10,13,14

44:6 49:2,21
  49:22 53:6
kitchen 40:3
kitchens 40:8
knew 10:4 21:20
  21:21,21 22:16
  27:5 30:21
  31:5 33:19
  46:18 47:3,12
  49:12
Knife 33:6
Knives 15:10
know 5:14,15,25
  6:1,2,13 7:5,7
  14:5,17 17:8
  19:16 20:6
  22:13 24:3,20
  28:11,12 30:2
  30:3,4,25 31:3
  31:21,21,24
  32:17 35:12,14
  36:15,16,24
  37:2,2,18,19
  38:21 40:7,12
  40:24 42:1,4
  42:15 48:12
  49:6,8 50:17
  50:19 51:8,16
  51:17,19 52:9
knowing 23:25
  47:1
knowledge 15:8

L

L 2:4
lack 11:10 13:5
lady 19:19 21:23
  22:25 26:18,19
  31:8 33:8,9
  34:24
lady's 24:24
laid 38:20
law 11:5 15:22
  24:21 32:5
lay 16:11
leading 11:11
learn 42:21,22
  42:22 43:5
learned 17:4
  24:14 27:10
  42:9,19 43:10
learning 43:6,7
leave 6:3,7
  14:22
led 26:9,21
left 13:16 14:16
  20:1 21:4
  28:19 30:12
legal 50:4
let's 25:23

30:11,12 42:1
letter 48:13
level 12:3
license 11:22
Licking 41:17
lie 13:3 44:24
  44:25
life 10:4,20,21
  13:18,21 16:3
  16:20,23 18:16
  18:20 21:14
  25:10,10 32:25
  34:13 41:12,14
  43:13 44:1
  46:5,6,12
  47:17,19
lightbulb 40:25
likelihood 15:7
limited 5:15
line 8:25 9:5
listed 42:2
  45:22
listened 23:23
  24:10,10
little 6:14 9:3
  9:4 12:18
  19:19 21:23
  22:4,25 24:24
  32:13 34:24
  35:2,4,24
  38:22 44:13
  52:4
live 16:22,22
  47:19
lived 22:13,25
  46:20,21
lives 19:3
local 11:24
located 22:6
lock 26:19
locked 34:20
long 15:16 16:22
  33:19 41:10
long-standing
  32:8
long-term 11:15
longer 35:8,10
  35:23 36:4
look 7:9 12:6
  32:15,17 44:14
looked 20:25
  24:13
looking 7:7 8:24
  28:22,23,23
  40:20 44:19
  46:4
looks 39:17
loss 16:23
lot 24:18 42:16
  43:18 44:2

48:7
**Louis** 10:18
19:13 45:23
**Louisiana** 11:4
**love** 26:12,14
31:25 35:19
43:11 44:11,12
46:18 47:4,25
51:11
**loved** 35:18 47:6
**low** 22:25
**lower** 12:14

**M**

**M** 2:17 54:3,15
**ma'am** 19:9 48:21
50:21 52:1
**main** 16:4,7
**making** 47:15
**man** 21:13,25
22:1 25:20
31:24 37:23
41:6 42:19
44:12,19 49:10
49:14,21
**managed** 16:10
17:20 19:21
**manner** 13:14
**marijuana** 11:23
39:15
**married** 18:22
46:10
**materials** 49:9
**matter** 12:7 17:2
**mature** 35:11
**maturity** 11:10
**maximums** 24:8
**meals** 17:15
**mean** 30:14 33:1
39:16,17 43:20
50:10
**means** 35:19
**medical** 16:17
17:15
**meet** 47:18
**member** 4:3,7,8,9
4:10,12,12,14
4:16,19 5:1,7
5:11,25 6:6,9
6:16,18,20 7:1
7:4,6,10,12,15
7:16,20,24 8:4
8:16,16,18,19
8:19 9:3,7,8
9:12,16,20
17:6 19:8 25:3
25:15,23 26:3
26:6,9 29:18
30:13 32:22
33:1,3,6,12,15

