

```
        **CONFIDENTIAL**



    (Pursuant to Protective Order
    entered on September 7, 2017)
```

CONFIDENTIAL

PLTFS0000069

IN THE WESTERN DISTRICT OF MISSOURI

Norman Brown, et al.,            )
                    Plaintiffs,)
                vs.              )    2:17-cv-04082-NKL
                                 )
Anne L. Precythe, et al.,        )
                    Defendants. )


   Transcript of Audio-Recorded Parole Board Hearing


ELIZABETH M. GRAVITZ, CCR#881

CONFIDENTIAL

PLTFS0000070

```
 1                         APPEARANCES

 2     Participants designated as Highly Confidential per

 3     protective order dated September 7, 2017.  See Attached Key

 4     Sheet.

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

CONFIDENTIAL                                                    PLTFS0000071

```
1                      o0o
2           CIRCUIT ATTORNEY:  -- Circuit Attorney's
3    Office.
4           PANEL MEMBER ONE:  In St. Louis?
5           CIRCUIT ATTORNEY:  Yes.
6           VICTIM SERVICE COORDINATOR:  How do you say
7    your last name?
8           CIRCUIT ATTORNEY:  [Circuit Attorney].
9           PANEL MEMBER ONE:  I thought it was supposed
10   to be Ms. Carr?
11          VICTIM SERVICE COORDINATOR:  [Circuit
12   Attorney].  Just like it's spelled?
13          CIRCUIT ATTORNEY:  Correct.
14          VICTIM SERVICE COORDINATOR:  But I wasn't
15   sure.
16          PANEL MEMBER ONE:  How do you spell it?
17          CIRCUIT ATTORNEY:  [Circuit Attorney].
18          PANEL MEMBER ONE:  I'm sorry?
19          CIRCUIT ATTORNEY:  [Circuit Attorney].
20          PANEL MEMBER ONE:  [Circuit Attorney].
21          CIRCUIT ATTORNEY:  [Circuit Attorney].
22          PANEL MEMBER ONE:  And, I apologize, your
23   name again?
24          IPO:  [IPO].  I'm the IPO here.  I'm the IPO
25   here.  And Mr. [Inmate] likes me, too.  I mean, you're
```

CONFIDENTIAL

1    going to be glad you put me here.

2              PANEL MEMBER ONE:  Give me the name again.

3              IPO:  [IPO].

4              PANEL MEMBER ONE:  You want to speak with

5    the victim here?  I mean the defendant here?

6              CIRCUIT ATTORNEY:  It doesn't matter.

7              PANEL MEMBER ONE:  It's entirely up to you.

8              CIRCUIT ATTORNEY:  I think that I just want

9    to --

10             PANEL MEMBER ONE:  I would tell them that

11   you're here, you know, on behalf of the (inaudible).

12             VICTIM SERVICE COORDINATOR:  She's going to

13   stay for the rest of the hearing, yeah, so...

14             PANEL MEMBER ONE:  It's up to you.

15             CIRCUIT ATTORNEY:  I would say, no, I guess,

16   if I have a choice.

17             VICTIM SERVICE COORDINATOR:  Yeah,

18   absolutely.

19             PANEL MEMBER ONE:  Yeah, you do.

20             CIRCUIT ATTORNEY:  Okay.

21             PANEL MEMBER ONE:  So what we will do -- we

22   on the record, Travis?  Sergeant?

23             UNIDENTFIED SPEAKER:  Yes.

24             UNIDENTFIED SPEAKER:  And just to let you

25   know, he has a delegate.

CONFIDENTIAL

PLTFS0000073

1      UNIDENTFIED SPEAKER:  Yeah.  I just want

2  that so I can write the names.

3      UNIDENTFIED SPEAKER:  (Inaudible) start the

4  hearing, he will be here with a delegate.  Make sure

5  you have --

6      IPO:  I know.  I was going to tell you,

7  he's, you know --

8      PANEL MEMBER ONE:  As long as he's mad at

9  you, [IPO], we're okay.

10      IPO:  (Inaudible).

11      PANEL MEMBER ONE:  Give me just a second

12  here.  Mrs. [Delegate] is the delegate with him,

13  right?

14      IPO:  Yes.

15      PANEL MEMBER ONE:  She also wrote letters of

16  support.

17      (Inaudible conversations.)

18      PANEL MEMBER ONE:  Okay.  We'll get started.

19  All right.  You want to speak without him

20  being here?

21      CIRCUIT ATTORNEY:  Yes.

22      PANEL MEMBER ONE:  All right.  And you're

23  here in regard to Offender [Inmate]; is that correct?

24      CIRCUIT ATTORNEY:  That's correct.

25      PANEL MEMBER ONE:  You want to identify

Case 2:17-cv-04082-NKL   Document 134-16   Filed 06/12/18   Page 6 of 50

CONFIDENTIAL                                                      PLTFS0000074

1   yourself, please?

2          CIRCUIT ATTORNEY:  My name's [Circuit

3   Attorney].  I'm an assistant circuit attorney in the

4   Circuit Attorney's Office in the City of St. Louis.

5          PANEL MEMBER ONE:  Okay.  Just for the

6   record, I'll introduce -- well, I'll go ahead and

7   introduce.  My name is [Panel Member One].  This is

8   Mr. [Panel Member Two].  This here is Mr. [Panel

9   Member Three].  This is Ms. [Victim Service

10  Coordinator] in the room.  That's Ms. [IPO].

11         IPO:  [IPO].

12         PANEL MEMBER ONE:  [IPO].  Mr. Weston,

13  right?

14         And you can go ahead and proceed.  Give your

15  name one more time, and we'll let you say what you

16  want to say.

17         CIRCUIT ATTORNEY:  Thank you.  My name is

18  [Circuit Attorney], and I'm an assistant circuit

19  attorney.  I'm here today to express what would be my

20  office's opposition to Mr. [Inmate] being granted

21  parole in this case.

22         This was a murder case from 1987.

23  Mr. [Inmate] murdered the victim in this case

24  basically in broad daylight after an argument possibly

25  between the two.  And Mr. [Inmate] after that

CONFIDENTIAL

PLTFS0000075

1  altercation, a verbal altercation, tells a friend who

2  was a witness in the trial to go get a suitcase.

3         That friend knows that the suitcase means a

4  gun that was contained in the suitcase.  That friend

5  does that, comes back to Mr. [Inmate]'s location.

6  Mr. [Inmate] takes the gun, goes in the middle of the

7  street, and shoots him point-blank within 10 feet of

8  the victim right in the chest instantly killing him.

9         So there's -- I don't know if I've seen a

10  bigger case of deliberation when you have -- when you

11  have -- when you tell your friend to go get a gun, and

12  you wait for him to go get that gun, and then you onus

13  that gun.

14         A jury convicted him in the City of

15  St. Louis, and he -- and under -- and they knew what

16  the punishment would be when they sentenced him to --

17  or when they found him guilty of murder first degree,

18  and when he was subsequently sentenced to life

19  without, that's what the jury knew he would be

20  sentenced to.  So we would be opposed to Mr. [Inmate]

21  receiving parole in this case based on those

22  circumstances.

23         I'll just add that the jury was instructed

24  on murder second degree in this case.  They did not

25  find him guilty of murder second degree.  They found

CONFIDENTIAL

PLTFS0000076

1   him guilty of murder first degree, and I believe

2   there's very strong evidence of deliberation in that

3   he thought about what he was going to do and knew what

4   he was going to do.

5          So we would be opposed to granting him

6   parole.

7          PANEL MEMBER ONE:  Okay.  Very good.

8          Why don't you bring the offender in?  He has

9   a delegate with him, I understand.

10         Come this way, please.  Watch the cord here.

11  Then if you'd like to have a seat right there.

12              (Inaudible conversation.)

13         PANEL MEMBER ONE:  She needs to use the

14  restroom before we start.  Just take a couple extra

15  minutes.  You can take him back.  Yeah.  Don't want to

16  have an accident.

17         UNIDENTFIED SPEAKER:  Have a seat right here

18  in this chair.

19         PANEL MEMBER ONE:  How you doing?

20         INMATE:  How you doing?

21         PANEL MEMBER ONE:  You want to give us your

22  full name and ID, please, number?

23         INMATE:  [Inmate], 169637.

24         PANEL MEMBER ONE:  Okay.  You know you're

25  here today for a parole hearing?

CONFIDENTIAL

1       INMATE:  Yes, sir.

2       PANEL MEMBER ONE:  You have a guest with

3   you.  Want to introduce your guest?

4       INMATE:  This is my sister, [Delegate].

5       PANEL MEMBER ONE:  Okay.

6       You been to a paroling hearing before,

7   ma'am?

8       DELEGATE:  No, sir.

9       PANEL MEMBER ONE:  Okay.  What we'll ask you

10  to do, just sit back, kind of observe what goes on

11  here.  You'll be given an opportunity to speak in

12  support, or you don't have to speak at all.  It's

13  entirely up to you.  It's good the parole board knows

14  there's somebody out there in support for Mr. [Inmate]

15  out there in the community, okay?

16      DELEGATE:  Yes, sir.

17      PANEL MEMBER ONE:  We'll first start out by

18  introducing the panel to you.  My name is [Panel

19  Member One].  This is Mr. [Panel Member Three],

20  Mr. [Panel Member Two].  Mr. Weston is over here.  We

21  have some victims, witnesses in the room also, okay.

22      And I ask you to just address any answers

23  directly to the panel, all right?  Not say anything to

24  victims, witnesses, okay?

25      INMATE:  Yes, sir.

CONFIDENTIAL                                                                PLTFS0000078

1    PANEL MEMBER ONE:  Okay.  You are doing life

2    without parole, and one of the reasons you're here

3    today is because of a law that was passed, Senate Bill

4    59, wasn't it?

5           INMATE:  Yes, sir.

6           PANEL MEMBER ONE:  Yeah.  I think it was 59.

7           UNIDENTFIED SPEAKER:  No.  It was 590.

8           PANEL MEMBER ONE:  590.  Anyhow, you're

9    aware what that is?

10          INMATE:  Yes.

11          PANEL MEMBER ONE:  Been advised what that

12   is?

13          INMATE:  Yes.

14          PANEL MEMBER ONE:  Because when this

15   occurred, you were 17 years of age?

16          INMATE:  Yes, sir.

17          PANEL MEMBER ONE:  So this is kind of a new

18   and recent thing, even for the parole board.  That's

19   why you're able to have a hearing today, okay?

20          INMATE:  Yes, sir.

21          PANEL MEMBER ONE:  I won't go into all the

22   details of that.  I'm sure you're probably aware of

23   it; is that correct?

24          INMATE:  Yes, sir.

25          PANEL MEMBER ONE:  Okay.  590.  I said 59, I

CONFIDENTIAL                                                  PLTFS0000079

1  apologize.

2          Okay.  So you're serving life without

3  parole, murder first degree out of St. Louis City.

4  You're found guilty by trial court, correct?

5          INMATE:  Yes, sir.

6          PANEL MEMBER ONE:  And you also had an ACA

7  charge involved there, but that is expired; is that

8  correct?

9          INMATE:  Yes, sir.

10          PANEL MEMBER ONE:  And sequence three, you

11  have a delivery of drugs in a correctional facility.

12  We'll talk about that later on, okay?

13          INMATE:  Yes, sir.

14          PANEL MEMBER ONE:  All right.  So tell me --

15  take me back to when this crime occurred.  What

16  happened?  You pled guilty to class -- you pled -- you

17  were found guilty by trial jury, and then you pled

18  guilty later on to the possession charge.

19          Let's talk about the first degree murder

