

**CONFIDENTIAL**

(Pursuant to Protective Order
entered on September 7, 2017)

CONFIDENTIAL

PLTFS0000122

IN THE WESTERN DISTRICT OF MISSOURI

Norman Brown, et al.,       )
                   Plaintiffs,)
              vs.        )   2:17-cv-04082-NKL
                          )
Anne L. Precythe, et al.,    )
             Defendants. )


Transcript of Audio-Recorded Parole Board Hearing


ELIZABETH M. GRAVITZ, CCR#881

CONFIDENTIAL                                                              PLTFS0000123

```
 1                        APPEARANCES

 2     Participants designated as Highly Confidential per

 3     protective order dated September 7, 2017.  See Attached Key

 4     Sheet.

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Case 2:17-cv-04082-NKL   Document 134-17   Filed 06/12/18   Page 3 of 58

CONFIDENTIAL                                                      PLTFS0000124

```
1                         o0o

2              VICTIM SERVICE COORDINATOR:  His delegate is

3    actually his mother.

4                   (Inaudible conversations.)

5              PANEL MEMBER ONE:  Hi, how are you?

6              CIRCUIT ATTORNEY:  Hi.  Good.  Nice to see

7    you.  [Circuit Attorney].

8              PANEL MEMBER ONE:  You're Ms. [Circuit

9    Attorney]?

10             CIRCUIT ATTORNEY:  Yes, I'm here.

11             PANEL MEMBER ONE:  [Panel Member One].  Nice

12   to meet you.

13                  (Inaudible conversation.)

14             PANEL MEMBER ONE:  And you are Ms.?

15             VICTIM SERVICE COORDINATOR:  [Victim Service

16   Coordinator].

17                  (Inaudible conversation.)

18             PANEL MEMBER ONE:  So I understand that you

19   are from the prosecutor's office --

20             CIRCUIT ATTORNEY:  Yes.

21             PANEL MEMBER ONE:  -- Ms. [Circuit

22   Attorney]?

23             And you would like to make your statement

24   without the offender being present?