33:16,17,17,18
33:21,25 34:4
34:7,14,19
35:1,7 36:1,1
36:3,6,11,18
37:5,11,15,25
38:1,6,12,15
38:24 39:2,6
39:16,23 40:5
40:19 41:15,21
41:23 45:5,10
45:21,25 46:9
47:1,9,12 48:1
48:3,4,12,15
48:17,17,19,20
49:17 50:6,9
50:10,21,23,25
51:1,2,15,23
51:25 52:3,8
52:14,22,24
53:1,11
**member's** 39:24
**members** 9:21
11:17 18:2
33:14 48:2
**memorandum** 5:4
19:17
**memory** 16:22
**mental** 16:14
39:20 45:8
**mentioned** 38:12
**merely** 15:9
**message** 18:4
**met** 20:9 26:12
34:2
**Miller** 11:3
**mind** 11:9 25:16
27:23
**Mindy** 10:2 18:22
19:1 23:14
**Mindy's** 23:19
**minimum** 50:7,13
**minimums** 24:6,7
**minute** 21:3
**miraculously**
10:12
**mirror** 44:15
**mischievous**
38:22
**Missouri** 2:1
11:4
**moment** 14:15
32:12,13
**moments** 20:18
**money** 45:12
**Montgomery** 11:3
**months** 12:8
33:20,21
**months'** 38:2
**moral** 8:13

**morning** 4:5,10
4:11 7:16,20
8:18
**mother** 15:18
22:11 46:14,17
48:5
**motioned** 28:16
**mouth** 28:15
**move** 8:23 25:6
26:17 29:8,9
**moving** 40:14
**murder** 6:13 9:24
10:2,10,15,20
12:1 13:10
14:3,9 16:6
18:5,19,24
22:2 24:18
25:11
**murderers** 16:11
18:4 19:6

**N**

**name** 5:17 7:21
9:22 14:4
19:12
**named** 12:9
**nature** 30:24
**nearly** 16:14
**neck** 13:23 29:16
**necklace** 13:23
29:11
**need** 6:13 27:19
35:21
**needed** 19:3
**negative** 17:20
**neglect** 49:10
**neighborhood**
26:12 38:8,11
46:20,21
**Neil** 10:2 19:1
**neither** 54:7
**nerve** 16:18
**never** 10:6 13:13
16:21,25 18:21
21:9,10 22:5
26:13 32:24
33:5 34:11,12
34:12 46:10,15
46:15
**new** 40:4,5 44:8
52:12
**night** 9:25 10:12
14:25 16:21
**nine** 39:18 46:16
**Norman** 2:2
**noted** 25:9 39:17
**notes** 45:7 54:5
**noticed** 42:11
**notion** 15:13
**November** 12:8

**number** 7:21
39:20 40:11

**O**

**o'clock** 27:3,3
**o0o** 4:1
**obviously** 14:21
49:8,19
**occasions** 20:8
21:14
**occupation** 17:11
**odds** 17:8
**offender** 4:17
5:8 15:14,15
**offense** 24:23
**offenses** 39:4
**offer** 44:17
**offered** 27:7
**offers** 18:8
**office** 5:4 14:8
14:18,24 16:12
31:19
**officer** 28:20
**offices** 14:2
**Oh** 52:14
**okay** 4:3,19,21
4:22,23,25 5:7
6:5,9,9,16,17
7:4,4,14,20,24
8:6,15 9:8,11
9:13,16,20
25:3,23 26:3
27:20 32:22
34:4,7,14 35:1
37:5,11,15
38:24 39:6
40:19 41:15
43:11 45:5,8
47:9 48:14,17
50:6,10,22
51:2,15,22,25
**old** 17:14 18:19
25:25 26:17,19
34:24 41:11
46:17
**once** 6:22 7:1
17:25
**one's** 39:17
**ones** 16:5 35:18
**open** 40:13,13
**opened** 21:7
**operate** 45:14
**opiates** 39:15
**opinions** 16:17
**opportunity**
12:21 18:8
48:21 51:24
**option** 53:3
**order** 1:4 3:3
39:13