20  thing, okay?  Let's go back to that day, and tell me

21  what happened, okay?

22          INMATE:  Okay.

23          PANEL MEMBER ONE:  And speak up, if you

24  would, a little bit.  I'm a little hard of hearing.

25          INMATE:  Okay.  You know, I maintain my

CONFIDENTIAL                                                    PLTFS0000080

1 innocence since day one, and I still do it today.

2      PANEL MEMBER ONE: Okay. We have to go by

3 the report submitted to the parole board. That all

4 occurred in court as far as your innocence, and you

5 were found guilty by trial.

6      INMATE: Yes, sir.

7      PANEL MEMBER ONE: Okay. But go ahead and

8 tell us what happened regarding the murder.

9      INMATE: Well, basically, I had got up that

10 morning and went over to my daughter's mother house in

11 Wellston. And I got a call later on that day saying

12 that the police was looking for me for shooting

13 somebody. It was at night. And that was it.

14      They talking about they was -- police was

15 going to kill me on sight. I got to turn myself in.

16 So I called my grandmother. She told me to get some

17 place safe until they could turn me in.

18      And I went over my children -- over my

19 daughter's mother's brother house and stayed there

20 until -- with them until my grandmother and father

21 took me, brought me into the police station.

22      PANEL MEMBER ONE: Okay. I'm going to go

23 into a little bit more detail as to what happened.

24 Let you know the reports we have in front of us, okay?

25 I'm going to hit all of the -- hit the high points

CONFIDENTIAL PLTFS0000081

1   basically.

2          And you are -- you were 17 years old at the

3   time of the offense, correct?

4          INMATE:  Yes.

5          PANEL MEMBER ONE:  And you served about --

6   you served about almost 30 years?

7          INMATE:  Yes, sir.

8          PANEL MEMBER ONE:  All right.  So you're

9   about 47 years old?

10          INMATE:  Yes.

11          PANEL MEMBER ONE:  If my math's good.  All

12   right.  The circumstances we have here.  What happened

13   on March the 20th, 1987, the victim was [Victim].  Did

14   you know the victim --

15          INMATE:  No, sir.

16          PANEL MEMBER ONE:  -- at the time?  28 years

17   old at the time.  Broke up a fight involving three

18   small boys, Wabada and Hamilton Street.  An onlooker

19   later identified as you, apparently, you saw this

20   fight going on, left the scene, and returned minutes

21   later armed with a sawed-off rifle.  According to

22   witnesses, you walked up to the victim and shot him

23   one time in the chest.

24          That didn't happen?

25          INMATE:  No, sir.

CONFIDENTIAL                                                           PLTFS0000082

1          PANEL MEMBER ONE:  Okay.  Okay.  Initially

2    what happened was Mr. [Victim] was breaking up a fight

3    between his 12-year-old brother and two other

4    12-year-old boys.

5          After the fight, [Inmate], that being you,

6    stated to the victim, If that was my little brother

7    who you stopped from fighting, I'd kick your -- excuse

8    my language -- ass.

9          The report says you called him -- the victim

10   called [Inmate] a punk and walked away.  [Inmate] then

11   sent (inaudible) to his house to bring back a rifle in

12   the meantime.

13          [Victim] was talking to a friend who was

14   seated in her car.  [Inmate] approached the vehicle

15   and stated, I'll show you what a punk MF is and shot

16   the victim from less than 10 feet away.  The bullet

17   severed the aorta of the victim's neck killing him

18   instantly.

19          So you're going to tell me that didn't

20   happen?

21          INMATE:  No, sir.  I was not involved.

22          PANEL MEMBER ONE:  You was nowhere in the

23   area?

24          INMATE:  No, sir.

25          PANEL MEMBER ONE:  Were you in the area?

CONFIDENTIAL                                                                    PLTFS0000083

1    INMATE:  No, sir.

2    PANEL MEMBER ONE:  You was not even there?

3    INMATE:  No, sir.

4    PANEL MEMBER ONE:  Okay.  Okay.  When you

5  were interviewed by the officer that wrote this

6  report, you again maintain your innocence, denied

7  committing the crime or participating in the offense.

8        And you were 17 at the time.  You were not

9  under the influence of any drugs or alcohol that day?

10    INMATE:  No, sir.

11    PANEL MEMBER ONE:  You brought up the fact,

12  apparently, that you were physically, mentally,

13  sexually abused growing up but stated you did not

14  commit the current offense so it had no bearing on

15  your -- it has no bearing on your parole release.

16        You just told me a while ago you didn't know

17  Mr. [Victim]?

18    INMATE:  No, sir.

19    PANEL MEMBER ONE:  My report here indicates

20  (inaudible) knew the victim and the victim's family

21  from the neighborhood.  Was not friends with him.

22        That's not true?  You didn't know him at

23  all?

24    INMATE:  No, sir.  I didn't know him, but I

25  did know his little brother.

CONFIDENTIAL

PLTFS0000084

1    PANEL MEMBER ONE:  Okay.  It was reported

2  that you knew the victim and the victim's family from

3  the neighborhood.

4    Goes on to say that you take no

5  accountability for the current offense and stated that

6  you maintained your innocence throughout the entire

7  interview when you talked to the officer that wrote

8  this report.

9    You're still claiming that today --

10   INMATE:  Yes.

11   PANEL MEMBER ONE:  -- that you're completely

12  innocent?

13   INMATE:  Yes, sir.

14   PANEL MEMBER ONE:  All right.  As far as

15  the -- so we know what happened that day.

16  Mr. [Victim] was killed by someone with a sawed-off

17  rifle.  You deny it was you.  Kind of summarizes the

18  crime itself of a first degree murder, which you were

19  found guilty of by trial court.

20    As far as the sequence three, the

21  delivery/possession of drugs in a correctional

22  facility, tell me about that.

23   INMATE:  It's hard to explain, sir.  I was

24  found guilty of -- well, I was accused of having a

25  knife in the prison system.  That's what I did.  But

CONFIDENTIAL                                                    PLTFS0000085

1  somehow it got turned into a drug case.  I don't know

2  how.  I have the paperwork here to show you-all if

3  you're all interested.

4          PANEL MEMBER ONE:  That's all right.  You

5  can hang on to that.  We probably have that in the

6  information within the facility.

7          You -- states that on -- that happened about

8  August the 17th, 1992, right?  You possessed a

9  controlled -- or concealed in the Potosi Correctional

10 Facility a homemade knife, approximately 7 inches in

11 length.  But you end up getting charged with

12 possession of a controlled substance?

13         INMATE:  Yes, sir.

14         PANEL MEMBER ONE:  Is that right?

15         INMATE:  Yes, sir.

16         PANEL MEMBER ONE:  Did you have the knife?

17         INMATE:  Yes, sir.

18         PANEL MEMBER ONE:  All right.  And you said

19 you had a knife in ECC.  How do we go from a knife,

20 possession of a weapon, to drugs?

21         INMATE:  (Inaudible).

22         PANEL MEMBER ONE:  But you pled guilty to

23 that, possession of drugs in a correctional facility,

24 right?  It's all involved, those two things?

25         INMATE:  No.  At the time they told me I was

CONFIDENTIAL                                                    PLTFS0000086

1   getting the knife case, and they was going to waive --

2   they was going to give me two years for the knife, and

3   they was going to waive victim's comp. We didn't have

4   to pay.

5          At the time I had life without parole. I

6   wasn't worried about how much time they gave me. I

7   was only worried about paying the victim's comp

8   because I couldn't afford it, so I pled guilty to the

9   knife. Somehow after we pled guilty, it got changed

10   to drugs in order to give me two years. I'm

11   speculating on that.

12          PANEL MEMBER ONE: Okay. You indicated you

13   had a knife in your possession for protection from

14   sexual predators, correct?

15          INMATE: Yes, sir.

16          PANEL MEMBER ONE: All right. I'm just

17   trying to comprehend how it went from a weapon like

18   that in a correctional facility down to drugs. You

19   ever had any drugs on you at all or anything?

20          INMATE: Throughout my incarceration?

21          PANEL MEMBER ONE: When these charges came

22   about.

23          INMATE: No, sir.

24          PANEL MEMBER ONE: All right. Prior to this

25   you were only 17 years old. Didn't have any arrests,

CONFIDENTIAL                    PLTFS0000087

1    did you?

2              INMATE:  No, sir.

3              PANEL MEMBER ONE:  Maybe as a juvenile?  As

4    a juvenile?

5              INMATE:  Yes.  I think I got arrested for a

6    fight at school or something like that.  It was

7    something real minor.

8              PANEL MEMBER ONE:  And, of course, you

9    had -- in '89 you had the armed criminal action.

10   You've completed that, the time on that.  Three-year

11   sentence, right?

12             INMATE:  Yes, sir.

13             PANEL MEMBER ONE:  You admitted to selling

14   drugs in prison to make money for your attorney.

15             INMATE:  Yes, sir.  I tried.

16             PANEL MEMBER ONE:  That didn't have anything

17   to do with this other offense?

18             INMATE:  No, sir.

19             PANEL MEMBER ONE:  Stated it didn't work out

20   (inaudible) as far as selling drugs while you're

21   incarcerated.  You have a drug problem?

22             INMATE:  No, sir.

23             PANEL MEMBER ONE:  Probably not being

24   incarcerated all this time; although, I know you have

25   access to them in prison, unfortunately.

CONFIDENTIAL                                                      PLTFS0000088

1    Says you don't need any kind of treatment as

2    far as that goes, drug treatment or anything like

3    that.

4    As far as being an aggressive person, your

5    assaultive behavior, obviously, just the crime itself

6    would indicate, even though you deny it, but you do

7    have an assaultive behavior.  Plus you had -- you had

8    the knife, so you are kind of an aggressive person I

9    would say.

10    March 2010 you stabbed another inmate with a

11    homemade knife; is that right?

12    INMATE:  Yes, sir.

13    PANEL MEMBER ONE:  What was that all about?

14    INMATE:  I got involved with a prison gang.

15    PANEL MEMBER ONE:  Speak up a little bit,

16    please.

17    INMATE:  I got involved with a prison gang

18    called Family Values, and it went wrong.  And I was

19    attacked, and I took the knife from one of them.  And

20    I was outnumbered, so I defended myself with the

21    knife.  I got my hands cut up from trying to take the

22    knife and had to seek medical attention.  I got