25             CIRCUIT ATTORNEY:  I usually do.  It really
```

CONFIDENTIAL

PLTFS0000125

```
1   doesn't matter to me.  It has been my experience with
2   defendants in my years of prosecuting that they --
3   defendants generally do better if they don't feel like
4   they need to answer me, and they don't get
5   sidetracked -- sidetracked with things that I said.
6            PANEL MEMBER ONE:  Okay.
7            CIRCUIT ATTORNEY:  But it really doesn't
8   matter to me.
9            PANEL MEMBER ONE:  Okay.  Well, it is purely
10  your choice.
11           CIRCUIT ATTORNEY:  Okay.
12           PANEL MEMBER ONE:  However you'd like to do
13  it.  We can do it and start right now that you make
14  your statement.
15           CIRCUIT ATTORNEY:  Sure.
16           PANEL MEMBER ONE:  And have you been to a
17  program before, so you know how it works?
18           CIRCUIT ATTORNEY:  I have.  Becoming quite
19  used to this.  I think this is my -- maybe my sixth,
20  seventh, something like that.
21           PANEL MEMBER ONE:  Okay.  So we'll go ahead
22  and get on the record.  I'll get us on the record, and
23  we'll let you make your statement.  And then we will
24  get the offender in, and then I'll conduct the
25  interview with him.  He is not going to be -- he's
```

CONFIDENTIAL                                                    PLTFS0000126

1    being accompanied not by the delegate that I thought

2    was coming but by his relative now?

3              UNIDENTIFIED SPEAKER:  Yes.

4              VICTIM SERVICE COORDINATOR:  His mother.

5              PANEL MEMBER ONE:  His mother.  And we'll

6    interview him.  If you've seen that before in the

7    past, it will be the exact same thing.  Give her a

8    chance to make some comments, and they'll be allowed

9    to leave, and we will conclude the hearing.

10             CIRCUIT ATTORNEY:  Yes, sir.

11             PANEL MEMBER ONE:  Okay.  So if we are all

12   ready, Brian?

13             UNIDENTIFIED SPEAKER:  Um-hum.

14             PANEL MEMBER ONE:  Okay.  So we are on the

15   record with hearing for Mr. [Inmate].  And with us

16   from the prosecutor's office out of --

17             CIRCUIT ATTORNEY:  St. Louis City.

18             PANEL MEMBER ONE:  -- St. Louis City, okay,

19   is Ms. [Circuit Attorney] who wishes to make a

20   statement with the offender not present.

21             Present in the room are Mr. [Panel Member

22   Three], Mr. [Panel Member Two], myself, [Panel Member

23   One], [IPO], if I got that right.

24             IPO:  Sounded right.

25             PANEL MEMBER ONE:  And Ms. [Victim Service

CONFIDENTIAL                                                    PLTFS0000127

1    Coordinator].

2            So, Ms. [Circuit Attorney], we'll turn it

3    over to you.

4            CIRCUIT ATTORNEY:  Thank you, sir.

5            As I said, I'm here representing the city.

6    I'm not the attorney who tried the case, but having

7    said similarly reviewed the file that we had at the

8    time of trial.  And I just kind of wanted to go over

9    why this is such a strong murder in the first degree

10   and therefore deserving of the life without.

11           So in September 17th of 1998, it was this

12   defendant and another man that actually initiated the

13   fight with [Victim].

14           They were outside a liquor store.  There

15   were two eye witnesses that were not related to any

16   party that watched the entire interaction from

17   their --

18           PANEL MEMBER ONE:  Did you say 1998?

19           CIRCUIT ATTORNEY:  I may have said that.  I

20   meant '88.  Sorry.

21           PANEL MEMBER ONE:  I thought -- okay.

22           CIRCUIT ATTORNEY:  I also have a cold or

23   allergy issues, so it may come out sounding

24   differently than I began.

25           PANEL MEMBER ONE:  Not at a problem.  Not a

CONFIDENTIAL                                                                PLTFS0000128

1  problem.

2          CIRCUIT ATTORNEY:  So there were two eye

3  witnesses not related to anyone that watched this from

4  the upstairs window, and they confirmed that the

5  defendant was the initial aggressor in the situation

6  and picked a fight with [Victim] outside a liquor

7  store.  He -- [Victim], the deceased, is actually able

8  to get away.  He runs inside the liquor store where he

9  begs a clerk for help.

10          He was turned away.  He asked Nathaniel

11  Cooper to call 911, which Cooper refused.  Instead

12  chased -- and at that point the defendant also chases

13  [Victim] inside the liquor store.  So he doesn't leave

14  the fight alone.  He continues to pursue him.

15          When he can't seek -- when [Victim] can't

16  say seek refuge behind that counter and gets thrown

17  back into the street, the two men then just begin to

18  savagely beat this man.

19          PANEL MEMBER ONE:  This other person was?

20          CIRCUIT ATTORNEY:  We don't know to this

21  day.  There's some speculation.

22          PANEL MEMBER ONE:  I thought there was a

23  name on it.

24          CIRCUIT ATTORNEY:  There was -- my

25  understanding is that -- yeah, David Walters is that

CONFIDENTIAL                                                                    PLTFS0000129

1   it was never proven.

2             PANEL MEMBER ONE:  Got it.

3             CIRCUIT ATTORNEY:  So it was a name that was

4   provided through the course of the investigation.

5             PANEL MEMBER ONE:  So he was never charged

6   with anything?

7             CIRCUIT ATTORNEY:  No.  I think there was no

8   ID on him.  It was one point who [Inmate] blamed, but

9   given we didn't blame -- we didn't take his story of

10  Walter's action, we don't know whether to believe that

11  name also provided was true.  That's my reading of the

12  file.  Obviously some things happened on appeal that

13  I'm not privy to, but...

14            PANEL MEMBER ONE:  Okay.

15            CIRCUIT ATTORNEY:  So these two men, they

16  struck him, they kicked him, they stomped his head.

17  He was face down on the ground.  They actually taunted

18  him before they did things.

19            So [Inmate] said to him, hey, I'm going to

20  go break a bottle over your head, and then left the

21  other man to continue to beat him while he leaves,

22  retrieves a broken bottle from a nearby vacant -- not

23  a broken bottle, a whole bottle from a nearby vacant

24  lot, returns with that bottle, and breaks it over his

25  head.

CONFIDENTIAL                                    PLTFS0000130

1    During all this time, [Victim]'s not

2  fighting back.

3    PANEL MEMBER ONE:  This is after he was

4  being beaten by the other unidentified individual?

5    CIRCUIT ATTORNEY:  Yes.  Both men started

6  beating.

7    PANEL MEMBER ONE:  Okay.

8    CIRCUIT ATTORNEY:  [Inmate] indicates he's

9  leaving to go get the bottle.  While he's gone, the

10  co-guy continues to do the beating.  He returns with

11  the bottle.  He breaks it over his head.

12    Then the friend takes out his gun.  Because

13  of the subsequent action, I'm assuming the friend sort

14  of knew the gun may not have been operable or worked

15  real well because he just beats him with it.  Smashes

16  him in the face.  Smacks him in the head.

17    [Inmate] takes the gun from his friend and

18  points it at the victim, [Victim], and fires multiple

19  times.

20    PANEL MEMBER ONE:  While he's laying on the

21  ground?

22    CIRCUIT ATTORNEY:  Yeah, while he's on the

23  ground.  As he hears -- as [Victim] hears the clicking

24  of the gun, he sits up so he was more line of the fire

25  once the trigger was pulled.  But the gun doesn't fire

CONFIDENTIAL

PLTFS0000131

1    the first three times, so it malfunctions.

2          At that point he -- so now he's sitting up.

3    [Inmate] says, You'll remember this.  Pulls the gun,

4    pulls the trigger two more times, and that time it

5    fires striking him once in the chest and once in the

6    abdomen.

7          He collapses.  [Victim] collapses onto the

8    ground, and this is, again, just one of the more

9    egregious facts.  That defendant and his friend run

10   away, but [Victim] is making noises.  Not -- he's not

11   immediately deceased.

12         So they come back and -- saying, Man, you're

13   going to learn.  You're going to learn.  I ain't no

14   punk.  You're going to learn.

15         And then making sure that he's dying, and

16   then they throw his jacket over his head and leave

17   again.  So --

18         PANEL MEMBER ONE:  So when they came back,

19   they didn't do anything else?

20         CIRCUIT ATTORNEY:  They didn't do anything

21   else.  They basically came back to watch him die.

22         PANEL MEMBER ONE:  You said there were

23   witnesses?

24         CIRCUIT ATTORNEY:  There were witnesses.

25   There were two, a woman and her cousin were in her

CONFIDENTIAL                                                      PLTFS0000132

1  house.  They are, matter of fact, Angela Brooks and

2  David Patton were watching from a nearby upstairs

3  window.  And they saw the entire thing transpire.

4  David Patton saw it from the very beginning and called

5  his cousin over to watch it.

6          PANEL MEMBER ONE:  They never knew the other

7  man?

8          CIRCUIT ATTORNEY:  They didn't know the

9  other man.  They only knew -- they knew [Inmate] by a

10 nickname.

11          PANEL MEMBER ONE:  He was never given up by

12 [Inmate]?

13          CIRCUIT ATTORNEY:  [Inmate] provided a name.

14 Like I said, he may be -- it may be truthful.  It may

15 not be truthful.  I don't think anyone was ever able

16 to do an ID on that guy to say whether or not [Inmate]

17 is telling the truth of his co-conspirator.

18          And he was less culpable than [Inmate], so

19 we never struck a deal with him to give up the

20 other -- you know, we don't -- you never -- you don't

21 make a deal with the shooter to get to the beater,

22 right?

23          PANEL MEMBER ONE:  Right.

24          CIRCUIT ATTORNEY:  So we wouldn't have had

25 an offer on the table for that information.

1    So, you know, I think just -- you know, I

2    know the board has far more information about his

3    conduct once in prison, which is also pretty awful and

4    I understand involves a lot of weapons.

5    But I think his actions in prison are

6    consistent with this sort of brutal activity.  He

7    definitely likes weapons.  And, you know -- and also,

8    I know one of the factors written in the statute is

9    the extent of the defendant's participation.

10    And I also read the information that his

11    lawyer provided, and they seem to sort of present it

12    as somebody who got caught up with bad people.  But if

13    you look at his actions on this day, he's not part of

14    a mob mentality.  He's the leader of the mob.  He is

15    definitely taking things beyond what the other guy's

16    willing to do, so that doesn't indicate that he's this

17    kid who's just following the leader.

18    PANEL MEMBER ONE:  Right.

19    CIRCUIT ATTORNEY:  In this beating, he is

20    the leader.  So I think that directly refutes sort of

21    the claim that his lawyer's putting forward just

22    getting caught up in a bad situation.

23    So for all those reasons and his subsequent

24    conduct, we are opposed to any early release

25    (inaudible).  Thank you.

Case 2:17-cv-04082-NKL   Document 134-17   Filed 06/12/18   Page 13 of 58

CONFIDENTIAL                                                      PLTFS0000134

1    PANEL MEMBER ONE:  All right.  Well, thank

2   you very much for presenting that information for us

3   and coming down.

4    CIRCUIT ATTORNEY:  Sure.  And I've also

5   provided basically what I said in written form.

6    PANEL MEMBER ONE:  Okay.  That's this?

7    CIRCUIT ATTORNEY:  Yes.

8    PANEL MEMBER ONE:  So we can keep this?

9    CIRCUIT ATTORNEY:  Absolutely.

10    PANEL MEMBER ONE:  All right.  Okay.  We are

11   ready.

12    (Inaudible conversations.))

13    PANEL MEMBER ONE:  Okay.  Please state

14   your -- come more -- come more down.  Face forward.

15   Not looking down that way.  All right.  Now we're

16   good.

17    Okay.  Let's start, please state your name

18   and number for the record.

19    INMATE:  Mr.  [Inmate], 171590.

20    PANEL MEMBER ONE:  Okay.  Mr. [Inmate], you

21   are aware that you're here for your parole hearing

22   today?

23    INMATE:  Yes, sir.

24    PANEL MEMBER ONE:  Okay.  I see that you

25   have a guest with you.  Could you introduce us to your

Case 2:17-cv-04082-NKL   Document 134-17   Filed 06/12/18   Page 14 of 58

CONFIDENTIAL                                                    PLTFS0000135

1    guest?

2              INMATE:  That's my mother, Ms. [Delegate].

3              PANEL MEMBER ONE:  Okay.  Ms. [Delegate],

4    have you been to a parole hearing before?

5              DELEGATE:  No.

6              PANEL MEMBER ONE:  No.  Okay.  Well, this is

7    obviously your son's first.  Here's what we're going

8    to do.  There's already been testimony in opposition

9    from the victim's side.  We've already taken, okay.

10             And there'll be an opportunity for you to

11   speak on his behalf as his support, okay, at the

12   conclusion of the hearing.  What I will do is

13   interview you, and we'll discuss this case and some

14   other factors.  At the conclusion of that, then I will

15   allow you an opportunity to make your remarks if you

16   would like.

17             And you know, Ms. [Delegate], if you don't

18   want to, you don't have to make remarks.  The fact

19   that you are here in support of him is important to

20   the parole board, okay.  So that will be your choice

21   at the end of this if you would like to do that, okay?

22   All right.  So thank you for being here.

23             Let me introduce you to the panel.  We have

24   Mr. [Panel Member Three] to my left.  This is

25   Mr. [Panel Member Two] to my right.

Case 2:17-cv-04082-NKL   Document 134-17   Filed 06/12/18   Page 15 of 58

CONFIDENTIAL                                                      PLTFS0000136

1        We also have representation from the

2  St. Louis Prosecutor's Office, city prosecutor's

3  office present, as well as our victim's unit and one