**organization**
12:8,18
**outright** 13:3
**outside** 5:14
22:22 38:10
**owning** 44:22,23
**owns** 45:23

**P**

**pain** 16:7,10
**panel** 4:3,7,8,8
4:8,10,12,12
4:14,16,19 5:1
5:7,11,25 6:6
6:9,16,18,20
7:1,4,6,8,10
7:12,15,16,20
7:24 8:2,4,15
8:16,16,18,19
8:19 9:3,7,8
9:12,16,17,20
19:8 25:3,15
25:23 26:3,6,9
29:18 30:13
32:11,22 33:1
33:3,6,12,14
33:15,16,17,17
33:18,21,25
34:4,7,14,19
35:1,7 36:1,1,1
36:3,11,18
37:5,11,15,25
38:1,6,12,15
38:24 39:2,6
39:16,23 40:19
41:15,21,23
45:5,10,21,25
46:9 47:1,9,12
48:1,2,3,4,12
48:15,17,17,19
48:20 49:17
50:6,9,10,21
50:23,25 51:1
51:2,15,23,25
52:3,8,14,22
52:24 53:1,11
**panic** 29:15
**panicked** 27:17
27:17
**pants** 29:5,5,6
**parents** 26:13
**parking** 24:18
**parole** 2:7 4:4
6:23 7:21,25
8:5 9:21 10:20
10:25 12:20
17:1 18:3,8,13
18:16 24:15
25:8,10 42:5
44:10 51:19

Case 2:17-cv-04082-NKL   Document 134-15   Filed 06/12/18   Page 59 of 63

CONFIDENTIAL                                                          PLTFS0000061

54:4
parole's 24:21
paroled 49:18
paroling 50:12
part 36:9,20
47:16
participant 22:2
23:21
Participants 3:2
participate 8:10
participating
15:5
participation
11:25 13:6
15:5 18:17
21:19 24:4
25:25 42:3
particular 18:10
39:24
parties 54:7,9
pay 17:15,15
18:5 46:6
peers 10:15
people 22:6 27:5
32:7,8 34:2
35:20 40:12
42:25 43:1,1,1
43:24 45:16,18
percent 17:12
45:3
perpetrator 17:3
person 5:17 23:9
23:11 26:17
31:7 34:9 35:3
35:9,10 36:5
40:4 41:14
44:3,18,19
47:4,5,14 51:6
personal 13:6
personally 13:11
petition 13:4
34:15
petitioned 12:13
phase 15:6
phenomena 49:11
phone 19:22,22
19:23
photographs
20:21
physical 16:14
45:8
physically 13:18
13:20
picked 30:10
36:5
piece 14:6
place 10:9 20:15
24:19 30:6
32:7
Plaintiffs 2:2

plan 22:17 24:2
34:19 36:12
42:5 45:11,22
50:2
planned 13:11
20:7 34:16
planning 11:25
13:25 15:6
24:4 30:16
36:12
played 21:24,24
playing 16:11
19:20 38:8
plead 21:11
31:16,17,19
please 8:2,25
19:5,5 27:18
35:5
ploy 36:19,25
49:11
plus 18:16 25:10
pocket 23:19
pockets 21:25
22:1 23:9,16
point 15:12 21:2
27:4 29:2
30:14,15 31:2
32:22 37:16
41:17 42:15
50:16,18
police 15:19
22:14,20 23:9
24:17 31:11,12
38:11
portion 5:16,21
6:22,23 8:7,22
25:5
portion's 7:2
possession 38:25
possibility 18:3
18:16 24:15
possible 45:25
pot 38:16
potential 18:4
Potosi 39:8
41:16
poverty 46:14
49:9
Precythe 2:4
premeditated
16:24 22:2,8
premeditation
13:6 24:23
preparatory 15:6
present 4:17,20
presented 14:5
48:25 49:1
presiding 12:24
pressure 46:19
pretty 24:5

previous 14:19
previously 21:20
price 18:5
prior 14:8 30:22
33:22 34:10
39:19
prison 10:21,22
14:19,21 17:10
17:17,21 18:7
38:24 39:5,11
41:4,4,4,8,10
41:11 43:18
51:10
prisoners 43:19
prisons 40:7
43:18
probable 15:9
probably 19:20
22:7 24:25
27:6 29:23
37:14 40:8
52:3
probation 38:2
proceed 5:6 9:12
proceeded 14:11
22:23
proceedings 9:9
12:19 54:5
program 42:5,9
42:18 44:3
programming
42:16
programs 41:7,9
42:1,3,18,21
43:10,22,24,25
43:25 44:1,2
51:17,20
progression
43:15
proofread 54:4
prosecuting 4:22
4:24 5:3,9
19:11,12,13
31:10 52:9,15
52:20
prosecution's
31:19
prosecutor's 5:4
protective 1:4
3:3
proud 46:22,25
prove 13:4
provide 49:17,20
provided 19:17
provides 12:21
providing 12:11
public 18:9
pulled 23:8
27:16 28:18
punishment 16:3

puppies 42:4
44:3,5 51:19
purchase 27:8,9
Pursuant 1:4
put 23:19 30:8
30:10 31:7
puts 44:7