23    stitches and had to have my hands iced.  I think I

24    still have the (inaudible) report for the ice if

25    you-all interested.

CONFIDENTIAL                                                                    PLTFS0000089

1    PANEL MEMBER ONE:  You taking anger

2  management while you're here?  No?

3    INMATE:  I've tooken -- no, sir.  I've not

4  taken the big course.  I'm on a waiting list for that.

5  If you-all interested I can show it to you, but I do

6  have some certificates for anger management, the cage

7  and rage and all that.

8    PANEL MEMBER ONE:  Okay.  47 years old,

9  right?

10    INMATE:  Yes, sir.

11    PANEL MEMBER ONE:  Served almost 30 years?

12    INMATE:  Yes, sir.

13    PANEL MEMBER ONE:  Twenty-four conduct

14  violations since your arrival in the Department of

15  Corrections; is that right?

16    INMATE:  I believe so.

17    PANEL MEMBER ONE:  All together.  Looks to

18  me like you had one here in -- unless there's a typo

19  here.  Did you have a conduct violation in 2000 --

20  2006, excuse me?  The last conduct violation you had

21  was 2012, right?

22    INMATE:  Yes, sir.

23    PANEL MEMBER ONE:  You also -- sometime

24  between October 2012 and November 2012 you conspired

25  with another inmate and a civilian on the phone to

CONFIDENTIAL                                                      PLTFS0000090

1    smuggle drugs into SCCC?

2          INMATE: Yes, sir.

3          PANEL MEMBER ONE: That was one of your

4    violations, right?

5          INMATE: Yes, sir. Yes, sir.

6          PANEL MEMBER ONE: Then you had a cause

7    serious injury to another back in March of 2010. I

8    know it's been some time ago, but they're kind of

9    serious conduct violations. Then you stabbed a guy

10    with a homemade knife in 2010, correct?

11          INMATE: That's the same incident.

12          PANEL MEMBER ONE: Yeah. Right. Dangerous

13    contraband way back in '92. And you had an assault

14    when you was over at the old prison. In '92 you was

15    found in possession of a homemade knife again. Was

16    that another -- was that a different offense?

17          INMATE: No, sir. That's the same one.

18          PANEL MEMBER ONE: Well, you had one in

19    2010, stabbed the victim, stabbed another inmate. And

20    then you had one back in -- in '92 found in possession

21    of homemade knife. He was later convicted. And just

22    found in possession, okay, in '92.

23          And you had some assaults along the way. So

24    you haven't been, you know -- I know you've been here

25    30 years, and you've had approximately 24 to 25

CONFIDENTIAL                               PLTFS0000091

1 violations.  Not quite one a year.  Some of them very

2 serious, however.

3          I guess let me ask you this question:  If

4 you can't follow the rules and regulations while

5 you're incarcerated here, how can we expect you to do

6 that out on the street?

7          INMATE:  Yes, sir.  Well, as I was trying to

8 explain, my first assault, which is in '90 or '91, it

9 was well known booty man had approached me for sex and

10 kept pressing me for sex.  I was young at the time.  I

11 ended up hitting him with a weight.  That's the only

12 thing I can do.

13          The assault in 2010, that's what I was

14 explaining earlier.  The guys had approached me with

15 the knife.  I took the knife and defended myself from

16 them.  That's how I got my hands cut trying to take

17 the knife.  I did not aggressively attack anyone or

18 done anything like that.  I was just faced with a

19 horrible prison life.

20          PANEL MEMBER ONE:  Well, you've done pretty

21 good as far as conducted violations since 2012.  Keep

22 it that way, okay?

23          INMATE:  Yes, sir.

24          PANEL MEMBER ONE:  What kind of work

25 assignments you have here?

CONFIDENTIAL

1         INMATE: Currently I'm a ECU worker, which

2  is Enhanced Care Unit. I take care of older

3  prisoners, disabled prisoners. I dress them, feed

4  them, help them get to their appointments, things like

5  that.

6         PANEL MEMBER ONE: Okay.

7         INMATE: Make sure they all right, clean

8  theirself.

9         PANEL MEMBER ONE: Very good. You got your

10  GED in 1998, right?

11         INMATE: Yes, sir. (Inaudible).

12         PANEL MEMBER ONE: Okay. You've received --

13  you've received quite a few certificates for different

14  programs throughout your incarceration. That's good.

15         INMATE: Yes, sir.

16         PANEL MEMBER ONE: Six hours of -- 600 hours

17  of restorative justice, right?

18         INMATE: Yes, sir.

19         PANEL MEMBER ONE: You -- physical health's

20  okay?

21         INMATE: Yes, sir.

22         PANEL MEMBER ONE: Mental health?

23         INMATE: Thirty years of prison, I mean

24  (inaudible) --

25         PANEL MEMBER ONE: Basically, your mental

Case 2:17-cv-04082-NKL   Document 134-16   Filed 06/12/18   Page 25 of 50

CONFIDENTIAL

PLTFS0000093

1  health's --

2       INMATE:  Yes.

3       PANEL MEMBER ONE:  You're not taking any

4  medication or anything like that?

5       INMATE:  No, sir.  No, sir.

6       PANEL MEMBER ONE:  Okay.  What's your plan

7  should you be released?

8       INMATE:  Well, I've been offered a job, but,

9  I mean, I'm planning to go out and get the best job I

10  can to support my fiance and my family until I can

11  find a job of my dreams.  Would be to restore houses.

12  I love construction.

13       PANEL MEMBER ONE:  Okay.  Report indicates

14  that you'd like to start your own business in

15  construction, right?

16       INMATE:  Yes, sir.

17       PANEL MEMBER ONE:  And you prepared a letter

18  outlining your goals and plans for release, right?

19       INMATE:  Yes, sir.

20       PANEL MEMBER ONE:  That's in file bound, so

21  we have those letters and those things.

22       INMATE:  Yes, sir.

23       PANEL MEMBER ONE:  We have record of that,

24  okay?  What do you do around here in your free time?

25       INMATE:  Mostly read.  I really don't get

CONFIDENTIAL

PLTFS0000094

1   that much free time though because I take care of

2   the --

3           PANEL MEMBER ONE:  Right.  Busy?

4           INMATE:  Right.  Yes.  It's a lot of work.

5           PANEL MEMBER ONE:  Okay.  Never been

6   married, but you have a 30-year-old son?

7           INMATE:  Yes, sir.  Thirty-year-old

8   daughter.

9           PANEL MEMBER ONE:  Daughter?

10          INMATE:  Yes, sir.  My son -- she turned 30.

11          PANEL MEMBER ONE:  You have a 30-year-old

12   son and a 30-year-old daughter?

13          INMATE:  Yes, sir.  My daughter was born

14   November the 1st, and what I believe to be my son, he

15   was born January 1st.

16          PANEL MEMBER ONE:  Okay.  But you've never

17   been married.  Had 30-year-old son Brian with

18   ex-girlfriend Kimberly, resides in St. Louis.  You

19   don't have any contact with her or the son; is that

20   correct?

21          INMATE:  No, sir.

22          PANEL MEMBER ONE:  What's your home plan?

23          INMATE:  I plan to go home to my fiance and

24   get married.  We scheduled to be married in March if

25   possible.  But I plan to go home to her, live there so

CONFIDENTIAL        PLTFS0000095

1   she can help me with my appointments if I have any or

2   any parole stipulations if I have any.  I believe she

3   should have submitted a letter of support.

4           PANEL MEMBER ONE:  Yeah.  I think --

5           (Inaudible conversation.)

6           PANEL MEMBER ONE:  We got it here.  We have

7   record of it, okay.  Some things in the computer, some

8   things in the file.

9           You don't have a driver's license, right?

10  Never had one probably.

11          INMATE:  No, sir.

12          PANEL MEMBER ONE:  Okay.

13          Okay.  There be some special conditions.  No

14  drinking, no contact with the victim's family, and

15  we'll probably do anger management program with you at

16  some point in time, okay?

17          INMATE:  Yes, sir.

18          PANEL MEMBER ONE:  Let me see if my

19  colleagues have any questions.  Mr. [Panel Member

20  Three]?

21          PANEL MEMBER THREE:  No, sir.

22          PANEL MEMBER ONE:  Mr. [Panel Member Two]?

23          PANEL MEMBER TWO:  I know you still maintain

24  your innocence.  Is it still in the process in the

25  courts somewhere, or what's -- what's going on with

CONFIDENTIAL                                                    PLTFS0000096

1  that?

2          INMATE:  Yes, sir.  I have an attorney.

3          PANEL MEMBER TWO:  Um-hum.  And that's?

4          INMATE:  Matthew Neblitt.

5          PANEL MEMBER TWO:  I also got a letter from

6  him.

7          INMATE:  (Inaudible), but my family is also

8  going to hire another attorney, Kim Gibson --

9          PANEL MEMBER TWO:  Um-hum.

10          INMATE:  -- to fight for my innocence.

11          PANEL MEMBER TWO:  How many times has he

12  gone back to court on this, I'm just curious, over the

13  past 30 years?

14          INMATE:  Quite a few.  Quite a few.

15          Recently I hired in -- sorry.  In 2010, I

16  believe, we hired an investigator, and he found some

17  witnesses.  We put a thing in the newspaper.  We ran

18  it for several years, and some witnesses came forward

19  saying that I wasn't the person that they seen commit

20  the crimes.  So we're -- that's what we're trying to

21  get back in court on possibly.

22          PANEL MEMBER TWO:  Okay.  One of those is

23  Paul Witherspoon, I guess, I believe?

24          INMATE:  No.  He's not one of the recent

25  witnesses.

Case 2:17-cv-04082-NKL   Document 134-16   Filed 06/12/18   Page 29 of 50

CONFIDENTIAL                                                    PLTFS0000097

1          PANEL MEMBER TWO:  Um-hum.

2          INMATE:  That would be Demetrius Gray and

3    Toriano Rice and Terrell Gap.

4          PANEL MEMBER TWO:  Mr. Witherspoon also

5    wrote a letter in support.  I know you got several.

6    Your sister, your mother, (inaudible) from the

7    attorney.  I just wanted to let you know.  It may not

8    be in here, but we have them in the computer here.

9    Okay.  You got that one.

10          UNIDENTFIED SPEAKER:  We have a copy.  We

11    have a copy in the computer and here.

12          PANEL MEMBER TWO:  Okay.  So I just wanted

13    to let you know that we have those.

14          And then as far as program wise, I know you

15    had lots of program completions.

16          INMATE:  Yes, sir.

17          PANEL MEMBER TWO:  And I have a list of them

18    on here.  But I also notice that all these completions

19    except for, you know, the restorative justice hours,

20    they're all done recently.

21          Now, I know you got your education, but, I

22    mean, why all of a sudden?  And then after, what, 30

23    years, you just now started doing programs.

24          INMATE:  Well, restorative justice was a

25    different time.  (Inaudible).

CONFIDENTIAL                                                    PLTFS0000098