4  of our parole staff and custody officer present in the

5  room at the time.

6        So as I mentioned, you're doing a life

7  sentence.  It is without parole, but with the statute

8  change, pursuant to 558.47, you are now available with

9  a petition if you (inaudible) program, which is why

10  you're here today.

11        INMATE:  Yes, sir.

12        PANEL MEMBER ONE:  All right.  So in your

13  charges you went to trial for murder first degree and

14  also for armed criminal action, which you received a

15  life without and also a 50-year sentence for ACA.

16        I would ask you while you went to trial, are

17  you guilty for those charges?

18        INMATE:  Yes, sir, I am.

19        PANEL MEMBER ONE:  Okay.  So that would be a

20  change in your initial statement?

21        INMATE:  Yes, sir.

22        PANEL MEMBER ONE:  All right.  Why?  Two

23  things.  One, why did you take it to trial if you

24  were, in fact, guilty?  And then why did you change

25  your story?

CONFIDENTIAL                                                          PLTFS0000137

1    INMATE:  I didn't.  I didn't know how to

2  deal with that situation.  I was lost.  Then, my

3  family didn't raise me to use guns and kill peoples,

4  and I felt if I told the truth, then I'd be not loved

5  by my family.  I was just confused.  I didn't know

6  what to do, how to do deal with it.

7    PANEL MEMBER ONE:  Okay.  Well, did you have

8  any thoughts about how you might ease the pain of the

9  victim, the person you killed?

10    INMATE:  Well, now that I've grown and did a

11  lot of spiritual seeking and sat on victim's impact,

12  yes.  Yes, sir, I do.  And I wanted to say I'm sorry.

13  I had -- if I may?

14    PANEL MEMBER ONE:  Well, no, before we get

15  to that, I want to do some things before that, okay?

16    I want you to tell me exactly what happened

17  that you say you're now guilty of in terms of the

18  death of the victim.  What did you do?

19    INMATE:  Well, me and the victim got into a

20  fight.  I hit him with a bottle.  I kicked him, and

21  I --

22    PANEL MEMBER ONE:  Mr. [Victim], how long

23  did you -- how long did you know Mr. [Victim]?

24    INMATE:  I had just really met him.  I had

25  just really -- I started messing with his niece.  I

CONFIDENTIAL   PLTFS0000138

1  didn't really know her name.  It's just (inaudible)

2  like that.  I didn't know him for a long period of

3  time, you know.  I seen him in the neighborhood.

4  That's it.

5          PANEL MEMBER ONE:  So describe to me what

6  happened on the evening that's in question.

7          INMATE:  Well, I was only going, talking to

8  my friend, David, and some other females, and Mr.

9  [Victim] came up cussing at me, talking about -- first

10  he say I owe him $5, then he say I took $5 from him.

11          I'm like, I don't know what you talking

12  about, and he swung on him.  So we got into a fight.

13  Then my friend jumped in, then he took off running to

14  the liquor store.

15          PANEL MEMBER ONE:  And your friend is who?

16          INMATE:  David Walters.

17          PANEL MEMBER ONE:  Okay.

18          INMATE:  And I was -- I was confused and

19  spooked by this because I'd just seen [Victim] about

20  an hour and a half prior to this and everything was

21  cool.

22          And I went to the liquor store to try to

23  talk to him.  He started trying to cuss at me, and I

24  swung on him in there.  I didn't hit him, so that's

25  when --

Case 2:17-cv-04082-NKL   Document 134-17   Filed 06/12/18   Page 18 of 58

CONFIDENTIAL                                  PLTFS0000139

1    PANEL MEMBER ONE:  Before the liquor store,

2    something happened before that, didn't it?

3    INMATE:  Right.  We got into a fight.

4    PANEL MEMBER ONE:  You and this other guy

5    with you?

6    INMATE:  Right.  My friend, David Walters.

7    PANEL MEMBER ONE:  Okay.  It looks like

8    you-all beat him up pretty badly at that time before

9    you ran to the liquor store; is that right?

10    INMATE:  No.  I ain't going to say -- like,

11    he's a big fellow.  Not to make no excuses for it, you

12    know, things just happened so fast.

13    PANEL MEMBER ONE:  All right.  So he runs

14    into the liquor store?

15    INMATE:  Yes, sir.

16    PANEL MEMBER ONE:  And you follow him into

17    the liquor store?

18    INMATE:  Right.

19    PANEL MEMBER ONE:  So tell me what happened

20    there.

21    INMATE:  I'm trying to talk to him.  He got

22    to cussing me in the liquor store, so --

23    PANEL MEMBER ONE:  Why did you follow a guy

24    into the liquor store who was running away from the

25    fight?

CONFIDENTIAL

PLTFS0000140

1        INMATE:  Because that was my girlfriend's

2   uncle, and he stayed on my street, you know, and I was

3   trying to figure out what's going on.  You know, I

4   wanted to resolve this, get this understood that it

5   wasn't me.  I don't owe you no money, you know.

6        PANEL MEMBER ONE:  Okay.  So then what

7   happens beyond that?

8        INMATE:  So we -- I tried to swing at him

9   after he started cussing me.  That's when --

10        PANEL MEMBER ONE:  Inside the store?

11        INMATE:  Inside the store.

12        PANEL MEMBER ONE:  So you didn't go in to

13   try to find out what was happening.  You went in to

14   continue the fight?

15        INMATE:  Well, initially it's to try to

16   resolve it, but he kept trying to cuss me.  He kept

17   cussing at me.  So that's when the liquor store guy

18   put us out.  Then when we was walking out, I kind of

19   looking out my peripheral, and he tried to swing on me

20   again.  That's when I got a bottle.

21        PANEL MEMBER ONE:  I'm still in the store,

22   okay?

23        INMATE:  Okay.

24        PANEL MEMBER ONE:  Here's the thing,

25   Mr. [Inmate].  You know, there isn't a reason at this

CONFIDENTIAL                                                    PLTFS0000141

1   point -- I can't give you another day on your

2   sentence.  So there isn't a reason to be completely

3   candid and honest about what happened at all phases of

4   what occurred, okay, because you're doing sort of a

5   mea culpa with what happened, and your information is

6   now different.

7            And we already had information, okay.  You

8   said you followed him into the store to talk, and then

9   one second later you followed him in to pursue him and

10  then you got into a fight with him.

11           INMATE:  Right.

12           PANEL MEMBER ONE:  You said that you wanted

13  to go in, find out what was happening with him.

14           INMATE:  Right.  To see what this was about.

15           PANEL MEMBER ONE:  Okay.  But you ended up

16  going into the store, you ended up assaulting him even

17  further?

18           INMATE:  Right.  Because he was cussing at

19  me.  He was cussing at me.

20           PANEL MEMBER ONE:  Okay.  Go ahead.

21           INMATE:  And so that's when the guy put us

22  out the liquor store.

23           PANEL MEMBER ONE:  Okay.

24           INMATE:  Then when we was coming out, out of

25  my peripheral, he swung at me.  That's when I went,

CONFIDENTIAL

PLTFS0000142

1  got the liquor bottle, and hit him in the head when he

2  fell, 40 ounce bottle.

3          PANEL MEMBER ONE:  Before you went to get

4  the bottle, was the other guy that was with you

5  beating on this victim?

6          INMATE:  I didn't see him no more.

7          PANEL MEMBER ONE:  Okay.

8          INMATE:  I didn't see him no more.

9          PANEL MEMBER ONE:  So you go and get this

10 liquor bottle?

11         INMATE:  When he fell --

12         PANEL MEMBER ONE:  All right.

13         INMATE:  When he fell, that's when I kicked

14 him.  Then I seen David run from across the street,

15 got to hitting him with a gun.

16         PANEL MEMBER ONE:  Okay.  Then what did you

17 do?

18         INMATE:  I snatched the gun from him and

19 pulled the trigger.

20         PANEL MEMBER ONE:  And why did you do that?

21         INMATE:  Just things was going so fast.  I

22 was scared.  I was angry.  You know, it was just going

23 so fast, you know.

24         PANEL MEMBER ONE:  All right.  So you pulled

25 the gun.  You took the gun from this other individual,

CONFIDENTIAL                                                    PLTFS0000143

1  and then you pointed it at Mr. [Victim] who was on the

2  ground?

3          INMATE:  Yes, sir.

4          PANEL MEMBER ONE:  All right.  Can you take

5  it from there with me.  What happened?

6          INMATE:  Then the gun -- I pulled the

7  trigger, and then after so many times the gun fired

8  and -- you know.

9          PANEL MEMBER ONE:  No.  Actually, the gun

10  misfired.

11          INMATE:  Right.  I pulled so many times it

12  misfired, then it fired.

13          PANEL MEMBER ONE:  So you got the gun out.

14  You're firing.  It doesn't fire.  Your mind's

15  thinking, should I continue or not, because right now

16  I haven't done anything except point a weapon at him

17  and fire it, but it didn't strike him.

18          But you did that two more times, okay.  I

19  know this was in seconds, but at the same time though,

20  it implies that you were out to kill this guy because

21  you kept pulling that trigger, misfire or not, until

22  it finally fired.  I mean, is that accurate?

23          INMATE:  Yes, sir.

24          PANEL MEMBER ONE:  Because I think it says

25  in the record that it misfired several times before

CONFIDENTIAL

PLTFS0000144

1  you ultimately shot this person who was on the ground.

2         INMATE:  I'm sorry about that.  It just

3  happened so fast, man.

4         PANEL MEMBER ONE:  So why was it your aim to

5  kill Mr. [Victim]?

6         INMATE:  I wasn't aiming -- well, I wasn't

7  aiming to kill him.

8         PANEL MEMBER ONE:  Had you been injured at

9  all during your altercation?

10        INMATE:  I was hit -- I was hit in the face.

11  I never had to deal --

12        PANEL MEMBER ONE:  Did he have a weapon of

13  any kind?

14        INMATE:  I never seen one.

15        PANEL MEMBER ONE:  Okay.  Well, there's no

16  evidence that he had a weapon.

17        INMATE:  I was afraid.

18        PANEL MEMBER ONE:  So there's two guys that

19  was beating this guy up.  One was pistol whipping him,

20  the other beating him with a bottle.  He's down, and

21  then you proceeded to take the gun, and then you shot

22  this person that was down on the ground fearing,

23  honestly, for his life.  Doesn't say that in the

24  report, but, I mean, it's not a leap to understand

25  that's what was occurring here.

CONFIDENTIAL PLTFS0000145

1        He was already down and beaten up.  Sounds

2   like to me he wasn't going to get up and restart the

3   fight or beat either one of you two up.  Looks like

4   you two left, and then you came back, is that right,

5   while he was down, and you shot him.  Is that correct?

6        INMATE:  I don't -- I don't remember coming

7   back, sir.

8        PANEL MEMBER ONE:  Okay.  Well, that's what

9   witness statements say.

10       INMATE:  I understand that, sir.

11       PANEL MEMBER ONE:  And that you also made

12  some comments to him when you came back.  Do you

13  recall that?

14       INMATE:  I may have.  It's --

15       PANEL MEMBER ONE:  So you do remember coming

16  back after you had shot him?

17       INMATE:  I don't remember coming back, sir.

18  I honestly don't.

19       PANEL MEMBER ONE:  Okay.  So then after you

20  shot him, did you say anything to this person, to the

21  the victim, Mr. [Victim]?

22       INMATE:  I may have and I just can't recall.

23  It's been so long.  Like I say, things was just going

24  so fast, you know.

25       PANEL MEMBER ONE:  Okay.  So then what

CONFIDENTIAL                                                      PLTFS0000146

1    happened at that point?  So then you shot the victim

2    multiple times.  You ran off.  According to what we

3    know, you came back, and then you two took off again.

4    So then what happened after that?  He dies.  What

5    happened after that?

6            INMATE:  I was lost.  I didn't know what to

7    do.  You know, I didn't know what to do, sir.

8            PANEL MEMBER ONE:  Well, you had just killed

9    someone, okay.  That wasn't going to be changed.  Why

10   didn't you go to the police?

11           INMATE:  I don't know, sir.  I didn't know

12   how to deal with the situation.  I was lost.  I regret

13   it to this very day.

14           PANEL MEMBER ONE:  And while you were lost,

15   the victim suffered the greatest loss.

16           INMATE:  I understand that.  I'm sorry for

17   that.

18           PANEL MEMBER ONE:  The victim survived and

19   suffered the greatest loss, okay.

20           INMATE:  Right.  And I'm sorry to this very

21   day about that.

22           PANEL MEMBER ONE:  All right.  So then

23   you -- your -- I think they found you a few days

24   later.  How did that happen?  Explain that.

25           INMATE:  They come, got me from home.

CONFIDENTIAL                                          PLTFS0000147

1          PANEL MEMBER ONE:  Okay.

2          INMATE:  And took me downtown.

3          PANEL MEMBER ONE:  And what did you say?

4          INMATE:  At first I told them I was at home

5    with my moms, then my friend.

6          PANEL MEMBER ONE:  You mean when this

7    happened?

8          INMATE:  Right.

9          PANEL MEMBER ONE:  When you're first being

10   interviewed by the detectives, what did you say you

11   did?

12          INMATE:  I said that I ran -- I mean, I

13   didn't shoot Mr. [Victim].

14          PANEL MEMBER ONE:  Okay.  Well, obviously

15   somebody did.  So did you say who shot him then?

16          INMATE:  I told them David Walters did.

17          PANEL MEMBER ONE:  So why did you say that

18   if it wasn't the truth?

19          INMATE:  I didn't know how to deal with this

20   situation, sir.  I didn't want to get in trouble.  I

21   didn't want to be disowned by my family.  I didn't

22   know how to deal with this situation.

23          PANEL MEMBER ONE:  So what would you have

24   done if this other guy, okay, Mr. -- what was his name

25   again?

CONFIDENTIAL                                                              PLTFS0000148