Q
question 52:10
questions 6:10
33:14 35:22
48:2,7
quick 19:19 38:1
quote 11:10,14
12:20,22 13:2
13:5,11
quoted 36:4

R
rambling 28:21
ran 24:12
ransacked 16:12
reached 29:16
50:16
read 9:19 13:19
ready 7:14
real 14:4 27:19
reality 23:7
realize 15:2
realized 27:10
29:7
really 12:23,23
48:25 49:23
reason 40:25
received 16:17
37:23 48:13
recklessness
11:12
recognized 14:10
reconsider 50:17
record 4:2 12:15
18:7 24:3,13
53:9
recording 9:9
recreation 41:18
refused 15:21
regard 5:22 16:2
rehabilitation
12:12
rehear 50:17
reiterate 51:5,7
related 39:13
54:7
relationship
48:4
relative 54:8
released 17:6
relieved 27:5
relive 10:13

remarkable 49:22
remarks 5:5
remember 13:17
13:20 15:18
29:12 30:7
39:8,10,12
reminder 8:6
remorse 49:1,4
remove 13:22
31:13
rent 17:14
repaired 23:17
report 36:8
Reporter 54:1,3
54:3
represent 10:1
request 12:14
rescue 17:1
research 16:2
researchers
12:10
respect 12:19
43:8
Respected 9:21
respectful 45:7
responsibili...
17:17 31:23
32:20
responsibility
11:11 25:18
29:24,25 37:21
39:4 40:17
43:4,5
responsible
35:11 46:7
restorative 45:6
restroom 27:19
27:20,21 28:2
result 15:5,7,9
returned 14:25
review 12:16,16
12:20
reviewed 17:25
revolving 17:9
right 28:21
31:22 35:12,13
35:15 36:16
41:5 44:19
47:2,3,10,13
47:15,16,22
ring 20:14 23:20
29:9 36:13
37:1
rings 13:23
21:15,17 29:4
risk 11:12
rob 30:6,16,19
31:4,6 33:9
34:16 36:24
37:3

robbed 14:20
robbery 10:17
   12:1 13:10
   14:19 20:4
   24:8 25:12,13
   26:16,20 30:23
   30:23 36:20
   49:12
robbing 36:12
role 31:17
room 21:4 23:15
   23:18 28:6
   41:5
Roper 11:13
ropes 15:10
rule 11:5
ruling 17:24
running 38:9
ruse 20:13 49:14
   49:14

**S**

safety 18:12
Saturday 14:25
saving 45:11
saw 24:2,4 28:5
   28:9,19
saying 21:6
   29:19,21 34:17
   34:25 37:7
says 24:9 41:18
   45:11
scan 52:18
scene 19:23 23:7
   31:13
school 41:24
screaming 28:25
   29:10
search 23:9,11
searched 21:25
   22:1 23:16
seat 7:18
second 13:13
   26:22 31:5
   32:18,19 37:3
   39:11
see 3:3 7:25
   18:21,22 33:13
   37:7 40:22
   41:16 48:1
seen 20:7 28:11
segments 6:21
self-reckoning
   11:19
selling 38:13
senate 50:11
send 52:19,20
sends 18:3
sense 11:11
senses 15:2

sent 14:21 49:8
sentence 12:22
   16:20
sentenced 10:18
   13:1 18:15
sentences 10:23
   37:22
separate 21:14
September 1:4
   3:3
series 25:24
serious 18:11
seriousness 15:2
   24:23
serving 25:9
set 36:19 40:8
   49:3 50:2
setting 30:25
   49:2,6
seven 22:22
severity 12:3
   15:23
share 9:17 36:21
shared 36:8,19
   37:8
sharing 19:9
   25:4
shed 11:23
Sheet 3:4
shift 46:17
shock 13:17
shocked 23:3
shoot 21:11
   22:18,19 28:3
   31:9
shooting 16:16
shop 25:21 26:22
short 14:13
   18:20
Shorthand 54:3
shortly 16:16
shot 16:6 21:7,8
   28:12,24 29:7
shots 22:22
   27:22,23,25
show 14:11
showed 14:7 37:4
showing 51:18
siblings 46:15
   46:23 47:8
   49:23
sic 4:4
sick 15:21 49:14
side 8:13 44:8,8
   44:9 45:19,19
significant 9:14
similar 30:23
similarly 17:23
sincerely 18:10
sips 38:22