```
1              PANEL MEMBER TWO:  Yeah, yeah.  I know.

2              INMATE:  The ones I took recently were

3    reentry programs as well.

4              PANEL MEMBER TWO:  Um-hum.

5              INMATE:  I'm trying to -- if I'm given a

6    chance for parole, I'm trying to make it work.  I'm

7    trying to take full advantage of them and be positive

8    about it.

9              PANEL MEMBER TWO:  Um-hum.

10             INMATE:  Before 2012 when it came out the

11   juvenile ruling, I had no future, no outlook except

12   trying to find my way through the court.

13             PANEL MEMBER TWO:  Um-hum.

14             INMATE:  And now things have opened up to me

15   so I'm trying to prepare for if I do get a chance for

16   parole, I can survive on the street.  That's why I

17   took the automotive course and the construction.  I'm

18   trying to make it (inaudible).

19             PANEL MEMBER TWO:  I was just curious.  I

20   mean, some people they do programs their whole time.

21             Conduct's good.  I'm glad the conduct's

22   improved, but you can't make fast money in here, you

23   know, like you're deal with trying to get some drugs

24   in.

25             INMATE:  I understand.
```

CONFIDENTIAL

PLTFS0000099

1      PANEL MEMBER TWO:  That's -- yeah.  That's

2  all I have.

3      PANEL MEMBER ONE:  Okay.  Ms. [Delegate],

4  what would you like to say today?

5      DELEGATE:  Good afternoon.  Thank you for

6  giving me the opportunity to speak today.  I don't

7  know if all of you are aware that I actually flew here

8  from California for his proceedings today.  So that's

9  how important --

10      UNIDENTFIED SPEAKER:  I'm going there

11  Thursday, so...

12      DELEGATE:  Wow, okay.  The weather's better.

13  It's much warmer.

14      My brother, first thing I want to say is, in

15  all of my dealings with him throughout my entire life,

16  his -- when he's been violent, it's not that he's

17  attacked other people.  It's either in defense of

18  himself or in defense of other people that were less

19  capable.

20      Furthermore, other things.  When he gets

21  out -- I believe you guys have a letter from my cousin

22  who owns a dry cleaner.  Our family -- our family's

23  business has been dry cleaning for many generations.

24  My great-grandmother opened the first dry cleaner in

25  1929.

Case 2:17-cv-04082-NKL   Document 134-16   Filed 06/12/18   Page 32 of 50

CONFIDENTIAL                                                     PLTFS0000100

1    So when he gets out of here, if another job

2  doesn't materialize, he will be doing an internship

3  with my cousin in the family business.  So I am more

4  or less a representative of his entire support

5  network.  It's -- it won't be just his fiance, Paula.

6  My mother is involved.  My cousin is involved.  He

7  has -- he has an aunt; he has a cousin.

8    And my husband has been totally super

9  generous.  Even when he comes through here on

10  business, my husband has been serving as a mentor for

11  him.  He's even gotten -- they have discussions about

12  the Bible.

13    My brother, although he hasn't been taking

14  programs, he has taken on personal development.  He

15  reads USA Today.  He reads National Geographic.  He

16  reads the Bible, does Sudoku.  He doesn't -- when he

17  does have downtime.

18    He spent lots of time as a legal -- as a

19  clerk in the law library.  And when he wasn't helping

20  do that job, he's been working on his case trying to

21  extricate himself and prove that he did not commit

22  this crime.  Our entire family believes that he did

23  not do this as he's been saying from the very first

24  day that this happened.

25    We've had -- we had a very tumultuous

CONFIDENTIAL                                        PLTFS0000101

1 upbringing, so I'm not -- his anger issues is not just

2 because he's an angry person, but we had a very --

3 coming from a broken, abusive home.

4        And that's abuse of every form.  Things that

5 no child should have to live with see explained.  I

6 mean, everything from being verbally abused,

7 challenged, bullied, cursed out, belittled on a

8 regular, constant basis to the beatings with anything

9 my mother or my father picked up.

10        First thing they saw, you're getting hit

11 with it be it from open hand, clenched fists, wooden

12 spoons, switches from trees, water hoses, plastic

13 bats, electrical extension cords.  You know, we've

14 had, you know, bruises and welts and everything.  Just

15 stuff you don't even want to imagine.

16        My mother went into a lesbian relationship

17 with another woman, and they would walk around nude in

18 front of us.  We were exposed to inappropriate

19 sexuality, and kids, we didn't really have any place

20 to go and nobody was looking out for us.

21        So, you know, we witnessed my -- my father

22 beating my mother on a regular basis, and that, again,

23 everything from open hand, slapping her in the face to

24 gun play.  We saw my father chase my mother through

25 the house with a shotgun.  So our upbringing was

CONFIDENTIAL                                                      PLTFS0000102

1    nowhere near normal.

2         And I -- we are really, really sorry that

3    there has been a life lost in this tragic incident,

4    but he's served nearly 30 years.  He has matured

5    immensely from the angry young man he was when he came

6    here.

7         He's learned how to talk out his problems

8    and resolve his problems with intellect.  He has role

9    models and mentors.  He's -- he does seek advice from

10   other people.  He's no longer stubborn and selfish.

11   He's -- he's a person I'm proud to call my brother.

12        And just -- you know, and coming from the

13   background that we come from and then coming here

14   immediately to prison and being exposed to rapists and

15   murderers and all of that, he didn't become a rapist

16   and murderer and a person that's abusive.  He still,

17   you know, looks out and he's defensive of other

18   people.  He cares about other people.

19        And as far as accountability, it's hard to

20   be accountable for something you didn't do, and he has

21   been accountable by being here.  And his being --

22   continued incarceration doesn't -- it can't bring

23   Mr. [Victim] back.  We are sorry he's gone, but he

24   didn't hurt Mr. [Victim].

25        And I believe you have a letter from

CONFIDENTIAL                                                                PLTFS0000103

1  Mr. Witherspoon who was involved in the incident, who

2  also was the eye witness and states that he is not the

3  person who shot Mr. [Victim].

4       And when I think about my brother and

5  everything that he's missed, you know, births,

6  weddings, deaths, you know, I also think about the

7  [Victim] family, because I can still visit him and

8  talk to him, but they can't visit and talk to their

9  loved one.

10       But as sorry as we are about that, he didn't

11  do this, and him being incarcerated is not just him.

12  It kind of feels like we're somewhat incarcerated,

13  too, because it's a hardship for us to leave him here

14  every time we leave him here and worry about his

15  safety and whether or not he's actually going to be

16  all right or if he's going to be attacked, if he's

17  going to be raped, if he's going to be stabbed.

18       We worry about if he's ever going to get a

19  chance to get out here and be a contributing member of

20  society.  You keeping him locked up any longer is an

21  emotional drain on us as well as on him.  It's a

22  financial drain on the state.

23       He can't be out being a proactive,

24  contributing member to society.  And I believe after

25  30 years and watching how much he's matured, that he's

CONFIDENTIAL

PLTFS0000104

1　ready for that.  And we as a family encourage him

2　always to get, you know, more education and to prepare

3　for being out in the streets.  Because in here, if

4　someone's bothering you, you can't really escape your

5　assailant.  It's easier to deal with your issue

6　outside because you can walk away from somebody who's

7　bothering you.

8　　　　　　PANEL MEMBER ONE:  Anything else?  I know

9　you traveled a long way, so here's your opportunity.

10　　　　　　DELEGATE:  That's all.  I just really -- you

11　know, like I said, myself, my mom, her fiance, his

12　fiance, we are all here for him whatever he needs, you

13　know, and we're going to -- when he gets out, he has a

14　lot of catching up to do with the world.

15　　　　　　So we know there's going to be a long period

16　of him just even getting caught up with technology.

17　When he came here, everybody didn't have a cellphone.

18　People didn't have ATM cards.  You know, so we're

19　trying our -- you know, trying to put together a plan

20　for him to be successful because we don't want him