```
 1            INMATE:  David Walters.

 2            PANEL MEMBER ONE:  Walters.  What if the --

 3    I mean, what if the prosecutor would have ran with

 4    that and not dug further to find you were, in fact,

 5    the shooter?  This guy goes to prison for life

 6    without, and you're sitting out there not in trouble.

 7    How would you feel about that?

 8            INMATE:  Well --

 9            PANEL MEMBER ONE:  You already killed

10    somebody.  Now you got a guy sitting in jail.  You

11    tried to blame him to begin with, and you are the

12    shooter.  So something in your mind says you were -- I

13    think you pretty acutely -- you're saying you were

14    lost.  I'm not sure how lost you really were, to be

15    honest with you.

16            When confronted, you blame someone else

17    about it immediately, and you stuck with that

18    strategy.  That doesn't sound like you're very lost to

19    me.  Help me out with that.  Is that right?

20            INMATE:  I didn't know how to deal with the

21    situation, sir.

22            PANEL MEMBER ONE:  Well, you took a position

23    on how to deal with it.  You blamed somebody else for

24    it.  That's what you did.

25            INMATE:  I understand that now as an adult
```

CONFIDENTIAL

1  that's wrong.  It's really wrong.

2          PANEL MEMBER ONE:  Okay.  I mean, we'll get

3  into how far you've come, but I want us to get some

4  clear understanding about how accountable you say you

5  really are today, you know, some 20 some -- 28 years

6  later.  You know, I would expect full accountability

7  as to what your actions were that day if you've come

8  full circle, okay?

9          INMATE:  I'm guilty for taking the life of

10  Mr. [Victim], and I'm guilty for the pain I caused his

11  family.  You know, I'm guilty for the pain I caused my

12  family, you know.  You know, ain't nothing I can do to

13  atone for that.  You-all can determine if I'm ready,

14  you know.  I deal with that every day, you know.

15          PANEL MEMBER ONE:  Okay.  So how long --

16  when did you decide to change your story,

17  Mr. [Inmate], because you held out -- you held your

18  position for a long time, right?

19          INMATE:  Yes, sir.

20          PANEL MEMBER ONE:  So when did you change it

21  and then why did you change it?

22          INMATE:  Well, when this -- when this -- I

23  think when I turned 24 years old I thought about Mr.

24  [Victim].  He was 24 years old when I took his life,

25  and I wanted to get this off my heart and to apologize

CONFIDENTIAL                                                    PLTFS0000150

1  to the victim's family.  And I never -- I never knew a

2  way to do this.

3            And I think it was in 2007, an older guy, my

4  cellie, was saying, ask me, have you ever did a

5  clemency, and I said no.  So when I got the papers, I

6  say, well, I'm going to put a letter of apology

7  together for the -- in the hopes that the victim's

8  family can get it.  That's when I did that.

9            PANEL MEMBER ONE:  Okay.  So that would have

10  been about 23 years into your sentence then?  That's

11  when you could apply for clemency then, which I did

12  review, so...

13            So that's a long time to decide that.  And

14  then my question then becomes do you change your mind

15  because you really felt that way, or do you change

16  your mind --

17            INMATE:  Yeah.

18            PANEL MEMBER ONE:  -- because you're now

19  eligible for a clemency?  And so in order to do so, I

20  mean, do you put two and two together and my best face

21  forward to say I did it to pursue that clemency?

22            INMATE:  Well, I really felt that way

23  because, like, my pen pal, Ms. Lynn Schlone

24  (phonetic), I met her in ninety -- I think it was '98

25  after my -- like right before my grannie passed.

CONFIDENTIAL

1    And I had asked her, I say, is it wrong for

2  me or selfish of me for wanting my life back knowing I

3  took somebody's life?  And she told me it was not, you

4  know.

5    And I prayed to God, like, you know, and I

6  try to deal with that knowing I took somebody's life.

7  And I met a couple guys that was on death row at

8  Potosi, and I knew they had been executed, you know,

9  and I say, man, that could have been me.  And one guy

10  said, well, you got to give it up to God.  Apologize

11  for it, and give it up to God.

12    PANEL MEMBER ONE:  And so that led to your

13  change of heart --

14    INMATE:  Yeah.

15    PANEL MEMBER ONE:  -- in terms of your being

16  fully accountable.  Okay.  All right.

17    So let's talk about -- there's not much to

18  discuss in terms of substance abuse because of your

19  age at the time.  You were 17.  Had you had any

20  significant history -- I see here where you were

21  involved with, you know, a variety of different drugs

22  at the time.

23    Were you under the influence at that time

24  this happened in '88?

25    INMATE:  Well, I had been drinking a little

CONFIDENTIAL                                                    PLTFS0000152

1    beer and cheap wine and smoked some marijuana.

2              PANEL MEMBER ONE:  Did you sell drugs also?

3              INMATE:  No, sir.

4              PANEL MEMBER ONE:  Did you ever tell anybody

5    you sold drugs?

6              INMATE:  What, on the streets?

7              PANEL MEMBER ONE:  Anywhere.

8              INMATE:  No, I didn't sell drugs.  I sold

9    marijuana in prison.

10             PANEL MEMBER ONE:  Okay.  I know that.  Did

11   you sell drugs on the streets?

12             INMATE:  No, sir.

13             PANEL MEMBER ONE:  All right.  Okay.  So

14   let's get into -- let's get into your time served.  As

15   I mentioned, you've served 28 years and four months

16   going to be your jail time.  Is that accurate?

17             INMATE:  Yes, sir.

18             PANEL MEMBER ONE:  Okay.  Now, here's a big

19   problem, okay.  Here's where the real risk to the

20   parole board comes in in your case.  I'm going to just

21   be perfectly candid with you about that, okay.

22             In your tenure, while you have done well

23   since, what, 2009?  Meaning that you got no violations

24   since then, right?  And we'll get into all your

25   programming, because you've done that.

1    But not -- but not lost on me is the fact

2  that before that you were a very dangerous man in

3  prison.  Isn't that correct?

4    INMATE:  I didn't (inaudible).

5    PANEL MEMBER ONE:  Well, I mean, I'm looking

6  at a number of dangerous contraband violations.  And

7  it looks like at times you would sharpen something up

8  to a point, and you'd have it on your person.

9    INMATE:  Yes, sir.  Yes, sir.

10    PANEL MEMBER ONE:  Well, then that makes the

11  question I just asked you that you said it wasn't the

12  case, the case; is that right?  Why did you always

13  have a shank on you?  Why did you choose to do that?

14    INMATE:  Well, in city jail, you know,

15  listening to the stories of prison, the older, older

16  fellow told me if I end up going to prison for this,

17  he advised me to mind my business and get me a weapon.

18    And at my last visit, my father, who's

19  deceased now.  He (inaudible) looked me into my eyes

20  and said, go where the big boys at.  Man mess up, son,

21  he snooze, he lose.  And --

22    PANEL MEMBER ONE:  So he was -- what you're

23  telling me is that you came in with nothing to gain at

24  all except to come to prison and --

25    INMATE:  No.  I was afraid.  I thought I was

CONFIDENTIAL                                    PLTFS0000154

1   going to be a target for rape, victimized.  I was

2   (inaudible).

3           PANEL MEMBER ONE:  You know, I get all that,

4   you know.  But a lot of people come to prison just

5   like you and don't do that who don't have near this

6   history that you have.  And I've been doing this for a

7   long time, and this is a lot of history between the

8   time you came in.

9           When I look at all of these violations that

10  you got for dangerous contraband, your time in seg and

11  elsewhere, and then I'm also concerned about the fact

12  that you received a new conviction while in prison

13  that was drug related, correct?

14          INMATE:  Yes, sir.

15          PANEL MEMBER ONE:  Okay.  Tell me about

16  that.

17          INMATE:  I never used a weapon, sir.  I

18  chose not to.  I fought to the best of my ability with

19  my hands.  I never used a weapon.

20          PANEL MEMBER ONE:  Okay.  And --

21          INMATE:  You know, and I thank God for that,

22  you know.

23          PANEL MEMBER ONE:  Okay.  We'll circle back

24  to that.  Right now I want to talk about this you

25  received in '96 while you were in the Department of

CONFIDENTIAL

PLTFS0000155

1    Corrections where you got a five-year sentence for

2    distribution of drugs.

3           INMATE:  Well --

4           PANEL MEMBER ONE:  Tell me about that.

5           INMATE:  Well, being a man now, I make no

6    excuse because I broke the law, no matter what it --

7    what my reasons are.

8           PANEL MEMBER ONE:  And when you broke the

9    law, where were you sitting at?

10           INMATE:  I was down at Potosi Correctional

11    Center.

12           PANEL MEMBER ONE:  You were sitting in

13    prison.

14           INMATE:  Well, a hardship fell.  My father

15    passed.  And my little brother mother and my little

16    brother came to visit me, and she said she had fell on

17    bad luck.  My little brother was real dirty, and she

18    said, You know how I can make some money?  And I told

19    her yes, and I told her how to do that.  And that's

20    what she did.  She brought me some marijuana.  I

21    started selling it (inaudible).

22           PANEL MEMBER ONE:  And you were caught?

23           INMATE:  Yes, sir, I was.

24           PANEL MEMBER ONE:  Okay.  Do you know how

25    you were caught?

CONFIDENTIAL PLTFS0000156

1      INMATE:  No.  (Inaudible).

2      PANEL MEMBER ONE:  Yeah.  Well, here's the

3  thing.  When you come to prison, we don't expect that

4  you do but one thing, and that is to follow every rule

5  explicitly.  Okay.  The life of a corrections officer

6  and the staff in prison, okay, is extremely difficult,

7  okay.

8      Their jobs are not easy, and that's with

9  everybody doing the right thing.  Their jobs are made

10  just that much more difficult when people come to

11  prison to carry around 7-inch shanks that they

12  repeatedly make, which you've done multiple times, and

13  when you're also selling drugs in prison and when

14  you're setting up a drug deal to come into prison,

15  okay.

16      I mean, you were doing all kinds of things,

17  okay, Mr. [Inmate], which were things that we want you

18  to be doing the exact opposite of, okay.

19      INMATE:  Okay.

20      PANEL MEMBER ONE:  So you spent a lot of

21  time showing us just the kind of fellow that you were.

22  Now, you changed.  According to you, you've changed,

23  okay, but, you know, I cannot, you know, conduct a

24  hearing without touching base on all these things

25  that, you know, were your character, you know, for

1    many years, you know, while you're in here, okay?

2              So you complete a five-year sentence, so

3    that's done now.  And you look at what we have here.

4    Were you selling drugs in prison?

5              INMATE:  I sold drugs in '95.  I stopped

6    and --

7              PANEL MEMBER ONE:  You were selling drugs

8    just that one year?

9              INMATE:  Yeah.  You know, I got caught up

10   with it.  It caused too much trouble.  I could see the

11   trouble --

12             PANEL MEMBER ONE:  You have any drug

13   possession conduct violations or things like that?

14             INMATE:  Well, they found the joint in my

15   TV.  I think it was in 2002 if I'm not mistaken.

16             PANEL MEMBER ONE:  Okay.  You had some

17   sexual misconduct violations.  Aside from the fighting

18   and the dangerous contrabands, which you have several,

19   you also have some sexual conduct violations.

20             INMATE:  One of them.

21             PANEL MEMBER ONE:  One, okay.  So moving

22   forward --

23             INMATE:  I'm sorry.  (Inaudible).

24             PANEL MEMBER ONE:  Moving onto conduct.

25   Let's talk about some things that you've done since.

CONFIDENTIAL                                   PLTFS0000158

1    Since 2009 you got your GED?

2              INMATE:  Yes, sir.

3              PANEL MEMBER ONE:  Okay.  Where did you get

4    that at?

5              INMATE:  Potosi Correctional Center.

6              PANEL MEMBER ONE:  What year did you get

7    that?

8              INMATE:  '94 if I'm not mistaken.

9              PANEL MEMBER ONE:  '94.  And I want to

10   commend you for that.  Getting your GED is not an easy

11   thing to do, okay?

12             INMATE:  I feel bad, man.  (Inaudible).

13             PANEL MEMBER ONE:  Go ahead and take a

14   minute.

15             INMATE:  I'm sorry.  I'm sorry.  I'm sorry.

16   Excuse me.

17             PANEL MEMBER ONE:  That's okay.  You let us

18   know when you're ready to start back up.

19             INMATE:  I'm ready.

20             PANEL MEMBER ONE:  All right.  As I

21   mentioned, you received a GED.  And, again, I can't

22   commend you enough for having a GED.  That's not an

23   easy thing to do.  I'm not sure if I could pass a GED

24   these days.  Those tests are not easy, and that's good

25   that you got that done.

Case 2:17-cv-04082-NKL   Document 134-17   Filed 06/12/18   Page 38 of 58

CONFIDENTIAL                                                      PLTFS0000159

1          And that was probably the beginning of your

2    real turnaround, which you did make one it would

3    appear.  You've been involved in a lot of programs and

4    court programs.  And in my opinion -- ICVC, on at

5    least two occasions.  Have you taken it since 2009?

6          INMATE:  Have I took programs since --

7          PANEL MEMBER ONE:  No, no.  The ICVC class.

8    You've taken it at least twice?

9          INMATE:  Right.  Right.