sir 7:15 19:10
   32:24 34:18
sister 32:1
   51:13
sit 52:4
sitting 28:6,7,7
   28:25
situation 17:9
   49:12
situations 49:3
six 12:7 17:14
   38:2
Skaggs 40:3
skill 17:4
skills 17:20
small 14:6
smart 21:23
smoke 38:16
smoking 11:22
snatched 29:11
   29:16
snow 44:20
so-called 14:12
   14:13
soaking 29:5,6
social 50:4
society 17:3,7
   45:19
soda 27:8,10
sold 14:6 34:1
solely 12:20
solved 22:6
someday 24:21
son's 15:22
sorry 35:7 45:4
   51:8,9,13,14
sort 27:4 39:21
sorts 21:2 27:22
speak 4:14,16,19
   5:8 23:4 37:18
   43:7 49:6
   50:19
SPEAKER 4:2 7:18
   52:6,18,25
   53:2,6,9
speaking 5:1
   48:6
spent 14:18
   17:22 18:14
spin 11:22
spiteful 43:21
St 10:18 19:13
   45:23
staff 36:6 39:24
   40:5 45:7
Standing 27:22
start 6:13 7:1
   25:23 29:5
   40:21 42:22
started 28:1,25

29:4,6 41:12
   41:12,13,16
   42:20 46:1
state 5:16 7:21
   10:14 11:4,9
   13:17 36:14
stated 36:11,15
   36:18 37:7
statement 5:18
   9:18 22:11,12
   22:23 31:11,12
   52:12
statements 35:2
stayed 20:18
stealing 11:21
   11:24
steep 24:5
step 50:5
stepfather 38:19
stepped 29:2
stick 28:10
stolen 38:4
stones 20:25
   21:1
stop 6:6
stopped 38:11
store 20:2,8,21
   20:22 30:16,18
   30:19 31:3,4,6
   33:1,2 34:16
   34:21 36:13,24
   36:25 37:3
   47:10
straight 9:5
   12:7
stranger 46:4
street 35:15
strong 47:4
stronger 33:10
struggle 19:21
   27:24 28:1
struggles 43:15
struggling 21:16
   29:8
stuck 28:14
stuff 22:20
   27:22 28:15
   30:7,9,10 47:7
substance 39:20
successful 45:20
sudden 21:6
suffer 16:15
suffered 16:7
suffering 16:13
   16:21
suggested 26:17
support 5:15,17
   8:12,13 9:14
   9:15 17:5,11
   19:1,3 48:14

48:22 49:18,20
   49:22 50:23
supposed 26:18
   26:19 31:19
   34:24 37:2
Supreme 11:3
   12:16 17:24
sure 5:11,11
   6:16,18,18,18
   35:7 42:12
   52:6
surrounded 17:22
survive 16:10
survived 22:13
system 12:12,13
   19:4 24:16
   39:14

**T**

table 40:9,10
take 5:18,20
   6:14 21:12,15
   29:4,13,13,24
   29:25 38:9,21
   38:22 39:4
taken 19:25
   39:20 42:18
   51:20 54:8
talented 17:23
talk 21:3 22:9
   42:1 48:7,8
talked 20:10,12
   22:17,18 31:11
talking 21:5
   36:10 53:7
tampering 38:2,3
tearing 13:23
tell 21:9 22:14
   28:24 35:8
   37:1 42:7,8,17
   42:19
ten 14:2,23 27:3
   44:10 46:17
tender 44:7
term 16:2
terms 10:19 11:9
   31:15 48:6
   50:1
terror 16:8,10
thank 7:15 9:6,7
   19:7,8 25:2,3
   51:23,24,25
   52:1,21,22
thing 6:11 21:10
   23:3 27:12
   30:8 39:21
   47:22
things 23:12,23
   32:6 35:22,23
   41:7 42:7,8,18