21　back in here.  And he doesn't want to be in here

22　and --

23　　　　　　PANEL MEMBER ONE:  I understand.  Okay.

24　Well, good that you came today.

25　　　　　　And you should feel blessed, Mr. [Inmate],

CONFIDENTIAL

1    that you have the support here.  Lot of people we see

2    do not have support with them or a delegate.  You can

3    feel blessed for that.

4            We do have a letter here from Ron Hasley.

5    That's the cleaning?

6            INMATE:  Um-hum, that's my cousin.

7            PANEL MEMBER ONE:  We do have that, just for

8    your information.

9            Mr. [Inmate], anything else you like to tell

10   the parole board today?

11           INMATE:  Yes, sir.  Over the 30 years of my

12   incarceration, I've become well-disciplined,

13   responsible person, you know.  But one thing I do want

14   you-all to know, my three most important lessons I've

15   learned while (inaudible), my father used to tell

16   me -- you know, he was abusive father, but he always

17   used to tell me to mind your own business.

18           And they tell you that when you first come

19   to prison, and that's one of the most valuable lessons

20   a person can learn in life is to mind your own

21   business, leave other people's business alone.

22           And I was -- if I could, can I just briefly

23   tell the story of the day that I turned my life around

24   and begin to mature in prison?

25           PANEL MEMBER ONE:  Just as long as it's not

Case 2:17-cv-04082-NKL   Document 134-16   Filed 06/12/18   Page 38 of 50

CONFIDENTIAL

PLTFS0000106

1    an hour long, that's fine.

2            INMATE:  Okay.  I'll make it as brief as

3    possible.

4            PANEL MEMBER ONE:  Go ahead.

5            INMATE:  Okay.  I'd been in prison for 14

6    years.  I'm going to say it was about '96.  And my

7    daughter's mother brought my daughter -- well, before

8    that -- I'm going to make it brief as possible.

9            My stepmother, my father's wife, girlfriend,

10   anyway, she used to be on me about pressuring me

11   about, you don't know the pain you've caused everybody

12   else in this family, your sisters, you know, your

13   aunt, your family.

14           And I couldn't understand it because coming

15   from her, I looked to her and my other family members

16   as somebody supposed to love me.  So I used to cry

17   about, you-all don't understand.  I'm the one

18   suffering.  I'm here doing this bit, and I'm innocent,

19   and you-all should be out trying to help me get out,

20   fight for my freedom.

21           And I couldn't understand what she kept

22   trying to say you hurt people just by coming.  It

23   don't matter if you guilty or not or any of that, and

24   I couldn't understand it.

25           And it was a day that my daughter's mother

CONFIDENTIAL                                                    PLTFS0000107

1  brought her up here, and the first time I seen her as

2  a little girl, not as a baby.  And we talking on the

3  phone because I was in the hole under investigation,

4  and I was talking to her on the phone.  She just -- we

5  just have the most wonderful visit ever, my first

6  visit with her.

7         And then I asked to speak to her mother for

8  a little while.  She jumped -- she was back playing

9  and jumping, and all of a sudden she just started

10  crying.  So I'm thinking somebody did something to

11  her, so I'm immediately wanting to protect her.

12         I'm crying out, who did something to her?

13  Ask her who do something to her.  I want to try to

14  find out so I could protect her, and I'll deal with

15  them.

16         And when I finally got her back on the phone

17  and I asked her and she was crying, and it took her a

18  while to answer.  Then she just asked me, when was I

19  coming home.  Her life would have been totally

20  different had I been there.  And it hit me.  Knocked

21  the wind out of me.

22         Now I understood what my stepmother had been

23  saying all along.  Coming from somebody that I was

24  supposed to love and protect and raise right, then me

25  being here, regardless of innocent or guilt, that's

CONFIDENTIAL

PLTFS0000108

1    why I put in my letter that I realize that being a man

2    is more so about being there every day to take care of

3    the day-to-day responsibilities than anything else.

4           And the other thing I've learned is that

5    life is never over.  And what I mean by that is I made

6    the mistake of trying to sell the drugs in prison

7    because I thought I was faced with life without

8    parole, which means forever.  Either you do something

9    to save your life, or you die in prison.

10          And I learned not only that I didn't know

11    how to sell drugs.  I couldn't sell drugs.  But what I

12    really learned was that -- one of the most valuable

13    lessons.

14          That same year after I got locked up, Miller

15    came out and told me I would be eligible for parole,

16    and it taught me to never give up on my principles.

17    And I -- because I'm not going to hold you-all up any

18    longer.

19          Let me just say this here.  For years I

20    resented drugs because I thought it was part of what

21    turned my mother into a lesbian.  Her and her friends

22    used the drugs, and they end up having a relationship.

23          So for years I resented drugs.  That's why I

24    didn't have any dealings on my record or any drug

25    involvement all the way up until 2010 when I gave up

CONFIDENTIAL        PLTFS0000109

1   on my principles and thought either you do something

2   or you die here.  Because at the time I didn't have a

3   mother to take -- help take care of me.  She just

4   recently came back into my life in, like, 2013.

5           But, anyway, just when I thought it was

6   over -- I'm not going to use God.  I'm just going to

7   say (inaudible) came about, and I get an opportunity.

8   Whether I'm successful here or not, I got an

9   opportunity to get out.

10          So, therefore, what I thought was the end of

11  life if I don't do something for myself, eventually a

12  way was made where it was possibility.  And those are

13  some of the most valuable lessons I've learned.  Never

14  give up on your principles because never don't

15  necessarily mean never.  Stick to the good things in

16  life, and it will work out.

17          And the last thing, I know you-all probably

18  heard it before.  I love my fiance, and I got a chance

19  to be with her as well.  Marry my childhood

20  sweetheart, my first love from when I was child.  And

21  the value of a good woman to make you do right and

22  keep you there with her is why I will never come to

23  prison again if given the chance to make parole.

24  Definitely not.  I would never be without her again

25  because I love her that much.

CONFIDENTIAL                                                      PLTFS0000110

1    That's all I got to say.  Thank you.

2    PANEL MEMBER ONE:  Okay.  We'll give word

3    back about six to eight weeks.  You can let your

4    sister know at that time what the results of the

5    meeting were -- hearing was today.  Okay?

6    INMATE:  Yes, sir.

7    PANEL MEMBER ONE:  That will end your

8    hearing, and you're dismissed.  Thank you very much.

9    Thank you.  Safe travel back to California.

10   Where you going to in California?

11   INMATE:  I live in Westlake Village.  It's

12   between Thousand Oaks and Malibu.

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL          PLTFS0000111

1                    REPORTER CERTIFICATE

2

3          I, Elizabeth M. Tucker-Gravitz, Certified
Shorthand Reporter, Certified Court Reporter, do hereby
4    certify that said Audio-recorded Parole Board Hearing was
transcribed by myself, translated and proofread using
5    computer-aided transcription; and the above transcript of
proceedings is a true and accurate transcript of my notes of
6    the audio to the best of my ability.

7          I further certify that I am neither attorney nor
counsel for nor related nor employed by any of the parties
8    to the action in which this examination is taken; further,
that I am not a relative or employee of any attorney or
9    counsel employed by the parties hereto or financially
interested in this action.

10

11   Dated December 5, 2017.

12

13

14

15   _____
Elizabeth M. Tucker-Gravitz, CCR,
16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL                                          PLTFS0000112

**A**

ability 44:6
able 11:19
absolutely 5:18
abuse 34:4
abused 16:13
  34:6
abusive 34:3
  35:16 38:16
ACA 12:6
access 20:25
accident 9:16
accountability
  17:5 35:19
accountable
  35:20,21
accurate 44:5
accused 17:24
action 20:9 44:8
  44:9
add 8:23
address 10:22
admitted 20:13
advantage 31:7
advice 35:9
advised 11:11
afford 19:8
afternoon 32:5
age 11:15
aggressive 21:4
  21:8
aggressively
  24:17