10         PANEL MEMBER ONE:  In 2003 and 2009.  Did

11   you take it again since 2009?

12         INMATE:  Can I look in my file to be sure,

13   correct?

14         PANEL MEMBER ONE:  I mean, we can check

15   that.  The point being is that you've taken really

16   important class multiple times, and in some cases when

17   you've got this much time like you have, a lot of the

18   times folks will take it somewhere near their hearing.

19         INMATE:  Right.

20         PANEL MEMBER ONE:  So my guess is that you

21   might have taken it a third time.

22         INMATE:  I think I took it, like, in -- if

23   I'm not -- I don't know if it's 2005 or seven.

24         PANEL MEMBER ONE:  Okay.  Well, ICVC is an

25   important class.  I mean, it's a victim's class.  And

CONFIDENTIAL                                                      PLTFS0000160

1  it talks about victimization in a way that reaches

2  people.

3          INMATE:  It made me feel bad now.  Like I

4  feel bad now.

5          PANEL MEMBER ONE:  The idea is have you

6  understand what it means to create a victim.  You got

7  victims telling you about how it made them feel to be

8  a victim.

9          And the hope is that you can reach people,

10  because the last thing we want you to do again if

11  you're released, Mr. [Inmate], is to go back out and

12  create yet another victim, okay.  So that begins that

13  process sort of changing your thinking process.  That

14  whole cognitive piece.  You've heard about that.  Took

15  Pathways, too, didn't you?

16          INMATE:  Yes, sir.

17          PANEL MEMBER ONE:  Okay.  And that talks

18  about the whole cognition process, the whole thinking

19  process.

20          In other words, if I'm in the streets again

21  like that with someone and I'm fighting and I pursue

22  them into a store, perhaps I might just walk back out

23  and say, I'm done with it.  I've already gone too far.

24          Programs like Pathways helps you with that

25  whole cognition process, okay.  So it looks like

CONFIDENTIAL

PLTFS0000161

1  you've taken that, and you've also taken anger

2  management in '13 sounds like?

3          INMATE:  Yes, sir.

4          PANEL MEMBER ONE:  Received several

5  certificates.  And I do want you to know that I have

6  reviewed this packet from your attorney.

7          INMATE:  Yes, sir.

8          PANEL MEMBER ONE:  It's an excellent packet.

9  Lot of good information in there.  Lot of support

10  letters from a lot of family and friends that you pen

11  pal with.

12          There's a -- there's a report in there from

13  a psychiatrist as well and people you've had contact

14  with during your incarceration along with a number of

15  certificates.

16          So we have all that stuff on record, okay?

17          INMATE:  All right.

18          PANEL MEMBER ONE:  Now, in looking at -- are

19  there any programs that you've been involved in in the

20  last few years?  Are you involved in anything right

21  now?

22          INMATE:  I'm in apprenticeship program on

23  the job.

24          PANEL MEMBER ONE:  Okay.  Yeah, and, I mean,

25  that's a good program, too.  They capture all your

CONFIDENTIAL                                          PLTFS0000162

1  hours and report it to the Department of Labor and

2  their apprenticeship program, right?  And how many

3  hours do you have?

4         INMATE:  Over 2,000 hours.

5         PANEL MEMBER ONE:  All right.  I want to

6  commend you for that.  Now, 2,000 hours in what?

7         INMATE:  On the pants production line.

8  Making the --

9         PANEL MEMBER ONE:  Okay.

10        INMATE:  -- officers' pants.

11        PANEL MEMBER ONE:  Now, that's in the

12 clothing factory?

13        INMATE:  Yes, sir.  (Inaudible).

14        PANEL MEMBER ONE:  Okay.  And I noticed that

15 before that I think you worked at -- weren't you in

16 food service for a number of years?

17        INMATE:  Yes, sir.

18        PANEL MEMBER ONE:  Okay.

19        INMATE:  I worked as a line packer.  I ran

20 the dietitian line for the camp, preparing the diets.

21        PANEL MEMBER ONE:  Okay.  And also in this

22 same packet there are a lot of collateral contacts.

23 Those are contacts with people that know you here that

24 work with you that have said a lot of good things

25 about you, so you know that, okay, and you're aware of

CONFIDENTIAL                                                      PLTFS0000163

1    that information.

2          Now, what do you like to do with your free

3    time?

4          INMATE:  Improve --

5          PANEL MEMBER ONE:  Says here that you enjoy

6    working out (inaudible)?

7          INMATE:  I work out and do reading and just

8    walks, speak to myself.

9          PANEL MEMBER ONE:  Okay.  And I know that

10   you have a lot of family contact.  And you receive --

11   do you receive regular visits, or is it all phone,

12   phone contact?

13         INMATE:  Most of the time.

14         PANEL MEMBER ONE:  Okay.  Okay.  It looks

15   here like your home plan is to your mother?

16         INMATE:  Yes, sir.

17         PANEL MEMBER ONE:  Okay.  And why is this a

18   good place for you to go?

19         INMATE:  Because I love her to death, and

20   she going to -- she going to (inaudible).  Had I not

21   be on that corner, she always forbid me, this fight

22   would have never happened.

23         I'm sorry, Mom.  I'm so sorry.

24         PANEL MEMBER ONE:  Well, I'm sure that you

25   play that back in your mind.

CONFIDENTIAL                                                          PLTFS0000164

1      INMATE:  I'm sorry.  I took so much from

2  her, man.  I took so much from peoples, you know.

3      PANEL MEMBER ONE:  Does anyone else stay at

4  your mom's home?

5      INMATE:  No.  Just my mom.

6      PANEL MEMBER ONE:  Just her, okay.  All

7  right.  And I know that, you know, you came in when

8  you were 17.  Or this happened when you were 17.  You

9  don't have much of an employment history.  So being

10  locked up for 28 years, your only real history is

11  inside of prison.  And you've got some certificates to

12  suggest that you've done well as far as that goes.

13      If you get a date and you go out, you are

14  required to work.  You look like you're physically

15  capable of work.  You've been working with a PO to

16  ensure that you are, in fact, filling that void, okay,

17  because that's going to be important if you're

18  released, if you receive a release date.

19      All right.  Special conditions.  Minimally

20  there'll be no drinking, substance abuse program,

21  anger management, and no contact with the victim's

22  family, okay.

23      And, I mean, that largely -- I mean, those

24  largely are my questions.  And, you know,

25  Mr. [Inmate], I will tell you this.  This wasn't going

CONFIDENTIAL                                                      PLTFS0000165

1  to be easy today. You know, the thing that people

2  find most difficult to deal with is what's directly

3  right in front of them.

4          You have to talk about this case in a way

5  that you're honest and candid about what you did do.

6  The more you do that -- not that it becomes easier,

7  but the more you accept honestly what you really did

8  do and the harm that you've caused to another family,

9  okay. (Inaudible) I understand that you harmed them,

10  too because of your actions, but the bigger piece here

11  for me, okay, is the victimization that occurred. You

12  took someone's life.

13          INMATE: I'm sorry for that.

14          PANEL MEMBER ONE: I understand that. And

15  for that, they lost someone they can never recover

16  back. Only just their memories. But it was going to

17  be hard to talk about.

18          The parole board is neutral in these

19  matters, but we have to know that you can discuss what

20  you did and discuss it honestly and candidly because

21  you have to.

22          For us to release you, we take on a risk of

23  turning loose someone that, okay, has a life sentence,

24  one. And, two, the early part of your incarceration,

25  poses a big risk for the parole board to take on.

CONFIDENTIAL                                                                PLTFS0000166

1     Now, we're having a hearing to consider

2     that.  If we release you and you get out and you do

3     anything at all even close to what you did in prison

4     that first few years or so where you carried a weapon

5     around with you, the parole board is in the press in a

6     big way, okay.

7          So we're going to look out for our own

8     interest as well in these kind of cases.  But most

9     importantly, I need to be sure that you're ready for

10    release, okay.  That the public is safe prior to your

11    release, all right.

12         The best way you can demonstrate that is to

13    continue to behave appropriately while you're in

14    prison no matter what we do decisionally, whether it's

15    a release date or not.  Your only vehicle out of

16    prison is the parole board and nothing else.

17         So you are to adhere every day to the

18    behavior that you've been demonstrating, okay?

19    Because whether you get a release date from us or not

20    this cycle.  If you don't, that means you'll be back

21    in front of the parole board again at a -- you know,

22    down the road.

23         You want to bring to that board if that's

24    the case, you know, well, since then, you know, I

25    handled that, and this is what I've done since then.

Case 2:17-cv-04082-NKL   Document 134-17   Filed 06/12/18   Page 46 of 58

CONFIDENTIAL                                                          PLTFS0000167

1   It always has to always be about what you've done

2   that's good in order to put distance between that bad

3   stuff you did in prison.  Because that stuff is also

4   going to pose a risk to us.

5          The dangerous contraband, the new felony

6   charge in prison, okay, those are real things that we

7   have to look at that you have to be aware of and

8   accept, okay, because we will evaluate that in our

9   decision making as well as all the things that you've

10  done that are good, okay, going forward.

11         Which you've done.  You've done some things

12  that are really good, okay.  So we have a find a place

13  that fits in our decision, and we'll make a decision

14  about that.

15         Now, this will go to the full board.  This

16  is just a panel hearing today.  It will go to our full

17  board to make a decision on it.

18         I will -- I have no other questions.  Do you

19  have anything?

20         INMATE:  Yeah.  I just would like to say I'm

21  sorry to Mr. [Victim]'s family, you know.  I hope they

22  can forgive me.

23         And, I'm sorry, Mom, for putting you through

24  this.  And I'm just sorry, man.  My soul is tired all

25  the time.  My soul is tired.

CONFIDENTIAL                                                    PLTFS0000168

1    PANEL MEMBER ONE:  Okay.  Well, we

2  appreciate that.  Let me ask the panel if they have

3  any questions.

4    Mr. [Panel Member Three]?

5    PANEL MEMBER THREE:  No questions, sir.

6    PANEL MEMBER ONE:  Mr. [Panel Member Two]?

7    PANEL MEMBER TWO:  I do not.

8    PANEL MEMBER ONE:  Okay.  Ma'am, going to

9  turn this over to you to make some comments if you

10  like to.

11    DELEGATE:  First of all, I want to thank you

12  for giving my son this opportunity (inaudible).  And

13  I -- you know, I understand how the opposite person --

14  like I was telling him, if it was me -- you know, him

15  on the opposite side of the spectrum, how I would

16  feel, and I understand.

17    But I do really appreciate that you did, in

18  your hearts, give him this chance to, you know,

19  because it wasn't (inaudible).  I know it's a

20  blessing.  He has grown a long ways, even from when it

21  happened, you know.

22    Like when it first happened, he was telling

23  the truth, I guess.  He told me he thought I would

24  disown him or was scared or whatever.  He was wrong,

25  because the corner that it happened on, I would say,

CONFIDENTIAL                                                    PLTFS0000169

1   stay from around there.

2        And, really, one time I felt I was reason

3   why because when I had moved in the area and what I

4   had went through, okay, I felt that I was responsible.

5   That I let him down as a parent, so, but I do

6   appreciate that you-all did take the time to hear from

7   him (inaudible).

8        PANEL MEMBER ONE:  Okay.

9        DELEGATE:  It's been hard.

10       PANEL MEMBER ONE:  Well, I'm sure it's been

11   very difficult on the family.  It always is.

12       DELEGATE:  Yeah.  Most his family -- put it

13   his way.  I don't know if it's God or whatever, but my

14   family's dropping like flies, so...

15       PANEL MEMBER ONE:  Well, I want to thank you

16   for coming today, okay.

17       DELEGATE:  Appreciate it.

18       PANEL MEMBER ONE:  We don't get very many

19   delegates, Mr. [Inmate], that come in, okay, for

20   someone.  So you need to be highly appreciative

21   that -- I know it's your mom, but a lot of mothers

22   don't come, a lot of family don't come.

23       She came down today to be here sitting in

24   that chair with you.  You need to really appreciate

25   that to the highest degree.  This panel certainly

CONFIDENTIAL      PLTFS0000170

1    appreciates you coming down and bringing your support,

2    okay, by way of being here to us.  It's most

3    appreciated.

4             DELEGATE:  Thank you all.

5             PANEL MEMBER ONE:  Okay.  Thank you, ma'am.

6             All right.  If that's it, then this will

7    conclude the hearing.  You will get an answer from the

8    an institutional parole officer within about six to

9    eight weeks, okay?

10            INMATE:  Yes, sir.

11            PANEL MEMBER ONE:  All right.  Thank you.

12            DELEGATE:  (Inaudible).

13            PANEL MEMBER ONE:  Thank you, ma'am.  Thank

14   you for coming.

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL                                              PLTFS0000171