Case 2:17-cv-04082-NKL   Document 134-15   Filed 06/12/18   Page 61 of 63

CONFIDENTIAL

PLTFS0000063

42:21,22,23
48:9,25
**think** 6:8 19:5
27:8 36:2,9
39:11,12 40:3
48:16,24 49:1
49:2,3 50:25
52:16
**thinking** 19:19
28:2 35:12
44:15
**third** 39:12
**thought** 24:11,12
24:17 27:24,24
28:1 52:13
**threaten** 21:14
21:18
**threatened** 29:11
29:19
**threatening**
13:18,21 29:13
**three** 4:9 8:16
10:6 14:8,19
18:22 20:6,8
21:8,14,20
30:22 33:15,16
36:3,11,18
37:5,11,15,25
48:18,19 50:9
**time** 5:25 11:18
14:13 15:15
18:1 22:10,21
26:1,23 27:14
28:9,19,24
30:17,18,24
31:3,5 36:2,23
36:25 37:3,10
38:19,23 39:7
39:9,11,12,14
40:2,4,11 41:5
41:8 42:11
44:25 48:15
52:24 53:1
**times** 19:2 21:8
21:20 44:14
**tired** 15:22
**Toastmasters**
42:4
**today** 4:8 7:25
8:16 9:17
10:24 18:23
19:9 25:4,7,16
25:20 33:13
34:15 36:8
37:24 48:5
49:15 52:12
**today's** 5:23
**told** 22:20 23:4
24:17 31:6
36:6,25 37:18

**tool** 11:23
**top** 30:8
**touch** 31:1 44:7
**trade** 17:4
**train** 45:15
**training** 45:15
**transcribed** 54:4
**transcript** 2:7
52:11 54:5,5
**transcription**
54:5
**transition** 45:11
**translated** 54:4
**trash** 30:8,9,10
30:11,12
**treatment** 12:11
**tremendously**
41:1
**trial** 12:24
13:15 19:14,14
19:15 23:1,22
25:15
**trials** 10:6
**tried** 31:12
**truancy** 38:3
**true** 13:12 24:20
54:5
**trust** 47:25
**try** 20:19 48:7,8
**trying** 29:15
31:22 44:20
47:18
**Tucker-Gravitz**
54:3,15
**turn** 9:1
**turned** 29:17
**Twenty** 17:14
**twice** 21:7 30:18
**two** 4:8,10 6:20
6:21 7:1,4,15
8:17,18 9:7
10:6,16,17
18:25 20:1
22:6 23:25
27:5,15,25
30:13 33:17,18
33:21,25 34:4
34:7,14,19
35:1,7 36:1
48:3,4,12
50:25
**type** 33:25

**U**

**ultimate** 15:17
**Um-hum** 4:13 5:24
7:11
**unarmed** 13:8
**unblemished** 18:7
**underdeveloped**

11:11
**understand** 6:21
7:3 12:5 32:3
32:5,10 35:19
35:21 42:23,24
45:3 51:11
**understanding**
33:8
**unforgivable**
16:24
**unfortunate** 49:2
**Unfortunately**
16:25
**UNIDENTIFIED** 4:2
7:18 52:6,18
52:25 53:2,6,9
**unreal** 46:13
**unusual** 16:2
**upsetting** 6:3
32:7
**urinal** 27:22
**use** 27:18,19
32:19 38:16,25
**usual** 12:16

**V**

**v** 11:3,4
**vagus** 16:18
**value** 35:23
**vault** 23:17
**vengeful** 43:20
**verbally** 13:21
**verdicts** 24:5
**verified** 15:15
**version** 25:24
**versions** 30:14
**victim** 4:6,11,13
4:15,18,21,23
4:25 5:21,24
6:5,8,11,17,25
7:2,3,9,11 8:3
8:21,23 9:11
9:13,13,14,18
9:21,23,23,24
10:2 16:6
18:19 21:7,8,9
23:4,14,16
24:10 25:5,19
26:21,25 27:2
28:5,11,19,22
29:3,20,22
32:9 34:11,24
37:19 43:8
45:2 49:5
**victim's** 6:22,23
8:7 42:24
**Victim]'s** 23:14
**victims** 16:4
19:6 20:10,11
21:5 22:18