ago 16:16 23:8
ahead 7:6,14
  13:7 39:4
al 2:2,4
alcohol 16:9
altercation 8:1
  8:1
anger 22:1,6
  28:15 34:1
angry 34:2 35:5
Anne 2:4
answer 40:18
answers 10:22
anyway 39:10
  42:5
aorta 15:17
apologize 4:22
  12:1
apparently 14:19
  16:12
APPEARANCES 3:1
appointments
  25:4 28:1
approached 15:14
  24:9,14
approximately
  18:10 23:25
area 15:23,25
argument 7:24
armed 14:21 20:9

arrested 20:5
arrests 19:25
arrival 22:14
asked 40:7,17,18
ass 15:18
assailant 37:5
assault 23:13
  24:8,13
assaultive 21:5
  21:7
assaults 23:23
assignments
  24:25
assistant 7:3,18
ATM 37:18
Attached 3:3
attack 24:17
attacked 21:19
  32:17 36:16
attention 21:22
attorney 4:2,5,8
  4:8,12,13,17
  4:17,19,19,20
  4:21,21 5:6,8
  5:15,20 6:21
  6:24 7:2,3,3
  7:17,18,19
  20:14 29:2,8
  30:7 44:7,8
Attorney's 4:2
  7:4
audio 44:6
Audio-Recorded
  2:7 44:4
August 18:8
aunt 33:7 39:13
automotive 31:17
aware 11:9,22
  32:7

**B**

baby 40:2
back 8:5 9:15
  10:10 12:15,20
  15:11 23:7,13
  23:20 29:12,21
  35:23 37:21
  40:8,16 42:4
  43:3,9
background 35:13
based 8:21
basically 7:24
  13:9 14:1
  25:25
basis 34:8,22
bats 34:13
bearing 16:14,15
beating 34:22
beatings 34:8
behalf 5:11
behavior 21:5,7
believe 9:1
  22:16 27:14

28:2 29:16,23
  32:21 35:25
  36:24
believes 33:22
belittled 34:7
best 26:9 44:6
better 32:12
Bible 33:12,16
big 22:4
bigger 8:10
Bill 11:3
births 36:5
bit 12:24 13:23
  21:15 39:18
blessed 37:25
  38:3
board 2:7 10:13
  11:18 13:3
  38:10 44:4
booty 24:9
born 27:13,15
bothering 37:4,7
bound 26:20
boys 14:18 15:4
breaking 15:2
Brian 27:17
brief 39:2,8
briefly 38:22
bring 9:8 15:11
  35:22
broad 7:24
Broke 14:17
broken 34:3
brother 13:19
  15:3,6 16:25
  32:14 33:13
  35:11 36:4
brought 13:21
  16:11 39:7
  40:1
Brown 2:2
bruises 34:14
bullet 15:16
bullied 34:7
business 26:14
  32:23 33:3,10
  38:17,21,21
Busy 27:3

**C**

cage 22:6
California 32:8
  43:9,10
call 13:11 35:11
  15:9,10 21:18
capable 32:19
car 15:14
cards 37:18
care 25:2,2 27:1
  41:2 42:3
cares 35:18
Carr 4:10

case 7:21,22,23
  8:10,21,24
  18:1 19:1
  33:1 20
catching 37:14
caught 37:16
cause 23:6
caused 39:11
CCR 44:15
CCR#881 2:17
cellphone 37:17
CERTIFICATE 44:1
certificates
  22:6 25:13
Certified 44:3,3
certify 44:4,7
chair 9:18
challenged 34:7
chance 31:6,15
  36:19 42:18,23
changed 19:9
charge 12:7,18
charged 18:11
charges 19:21
chase 34:24
chest 8:8 14:23
child 34:5 42:20
childhood 42:19
children 13:18
choice 5:16
circuit 4:2,2,5
  4:8,8,11,13,17
  4:17,19,19,20
  4:21,21 5:6,8
  5:15,20 6:21
  6:24 7:2,2,3,4
  7:17,18,18
circumstances
  8:22 14:12
City 7:4 8:14
  12:3
civilian 22:25
claiming 17:9
class 12:16
clean 25:7
cleaner 32:22,24
cleaning 32:23
  38:5
clenched 34:11
clerk 33:19
colleagues 28:19
come 9:10 35:13
  38:18 42:22
comes 8:5 33:9
coming 34:3
  35:12,13 39:14
  39:22 40:19,23
commit 16:14
  29:19 33:21
committing 16:7
community 10:15
comp 19:3,7
completed 20:10

completely 17:11
completions
  30:15,18
comprehend 19:17
computer 28:7
  30:8,11
computer-aided
  44:5
concealed 18:9
conditions 28:13
conduct 22:13,19
  22:20 23:9
conduct's 31:21
  31:21
conducted 24:21
Confidential 1:1
  3:2
conspired 22:24
constant 34:8
construction
  26:12,15 31:17
contact 27:19
  28:14
contained 8:4
continued 35:22
contraband 23:13
contributing
  36:19,24
controlled 18:9
  18:12
conversation
  9:12 28:5
conversations
  6:17
convicted 8:14
  23:21
Coordinator 4:6
  4:11,14 5:12
  5:17 7:10
copy 30:10,11
cord 9:10
cords 34:13
correct 4:13
  6:23,24 11:23
  12:4,8 14:3
  19:14 23:10
  27:20
correctional
  12:11 17:21
  18:9,23 19:18
Corrections
  22:15
counsel 44:7,9
couple 9:14
course 20:8 22:4
  31:17
court 12:4 13:4
  17:19 29:12,21
  31:12 44:3
courts 28:25
cousin 32:21
  33:3,6,7 38:16
crime 12:15 16:7

CONFIDENTIAL

PLTFS0000113

17:18 21:5
33:22
**crimes** 29:20
**criminal** 20:9
**cry** 39:16
**crying** 40:10,12
40:17
**curious** 29:12
31:19
**current** 16:14
17:5
**Currently** 25:1
**cursed** 34:7
**cut** 21:21 24:16

**D**

**Dangerous** 23:12
**dated** 3:3 44:11
**daughter** 27:8,9
27:12,13 39:7
**daughter's** 13:10
13:19 39:7,25
**day** 12:20 13:1
13:11 16:9
17:15 33:24
38:23 39:25
41:2
**day-to-day** 41:3
**daylight** 7:24
**deal** 31:23 37:5
40:14
**dealings** 32:15
41:24
**deaths** 36:6
**December** 44:11
**defendant** 5:5
**Defendants** 2:1
**defended** 21:20
24:15
**defense** 32:17,18
**defensive** 35:17
**Definitely** 42:24
**degree** 8:17,24
8:25 9:1 12:3
12:19 17:18
**delegate** 5:25
6:4,12,12 9:9
10:4,8,16 32:3
32:5,12 37:10
38:2
**deliberation**
8:10 9:2
**delivery** 12:11
**delivery/pos...**
17:21
**Demetrius** 30:2
**denied** 16:6
**deny** 17:17 21:6
**Department** 22:14
**designated** 3:2
**detail** 13:23
**details** 11:22
**development**

33:14
**die** 41:9 42:2
**different** 23:16
25:13 30:25
40:20
**directly** 10:23
**disabled** 25:3
**discussions**
33:11
**dismissed** 43:8
**DISTRICT** 2:1
**doing** 9:19,20
11:1 30:23
33:2 39:18
**downtime** 33:17
**drain** 36:21,22
**dreams** 26:11
**dress** 25:3
**drinking** 28:14
**driver's** 28:9
**drug** 18:1 20:21
21:2 41:24
**drugs** 12:11 16:9
17:21 18:20,23
19:10,18,19
20:14,20 23:1
31:23 41:6,11
41:11,20,22,23
**dry** 32:22,23,24

**E**

**earlier** 24:14
**easier** 37:5
**ECC** 18:19
**ECU** 25:1
**education** 30:21
37:2
**eight** 43:3
**either** 32:17
41:8 42:1
**electrical** 34:13
**eligible** 41:15
**Elizabeth** 2:17
44:3,15
**emotional** 36:21
**employed** 44:7,9
**employee** 44:8
**encourage** 37:1
**ended** 24:11
**Enhanced** 25:2
**entered** 1:4
**entire** 17:6
32:15 33:4,22
**entirely** 5:7
10:13
**escape** 37:4
**et** 2:2,4
**eventually** 42:11
**everybody** 37:17
39:11
**evidence** 9:2
**ex-girlfriend**
27:18

**examination** 44:8
**excuse** 15:7
22:20
**expect** 24:5
**expired** 12:7
**explain** 17:23
24:8
**explained** 34:5
**explaining** 24:14
**exposed** 34:18
35:14
**express** 7:19
**extension** 34:13
**extra** 9:14
**extricate** 33:21
**eye** 36:2

**F**

**face** 34:23
**faced** 24:18 41:7
**facility** 12:11
17:22 18:6,10
18:23 19:18
**fact** 16:11
**family** 16:20
17:2 21:18
26:10 28:14
29:7 32:22
33:3,22 36:7
37:1 39:12,13
39:15
**family's** 32:22
**far** 13:4 17:14
17:20 20:20
21:2,4 24:21
30:14 35:19
**fast** 31:22
**father** 13:20
34:9,21,24
38:15,16
**father's** 39:9
**feed** 25:3
**feel** 37:25 38:3
**feels** 36:12
**feet** 8:7 15:16
**fiance** 26:10
27:23 33:5
37:11,12 42:18
**fight** 14:17,20
15:2,5 20:6
29:10 39:20
**fighting** 15:7
**file** 26:20 28:8
**finally** 40:16
**financial** 36:22
**financially** 44:9
**find** 8:25 26:11
31:12 40:14
**fine** 39:1
**first** 8:17 9:1
10:17 12:3,19
17:18 24:8
32:14,24 33:23

34:10 38:18
40:1,5 42:20
**fists** 34:11
**flew** 32:7
**follow** 24:4
**forever** 41:8
**form** 34:4
**forward** 29:18
**found** 8:17,25
12:4,17 13:5
17:19,24 23:15
23:20,22 29:16
**free** 26:24 27:1
**freedom** 39:20
**friend** 8:1,3,4
8:11 15:13
**friends** 16:21
41:21
**front** 13:24
34:18
**full** 9:22 31:7
**further** 44:7,8
**Furthermore**
32:20
**future** 31:11

**G**

**gang** 21:14,17
**Gap** 30:3
**GED** 25:10
**generations**
32:23
**generous** 33:9
**Geographic** 33:15
**getting** 18:11
19:1 34:10
37:16
**Gibson** 29:8
**girl** 40:2
**girlfriend** 39:9
**give** 5:2 6:11
7:14 9:21 19:2
19:10 41:16
42:14 43:2
**given** 10:11 31:5
42:23
**giving** 32:6
**glad** 5:1 31:21
**go** 7:6,14 8:2,11
8:12 11:21
12:20 13:2,7
13:22 18:19
26:9 27:23,25
34:20 39:4
**goals** 26:18
**God** 42:6
**goes** 8:6 10:10
17:4 21:2
**going** 5:1,12 6:6
9:3,4 13:15,22
13:25 14:20
15:19 19:1,2,3
28:25 29:8

32:10 36:15,16
36:17,17,18
37:13,15 39:6
39:8 41:17
42:6,6 43:10
**good** 9:7 10:13
14:11 24:21
25:9,14 31:21
32:5 37:24
42:15,21
**gotten** 33:11
**grandmother**
13:16,20
**granted** 7:20
**granting** 9:5
**GRAVITZ** 2:17
**Gray** 30:2
**great-grandm...**
32:24
**growing** 16:13
**guess** 5:15 24:3
29:23
**guest** 10:2,3
**guilt** 40:25
**guilty** 8:17,25
9:1 12:4,16,17
12:18 13:5
17:19,24 18:22
19:8,9 39:23
**gun** 8:4,6,11,12
8:13 34:24
**guy** 23:9
**guys** 24:14 32:21

**H**

**Hamilton** 14:18
**hand** 34:11,21,23
24:16
**hang** 18:5
**happen** 14:24
15:20
**happened** 12:16
12:21 13:8,23
14:12 15:2
17:15 18:7
33:24
**hard** 12:24 17:23
35:19
**hardship** 36:13
**Hasley** 38:4
**health** 25:22
**health's** 25:19
26:1
**heard** 42:18
**hearing** 2:7 5:13
6:4 9:25 10:6
11:19 12:24
43:5,8 44:4
**help** 25:4 28:1
39:19 42:3
**helping** 33:19
**hereto** 44:9

CONFIDENTIAL

PLTFS0000114

**high** 13:25
**Highly** 3:2
**hire** 29:8
**hired** 29:15,16
**hit** 13:25,25
  34:10 40:20
**hitting** 24:11
**hold** 41:17
**hole** 40:3
**home** 27:22,23,25
  34:3 40:19
**homemade** 18:10
  21:11 23:10,15
  23:21
**horrible** 24:19
**hoses** 34:12
**hour** 39:11
**hours** 25:16,16
  30:19
**house** 13:10,19
  15:11 34:25
**houses** 26:11
**hurt** 35:24 39:22
**husband** 33:8,10

### I

**ice** 21:24
**iced** 21:23
**ID** 9:22
**identified** 14:19
**identify** 6:25
**imagine** 34:15
**immediately**
  35:14 40:11
**immensely** 35:5
**important** 32:9
  38:14
**improved** 31:22
**inappropriate**
  34:18
**inaudible** 5:11
  6:3,10,17 9:12
  15:11 16:20
  18:21 20:20