```
 1                    REPORTER CERTIFICATE

 2

 3          I, Elizabeth M. Tucker-Gravitz, Certified
      Shorthand Reporter, Certified Court Reporter, do hereby
 4    certify that said Audio-recorded Parole Board Hearing was
      transcribed by myself, translated and proofread using
 5    computer-aided transcription; and the above transcript of
      proceedings is a true and accurate transcript of my notes of
 6    the audio to the best of my ability.

 7          I further certify that I am neither attorney nor
      counsel for nor related nor employed by any of the parties
 8    to the action in which this examination is taken; further,
      that I am not a relative or employee of any attorney or
 9    counsel employed by the parties hereto or financially
      interested in this action.

10

11    Dated December 5, 2017.

12

13

14

15    _____

      Elizabeth M. Tucker-Gravitz, CCR,
16

17

18

19

20

21

22

23

24

25
```

CONFIDENTIAL                                              PLTFS0000172

**A**

abdomen 11:6
ability 34:18
 51:6
able 8:7 12:15
Absolutely 14:9
abuse 31:18
 44:20
ACA 16:15
accept 45:7 47:8
accompanied 6:1
accountability
 29:6
accountable 29:4
 31:16
accurate 23:22
 32:16 51:5
action 9:10
 10:13 16:14
 51:8,9
actions 13:5,13
 29:7 45:10
activity 13:6
acutely 28:13
adhere 46:17
adult 28:25
advised 33:17
afraid 24:17
 33:25
age 31:19
aggressor 8:5
ahead 5:21 21:20
 38:13
aim 24:4
aiming 24:6,7
ain't 11:13
 19:10 29:12
al 2:2,4
allergy 7:23
allow 15:15
allowed 6:8
altercation 24:9
Angela 12:1
anger 41:1 44:21
angry 22:22
Anne 2:4
answer 5:4 50:7
anybody 32:4
apologize 29:25
 31:10
apology 30:6
appeal 9:12
appear 39:3
APPEARANCES 3:1
apply 30:11
appreciate 48:2
 48:17 49:6,17
 49:24
appreciated 50:3
appreciates 50:1
appreciative
 49:20
apprenticeship

41:22 42:2
appropriately
 46:13
area 49:3
armed 16:14
Aside 37:17
asked 8:10 31:1
 33:11
assaulting 21:16
assuming 10:13
atone 29:13
Attached 3:3
attorney 4:6,7,9
 4:10,20,22,25
 5:7,11,15,18
 6:10,17,19 7:2
 7:4,6,19,22
 8:2,20,24 9:3
 9:7,15 10:5,8
 10:22 11:20,24
 12:8,13,24
 13:19 14:4,7,9
 41:6 51:7,8
audio 51:6
Audio-Recorded
 2:7 51:4
available 16:8
aware 14:21
 42:25 47:7
awful 13:3

**B**

back 8:17 10:2
 11:12,18,21
 25:4,7,12,16
 25:17 26:3
 31:2 34:23
 38:18 40:11,22
 43:25 45:16
 46:20
bad 13:12,22
 35:17 38:12
 40:3,4 47:2
badly 19:8
base 36:24
basically 11:21
 14:5
beat 8:18 9:21
 19:8 25:3
beaten 10:4 25:1
beater 12:21
beating 10:6,10
 13:19 22:5
 24:19,20
beats 10:15
Becoming 5:18
beer 32:1
began 7:24
beginning 12:4
 39:1
begins 40:12
begs 8:9
behalf 15:11

behave 46:13
behavior 46:18
believe 9:10
best 30:20 34:18
 46:12 51:6
better 5:3
beyond 13:15
 20:7
big 19:11 32:18
 33:20 45:25
 46:6
bigger 45:10
blame 9:9 28:11
 28:16
blamed 9:8 28:23
blessing 48:20
board 2:7 13:2
 15:20 32:20
 45:18,25 46:5
 46:16,21,23
 47:15,17 51:4
bottle 9:20,22
 9:23,23,24
 10:9,11 17:20
 20:20 22:1,2,4
 22:10 24:20
boys 33:20
break 9:20
breaks 9:24
 10:11
Brian 6:12
bring 46:23
bringing 50:1
broke 35:6,8
broken 9:22,23
Brooks 12:1
brother 35:15,16
 35:17
brought 35:20
Brown 2:2
brutal 13:6
business 33:17

**C**

call 8:11
called 12:4
camp 42:20
candid 21:3
 32:21 45:5
candidly 45:20
capable 44:15
capture 41:25
carried 46:4
carry 36:11
case 7:6 15:13
 32:20 33:12,12
 45:4 46:24
cases 39:16 46:8
caught 13:12,22
 35:22,25 37:9
caused 29:10,11
 37:10 45:8
CCR 51:15

CCR#881 2:17
cellie 30:4
Center 35:11
 38:5
certainly 49:25
CERTIFICATE 51:1
certificates
 41:5,15 44:11
Certified 51:3,3
certify 51:4,7
chair 49:24
chance 6:8 48:18
change 16:8,20
 16:24 29:16,20
 29:21 30:14,15
 31:13
changed 26:9
 36:22,22
changing 40:13
character 36:25
charge 47:6
charged 9:5
charges 16:13,17
chased 8:12
chases 8:12
cheap 32:1
check 39:14
chest 11:5
choice 5:10
 15:20
choose 33:13
chose 34:18
circle 29:8
 34:23
Circuit 4:6,7,8
 4:10,20,21,25
 5:7,11,15,18
 6:10,17,19 7:2
 7:4,19,22 8:2
 8:20,24 9:3,7
 9:15 10:5,8,22
 11:20,24 12:8
 12:13,24 13:19
 14:4,7,9
city 6:17,18 7:5
 16:2 33:14
claim 13:21
class 39:7,16,25
 39:25
clear 29:4
clemency 30:5,11
 30:19,21
clerk 8:9
clicking 10:23
close 46:3
clothing 42:12
co-conspirator
 12:17
co-guy 10:10
cognition 40:18
 40:25
cognitive 40:14
cold 7:22

collapses 11:7,7
collateral 42:22
come 7:23 11:12
 14:14,14 26:25
 29:3,7 33:24
 34:4 36:3,10
 36:14 49:19,22
 49:22
comes 32:20
coming 6:2 14:3
 21:24 25:6,15
 25:17 49:16
 50:1,14
commend 38:10,22
 42:6
comments 6:8
 25:12 48:9
complete 37:2
completely 21:2
computer-aided
 51:5
concerned 34:11
conclude 6:9
 50:7
conclusion 15:12
 15:14
conditions 44:19
conduct 5:24
 13:3,24 36:23
 37:13,19,24
Confidential 1:1
 3:2
confirmed 8:4
confronted 28:16
confused 17:5
 18:18
consider 46:1
consistent 13:6
contact 41:13
 43:10,12 44:21
contacts 42:22
 42:23
continue 9:21
 20:14 23:15
 46:13
continues 8:14
 10:10
contraband 33:6
 34:10 47:5
contrabands
 37:18
conversation
 4:13,17
conversations
 4:4 14:12
conviction 34:12
cool 18:21
Cooper 8:11,11
Coordinator 4:2
 4:15,16 6:4
 7:1
corner 43:21
 48:25

CONFIDENTIAL

PLTFS0000173

**correct** 25:5
33:3 34:13
39:13
**Correctional**
35:10 38:5
**corrections** 35:1
36:5
**counsel** 51:7,9
**counter** 8:16
**couple** 31:7
**course** 9:4
**court** 39:4 51:3
**cousin** 11:25
12:5
**create** 40:6,12
**criminal** 16:14
**culpa** 21:5
**culpable** 12:18
**cuss** 18:23 20:16
**cussing** 18:9
19:22 20:9,17
21:18,19
**custody** 16:4
**cycle** 46:20

**D**

**dangerous** 33:2,6
34:10 37:18
47:5
**date** 44:13,18
46:15,19
**dated** 3:3 51:11
**David** 8:25 12:2
12:4 18:8,16
19:6 22:14
27:16 28:1
**day** 8:21 13:13
21:1 26:13,21
29:7,14 46:17
**days** 26:23 38:24
**deal** 12:19,21
17:2,6 24:11
26:12 27:19,22
28:20,23 29:14
31:6 36:14
45:2
**death** 17:18 31:7
43:19
**deceased** 8:7
11:11 33:19
**December** 51:11
**decide** 29:16
30:13
**decision** 47:9,13
47:13,17
**decisionally**
46:14
**defendant** 7:12
8:5,12 11:9
**defendant's** 13:9
**defendants** 2:4
5:2,3
**definitely** 13:7

13:15
**degree** 7:9 16:13
49:25
**delegate** 4:2 6:1
15:2,3,5,17
48:11 49:9,12
49:17 50:4,12
**delegates** 49:19
**demonstrate**
46:12
**demonstrating**
46:18
**Department** 34:25
42:1
**describe** 18:5
**deserving** 7:10
**designated** 3:2
**detectives** 27:10
**determine** 29:13
**die** 11:21
**dies** 26:4
**dietitian** 42:20
**diets** 42:20
**different** 21:6
31:21
**differently** 7:24
**difficult** 36:6
36:10 45:2
49:11
**directly** 13:20
45:2
**dirty** 35:17
**discuss** 15:13
31:18 45:19,20
**disown** 48:24
**disowned** 27:21
**distance** 47:2
**distribution**
35:2
**DISTRICT** 2:1
**doing** 16:6 21:4
34:6 36:9,16
36:18
**downtown** 27:2
**drinking** 31:25
44:20
**dropping** 49:14
**drug** 34:13 36:14
37:12
**drugs** 31:21 32:2
32:5,8,11 35:2
36:13 37:4,5,7
**dug** 28:4
**dying** 11:15

**E**

**early** 13:24
45:24
**ease** 17:8
**easier** 45:6
**easy** 36:8 38:10
38:23,24 45:1
**egregious** 11:9

**eight** 50:9
**either** 25:3
**eligible** 30:19
**Elizabeth** 2:17
51:3,15
**employed** 51:7,9
**employee** 51:8
**employment** 44:9
**ended** 21:15,16
**enjoy** 43:5
**ensure** 44:16
**entered** 1:4
**entire** 7:16 12:3
**et** 2:2,4
**evaluate** 47:8
**evening** 18:6
**everybody** 36:9
**evidence** 24:16
**exact** 6:7 36:18
**exactly** 17:16
**examination** 51:8
**excellent** 41:8
**excuse** 35:6
38:16
**excuses** 19:11
**executed** 31:8
**expect** 29:6 36:3
**experience** 5:1
**Explain** 26:24
**explicitly** 36:5
**extent** 13:9
**extremely** 36:6
**eye** 7:15 8:2
**eyes** 33:19

**F**

**face** 9:17 10:16
14:14 24:10
30:20
**fact** 12:1 15:18
16:24 28:4
33:1 34:11
44:16
**factors** 13:8
15:14
**factory** 42:12
**facts** 11:9
**family** 17:3,5
27:21 29:11,12
30:1,8 41:10
43:10 44:22
45:8 47:21
49:11,12,22
**family's** 49:14
**far** 13:2 29:3
40:23 44:12
**fast** 19:12 22:21
22:23 24:3
25:24
**father** 33:18
35:14
**fearing** 24:22
**feel** 5:3 28:7

38:12 40:3,4,7
48:16
**fell** 22:2,11,13
35:14,16
**fellow** 19:11
33:16 36:21
**felony** 47:5
**felt** 17:4 30:15
30:22 49:2,4
**females** 49:2
**fight** 7:13 8:6
8:14 17:20
18:12 19:3,25
20:14 21:10
25:3 43:21
**fighting** 10:2
37:17 40:21
**figure** 20:3
**file** 7:7 9:12
39:12
**filling** 44:16
**finally** 23:22
**financially** 51:9
**find** 20:13 21:13
28:4 45:2
47:12
**fire** 10:24,25
23:14,17
**fired** 23:7,12,22
**fires** 10:18 11:5
**firing** 23:14
**first** 7:9 11:1
15:7 16:13
18:9 27:4,9
46:4 48:11,22
**fits** 47:13
**five-year** 35:1
37:2
**flies** 49:14
**folks** 39:18
**follow** 19:16,23
36:4
**followed** 21:8,9
**following** 13:17
**food** 42:16
**forbid** 43:21
**forgive** 47:22
**form** 14:5
**forward** 13:21
14:14 30:21
37:22 47:10
**fought** 34:18
**found** 26:23
37:14
**four** 32:15
**free** 43:2
**friend** 10:12,13
10:17 11:9
18:8,13,15
19:6 27:5
**friends** 41:10
**front** 45:3 46:21
**full** 29:6,8

47:15,16
**fully** 31:16
**further** 21:17
28:4 51:7,8

**G**

**gain** 33:23
**GED** 38:1,10,21
38:22,23
**generally** 5:3
**getting** 13:22
38:10
**girlfriend's**
20:1
**give** 6:7 12:19
21:1 31:10,11
48:18
**given** 9:9 12:11
**giving** 48:12
**go** 5:21 7:8 9:20
10:9 20:12
21:13,20 22:9
26:10 33:20
38:13 40:11
43:18 44:13
47:15,16
**God** 31:5,10,11
34:21 49:13
**goes** 28:5 44:12
**going** 5:25 9:19
11:13,13,14
15:7 18:7
19:10 20:3
21:16 22:21,22
25:2,23 26:9
30:6 32:16,20
33:16 34:1
43:20,20 44:17
44:25 45:16
46:7 47:4,10
48:8
**good** 4:6 14:16
38:24 41:9,25
42:24 43:18
47:2,10,12
**grannie** 30:25
**GRAVITZ** 2:17
**greatest** 26:15
26:19
**ground** 9:17
10:21,23 11:8