26:23 27:7
30:4,22,25
31:9 34:20
42:25 43:9
51:7
**view** 32:11,13
**violations** 40:20
**violence** 34:8
**violent** 34:9,10
34:11,12
**visit** 14:24
**visited** 31:3
36:23
**voice** 21:10
**vs** 2:3
**vulnerable** 35:24

**W**

**wait** 52:4
**walk** 35:15 45:19
**want** 4:5,16,19
5:5,7 6:3
13:19 19:18
21:3,12 32:17
37:17,18 43:24
44:24 45:1
46:5,5,6,7,7,8
46:19 48:12
52:13
**wanted** 31:16,17
31:18 36:13
52:11
**wanting** 41:13
**wasn't** 21:17
37:2 38:23
43:14
**watched** 18:2
**water** 39:14
**way** 20:2,3 28:25
32:6 40:2,7
49:2 50:4
**ways** 35:8
**we'll** 5:12,16,18
5:20,21 6:6,7
7:12 8:7,12
20:19 27:14
**we're** 6:22 7:14
9:2 22:9 35:1
49:19 52:3
**We've** 49:15
**wealth** 12:10
**weapon** 33:4
**wearing** 14:7
**weighing** 11:5
**weights** 41:20,21
41:22
**welfare** 12:12
**went** 22:22 23:18
23:20 26:24
27:9,12,18,23

28:4 32:16
41:16 45:2
50:8
**WESTERN** 2:1
**whatnot** 38:21
**whine** 40:18
**white** 29:5
**wide** 40:8
**willing** 45:19
**wing** 49:10
**witnesses** 14:22
20:18
**woman** 14:20
31:16 44:16
**word** 21:6 35:5
**words** 12:14
13:24 17:16
19:4
**work** 41:18 43:25
45:17 46:2
**worked** 49:16
**working** 40:2
45:12
**works** 5:10
**world** 10:5 35:14
43:13
**worried** 24:15
**worry** 19:5
**worse** 46:14
**worst** 32:15
46:22,22
**wouldn't** 12:2
19:20 22:5,11
24:25
**wounded** 10:11
**wounds** 16:13
**written** 32:6
**wrong** 31:21
35:13,13 47:2
47:3,10

**X**

**Y**

**yard** 38:5,9,10
**yeah** 5:13 8:21
9:3 30:15
41:15,16 50:8
50:11 52:14,25
53:11
**year** 31:14 41:22
**years** 10:9,22
14:8,19 16:14
17:14,14,22
18:16,19,24
19:2 20:4
24:14 25:10,25
30:23 31:14
39:18 44:10,10
46:17 49:16,23

50:15 51:10,18
53:4
**yelled** 29:12
**yelling** 29:1,12
**younger** 14:5
46:15
**youth** 12:12
38:19

---
**Z**
---

---
**0**
---
**08** 39:18

---
**1**
---
**11** 40:22
**110** 45:3
**11s** 38:25
**12** 10:14 12:24
18:14 24:9
**13** 40:23
**14** 40:23
**15** 11:20 18:23
25:25 40:11
47:2
**15-year-old**
25:21
**16** 11:20 17:14
24:1
**17** 12:8 18:23
**1901425** 4:4
**191425** 7:23
**1991** 9:25 10:4
**1993** 10:19

---
**2**
---
**2:17-cv-0408...**
2:3
**20** 18:23 40:12
40:21
**2010** 40:22
**2011/2012** 42:11
**2016** 12:8
**2017** 1:4 3:3
54:11
**22** 50:14
**23** 10:9
**26** 16:14 51:10
**27** 9:25 10:4
**28th** 50:14

---
**3**
---
**30** 10:22
**3200** 45:6
**33** 26:5,6

---
**4**
---
**41-year-old**
25:20 44:19

---
**5**
---
**5** 54:11
**51** 18:19
**543** 11:13
**560** 11:16
**569** 11:13
**590** 11:4

---
**6**
---

---
**7**
---
**7** 1:4 3:3
**78** 11:16

---
**8**
---

---
**9**
---
**90** 18:16 25:10
**96** 41:24

Case 2:17-cv-04082-NKL   Document 134-15   Filed 06/12/18   Page 63 of 63

CONFIDENTIAL
PLTFS0000065