  21:24 25:11,24
  28:5 29:7 30:6
  30:25 31:18
  38:15 42:7
**incarcerated**
  20:21,24 24:5
  36:11,12
**incarceration**
  19:20 25:14
  35:22 38:12
**inches** 18:10
**incident** 23:11
  35:3 36:1
**indicate** 21:6
**indicated** 19:12
**indicates** 16:19
  26:13
**influence** 16:9
**information** 18:6

38:8
**Initially** 15:1
**injury** 23:7
**inmate** 4:25 6:23
  7:20,23,25 8:6
  8:20 9:20,23
  9:23 10:1,4,14
  10:25 11:5,10
  11:13,16,20,24
  12:5,9,13,22
  12:25 13:6,9
  14:4,7,10,15
  14:25 15:5,10
  15:10,14,21,24
  16:1,3,10,18
  16:24 17:10,13
  17:23 18:13,15
  18:17,21,25
  19:15,20,23
  20:2,5,12,15
  20:18,22 21:10
  21:12,14,17
  22:3,10,12,16
  22:22,25 23:2
  23:5,11,17,19
  24:7,23 25:1,7
  25:11,15,18,21
  25:23 26:2,5,8
  26:16,19,22,25
  27:4,7,10,13
  27:21,23 28:11
  28:17 29:2,4,7
  29:10,14,24
  30:2,16,24
  31:2,5,10,14
  31:25 37:25
  38:6,9,11 39:2
  39:5 43:6,11
**Inmate]'s** 8:5
**innocence** 13:1,4
  16:6 17:6
  28:24 29:10
**innocent** 17:12
  39:18 40:25
**instantly** 8:8
  15:18
**instructed** 8:23
**intellect** 35:8
**interested** 18:3
  21:25 22:5
  44:9
**internship** 33:2
**interview** 17:7
**interviewed** 16:5
**introduce** 7:6,7
  10:3
**introducing**
  10:18
**investigation**
  40:3
**investigator**
  29:16
**involved** 12:7

15:21 18:24
  21:14,17 33:6
  33:6 36:1
**involvement**
  41:25
**involving** 14:17
**IPO** 4:24,24,24
  4:24 5:3,3 6:6
  6:9,10,14 7:10
  7:11,11,12
**issue** 37:5
**issues** 34:1

### J

**January** 27:15
**job** 26:8,9,11
  33:1,20
**jumped** 40:8
**jumping** 40:9
**jury** 8:14,19,23
  12:17
**justice** 25:17
  30:19,24
**juvenile** 20:3,4
  31:11

### K

**keep** 24:21 42:22
**keeping** 36:20
**kept** 24:10 39:21
**Key** 3:3
**kick** 15:7
**kids** 34:19
**kill** 13:15
**killed** 17:16
**killing** 8:8
  15:17
**Kim** 29:8
**Kimberly** 27:18
**kind** 10:10 11:17
  17:17 21:1,8
  23:8 24:24
  36:12
**knew** 8:15,19 9:3
  16:20 17:2
**knife** 17:25
  18:10,16,19,19
  19:1,2,9,13
  21:8,11,19,21
  21:22 23:10,15
  23:21 24:15,15
  24:17
**Knocked** 40:20
**know** 5:11,25 6:6
  6:7 8:9 9:24
  12:25 13:24
  14:14 16:16,22
  16:24,25 17:15
  18:1 20:24
  23:8,24,24
  28:23 30:5,7
  30:13,14,19,21
  31:1,23 32:7

34:13,14,21
  35:12,17 36:5
  36:6 37:2,8,11
  37:13,15,18,19
  38:13,14,16
  39:11,12 41:10
  42:17 43:4
**known** 24:9
**knows** 8:3 10:13

### L

**L** 2:4
**language** 15:8
**law** 11:3 33:19
**learn** 38:20
**learned** 35:7
  38:15 41:4,10
  41:12 42:13
**leave** 36:13,14
  38:21
**left** 14:20
**legal** 33:18
**length** 18:11
**lesbian** 34:16
  41:21
**lessons** 38:14,19
  41:13 42:13
**Let's** 12:19,20
**letter** 26:17
  28:3 29:5 30:5
  32:21 35:25
  38:4 41:1
**letters** 6:15
  26:21
**library** 33:19
**license** 28:9
**life** 8:18 11:1
  12:2 19:5
  24:19 32:15
  35:3 38:20,23
  40:19 41:5,7,9
  42:4,11,16
**likes** 4:25
**list** 22:4 30:17
**little** 12:24,24
  13:23 15:6
  16:25 21:15
  40:2,8
**live** 27:25 34:5
  43:11
**location** 8:5
**locked** 36:20
  41:14
**long** 6:8 37:9,15
  38:25 39:1
**longer** 35:10
  36:20 41:18
**looked** 39:15
**looking** 13:12
  34:20
**looks** 22:17
  35:17
**lost** 35:3

**lot** 27:4 37:14
  38:1
**lots** 30:15 33:18
**Louis** 4:4 7:4
  8:15 12:3
  27:18
**love** 26:12 39:16
  40:24 42:18,20
  42:25
**loved** 36:9

### M

**M** 2:17 44:3,15
**ma'am** 10:7
**mad** 6:8
**maintain** 12:25
  16:6 28:23
**maintained** 17:6
**Malibu** 43:12
**man** 24:9 35:5
  41:1
**management** 22:2
  22:6 28:15
**March** 14:13
  21:10 23:7
  27:24
**married** 27:6,17
  27:24,24
**Marry** 42:19
**materialize** 33:2
**math's** 14:11
**matter** 5:6 39:23
**Matthew** 29:4
**mature** 38:24
**matured** 35:4
  36:25
**mean** 4:25 5:5
  25:23 26:9
  30:22 31:20
  34:6 41:5
  42:15
**means** 8:3 41:8
**medical** 21:22
**medication** 26:4
**meeting** 43:5
**member** 4:4,9,16
  4:18,20,22 5:2
  5:4,7,10,14,19
  5:21 6:8,11,15
  6:18,22,25 7:5
  7:7,8,9,12 9:7
  9:13,19,21,24
  10:2,5,9,17,19
  10:19,20 11:1
  11:6,8,11,14
  11:17,21,25
  12:6,10,14,23
  13:2,7,22 14:5
  14:8,11,16
  15:1,22,25
  16:2,4,11,19
  17:1,11,14
  18:4,14,16,18

CONFIDENTIAL

PLTFS0000115

18:22  19:12,16
19:21,24  20:3
20:8,13,16,19
20:23  21:13,15
22:1,8,11,13
22:17,23  23:3
23:6,12,18
24:20,24  25:6
25:9,12,16,19
25:22,25  26:3
26:6,13,17,20
26:23  27:3,5,9
27:11,16,22
28:4,6,12,18
28:19,21,22,22
28:23  29:3,5,9
29:11,22  30:1
30:4,12,17
31:1,4,9,13,19
32:1,3  36:19
36:24  37:8,23
38:7,25  39:4
43:2,7
**members** 39:15
**mental** 25:22,25
**mentally** 16:12
**mentor** 33:10
**mentors** 35:9
**MF** 15:15
**middle** 8:6
**Miller** 41:14
**mind** 38:17,20
**minor** 20:7
**minutes** 9:15
  14:20
**missed** 36:5
**MISSOURI** 2:1
**mistake** 41:6
**models** 35:9
**mom** 37:11
**money** 20:14
  31:22
**morning** 13:10
**mother** 13:10
  30:6  33:6  34:9
  34:16,22,24
  39:7,25  40:7
  41:21  42:3
**mother's** 13:19
**murder** 7:22  8:17
  8:24,25  9:1
  12:3,19  13:8
  17:18
**murdered** 7:23
**murderer** 35:16
**murderers** 35:15

—— N ——
**name** 4:7,23  5:2
  7:7,15,17  9:22
  10:18
**name's** 7:2
**names** 6:2

**National** 33:15
**near** 35:1
**nearly** 35:4
**Neblitt** 29:4
**necessarily**
  42:15
**neck** 15:17
**need** 21:1
**needs** 9:13  37:12
**neighborhood**
  16:21  17:3
**neither** 44:7
**network** 33:5
**never** 27:5,16
  28:10  41:5,16
  42:13,14,15,22
  42:24
**new** 11:17
**newspaper** 29:17
**night** 13:13
**normal** 35:1
**Norman** 2:2
**notes** 44:5
**notice** 30:18
**November** 22:24
  27:14
**nude** 34:17
**number** 9:22

—— O ——
**o0o** 4:1
**Oaks** 43:12
**observe** 10:10
**obviously** 21:5
**occurred** 11:15
  12:15  13:4
**October** 22:24
**offender** 6:23
  9:8
**offense** 14:3
  16:7,14  17:5
  20:17  23:16
**offered** 26:8
**Office** 4:3  7:4
**office's** 7:20
**officer** 16:5
  17:7
**okay** 5:20  6:9,18
  7:5  9:7,24
  10:5,9,15,21
  10:24  11:1,19
  11:25  12:2,12
  12:20,21,22,25
  13:2,7,22,24
  15:1,1  16:4,4
  17:1  19:12
  22:8  23:22
  24:22  25:6,12
  25:20  26:6,13
  26:24  27:5,16
  28:7,12,13,16
  29:22  30:9,12
  32:3,12  37:23

39:2,5  43:2,5
**old** 14:2,9,17
  19:25  22:8
  23:14
**older** 25:2
**ones** 31:2
**onlooker** 14:18
**onus** 8:12
**open** 34:11,23
**opened** 31:14
  32:24
**opportunity**
  10:11  32:6
  37:9  42:7,9
**opposed** 8:20  9:5
**opposition** 7:20
**order** 1:4  3:3
  19:10
**outlining** 26:18
**outlook** 31:11
**outnumbered**
  21:20
**outside** 37:6
**owns** 32:22

—— P ——
**pain** 39:11
**panel** 4:4,9,16
  4:18,20,22  5:2
  5:4,7,10,14,19
  5:21  6:8,11,15
  6:18,22,25  7:5
  7:7,8,8,12  9:7
  9:13,19,21,24
  10:2,5,9,17,18
  10:18,19,20,23
  11:1,6,8,11,14
  11:17,21,25
  12:6,10,14,23
  13:2,7,22  14:5
  14:8,11,16
  15:1,22,25
  16:2,4,11,19
  17:1,11,14
  18:4,14,16,18
  18:22  19:12,16
  19:21,24  20:3
  20:8,13,16,19
  20:23  21:13,15
  22:1,8,11,13
  22:17,23  23:3
  23:6,12,18
  24:20,24  25:6
  25:9,12,16,19
  25:22,25  26:3
  26:6,13,17,20
  26:23  27:3,5,9
  27:11,16,22
  28:4,6,12,18
  28:19,21,22,22
  28:23  29:3,5,9
  29:11,22  30:1
  30:4,12,17

31:1,4,9,13,19
32:1,3  37:8,23
38:7,25  39:4
43:2,7
**paperwork** 18:2
**parole** 2:7  7:21
  8:21  9:6,25
  10:13  11:2,18
  12:3  13:3
  16:15  19:5
  28:2  31:6,16
  38:10  41:8,15
  42:23  44:4
**paroling** 10:6
**part** 41:20
**Participants** 3:2
**participating**
  16:7
**parties** 44:7,9
**passed** 11:3
**Paul** 29:23
**Paula** 33:5
**pay** 19:4
**paying** 19:7
**people** 31:20
  32:17,18  35:10
  35:18,18  37:18
  38:1  39:22
**people's** 38:21
**period** 37:15
**person** 21:4,8
  29:19  34:2
  35:11,16  36:3
  38:13,20
**personal** 33:14
**phone** 22:25  40:3
  40:4,16
**physical** 25:19
**physically** 16:12
**picked** 34:9
**place** 13:17
  34:19
**Plaintiffs** 2:2
**plan** 26:6  27:22
  27:23,25  37:19
**planning** 26:9
**plans** 26:18
**plastic** 34:12
**play** 34:24
**playing** 40:8
**please** 7:1  9:10
  9:22  21:16
**pled** 12:16,16,17
  18:22  19:8,9
**Plus** 21:7
**point** 28:16
**point-blank** 8:7
**points** 13:25
**police** 13:12,14
  13:21
**positive** 31:7
**possessed** 18:8
**possession** 12:18

31:1,4,9,13,19
32:1,3  37:8,23
38:7,25  39:4
43:2,7
**paperwork** 18:2

18:12,20,23
19:13  23:15,20
23:22
**possibility**
  42:12
**possible** 27:25
  39:3,8
**possibly** 7:24
  29:21
**Potosi** 18:9
**Precythe** 2:4
**predators** 19:14
**prepare** 31:15
  37:2
**prepared** 26:17
**pressing** 24:10
**pressuring** 39:10
**pretty** 24:20
**principles** 41:16
  42:1,14
**Prior** 19:24
**prison** 17:25
  20:14,25  21:14
  21:17  23:14
  24:19  25:23
  35:14  38:19,24
  39:5  41:6,9
  42:23
**prisoners** 25:3,3
**proactive** 36:23
**probably** 11:22
  18:5  20:23
  28:10,15  42:17
**problem** 20:21
**problems** 35:7,8
**proceed** 7:14
**proceedings** 32:8
  44:5
**process** 28:24
**program** 28:15
  30:14,15
**programs** 25:14
  30:23  31:3,20
  33:14
**proofread** 44:4
**protect** 40:11,14
  40:24
**protection** 19:13
**protective** 1:4
  3:3
**proud** 35:11
**prove** 33:21
**punishment** 8:16
**punk** 15:10,15
**Pursuant** 1:4
**put** 5:1  29:17
  37:19  41:1

—— Q ——
**question** 24:3
**questions** 28:19
**quite** 24:1  25:13
  29:14,14