23:2 24:1,22
**grown** 17:10
48:20
**guess** 39:20
48:23
**guest** 14:25 15:1
**guilty** 16:17,24
17:17 29:9,10
29:11
**gun** 10:12,14,17
10:24,25 11:3
22:15,18,25,25

CONFIDENTIAL

PLTFS0000174

23:6,7,9,13
24:21
**guns** 17:3
**guy** 12:16 19:4
19:23 20:17
21:21 22:4
23:20 24:19
27:24 28:5,10
30:3 31:9
**guy's** 13:15
**guys** 24:18 31:7

### H

**half** 18:20
**handled** 46:25
**hands** 34:19
**happen** 26:24
**happened** 9:12
17:16 18:6
19:2,12,19
21:3,5 23:5
24:3 26:1,4,5
27:7 31:24
43:22 44:8
48:21,22,25
**happening** 20:13
21:13
**happens** 20:7
**hard** 45:17 49:9
**hardship** 35:14
**harm** 45:8
**harmed** 45:9
**head** 9:16,20,25
10:11,16 11:16
22:1
**hear** 49:6
**heard** 40:14
**hearing** 2:7 6:9
6:15 14:21
15:4,12 36:24
39:18 46:1
47:16 50:7
51:4
**hears** 10:23,23
**heart** 29:25
31:13
**hearts** 48:18
**held** 29:17,17
**help** 8:9 28:19
**helps** 40:24
**hereto** 51:9
**hey** 9:19
**Hi** 4:5,6
**highest** 49:25
**highly** 3:2 49:20
**history** 31:20
34:6,7 44:9,10
**hit** 17:20 18:24
22:1 24:10,10
**hitting** 22:15
**home** 26:25 27:4
43:15 44:4
**honest** 21:3

28:15 45:5
**honestly** 24:23
25:18 45:7,20
**hope** 40:9 47:21
**hopes** 30:7
**hour** 18:20
**hours** 42:1,3,4,6
**house** 12:1

### I

**ICVC** 39:4,7,24
**ID** 9:8 12:16
**idea** 40:5
**immediately**
11:11 28:17
**impact** 17:11
**implies** 23:20
**important** 15:19
39:16,25 44:17
**importantly** 46:9
**Improve** 43:4
**inaudible** 4:4,13
4:17 13:25
14:12 16:9
18:1 33:4,19
34:2 35:21
36:1 37:23
38:12 42:13
43:6,20 45:9
48:12,19 49:7
50:12
**incarceration**
41:14 45:24
**indicate** 13:16
**indicates** 10:8
**individual** 10:4
22:25
**influence** 31:23
**information**
12:25 13:2,10
14:2 21:5,7
41:9 43:1
**initial** 8:5
16:20
**initially** 20:15
**initiated** 7:12
**injured** 24:8
**Inmate** 6:15 9:8
9:19 10:8,17
11:3 12:9,12
12:13,16,18
14:19,19,20,23
15:2 16:11,18
16:21 17:1,10
17:19,24 18:7
18:16,18 19:3
19:6,10,15,18
19:21 20:1,8
20:11,15,23,25
21:11,14,18,21
21:24 22:6,8
22:11,13,18,21
23:3,6,11,23

24:2,6,10,14
24:17 25:6,10
25:14,17,22
26:6,11,16,20
26:25 27:2,4,8
27:12,16,19
28:1,8,20,25
29:9,17,19,22
30:17,22 31:14
31:25 32:3,6,8
32:12,17 33:4
33:9,14,25
34:14,17,21
35:3,5,10,14
35:23 36:1,17
36:19 37:5,9
37:14,20,23
38:2,5,8,12,15
38:19 39:6,9
39:12,19,22
40:3,11,16
41:3,7,17,22
42:4,7,10,13
42:17,19 43:4
43:7,13,16,19
44:1,5,25
45:13 47:20
49:19 50:10
**inside** 8:8,13
20:10,11 44:11
**institutional**
50:8
**interaction** 7:16
**interest** 46:8
**interested** 51:9
**interview** 5:25
6:6 15:13
**interviewed**
27:10
**introduce** 14:25
15:23
**investigation**
9:4
**involved** 31:21
39:3 41:19,20
**involves** 13:4
**IPO** 6:23,24
**issues** 7:23

### J

**jacket** 11:16
**jail** 28:10 32:16
33:14
**job** 41:23
**jobs** 36:8,9
**joint** 37:14
**jumped** 18:13

### K

**keep** 14:8
**kept** 20:16,16
23:21
**Key** 3:3

**kicked** 9:16
17:20 22:13
**kid** 13:17
**kill** 17:3 23:20
24:5,7
**killed** 17:9 26:8
28:9
**kind** 7:8 20:18
24:13 36:21
46:8
**kinds** 36:16
**knew** 10:14 12:6
12:9,9 30:1
31:8
**know** 5:17 8:20
9:10 12:8,20
13:1,1,2,7,8
15:17 17:1,5
17:23 18:1,2,3
18:11 19:12
20:2,3,5,25
22:22,23 23:8
23:19 25:24
26:3,6,7,7,11
26:11 27:19,22
28:20 29:5,6
29:11,12,12,14
29:14 31:4,5,8
31:21 32:10
33:14 34:3,4
34:21,22 35:18
35:24 36:23,23
36:25,25 37:1
37:9 38:18
39:23 41:5
42:23,25 43:9
44:2,7,7,24
45:1,19 46:21
46:24,24 47:21
48:13,14,18,19
48:21 49:13,21
**knowing** 31:2,6

### L

**L** 2:4
**Labor** 42:1
**largely** 44:23,24
**law** 35:6,9
**lawyer** 13:11
**lawyer's** 13:21
**laying** 10:20
**leader** 13:14,17
13:20
**leap** 24:24
**learn** 11:13,13
11:14
**leave** 6:9 8:13
11:16
**leaves** 9:21
**leaving** 10:9
**led** 31:12
**left** 9:20 15:24
25:4

**let's** 14:17
31:17 32:14,14
37:25
**letter** 30:6
**letters** 41:10
**life** 7:10 16:6
16:15 24:23
28:5 29:9,24
31:2,3,6 36:5
45:12,23
**likes** 13:7
**line** 10:24 42:7
42:19,20
**liquor** 7:14 8:6
8:8,13 18:14
18:22 19:1,9
19:14,17,22,24
20:17 21:22
22:1,10
**listening** 33:15
**little** 31:25
35:15,15,17
**locked** 44:10
**long** 17:22,23
18:2 25:23
29:15,18 30:13
34:7 48:20
**look** 13:13 34:9
37:3 39:12
44:14 46:7
47:7
**looked** 33:19
**looking** 14:15
20:19 33:5
41:18
**looks** 19:7 25:3
33:7 40:25
43:14
**loose** 45:23
**lose** 33:21
**loss** 26:15,19
**lost** 17:2 26:6
26:12,14 28:14
28:14,18 33:1
45:15
**lot** 9:24 13:4
17:11 34:4,7
36:20 39:3,17
41:9,9,10
42:22,24 43:10
49:21,22
**Louis** 6:17,18
16:2
**love** 43:19
**loved** 17:4
**luck** 35:17
**Lynn** 30:23

### M

**M** 2:17 51:3,15
**ma'am** 48:8 50:5
50:13
**making** 11:10,15

CONFIDENTIAL

42:8 47:9
**malfunctions**
11:1
**man** 7:12 8:18
9:21 11:12
12:7,9 24:3
31:9 33:2,20
35:5 38:12
44:2 47:24
**management** 41:2
44:21
**marijuana** 32:1,9
35:20
**matter** 5:1,8
12:1 35:6
46:14
**matters** 45:19
**mea** 21:5
**mean** 23:22 24:24
27:6,12 28:3
29:2 30:20
33:5 36:16
39:14,25 41:24
44:23,23
**Meaning** 32:23
**means** 40:6 46:20
**meant** 7:20
**meet** 4:12
**Member** 4:5,8,11
4:11,14,18,21
5:6,9,12,16,21
6:5,11,14,18
6:21,22,22,25
7:18,21,25
8:19,22 9:2,5
9:14 10:3,7,20
11:18,22 12:6
12:11,23 13:18
14:1,6,8,10,13
14:20,24 15:3
15:6,24,25
16:12,19,22
17:7,14,22
18:5,15,17
19:1,4,7,13,16
19:19,23 20:6
20:10,12,21,24
21:12,15,20,23
22:3,7,9,12,16
22:20,24 23:4
23:9,13,24
24:4,8,12,15
24:18 25:8,11
25:15,19,25
26:8,14,18,22
27:1,3,6,9,14
27:17,23 28:2
28:9,22 29:2
29:15,20 30:9
30:18 31:12,15
32:2,4,7,10,13
32:18 33:5,10
33:22 34:3,15

34:20,23 35:4
35:8,12,22,24
36:2,20 37:7
37:12,16,21,24
38:3,6,9,13,17
38:20 39:7,10
39:14,20,24
40:5,17 41:4,8
41:18,24 42:5
42:9,11,14,18
42:21 43:5,9
43:14,17,24
44:3,6 45:14
48:1,4,5,6,6,7
48:8 49:8,10
49:15,18 50:5
50:11,13
**memories** 45:16
**men** 8:17 9:15
10:5
**mentality** 13:14
**mentioned** 16:6
32:15 38:21
**mess** 33:20
**messing** 17:25
**met** 17:24 30:24
31:7
**mind** 28:12 30:14
30:16 33:17
43:25
**mind's** 23:14
**Minimally** 44:19
**minute** 38:14
**misconduct** 37:17
**misfire** 23:21
**misfired** 23:10
23:12,25
**MISSOURI** 2:1
**mistaken** 37:15
38:8
**mob** 13:14,14
**mom** 43:23 44:5
47:23 49:21
**mom's** 44:4
**moms** 27:5
**money** 20:5 35:18
**months** 32:15
**mother** 4:3 6:4,5
15:2 35:15
43:15
**mothers** 49:21
**moved** 49:3
**moving** 37:21,24
**multiple** 10:18
26:2 36:12
39:16
**murder** 7:9 16:13

**N**

**name** 8:23 9:3,11
12:13 14:17
18:1 27:24
**Nathaniel** 8:10

**near** 34:5 39:18
**nearby** 9:22,23
12:2
**need** 5:4 46:9
49:20,24
**neighborhood**
18:3
**neither** 51:7
**neutral** 45:18
**never** 9:1,5 12:6
12:11,19,20
24:11,14 30:1
30:1 34:17,19
43:22 45:15
**new** 34:12 47:5
**Nice** 4:6,11
**nickname** 12:10
**niece** 17:25
**ninety** 30:24
**noises** 11:10
**Norman** 2:2
**notes** 51:5
**noticed** 42:14
**number** 14:18
33:6 41:14
42:16

**O**

**o0o** 4:1
**obviously** 9:12
15:7 27:14
**occasions** 39:5
**occurred** 21:4
45:11
**occurring** 24:25
**offender** 4:24
5:24 6:20
**offer** 12:25
**office** 4:19 6:16
16:2,3
**officer** 16:4
36:5 50:8
**officers'** 42:10
**okay** 5:6,9,11,21
6:11,14,18
7:21 9:14 10:7
14:6,10,13,17
14:20,24 15:3
15:6,9,11,20
15:21 16:19
17:7,15 18:17
19:7 20:6,22
20:23 21:4,7
21:15,20,23
22:7,16 23:18
24:15 25:8,19
25:25 26:9,19
27:1,14,24
29:2,8,15 30:9
31:16 32:10,13
32:18,19,21
34:15,20,23
35:24 36:5,6,7

36:15,17,18,19
36:23 37:1,16
37:21 38:3,11
38:17 39:24
40:12,17,25
41:16,24 42:9
42:14,18,21,25
43:9,14,14,17
44:6,16,22
45:9,11,23
46:6,10,18
47:6,8,10,12
48:1,8 49:4,8
49:16,19 50:2
50:5,9
**old** 29:23,24
**older** 30:3 33:15
33:15
**once** 10:25 11:5
11:5 13:3
**operable** 10:14
**opinion** 39:4
**opportunity**
15:10,15 48:12
**opposed** 13:24
**opposite** 36:18
48:13,15
**opposition** 15:8
**order** 1:4 3:3
30:19 47:2
**ounce** 22:2
**outside** 7:14 8:6
**owe** 18:10 20:5

**P**

**packer** 42:19
**packet** 41:6,8
42:22
**pain** 17:8 29:10
29:11
**pal** 30:23 41:11
**panel** 4:5,8,11
4:11,14,18,21
5:6,9,12,16,21
6:5,11,14,18
6:21,22,22,25
7:18,21,25
8:19,22 9:2,5
9:14 10:3,7,20
11:18,22 12:6
12:11,23 13:18
14:1,6,8,10,13
14:20,24 15:3
15:6,23,24,25
16:12,19,22
17:7,14,22
18:5,15,17
19:1,4,7,13,16
19:19,23 20:6
20:10,12,21,24
21:12,15,20,24
22:3,7,9,12,16
22:20,24 23:4

23:9,13,24
24:4,8,12,15
24:18 25:8,11
25:15,19,25
26:8,14,18,22
27:1,3,6,9,14
27:17,23 28:2
28:9,22 29:2
29:15,20 30:9
30:18 31:12,15
32:2,4,7,10,13
32:18 33:5,10
33:22 34:3,15
34:20,23 35:4
35:8,12,22,24
36:2,20 37:7
37:12,16,21,24
38:3,6,9,13,17
38:20 39:7,10
39:14,20,24
40:5,17 41:4,8
41:18,24 42:5
42:9,11,14,18
42:21 43:5,9
43:14,17,24
44:3,6 45:14
47:16 48:1,2,4
48:5,6,6,7,8
49:8,10,15,18
49:25 50:5,11
50:13
**pants** 42:7,10
**papers** 30:5
**parent** 49:5
**parole** 2:7 14:21
15:4,20 16:4,7
32:20 45:18,25
46:5,16,21
50:8 51:4
**part** 13:13 45:24
**Participants** 3:2
**participation**
13:9
**parties** 51:7,9
**party** 7:16
**pass** 38:23
**passed** 30:25
35:15
**Pathways** 40:15
40:24
**Patton** 12:2,4
**pen** 30:23 41:11
**people** 13:12
34:4 36:10
40:2,9 41:13
42:23 45:1
**peoples** 17:3
44:2
**perfectly** 32:21
**period** 18:2
**peripheral** 20:19
21:25
**person** 8:19 17:9

CONFIDENTIAL

PLTFS0000176

24:1,22 25:20
33:8 48:13
**petition** 16:9
**phases** 21:3
**phone** 43:11,12
**phonetic** 30:24
**physically** 44:14
**picked** 8:6
**piece** 40:14
45:10
**pistol** 24:19
**place** 43:18
47:12
**Plaintiffs** 2:2
**plan** 43:15
**play** 43:25
**please** 14:13,17
**PO** 44:15
**point** 8:12 9:8
11:2 21:1
23:16 26:1
33:8 39:15
**pointed** 23:1
**points** 10:18
**police** 26:10
**pose** 47:4
**poses** 45:25
**position** 28:22
29:18