CONFIDENTIAL
PLTFS0000116

**R**

**rage** 22:7
**raise** 40:24
**ran** 29:17
**raped** 36:17
**rapist** 35:15
**rapists** 35:14
**read** 26:25
**reads** 33:15,15
    33:16
**ready** 37:1
**real** 20:7
**realize** 41:1
**really** 26:25
    34:19 35:2,2
    37:4,10 41:12
**reasons** 11:2
**received** 25:12
    25:13
**receiving** 8:21
**record** 5:22 7:6
    26:23 28:7
    41:24
**reentry** 31:3
**regard** 6:23
**regarding** 13:8
**regardless** 40:25
**regular** 34:8,22
**regulations** 24:4
**related** 44:7
**relationship**
    34:16 41:12
**relative** 44:8
**release** 16:15
    26:18
**released** 26:7
**report** 13:3 15:9
    16:6,19 17:8
    21:24 26:13
**reported** 17:1
**Reporter** 44:1,3
    44:3
**reports** 13:24
**representative**
    33:4
**resented** 41:20
    41:23
**resides** 27:18
**resolve** 35:8
**responsibili...**
    41:3
**responsible**
    38:13
**rest** 5:13
**restorative**
    25:17 30:19,24
**restore** 26:11
**restroom** 9:14
**results** 43:4
**returned** 14:20
**Rice** 30:3
**rifle** 14:21
    15:11 17:17

**right** 6:13,19,22
    7:13 8:8 9:11
    9:17 10:23
    12:14 14:8,12
    17:14 18:4,8
    18:14,18,24
    19:16,24 20:11
    21:11 22:9,15
    22:21 23:4,12
    25:7,10,17
    26:15,18 27:3
    27:4 28:9
    36:16 40:24
    42:21
**role** 35:8
**Ron** 38:4
**room** 7:10 10:21
**rules** 24:4
**ruling** 31:11

**S**

**safe** 13:17 43:9
**safety** 36:15
**save** 41:9
**saw** 14:19 34:10
    34:24
**sawed-off** 14:21
    17:16
**saying** 13:11
    29:19 33:23
    40:23
**says** 15:9 21:1
**SCCC** 23:1
**scene** 14:20
**scheduled** 27:24
**school** 20:6
**seat** 9:11,17
**seated** 15:14
**second** 6:11 8:24
    8:25
**see** 3:3 28:18
    34:5 38:11
**seek** 21:22 35:9
**seen** 8:9 29:19
    40:1
**selfish** 35:10
**sell** 41:6,11,11
**selling** 20:13,20
**Senate** 11:3
**sent** 15:11
**sentence** 20:11
**sentenced** 8:16
    8:18,20
**September** 1:4
    3:3
**sequence** 12:10
    17:20
**Sergeant** 5:22
**serious** 23:7,9
    24:2
**served** 14:15,6
    22:11 35:4
**Service** 4:6,11

    4:14 5:12,17
    7:9
**serving** 12:2
    33:10
**severed** 15:17
**sex** 24:9,10
**sexual** 19:14
**sexuality** 34:19
**sexually** 16:13
**Sheet** 3:4
**shooting** 13:12
**shoots** 8:7
**Shorthand** 44:3
**shot** 14:22 15:15
    36:3
**shotgun** 34:25
**show** 15:15 18:2
    22:5
**sight** 13:15
**sir** 10:1,8,16,25
    11:5,16,20,24
    12:5,9,13 13:6
    14:7,15,25
    15:21,24 16:1
    16:3,10,18,24
    17:13,23 18:13
    18:15,17 19:15
    19:23 20:2,12
    20:15,18,22
    21:12 22:3,10
    22:12,22 23:2
    23:5,5,17 24:7
    24:23 25:11,15
    25:18,21 26:5
    26:5,16,19,22
    27:7,10,13,21
    28:11,17,21
    29:2 30:16
    38:11 43:6
**sister** 10:4 30:6
    43:4
**sisters** 39:12
**sit** 10:10
**six** 25:16 43:3
**slapping** 34:23
**small** 14:18
**smuggle** 23:1
**society** 36:20,24
**somebody** 10:14
    13:13 37:6
    39:16 40:10,23
**someone's** 37:4
**somewhat** 36:12
**son** 27:6,10,12
    27:14,17,19
**sorry** 4:18 29:15
    35:2,23 36:10
**speak** 5:4 6:19
    10:11,12 12:23
    21:15 32:6
    40:7
**SPEAKER** 5:23,24
    6:1,3 9:17

    11:7 30:10
    32:10
**special** 28:13
**speculating**
    19:11
**spell** 4:16
**spelled** 4:12
**spent** 33:18
**spoons** 34:12
**St** 4:4 7:4 8:15
    12:3 27:18
**stabbed** 21:10
    23:9,19,19
    36:17
**start** 6:3 9:14
    10:17 26:14
**started** 6:18
    30:23 40:9
**state** 36:22
**stated** 15:6,15
    16:13 17:5
    20:19
**states** 18:7 36:2
**station** 13:21
**stay** 5:13
**stayed** 13:19
**stepmother** 39:9
    40:22
**Stick** 42:15
**stipulations**
    28:2
**stitches** 21:23
**stopped** 15:7
**story** 38:23
**street** 8:7 14:18
    24:6 31:16
**streets** 37:3
**strong** 9:2
**stubborn** 35:10
**stuff** 34:15
**submitted** 13:3
    28:3
**subsequently**
    8:18
**substance** 18:12
**successful** 37:20
    42:8
**sudden** 30:22
    40:9
**Sudoku** 33:16
**suffering** 39:18
**suitcase** 8:2,3,4
**summarizes** 17:17
**super** 33:8
**support** 6:16
    10:12,14 26:10
    28:3 30:5 33:4
    38:1,2
**supposed** 4:9
    39:16 40:24
**sure** 4:15 6:4
    11:22 25:7
**survive** 31:16

**sweetheart** 42:20
**switches** 34:12
**system** 17:25

**T**

**take** 9:14,15
    12:15 17:4
    21:21 24:16
    25:2 27:1 31:7
    41:2 42:3,3
**taken** 22:4 33:14
    44:8
**takes** 8:6
**talk** 12:12,19
    35:7 36:8,8
**talked** 17:7
**talking** 13:14
    15:13 40:2,4
**taught** 41:16
**technology** 37:16
**tell** 5:10 6:6
    8:11 12:14,20
    13:8 15:19
    17:22 38:9,15
    38:17,18,23
**tells** 8:1
**Terrell** 30:3
**Thank** 7:17 32:5
    43:1,8,9
**theirself** 25:8
**thing** 11:18
    12:20 24:12
    29:17 32:14
    34:10 38:13
    41:4 42:17
**things** 18:24
    25:4 26:21
    28:7,8 31:14
    32:20 34:4
    42:15
**think** 5:8 11:6
    20:5 21:23
    28:4 36:4,6
**thinking** 40:10
**Thirty** 25:23
**Thirty-year-old**
    27:7
**thought** 4:9 9:3
    41:7,20 42:1,5
    42:10
**Thousand** 43:12
**three** 7:9 10:19
    12:10 14:17
    17:20 28:20,21
    38:14
**Three-year** 20:10
**Thursday** 32:11
**time** 7:15 14:3
    14:16,17,23
    16:8 18:25
    19:5,6 20:10
    20:24 23:8
    24:10 26:24

CONFIDENTIAL

PLTFS0000117

27:1 28:16
30:25 31:20
33:18 36:14
40:1 42:2 43:4
**times** 29:11
**today** 7:19 9:25
11:3,19 13:1
17:9 32:4,6,8
33:15 37:24
38:10 43:5
**told** 13:16 16:16
18:25 41:15
**tooken** 22:3
**Toriano** 30:3
**totally** 33:8
40:19
**tragic** 35:3
**transcribed** 44:4
**transcript** 2:7
44:5,5
**transcription**
44:5
**translated** 44:4
**travel** 43:9
**traveled** 37:9
**Travis** 5:22
**treatment** 21:1,2
**trees** 34:12
**trial** 8:2 12:4
12:17 13:5
17:19
**tried** 20:15
**true** 16:22 44:5
**try** 40:13
**trying** 19:17
21:21 24:7,16
29:20 31:5,6,7
31:12,15,18,23
33:20 37:19,19
39:19,22 41:6
**Tucker-Gravitz**
44:3,15
**tumultuous** 33:25
**turn** 13:15,17
**turned** 18:1
27:10 38:23
41:21
**Twenty-four**
22:13
**two** 7:8,25 10:20
15:3 18:24
19:2,10 28:22
28:23 29:3,5,9
29:11,22 30:11
30:4,12,17
31:1,4,9,13,19
32:1
**typo** 22:18

---

**U**

**Um-hum** 29:3,9
30:1 31:4,9,13
38:6

**understand** 9:9
31:25 37:23
39:14,17,21,24
**understood** 40:22
**unfortunately**
20:25
**UNIDENTFIED** 5:23
5:24 6:1,3
9:17 11:7
30:10 32:10
**Unit** 25:2
**upbringing** 34:1
34:25
**USA** 33:15
**use** 9:13 42:6

---

**V**

**valuable** 38:19
41:12 42:13
**value** 42:21
**Values** 21:18
**vehicle** 15:14
**verbal** 8:1
**verbally** 34:6
**victim** 4:6,11,14
5:5,12,17 7:9
7:23 8:8 14:13
14:13,14,22
15:2,6,9,13,16
16:17,20 17:2
17:16 23:19
35:23,24 36:3
36:7
**victim's** 15:17
16:20 17:2
19:3,7 28:14
**victims** 10:21,24
**Village** 43:11
**violation** 22:19
22:20
**violations** 22:14
23:4,9 24:1,21
**violent** 32:16
**visit** 36:7,8
40:5,6
**vs** 2:3

---

**W**

**Wabada** 14:18
**wait** 8:12
**waiting** 22:4
**waive** 19:1,3
**walk** 34:17 37:6
**walked** 14:22
15:10
**want** 5:4,8 6:1
6:19,25 7:16
9:15,21 10:3
32:14 34:15
37:20,21 38:13
40:13
**wanted** 30:7,12
**wanting** 40:11

**warmer** 32:13
**wasn't** 4:14 11:4
19:6 29:19
33:19
**Watch** 9:10
**watching** 36:25
**water** 34:12
**way** 9:10 23:13
23:23 24:22
31:12 37:9
41:25 42:12
**we'll** 6:18 7:15
10:9,17 12:12
28:15 43:2
**we're** 6:9 29:20
29:20 36:12
37:13,18
**we've** 33:25
34:13
**weapon** 18:20
19:17
**weather's** 32:12
**weddings** 36:6
**weeks** 43:3
**weight** 24:11
**well-discipl...**
38:12
**Wellston** 13:11
**welts** 34:14
**went** 13:10,18
19:17 21:18
34:16
**WESTERN** 2:1
**Westlake** 43:11
**Weston** 7:12
10:20
**wife** 39:9
**wind** 40:21
**wise** 30:14
**Witherspoon**
29:23 30:4
36:1
**witness** 8:2 36:2
**witnessed** 34:21
**witnesses** 10:21
10:24 14:22
29:17,18,25
**woman** 34:17
42:21
**wonderful** 40:5
**wooden** 34:11
**word** 43:2
**work** 20:19 24:24
27:4 31:6
42:16
**worker** 25:1
**working** 33:20
**world** 37:14
**worried** 19:6,7
**worry** 36:14,18
**Wow** 32:12
**write** 6:2
**wrong** 21:18

**wrote** 6:15 16:5
17:7 30:5

---

**X**

---

**Y**

**yeah** 5:13,17,19
6:1 9:15 11:6
23:12 28:4
31:1,1 32:1
**year** 24:1 41:14
**years** 11:15 14:2
14:6,9,16 19:2
19:10,25 22:8
22:11 23:25
25:23 29:13,18
30:23 35:4
36:25 38:11
39:6 41:19,23
**you-all** 18:2
21:25 22:5
38:14 39:17,19
41:17 42:17
**young** 24:10 35:5

---

**Z**

---

**0**

---

**1**

**10** 8:7 15:16
**12-year-old** 15:3
15:4
**14** 39:5
**169637** 9:23
**17** 11:15 14:2
16:8 19:25
**17th** 18:8
**1929** 32:25
**1987** 7:22 14:13
**1992** 18:8
**1998** 25:10
**1st** 27:14,15

---

**2**

**2:17-cv-0408...**
2:3
**2000** 22:19
**2006** 22:20
**2010** 21:10 23:7
23:10,19 24:13
29:15 41:25
**2012** 22:21,24,24
24:21 31:10
**2013** 42:4
**2017** 1:4 3:3
44:11
**20th** 14:13
**24** 23:25
**25** 23:25
**28** 14:16

---

**3**

**30** 14:6 22:11
23:25 27:10
29:13 30:22
35:4 36:25
38:11
**30-year-old** 27:6
27:11,12,17

---

**4**

**47** 14:9 22:8

---

**5**

**5** 44:11
**59** 11:4,6,25
**590** 11:7,8,25

---

**6**

**600** 25:16

---

**7**

**7** 1:4 3:3 18:10

---

**8**

**89** 20:9

---

**9**

**90** 24:8
**91** 24:8
**92** 23:13,14,20
23:22
**96** 39:6

CONFIDENTIAL

PLTFS0000118