**possession** 37:13
**Potosi** 31:8
35:10 38:5
**prayed** 31:5
**Precythe** 2:4
**preparing** 42:20
**present** 4:24
6:20,21 13:11
16:3,4
**presenting** 14:2
**press** 46:5
**pretty** 13:3 19:8
28:13
**prior** 18:20
46:10
**prison** 13:3,5
28:5 32:9 33:3
33:15,16,24
34:4,12 35:13
36:3,6,11,13
36:14 37:4
44:11 46:3,14
46:16 47:3,6
**privy** 9:13
**probably** 39:1
**problem** 7:25 8:1
32:19
**proceeded** 24:21
**proceedings** 51:5
**process** 40:13,13
40:18,19,25
**production** 42:7
**program** 5:17
16:9 41:22,25

42:2 44:20
**programming**
32:25
**programs** 39:3,4
39:6 40:24
41:19
**proofread** 51:4
**prosecuting** 5:2
**prosecutor** 28:3
**prosecutor's**
4:19 6:16 16:2
16:2
**protective** 1:4
3:3
**proven** 9:1
**provided** 9:4,11
12:13 13:11
14:5
**psychiatrist**
41:13
**public** 46:10
**pulled** 10:25
22:19,24 23:6
23:11
**pulling** 23:21
**pulls** 11:3,4
**punk** 11:14
**purely** 5:9
**pursuant** 1:4
16:8
**pursue** 8:14 21:9
30:21 40:21
**put** 20:18 21:21
30:6,20 47:2
49:12
**putting** 13:21
47:23

**Q**

**question** 18:6
30:14 33:11
**questions** 44:24
47:18 48:3,5
**quite** 5:18

**R**

**raise** 17:3
**ran** 19:9 26:2
27:12 28:3
42:19
**rape** 34:1
**reach** 40:9
**reaches** 40:1
**read** 13:10
**reading** 9:11
43:7
**ready** 6:12 14:11
29:13 38:18,19
46:9
**real** 10:15 32:19
35:17 39:2
44:10 47:6
**really** 4:25 5:7

17:24,25 18:1
28:14 29:1,5
30:15,22 39:15
45:7 47:12
48:17 49:2,24
**reason** 20:25
21:2 49:2
**reasons** 13:23
35:7
**recall** 25:13,22
**receive** 43:10,11
44:18
**received** 16:14
34:12,25 38:21
41:4
**record** 5:22,22
6:15 14:18
23:25 41:16
**recover** 45:15
**refuge** 8:16
**refused** 8:11
**refutes** 13:20
**regret** 26:12
**regular** 43:11
**related** 7:15 8:3
34:13 51:7
**relative** 6:2
51:8
**release** 13:24
44:18 45:22
46:2,10,11,15
46:19
**released** 40:11
44:18
**remarks** 15:15,18
**remember** 11:3
25:6,15,17
**repeatedly** 36:12
**report** 24:24
41:12 42:1
**Reporter** 51:1,3
51:3
**representation**
16:1
**representing** 7:5
**required** 44:14
**resolve** 20:4,16
**responsible** 49:4
**restart** 25:2
**retrieves** 9:22
**returns** 9:24
10:10
**review** 30:12
**reviewed** 7:7
41:6
**right** 5:13 6:23
6:24 12:22,23
13:18 14:1,10
14:15 15:22,25
16:12,22 19:3
19:6,9,13,18
21:11,14,18
22:12,24 23:4

23:11,15 25:4
26:20,22 27:8
28:19 29:18
30:25 31:16
32:13,24 33:12
34:24 36:9
38:20 39:9,9
39:19 41:17,20
42:2,5 44:7,19
45:3 46:11
50:6,11
**risk** 32:19 45:22
45:25 47:4
**road** 46:22
**room** 6:21 16:5
**row** 31:7
**rule** 36:4
**run** 11:9 22:14
**running** 18:13
19:24
**runs** 8:8 19:13

**S**

**safe** 46:10
**sat** 17:11
**savagely** 8:18
**saw** 12:3,4
**saying** 11:12
28:13 30:4
**says** 11:3 23:24
28:12 43:5
**scared** 22:22
48:24
**Schlone** 30:23
**second** 21:9
**seconds** 23:19
**see** 3:3 4:6
14:24 21:14
22:6,8 31:20
37:10
**seek** 8:15,16
**seeking** 17:11
**seen** 6:6 18:3,19
22:14 24:14
**seg** 34:10
**selfish** 31:2
**sell** 32:2,8,11
**selling** 35:21
36:13 37:4,7
**sentence** 16:7,15
21:2 30:10
35:1 37:2
45:23
**September** 1:4
3:3 7:11
**served** 32:14,15
**service** 4:2,15
4:15 6:4,25
42:16
**setting** 36:14
**seven** 39:23
**seventh** 5:20
**sexual** 37:17,19

**shank** 33:13
**shanks** 36:11
**sharpen** 33:7
**Sheet** 3:4
**shoot** 27:13
**shooter** 12:21
28:5,12
**Shorthand** 51:3
**shot** 24:1,21
25:5,16,20
26:1 27:15
**showing** 36:21
**side** 15:9 48:15
**sidetracked** 5:5
5:5
**significant**
31:20
**similarly** 7:7
**sir** 6:10 7:4
14:23 16:11,18
16:21 17:12
19:15 23:3,23
25:7,10,17
26:7,11 27:20
28:21 29:19
32:3,12,17
33:9,9 34:14
34:17 35:23
38:2 40:16
41:3,7 42:13
42:17 43:16
48:5 50:10
**sits** 10:24
**sitting** 11:2
28:6,10 35:9
35:12 49:23
**situation** 8:5
13:22 17:2
26:12 27:20,22
28:21
**six** 50:8
**sixth** 5:19
**Smacks** 10:16
**Smashes** 10:15
**smoked** 32:1
**snatched** 22:18
**snooze** 33:21
**sold** 32:5,8 37:5
**somebody** 13:12
27:15 28:10,23
**somebody's** 31:3
31:6
**someone's** 45:12
**son** 33:20 48:12
**son's** 15:7
**sorry** 7:20 17:12
24:2 26:16,20
37:23 38:15,15
38:15 43:23,23
44:1 45:13
47:21,23,24
**sort** 10:13 13:6
13:11,20 21:4

CONFIDENTIAL

PLTFS0000177

40:13
soul 47:24,25
sound 28:18
Sounded 6:24
sounding 7:23
sounds 25:1 41:2
speak 15:11 43:8
SPEAKER 6:3,13
Special 44:19
spectrum 48:15
speculation 8:21
spent 36:20
spiritual 17:11
spooked 18:19
St 6:17,18 16:2
staff 16:4 36:6
start 5:13 14:17
  38:18
started 10:5
  17:25 18:23
  20:9 35:21
state 14:13,17
statement 4:23
  5:14,23 6:20
  16:20
statements 25:9
statute 13:8
  16:7
stay 44:3 49:1
stayed 20:2
stomped 9:16
stopped 37:5
store 7:14 8:7,8
  8:13 18:14,22
  19:1,9,14,17
  19:22,24 20:10
  20:11,17,21
  21:8,16,22
  40:22
stories 33:15
story 9:9 16:25
  29:16
strategy 28:18
street 8:17 20:2
  22:14
streets 32:6,11
  40:20
strike 23:17
striking 11:5
strong 7:9
struck 9:16
  12:19
stuck 28:17
stuff 41:16 47:3
  47:3
subsequent 10:13
  13:23
substance 31:18
  44:20
suffered 26:15
  26:19
suggest 44:12
support 15:11,19

41:9 50:1
sure 5:15 11:15
  14:4 28:14
  38:23 39:12
  43:24 46:9
  49:10
survived 26:18
swing 20:8,19
swung 18:12,24
  21:25

T
table 12:25
take 9:9 16:23
  23:4 24:21
  38:13 39:11,18
  45:22,25 49:6
taken 15:9 39:5
  39:8,15,21
  41:1,1 51:8
takes 10:12,17
talk 18:23 19:21
  21:8 31:17
  34:24 37:25
  45:4,17
talking 18:7,9
  18:11
talks 40:1,17
target 34:1
taunted 9:17
tell 17:16 19:19
  32:4 34:15
  35:4 44:25
telling 12:17
  33:23 40:7
  48:14,22
tenure 32:22
terms 17:17
  31:15,18
testimony 15:8
tests 38:24
thank 7:4 13:25
  14:1 15:22
  34:21 48:11
  49:15 50:4,5
  50:11,13,13
thing 6:7 12:3
  20:24 36:3,4,9
  38:11,23 40:10
  45:1
things 5:5 9:12
  9:18 13:15
  16:23 17:15
  19:12 22:21
  25:23 36:16,17
  36:24 37:13,25
  42:24 47:6,9
  47:11
think 5:19 9:7
  12:15 13:1,5
  13:20 23:24
  26:23 28:13
  29:23 30:3,24

37:15 39:22
  42:15
thinking 23:15
  40:13,18
third 39:21
thought 6:1 7:21
  8:22 29:23
  33:25 48:23
thoughts 17:8
three 6:22 11:1
  15:24 48:4,5
throw 11:16
thrown 8:16
time 7:8 10:1
  11:4 16:5 18:3
  19:8 23:19
  29:18 30:13
  31:19,22,23
  32:14,16 34:7
  34:8,10 36:21
  39:17,21 43:3
  43:13 47:25
  49:2,6
times 10:19 11:1
  11:4 23:7,11
  23:18,25 26:2
  33:7 36:12
  39:16,18
tired 47:24,25
today 14:22
  16:10 29:5
  45:1 47:16
  49:16,23
told 17:4 27:4
  27:16 31:3
  33:16 35:18,19
  48:23
touching 36:24
transcribed 51:4
transcript 2:7
  51:5,5
transcription
  51:5
translated 51:4
transpire 12:3
trial 7:8 16:13
  16:16,23
tried 7:6 20:8
  20:19 28:11
trigger 10:25
  11:4 22:19
  23:7,21
trouble 27:20
  28:6 37:10,11
true 9:11 51:5
truth 12:17 17:4
  27:18 48:23
truthful 12:14
  12:15
try 18:22 20:13
  20:15 31:6
trying 18:23
  19:21 20:3,16

Tucker-Gravitz
  51:3,15
turn 7:2 48:9
turnaround 39:2
turned 8:10
  29:23
turning 45:23
TV 37:15
twice 39:8
two 6:22 7:15
  8:2,17 9:15
  11:4,25 15:25
  16:22 23:18
  24:18 25:3,4
  36:3 30:20,20
  39:5 45:24
  48:6,7

U
ultimately 24:1
Um-hum 6:13
uncle 20:2
understand 4:18
  13:4 24:24
  25:10 26:16
  28:25 40:6
  45:9,14 48:13
  48:16
understanding
  8:25 29:4
understood 20:4
unidentified 6:3
  6:13 10:4
unit 16:3
upstairs 8:4
  12:2
use 17:3
usually 4:25

V
vacant 9:22,23
variety 31:21
vehicle 46:15
victim 4:2,15,15
  6:4,25 7:13
  8:6,7,13,15
  10:18,18,23
  11:7,10 17:9
  17:18,19,22,23
  18:9,19 22:5
  23:1 24:5
  25:21,21 26:1
  26:15,18 27:13
  29:10,24 40:6
  40:8,12
victim's 15:9
  16:3 17:11
  30:1,7 39:25
  44:21
Victim]'s 10:1
  47:21
victimization
  40:1 45:11

victimized 34:1
victims 40:7
violations 32:23
  33:6 34:9
  37:13,17,19
visit 33:18
  35:16
visits 43:11
void 44:16
vs 2:3

W
walk 40:22
walking 20:18
walks 43:8
Walter's 9:10
Walters 8:25
  18:16 19:6
  27:16 28:1,2
want 15:18 17:15
  17:16 27:20,21
  29:3 34:24
  36:17 38:9
  40:10 41:5
  42:5 46:23
  48:11 49:15
wanted 7:8 17:12
  20:4 21:12
  29:25
wanting 31:2
wasn't 20:5 24:6
  24:6 25:2 26:9
  27:18 33:11
  44:25 48:19
watch 11:21 12:5
watched 7:16 8:3
watching 12:2
way 14:15 30:2
  30:15,22 40:1
  45:4 46:6,12
  49:13 50:2
ways 48:20
we'll 5:21,23
  6:5 7:2 15:13
  29:2 32:24
  34:23 47:13
we're 14:15 15:7
  46:1,7
We've 15:9
weapon 23:16
  24:12,16 33:17
  34:17,19 46:4
weapons 13:4,7
weeks 50:9
went 16:13,16
  18:22 20:13
  21:25 22:3
  49:4
weren't 42:15
WESTERN 2:1
whipping 24:19
willing 13:16
window 8:4 12:3

CONFIDENTIAL

PLTFS0000178

**wine** 32:1
**wishes** 6:19
**witness** 25:9
**witnesses** 7:15
  8:3  11:23,24
**woman** 11:25
**words** 40:20
**work** 42:24  43:7
  44:14,15
**worked** 10:14
  42:15,19
**working** 43:6
  44:15
**works** 5:17
**wouldn't** 12:24
**written** 13:8
  14:5
**wrong** 29:1,1
  31:1  48:24

**X**

**Y**

**yeah** 8:25  10:22
  30:17  31:14
  36:2  37:9
  41:24  47:20
  49:12
**year** 37:8  38:6
**years** 5:2  29:5
  29:23,24  30:10
  32:15  37:1
  41:20  42:16
  44:10  46:4
**you-all** 19:8
  29:13  49:6

**Z**

**0**

**1**

**13** 41:2
**17** 31:19  44:8,8
**171590** 14:19
**17th** 7:11
**1998** 7:11,18

**2**

**2,000** 42:4,6
**2:17-cv-0408...**
  2:3
**20** 29:5
**2002** 37:15
**2003** 39:10
**2005** 39:23
**2007** 30:3
**2009** 32:23  38:1
  39:5,10,11
**2017** 1:4  3:3
  51:11
**23** 30:10

**24** 29:23,24
**28** 29:5  32:15
  44:10

**3**

**4**

**40** 22:2

**5**

**5** 18:10,10  51:11
**50-year** 16:15
**558.47** 16:8

**6**

**7**

**7** 1:4  3:3
**7-inch** 36:11

**8**

**88** 7:20  31:24

**9**

**911** 8:11
**94** 38:8,9
**95** 37:5
**96** 34:25
**98** 30:24

CONFIDENTIAL

PLTFS0000179