

```
         **CONFIDENTIAL**



    (Pursuant to Protective Order
    entered on September 7, 2017)
```

CONFIDENTIAL                    PLTFS0000183

IN THE WESTERN DISTRICT OF MISSOURI

Norman Brown, et al.,           )
                    Plaintiffs,)
              vs.              )    2:17-cv-04082-NKL
                               )
Anne L. Precythe, et al.,      )
                    Defendants. )

Transcript of Audio-Recorded Parole Board Hearing

ELIZABETH M. GRAVITZ, CCR#881

Case 2:17-cv-04082-NKL   Document 134-18   Filed 06/12/18   Page 2 of 55

CONFIDENTIAL                                              PLTFS0000184

```
 1                      APPEARANCES

 2    Participants designated as Highly Confidential per

 3    protective order dated September 7, 2017.  See Attached Key

 4    Sheet.

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

CONFIDENTIAL  PLTFS0000185

1                          o0o

2              UNIDENTIFIED SPEAKER:  I am on record,

3    Mr. [Panel Member One].

4              PANEL MEMBER ONE:  Okay.  And, so, ladies, I

5    am Mr. [Panel Member One].  I'm going to conduct the

6    majority of the hearing, okay?  I have not met

7    you-all.

8              VICTIM SERVICE COORDINATOR:  Do you have the

9    updated list?

10             PANEL MEMBER ONE:  Huh?  Yes.  I have it

11   here.

12             VICTIM SERVICE COORDINATOR:  Okay.  I know

13   that I messed up.  At one point you didn't have.  I'm

14   good.

15             PANEL MEMBER ONE:  So, Betsy?

16             VICTIM ADVOCATE:  Yes.

17             PANEL MEMBER ONE:  That's Betsy.  And you're

18   Teresa?

19             PROSECUTING ATTORNEY:  Teresa Kenny, yes.

20   Thanks.

21             PANEL MEMBER ONE:  I have this.  And so are

22   both of you going to speak?

23             PROSECUTING ATTORNEY:  Yes.  Betsy, she's

24   got a little statement on behalf of the victim.

25             PANEL MEMBER ONE:  So you're advocate for

CONFIDENTIAL                                                      PLTFS0000186

1    the victim, right?

2              VICTIM SERVICE COORDINATOR:  Yes.  She's

3    been delegated by the victim.

4              PANEL MEMBER ONE:  Okay.  Okay.  So we'll

5    let you go first.  You want to speak with him here or

6    without?

7              VICTIM ADVOCATE:  Without.

8              PANEL MEMBER ONE:  And, ma'am, do you want

9    to speak with him here or without?

10             PROSECUTING ATTORNEY:  Without.

11             PANEL MEMBER ONE:  Okay. and you want to

12   stay for his hearing, both of you?

13             PROSECUTING ATTORNEY:  Yes.

14                  (Inaudible conversation.)

15             UNIDENTIFIED SPEAKER:  Kelly, I put you over

16   onto our guest.

17             PANEL MEMBER THREE:  Okay.

18             UNIDENTIFIED SPEAKER:  Always go the wrong

19   way.

20             PANEL MEMBER ONE:  There we go.

21             UNIDENTIFIED SPEAKER:  It's counter.

22             VICTIM SERVICE COORDINATOR:  Good morning.

23             VICTIM ADVOCATE:  Good morning.

24             PROSECUTING ATTORNEY:  Good morning.

25             PANEL MEMBER ONE:  As I said, I'm Mr. [Panel

Case 2:17-cv-04082-NKL   Document 134-18   Filed 06/12/18   Page 5 of 55

CONFIDENTIAL                                                    PLTFS0000187

1 Member One].  This is Mr. [Panel Member Two].  This is

2 Ms. [Panel Member Three] at the institution, okay, and

3 we're the parole panel.

4        And, Ms. [Parole Member Three], you did hear

5 who we had, right?

6        PANEL MEMBER THREE:  Yes.

7        THE COURT:  Okay.  All right.  So which one

8 of you like to go first?  Okay.  Okay.  Just please

9 state your name since we're on record and then

10 (inaudible).

11        VICTIM ADVOCATE:  Okay.  Sorry.  My name is

12 [Victim Advocate].  Marlys, [Victim]'s mom was just

13 here on December 20th to give her statement at

14 [Co-Defendant One] parole hearing.  I am here for her

15 because she just could not emotionally do it again on

16 such a quick turnaround.

17        I got to know [Victim] through Marlys.  She

18 would tell you that he was slow.  He was what we

19 consider now as mentally challenged.  [Victim] had a

20 big heart.  He always wanted to help others and just

21 fit in.  He was a big kid in an adult body.  He just

22 wanted to be accepted.

23        This is exactly why he was targeted by

24 [Co-Defendant One], [Inmate], and [Co-Defendant Two].

25 They saw him as weak and could easily be controlled

CONFIDENTIAL

PLTFS0000188

1  and preyed upon.

2         Marlys told me that [Victim] loved school.

3  Not for -- not for just learning but socializing.

4  These three men groomed [Victim].  They groomed him

5  for months pretending to be his friends, only their

6  intention was to murder him.

7         [Inmate], along with the others, talked and

8  planned this horrific crime.  There was even a time on

9  October 31st of 1987 where they were going to actually

10  follow through with their plan of murder, but Marlys

11  unknowingly intervened and took her kids to her mom's.

12         That still did not stop the urge to kill

13  because another month of planning to take [Victim]'s

14  life went by.  [Victim] to them was an easy target.

15         As you will hear in Marly's video statement,

16  the dinner she cooked on the day of [Inmate]'s death

17  was his favorite food, only she didn't realize or know

18  that it would be his last meal.

19         Marlys in her video tells us [Inmate]'s last

20  three days of his life in a very factual way.  As a

21  victim advocate, I know this is her way of dealing

22  with her son's death.

23         Based upon the horrific murder of [Victim],

24  I, along with his family and the community, ask that

25  [Inmate] not be released on parole.

CONFIDENTIAL

PLTFS0000189

1      PANEL MEMBER ONE:  Thank you, ma'am.

2           (Inaudible conversation).

3      PROSECUTING ATTORNEY:  Sharing them today.

4  My name is [Prosecuting Attorney].  I'm an assistant

5  prosecuting attorney in Jasper County.

6      I was in law school in 1987 when this crime

7  was committed, but I have reviewed the file in detail.

8  And I've spoken to two of the men who prosecuted this

9  case back in 1987, and both of them recall it as being

10  one of the worst cases in the history of Jasper

11  County.

12      It occurred in Carl Junction, which is the

13  town I live in now.  Town of about 7500 people.  And

14  you can ask anybody in town, and they all remember

15  this particular crime.

16      In December of 1987, [Victim] was 19 years

17  old.  He lived with his mother, Marlys, and his

18  brother and two sisters.  He was a senior at Carl

19  Junction High School.  He was older, but a little bit

20  slower than his classmates.  He'd been held back in

21  school, and he was desperate to fit in.  He wanted to

22  belong.

23      And [Inmate], known as [Inmate or [Inmate],

24  was one of three classmates who pretended to befriend

25  [Victim] all the while planning his murder.

CONFIDENTIAL

PLTFS0000190

 1          In October of 1987, [Inmate], [Co-Defendant

 2   One], and [Co-Defendant Three] decided to kill

 3   [Victim] because, at least according to [Inmate], they

 4   wanted to know what it felt like to kill someone.

 5          They chose [Victim] because they believed he

 6   was inferior to them.  There was also evidence in the

 7   case that [Inmate], [Co-Defendant One], and

 8   [Co-Defendant Two] were into Satanism.  [Inmate]

 9   denied this during the investigation and his trial;

10   however, he admitted to having killed cats on several

11   prior occasions.  And there was also some testimony in

12   the case that they believed by killing a human being

13   they were going to obtain power.

14          The initial plan was to kill [Victim] on

15   Halloween, which also had some significance in this

16   cult that they were involved in, but [Victim]'s mother

17   would not let her son leave with them on that

18   particular night.  So it was five weeks later on the

19   evening of December 6, 1987, that [Inmate],

20   [Co-Defendant One], and [Co-Defendant Two] executed

21   their plan.

22          Mr. [Inmate] supplied the baseball bats they

23   had previously decided they were going to use to beat

24   Mr. [Victim].  [Inmate] also supplied some rope that

25   they were going to use to bind Mr. [Victim] after they

Case 2:17-cv-04082-NKL   Document 134-18   Filed 06/12/18   Page 9 of 55

CONFIDENTIAL                                                          PLTFS0000191

1  beat him and -- before throwing his body into the

2  well.  These were all details that they had worked out

3  weeks in advance of this particular evening.

4           It was a Sunday afternoon.  [Inmate] drove

5  [Co-Defendant One] and [Co-Defendant Two] to Mr.

6  [Victim]'s home where they picked up [Victim] and they

7  drove to a wooded area not far from [Co-Defendant

8  One]'s home.  [Inmate] picked up a stray cat that the

9  boys strung up to a tree and beat with these baseball

10 bats.

11          And when that finished, they then turned on

12 [Victim].  It was [Co-Defendant One] who took the

13 first swing striking [Victim] in the head.  [Victim]

14 then turned to run, but the three chased him down.  As

15 [Victim] turned to look over to look back at his

16 pursuers, he tripped and fell, and that's when the

17 three men descended upon him with the bats and beat

18 him senselessly.

19          They struck him again and again.  [Inmate]

20 described that [Victim] had curled into a fetal

21 position.  According to Mr. [Inmate], they struck him

22 more than 70 times with these baseball bats.

23          In the materials that I've provided for you

24 today, there is a DVD that Mr. [Inmate], during the

25 investigation of the crime, he participated in a video

CONFIDENTIAL

1  walk-through.  And he took the police officers back to

2  the scene of the crime, and he describes what happened

3  that night.  It was on a VHS so I had it burned onto a

4  DVD.  It's on the very back of your materials.

5          We've also -- there's a DVD from

6  Ms. [Victim], the boy's mother, she gave a videotaped

7  statement.

8          The quality of the video is not great given

9  the amount of time that's lapsed.  The color's a

10  little off.  But what I found most disturbing about it

11  is the lack of emotion from Mr. [Inmate] as he

12  describes for the police officers about this very

13  brutal killing.  He just speaks about it very matter

14  of fact.

15          He points out to the officers where after

16  the beating -- he shows where they rolled the big

17  boulder and they took the rope and attached the

18  boulder to [Victim]'s hands and ankles before throwing

19  him into a well.  And you can see on the video this

20  well where they dumped his body.

21          [Inmate] describes that he believed [Victim]

22  was still alive after the beating when they tied him

23  to the boulder and threw him into the well.  He

24  describes how [Victim] was still moaning when he threw

25  him into the well.

CONFIDENTIAL                                                                    PLTFS0000193

1        They threw their bats into the woods, and,

2    again, Mr. [Inmate] shows the officers where they

3    pitched the bats.  And the officers were actually able

4    to find the bats that still had [Victim]'s blood and

5    hair on the bats.  One of the bats had been broken in

6    half.

7        And then they went to Mr. [Co-Defendant

8    One]'s home where they cleaned up.  The three of them

9    agreed that when asked, they would tell -- tell

10   whoever asked that they had dropped [Victim] off at a

11   convenient store in Carl Junction at about 8 p.m.

12        They went to school the next day as if

13   nothing had happened.  And on Monday, December 7, when

14   they were questioned by the police about [Victim]'s

15   disappearance, all three of them told the lie as they

16   had planned.

17        That same afternoon [Inmate], [Co-Defendant

18   One], and [Co-Defendant Two] returned to the scene of

19   the murder with bleach in an attempt to clean up the

20   blood.  And [Inmate] describes how they had tried to

21   cover their tracks.

22        It was [Co-Defendant Two] who first

23   confessed to the police and took the police officers

24   to the well where they recovered [Victim]'s body.  The

25   police had to use a grappling hook to pull Mr.

Case 2:17-cv-04082-NKL   Document 134-18   Filed 06/12/18   Page 12 of 55

CONFIDENTIAL                                          PLTFS0000194

1    [Victim]'s body from the well.

2           [Inmate] later confessed, and he took the

3    police back out to the scene.  And that's when they

4    located the bats and he described what they had done.

5           According to reports from the medical

6    examiner, [Victim] had been struck in the head more

7    than 20 times.  He had suffered multiple skull

8    fractures producing cerebral contusions and massive

9    brain damage which resulted in his death.

10          He also suffered bruises to his arms, legs,

11   hands, shoulder, and chest.  And in the materials I

12   provide for you, there's some pretty gruesome

13   photographs that show, depict these injuries.

14          On the night of this murder, [Inmate] and

15   his accomplices were intentionally sober so they could

16   fully appreciate what they were doing.  They talk

17   about that, that it was important to them that they

18   were sober and could experience what they were doing.

19          In the video walk-through of the crime,

20   [Inmate] describes in great detail and void of any

21   emotion how he and his two accomplices viciously beat

22   [Victim] and dumped his body in the well.

23          This was not the impetuous act of a immature

24   17 year old.  Rather, this was a brutal, premeditated

25   murder, planned and executed by three cold-blooded

CONFIDENTIAL                                                    PLTFS0000195

1   killers who showed no remorse and absolutely no

2   respect for human life.

3           When considering whether Mr. [Inmate] should

4   be paroled, we must not ignore the reality that some

5   crimes are so inhumane, so deplorable, that justice

6   demands retribution.  Anyone capable of inflicting the

7   kind of cruelty and brutality that [Inmate] inflicted

8   upon [Victim] must never be afforded the freedom of

9   doing it again.

10          It's for these reasons that the state

11  respectfully requests that Mr. [Inmate]'s application

12  for parole be denied.

13          PANEL MEMBER ONE:  All right, ma'am.  Thank

14  you.

15          Okay.  I'm going to bring him in.  And when

16  we bring him in, we'll change the camera.  He won't be

17  able to see you-all, but we'll let him know that

18  there's victim's representation.

19          Hold on, Kelly.

20          PANEL MEMBER THREE:  Okay.

21          PANEL MEMBER ONE:  Make sure we got the --

22  oh, man.

23          PANEL MEMBER THREE:  Having some technical

24  difficulties.

25          PANEL MEMBER ONE:  Yeah, my finger.  Always

CONFIDENTIAL

1   want to go the wrong way.

2              Hey, Kelly.

3              PANEL MEMBER THREE:  Yes.

4              PANEL MEMBER ONE:  Would you view the camera

5   and make sure we're good, please?

6              PANEL MEMBER THREE:  Yes.  Looks good.

7              PANEL MEMBER TWO:  I can see him.

8              PROSECUTING ATTORNEY:  I'm good.

9              PANEL MEMBER ONE:  You don't care if they

10  see you?

11             PROSECUTING ATTORNEY:  I don't care.

12             PANEL MEMBER ONE:  Why did I know that was

13  your answer before I asked the question?

14             You're good.

15             PANEL MEMBER TWO:  Can I see the packet,

16  please?

17             PANEL MEMBER ONE:  Packet?

18             PANEL MEMBER TWO:  Yes, sir.  Thank you,

19  sir.

20             PANEL MEMBER THREE:  Are we ready?

21             PANEL MEMBER ONE:  Yes, ma'am.

22             PANEL MEMBER THREE:  Sorry.  We're ready.

23  Let's see.  Mr. [Inmate].  Okay.  All right.

24             And he has a delegate, his sister.

25             PANEL MEMBER ONE:  Oh, he does.

Case 2:17-cv-04082-NKL   Document 134-18   Filed 06/12/18   Page 15 of 55

CONFIDENTIAL                                    PLTFS0000197

1            PANEL MEMBER TWO:  Thank you.

2            (Inaudible conversation.)

3            PANEL MEMBER ONE:  Good morning, sir.

4            INMATE:  Morning.

5            PANEL MEMBER ONE:  Can you see and hear me

6       okay?

7            INMATE:  Yes.

8            PANEL MEMBER ONE:  Okay.  For the record,

9       would you state your name, your DOC number for me?

10           INMATE:  [Inmate], 165253.

11           PANEL MEMBER ONE:  Thank you, Mr. [Inmate].

12      Mr. [Inmate], I'm Mr. [Panel Member One].  I'll be

13      conducting the majority of your hearing, okay?

14           INMATE:  Okay.

15           PANEL MEMBER ONE:  Across from you there is

16      Ms. [Parole Member Three].

17           PANEL MEMBER THREE:  Good morning.

18           INMATE:  Good morning.

19           PANEL MEMBER ONE:  And sitting next to me is

20      Mr. [Panel Member Two].

21           PANEL MEMBER TWO:  Hello.

22           INMATE:  Hello.

23           PANEL MEMBER ONE:  And we are -- we are your

24      parole panel.  You are aware it's your parole hearing,

25      right?

CONFIDENTIAL                                                          PLTFS0000198

1          INMATE:  Yes.

2          PANEL MEMBER ONE:  Okay.  I see you have a

3    guest.  Who is your guest today?

4          INMATE:  This is my sister [Delegate].

5    [Delegate].

6          PANEL MEMBER ONE:  Okay.  Thank you for

7    coming, Ms. [Delegate].  How are you today?

8          DELEGATE:  I'm doing fine.  Thank you.

9          PANEL MEMBER ONE:  Okay.  Have you been to a

10   parole hearing before?

11         DELEGATE:  No, sir.

12         PANEL MEMBER ONE:  Okay.  Here's how it's

13   going to work.  I'm going to interview your brother,

14   and I ask you not to take part in that.  Ask you not

15   to say anything, interrupt me, or react to anything he

16   has to say.

17         But I will give you an opportunity when

18   we're finished to speak on his behalf.  But really

19   what I need to know from you is what kind of support

20   you have for him upon release, okay?

21         DELEGATE:  Okay.

22         PANEL MEMBER ONE:  You are his home plan; is

23   that correct?

24         DELEGATE:  That's correct.

25         PANEL MEMBER ONE:  Okay.  All right.  So

CONFIDENTIAL

1  just sit back and relax, and we'll get to you in a few

2  minutes, okay?

3          DELEGATE:  Okay.

4          PANEL MEMBER ONE:  All right.  Mr. [Inmate],

5  I want you to know that there is representation of

6  your victim in the room, okay?

7          INMATE:  Okay.

8          PANEL MEMBER ONE:  All right.  You're

9  serving a life without parole sentence, is that

10  correct, for murder first degree?

11          INMATE:  Yes.

12          PANEL MEMBER ONE:  Okay.  This was a trial,

13  and you were convicted by a jury of your peers; is

14  that correct?

15          INMATE:  Yes.

16          PANEL MEMBER ONE:  And did you -- are you

17  guilty of this crime, sir?

18          INMATE:  Yes, I am.

19          PANEL MEMBER ONE:  How come you took it to

20  trial?

21          INMATE:  We pleaded not guilty due to mental

22  disease or defect.

23          PANEL MEMBER ONE:  Okay.  And can I ask why

24  that was?

25          INMATE:  We -- I was interviewed by a

CONFIDENTIAL                    PLTFS0000200

1   personal psychiatrist and said that I had -- I had a

2   disorder.  It was -- it was this induced psychosis

3   paranoia what he said.  That was the mental disease or

4   defect.

5         PANEL MEMBER ONE:  Okay.  Did he tell you

6   what brought that on?

7         INMATE:  It was -- the induced psychosis was

8   my belief in Satanism at the time.  And the paranoia

9   was the repeated drug use.

10        PANEL MEMBER ONE:  Okay.  So you were a drug

11   abuser.  What was your drug of choice?

12        INMATE:  Marijuana.

13        PANEL MEMBER ONE:  Marijuana.  Okay.  Can

14   you take me back?  This is the first time I've

15   encountered this case, believe it or not.  And this

16   involves the murder of a Victim]; is that correct?

17        INMATE:  Yes.

18        PANEL MEMBER ONE:  And he was a classmate of

19   yours?

20        INMATE:  Yes.

21        PANEL MEMBER ONE:  Okay.  Tell me about what

22   happened here.  How did this come about?

23        INMATE:  It all started when I pretty much

24   befriended [Co-Defendant One].  He was one of my fall

25   partners.

CONFIDENTIAL    PLTFS0000201

1          PANEL MEMBER ONE:  Okay.

2          INMATE:  And I -- he was often delved around

3    to Satanism.  And once I befriended him and was

4    exposed to it, then I fell off into it myself, got off

5    into killing animals.  And it more or less, it

6    desensitized me to just the feelings of -- for other

7    things, and it ended up in a crime.

8          PANEL MEMBER ONE:  And so was -- was his

9    name [Co-Defendant One]?

10         INMATE:  Yes.

11         PANEL MEMBER ONE:  Did he go to school with

12   you also?

13         INMATE:  Yes.  There are two other guys on

14   the crime with me, and we all went to the same high

15   school.

16         PANEL MEMBER ONE:  Okay.  Were you all under

17   17?

18         INMATE:  We were all 17, yes.

19         PANEL MEMBER ONE:  You were all 17.  Okay.

20   And this crime happened 29 years ago?

21         INMATE:  Yes.

22         PANEL MEMBER ONE:  Okay.  What did you all

23   do to Mr. [Victim]?

24         INMATE:  We beat him to death with a

25   baseball -- with baseball bats.

Case 2:17-cv-04082-NKL   Document 134-18   Filed 06/12/18   Page 20 of 55

CONFIDENTIAL                                                    PLTFS0000202

1    PANEL MEMBER ONE:  You beat him to death

2    with baseball bats.  Tell me about that.

3         INMATE:  It was -- it was a Sunday.

4    [Co-Defendant One] called [Victim] and said that we

5    wanted to go out to a place that was called farmer's

6    chemicals.  It was kind of a secluded area.

7         And he said that we were going to take a cat

8    out there, and we were going to -- we were going to

9    kill the cat.  We had actually done this before with

10   [Victim] before.

11        And so we -- [Co-Defendant One] and

12   [Co-Defendant Two], we go over to [Victim]'s house,

13   and we picked him up.  And we -- you kind of had to

14   walk a ways out there to where we were at.  And we

15   took turns.  We killed the cat.  We all took turns

16   hitting the cat till the cat was dead.

17        And we were -- stayed around, and we all --

18   we all started to get high.  We were like in a little

19   circle here.

20        PANEL MEMBER ONE:  So you were smoking

21   marijuana at that time?

22        INMATE:  Yes.  Yes, we were in the process

23   of it.  And I remember looking down, I seen some

24   motion, and I looked up.  And [Co-Defendant One] had

25   hit [Victim].

CONFIDENTIAL                                              PLTFS0000203

1    His eyes got real big, and he says, Oh,

2  shit.  I guess -- you know, I guess he seen that

3  maybe -- you know, he seen that we were going to harm

4  him, so he turned around and he just started to run.

5    So all three of us ran after him.  And there

6  was -- there was some type of utility rope that they

7  had.  And as soon as he ran a ways down this utility

8  road, then he turned around, and he started asking,

9  Why, guys?  Why me?

10    You know, like I guess he was surprised.  He

11  looked like maybe even his feelings was hurt because,

12  you know, it was a bad situation.  And [Co-Defendant

13  Two] says, Because it's fun.

14    And he was walking backwards, and he fell.

15  And we all swooped in on him, and we started beating

16  on him.  I, myself, I -- for lack of a better word, I

17  kind of flipped out, and I hit him quite a bit.  And I

18  broke the bat that I had.  [Victim] had a bat as well.

19  Of course, he didn't have it at the time.  I grabbed

20  it, hit him several more times.

21    And [Co-Defendant One] and [Victim] [sic]

22  also started hitting him until the point where he

23  just -- we figured he was dead.  And I don't know who

24  it was, if it was [Co-Defendant One] or [Co-Defendant

25  Two], they went and got a rock.  And two of us -- like

Case 2:17-cv-04082-NKL   Document 134-18   Filed 06/12/18   Page 22 of 55

CONFIDENTIAL                                                              PLTFS0000204

1   I said, I don't remember who -- who was the -- who

2   helped me drag him back towards the cistern. We drug

3   him back to a cistern. I believe it was [Co-Defendant

4   One] that tied the rock around him to put the body in

5   the cistern.

6         By that time it was getting pretty dark, so

7   we went back to [Co-Defendant One]'s house. His house

8   was pretty close in relation to this farmer's

9   chemical, and, you know, we were, like -- we got high

10  again.

11        We were, like what do -- what are we going

12  to say to his mom, you know? She's going to ask --

13  you know, he's not coming home.

14        So we said, well, just say that we dropped

15  him off at the gas station, and that's -- the next day

16  at school, we come into school, and we were -- all of

17  us separately were called into the principal's office,

18  and an investigator was there.

19        And they were asking if we knew -- we were

20  the last ones seen with him. Where he was at? That's

21  what we said. We told him we dropped him off by the

22  gas station. And they said, okay. They let us go.

23        It was the next day after that, I believe it

24  was [Co-Defendant Two] that was the first one that was

25  arrested and admitted to it, but I don't think he said

CONFIDENTIAL

PLTFS0000205

1  anything, mentioned me or [Co-Defendant One]'s name.

2          But, of course, by then they -- it was that

3  next morning they came arrested us.  I was in the

4  class (inaudible).  I was up on a roof, and they told

5  me to come down, and they arrested me.

6          PANEL MEMBER ONE:  So how long had you guys

7  planned to murder this young man?

8          INMATE:  Actually, we had talked about it

9  that summer as far as -- not so much this specific

10  person, just that we were already involved in doing

11  these animal killings and stuff, you know, what would

12  it be like to kill somebody.

13          And it never really -- I never felt it was

14  necessarily something that was going to happen, but

15  the first time there was actually plans supposed to

16  have been on Halloween.

17          Being that I was the biggest of all three of

18  us, it was explained that I was supposed to initiate

19  it, and I didn't.  I just, I didn't do it.  I couldn't

20  do it.  For whatever reason at the time, I didn't do

21  it.

22          And this whole thing, this particular

23  instance wasn't planned, per se.  Like, it was more or

24  less [Co-Defendant One] called me that day and said

25  that, hey, he already got ahold of [Victim] and told

CONFIDENTIAL                                                          PLTFS0000206

1   him we were going to take him up and this is what we

2   were going to do.

3          And it was -- like I said, it wasn't

4   necessarily something I expected at the end of the day

5   to happen, but it did.  And I followed through with

6   it.  I can't -- you know, it didn't have to happen.

7   You know, I take responsibility for what I did.

8          PANEL MEMBER ONE:  So you got involved in

9   this through -- you say through Satanism?

10         INMATE:  Yes.

11         PANEL MEMBER ONE:  And [Co-Defendant One]

12  was the guy -- [Co-Defendant One] was the guy that was

13  involved in it first?

14         INMATE:  Yes.  Yes.  Upon meeting him, yes.

15         PANEL MEMBER ONE:  Pardon?

16         INMATE:  He was -- he was already involved

17  into it upon when I befriended him.  He was already

18  dabbling around in this and -- yes.

19         PANEL MEMBER ONE:  Okay.  And so what was

20  the significance of you-all's -- when you killed

21  animals?  What was that supposed to mean?

22         INMATE:  Well, just basically getting

23  rewards from the devil is the belief that you do bad,

24  you do evil things, you get money, you get drugs for

25  it.

CONFIDENTIAL                                                                      PLTFS0000207

1    PANEL MEMBER ONE:  So you just -- you

2 weren't just killing animals to kill animals.  You

3 were -- were you just killing something to kill

4 something?

5    INMATE:  I guess sometimes.  There wasn't a

6 lot of rationale behind it to be honest.  I don't --

7    PANEL MEMBER ONE:  Right.  Because if you're

8 involved in Satanism, the killing of anything was a

9 sacrifice.  It wasn't just to kill to be killed.

10 There was some rationale.  However mundane and morbid

11 it might be, there was some rationale about taking the

12 life of whatever it is.  Did you guys --

13    INMATE:  Right.

14    PANEL MEMBER ONE:  Were you guys into it

15 like that, or you just was doing it for the thrill?

16    INMATE:  I would imagine it was a

17 combination of both.  There was, I guess, the thrill

18 of it, of the group thing.  That was the main thing.

19    And it's not to put off anything on

20 Mr. [Co-Defendant One], but before I met him, I would

21 have never done anything like that.  And when I seen

22 that he was already into this stuff and how much he

23 liked it and stuff, and me wanting to be friends with

24 him and everything -- and I'm not going to say he

25 wouldn't have been my friend if I didn't do it.  But

1  it seemed like more so getting involved with that

2  pleased him.

3          And I -- you know, it was -- it was a toxic

4  relationship like that.  I'm sure he probably fed off

5  me as well.  It was like a sick, unique bond that I

6  had with him.

7          PANEL MEMBER ONE:  What was the --

8          INMATE:  That I didn't have with anybody

9  else in the world.  It's a bad thing, I know.

10          PANEL MEMBER ONE:  What was the attraction

11  to him for you, just the Satanism, or why was it that

12  (inaudible) him to be his friend?

13          INMATE:  He was a charismatic guy.  He

14  was -- you know, he was, I would say pretty well

15  liked.  He was the class -- the student president of

16  our class body in high school, and he was a stoner,

17  you know.  It wasn't -- you know, he had charisma

18  about him and stuff.  I liked him.  So he was somebody

19  whose acceptance that I liked.

20          PANEL MEMBER ONE:  Were you a stoner at that

21  time, too?

22          INMATE:  Yes.  Full fledged.

23          PANEL MEMBER ONE:  So you saw he was a

24  stoner and he was still the class president, so that

25  made him pretty cool, huh?

CONFIDENTIAL                                    PLTFS0000209

1          INMATE:  Sure.  I mean --

2          PANEL MEMBER ONE:  I get it.  Okay.  And so

3    you all lured [Victim] there with the intentions of

4    killing [Victim].  Why did you pick [Victim]?

5          INMATE:  I didn't -- I didn't pick [Victim].

6    It was -- you know, this is something that

7    [Co-Defendant One], for whatever reason picked.

8          PANEL MEMBER ONE:  But why did -- why

9    [Victim]?  Hadn't [Victim] been hanging out with you

10   guys a little bit?

11         INMATE:  Yeah.  He'd hung out with us

12   before.

13         PANEL MEMBER ONE:  So why -- why would you

14   want to kill somebody that you hang out with?  Why

15   wouldn't you -- why wouldn't that be put on somebody

16   that you didn't know, wouldn't have any ties to?  Why

17   would you kill somebody that you was hanging out with?

18         INMATE:  I don't have honest rationale

19   behind this.  In all -- and the whole thing is

20   somewhat surreal.  Even when it happened, it was just

21   like I didn't necessarily think that it was going to

22   happen until it did, you know.  That's why I'm saying,

23   that's why I say there's not a -- there was not a

24   whole lot of rationale behind it.

25         If Mr. [Co-Defendant One] doesn't swing the

CONFIDENTIAL                                                          PLTFS0000210

1    bat, the murder doesn't happen.  And I'm not saying

2    that excludes me from what I did.  I didn't have to

3    follow through with this.

4           PANEL MEMBER ONE:  I don't look at it as

5    that way.  I just look at it as we're having

6    conversation here.

7           So, now, [Victim] himself, he was what today

8    we'd say mentally challenged a little bit; isn't that

9    correct?

10          INMATE:  I never seen him as that way.  We

11   had -- there was the special needs kids there at

12   school.  I never viewed him as the same as those as

13   far as different.

14          He was definitely a little bit socially

15   awkward or whatever.  I knew he had been held back in

16   class, but as far as, like the terms in which you

17   described him, I never -- I never viewed him as that.

18          PANEL MEMBER THREE:  Charlie, can I

19   intercede for a little bit?  Can you adjust your

20   camera just a little bit away from the victims?

21          PANEL MEMBER TWO:  Sure.

22          PANEL MEMBER THREE:  Thank you.

23          PANEL MEMBER TWO:  How about this.

24          PANEL MEMBER THREE:  There you go.  Thank

25   you.

Case 2:17-cv-04082-NKL   Document 134-18   Filed 06/12/18   Page 29 of 55

CONFIDENTIAL                                                      PLTFS0000211

1      PANEL MEMBER TWO:  Finally did it right.

2      PANEL MEMBER ONE:  Okay.  So you didn't see

3  him as an easy target or anything like that because he

4  was a little slower than the rest of you?

5      INMATE:  No.  Not necessarily.  I mean, that

6  was -- that would be something that I just be a

7  question to ask to [Co-Defendant One].  I didn't -- I

8  didn't make that -- I wasn't making that decision.

9      PANEL MEMBER ONE:  But you were following

10  [Co-Defendant One], and you knew [Co-Defendant One]

11  was making that decision.  You never did question why

12  are we picking on [Victim], a guy who's hanging out

13  with us?

14      INMATE:  No.

15      PANEL MEMBER ONE:  You just went along with

16  killing somebody without question then?

17      INMATE:  As unrational as it sounds, yes.

18      PANEL MEMBER ONE:  Okay.  Wow.  And so you

19  guys beat him to death, and was he -- were you sure he

20  was dead when you threw him in the well?

21      INMATE:  No.  I wasn't -- I wasn't

22  completely sure.

23      PANEL MEMBER ONE:  So it's possible that you

24  threw him in the well and he died in the well?

25      INMATE:  It's possible.

CONFIDENTIAL                                                PLTFS0000212

1    PANEL MEMBER ONE:  Okay.  And then you

2  decided to cover it up by saying that you dropped him

3  off --

4    INMATE:  Yes.

5    PANEL MEMBER ONE:  -- at the gas station?

6  So there was [Co-Defendant One], [Co-Defendant Two],

7  and yourself; is that right?

8    INMATE:  Yes.

9    PANEL MEMBER ONE:  Okay.  And you say you

10  were under the influence of marijuana at the time?

11    INMATE:  Yes.

12    PANEL MEMBER ONE:  You guys were smoking.

13  Does [Victim] smoke with you?

14    INMATE:  Yes.

15    PANEL MEMBER ONE:  Does [Victim] smoke with

16  you all the other times that he was with you also?

17    INMATE:  Yeah.  Previously, yes.

18    PANEL MEMBER ONE:  How many times would you

19  say that you all hung out with [Victim]?

20    INMATE:  I really couldn't say.  I don't --

21    PANEL MEMBER ONE:  A lot or just once or

22  twice or --

23    INMATE:  Oh, it's definitely more than once

24  or twice, but at the same time I wouldn't say a lot,

25  you know.  It was here and there.  You know, he was --

CONFIDENTIAL

1    we seen him at parties at times. There was times I

2    guess we drove around with him and got high or did

3    whatever.

4            PANEL MEMBER ONE: What did he say about --

5    did he ever have any apprehension about your Satanism?

6            INMATE: [Victim]?

7            PANEL MEMBER ONE: Yeah.

8            INMATE: Not that I know of, no.

9            PANEL MEMBER ONE: Did he know you guys were

10   into Satanism?

11           INMATE: Sure. Sure.

12           PANEL MEMBER ONE: He did. And so I'm going

13   on the assumption of him being slow, a little bit

14   slower than you all. So what was his reaction to

15   killing, the killing of animals?

16           INMATE: His reaction?

17           PANEL MEMBER ONE: Yes.

18           INMATE: I guess it was just --

19           PANEL MEMBER ONE: Was he just like the rest

20   of you, just thought it was cool to kill the cat and

21   kill the dog and whatever?

22           INMATE: Yeah. I would say so.

23           PANEL MEMBER ONE: Would you say he was just

24   trying to fill -- fit in? He didn't travel with you

25   in your inner circle all the time, right?

CONFIDENTIAL        PLTFS0000214

1    INMATE: No. Would I say he was just trying

2    to fit in?

3    PANEL MEMBER ONE: Yeah. You think that's

4    what it was?

5    INMATE: I mean, it's possible. I mean, I

6    didn't -- I never -- I never really talked to him

7    about it, about those kind of things, you know. We

8    took it for what it was and, you know, we did what we

9    did, and that was it. There wasn't, you know, a talk

10   about it. I wasn't -- never thought about it at the

11   time.

12   PANEL MEMBER ONE: So you guys -- so when

13   you all hung out together on the different parties or

14   whatever, after [Victim] left your group, you guys

15   didn't talk about [Victim] in a negative way or

16   anything like that? Like you don't know why he's

17   trying to hang out with you or be your friend or

18   anything like that?

19   INMATE: No. I never did.

20   PANEL MEMBER ONE: Do you know if the other

21   guys did? Did they ever make comments about [Victim]?

22   INMATE: I have to really think on that.

23   You know, I'm not going to say they didn't, but it's

24   nothing I can sit here and specifically tell you,

25   yeah, they did. I don't recall that.

CONFIDENTIAL                                                                    PLTFS0000215

1          PANEL MEMBER ONE:  Okay.

2          INMATE:  I mean, I -- I liked him.  I

3    thought he was -- you know, I know that doesn't sound

4    right.  You know, I sit right next to him, the table,

5    our senior year.  Some time we had both flunked

6    English.  In the process the school was expanding or

7    whatever, so we didn't have rooms or stuff.  So me and

8    him actually sit together at a table.  And I didn't --

9    it's horrible to say I didn't dislike the guy.  You

10   know, he wasn't a bad guy.  I didn't think he was a

11   bad guy.

12         PANEL MEMBER ONE:  Okay.  All right.  You

13   know, listening to what you're saying and everything,

14   I mean, it sounds sensible, but it's just hard to

15   grasp that you could feel the way you do or way you're

16   saying you do, and then you can just cold-bloodily

17   beat a guy to death with a baseball bat.  The same

18   guy.

19         INMATE:  I agree.  I agree with you.  It

20   does.  It's a -- I have a hard time understanding it

21   myself as the person that I am right now.

22         PANEL MEMBER ONE:  Okay.  How old are you

23   now?

24         INMATE:  I'm 46.

25         PANEL MEMBER ONE:  46.  You've done about

CONFIDENTIAL

PLTFS0000216

1   20 -- almost 29 years, right?

2              INMATE:  Yeah.  I was locked up December 8,

3   '87.

4              PANEL MEMBER ONE:  Okay.  So what have you

5   been doing since you've been in prison?

6              INMATE:  Well, mostly just working.  Keep in

7   contact with my family.  Trying to maintain my health.

8              PANEL MEMBER ONE:  What have you thought

9   about this crime?

10             INMATE:  I'm ashamed of it.  I mean...

11             PANEL MEMBER ONE:  Fifteen years ago was the

12  last time you had a conduct violation?

13             INMATE:  Yes.

14             PANEL MEMBER ONE:  What happened?

15             INMATE:  I don't remember what my last

16  violation was.

17             PANEL MEMBER ONE:  No.  What happened on how

18  come you haven't had violation for 15 years?

19             INMATE:  Because I follow the rules.  I

20  work.  I stay out of trouble.  I choose to hang around

21  with people with like-minded interest.

22             PANEL MEMBER ONE:  That's what you do now.

23  What happened before?

24             PANEL MEMBER THREE:  What made you change?

25             PANEL MEMBER ONE:  That's not the way it was

CONFIDENTIAL                                                      PLTFS0000217

1 before that. So what happened to make you decide that

2 you didn't want to be -- end up with conduct

3 violations? I mean, you weren't going to go home.

4 You had no chance for parole at that time, 15 years

5 ago. What made you change?

6          INMATE: I think it just, it was just a

7 gradual. There was nothing where it was like a

8 specific moment to where it was more of a gradual

9 process of maturity.

10          Lot of it has to do with my family. Keep in

11 contact with my family. I don't like to have to call

12 home, tell them the bad news of what I'm doing in

13 here.

14          PANEL MEMBER ONE: When you first went in,

15 you did a lot of still smoking marijuana and that,

16 correct?

17          INMATE: Yes.

18          PANEL MEMBER ONE: You got out of that.

19 Your last -- last conduct violation was a fight?

20          INMATE: Yeah.

21          PANEL MEMBER ONE: That was 2001.

22          INMATE: Okay.

23          PANEL MEMBER ONE: I was just curious on how

24 you came in at such a young age, you was a knucklehead

25 for a little bit, then all of a sudden, boom, nothing.

Case 2:17-cv-04082-NKL   Document 134-18   Filed 06/12/18   Page 36 of 55

CONFIDENTIAL                                                    PLTFS0000218

1    That's a good thing from my standpoint, actually.  I'm

2    just curious on where your mind is.  How you got to

3    that point.

4                INMATE:  How I got to this point?

5                PANEL MEMBER ONE:  How you got to that point

6    where you just quit being a knucklehead.  You're still

7    locked up.  At that time --

8                INMATE:  Living my life.

9                PANEL MEMBER ONE:  The time you quit, you

10   had no -- no opportunity to even have a parole

11   hearing, let alone be released.

12               INMATE:  I'm still living my life.  I feel

13   like my life's still worth something even if I have to

14   do the rest of my life in here.

15               PANEL MEMBER ONE:  Okay.

16               INMATE:  You know, there's good things in

17   life.  Like I said, it's -- you know, sometimes I live

18   through my family.  I call them, what are you doing?

19   You know, what your experience?  What are you

20   experiencing in life, you know, and I feel like I'm

21   kind of experiencing it myself, you know.  Life's --

22   life, even in here, it can be good at times.

23               PANEL MEMBER ONE:  Okay.  All right.  You

24   graduated from high school?

25               INMATE:  No.  I got my GED.

Case 2:17-cv-04082-NKL   Document 134-18   Filed 06/12/18   Page 37 of 55

CONFIDENTIAL                                                      PLTFS0000219

1    PANEL MEMBER ONE:  Where did you get it at?

2    INMATE:  At Potosi.

3    PANEL MEMBER ONE:  Potosi.  Okay.  Have you

4  done any other programs?

5    INMATE:  I've done ICVC, the victim's

6  impact.  I've done a drug abuse program, Pathways to

7  Change.  There was a couple that I did down at work at

8  the Missouri Vocational Enterprises.  It was one on

9  computers, which is pretty much outdated.  And another

10  one was a pretty good one on employment skills, job

11  interviews and stuff like that.  It was a good one.

12    PANEL MEMBER ONE:  Okay.  Have you -- have

13  you signed up for anger management?

14    INMATE:  No.

15    PANEL MEMBER ONE:  Be a good one for you to

16  sign up.  Had to be some anger somewhere to beat

17  somebody to death.  Wouldn't you say?

18    INMATE:  Yes.

19    PANEL MEMBER ONE:  Physical health is pretty

20  good?

21    INMATE:  Great.  Yes.  I take pride in my

22  health.

23    PANEL MEMBER ONE:  How about your mental

24  health now?

25    INMATE:  It's good.

Case 2:17-cv-04082-NKL   Document 134-18   Filed 06/12/18   Page 38 of 55

CONFIDENTIAL                                                    PLTFS0000220

1        PANEL MEMBER ONE:  You stable?

2        INMATE:  I just -- say what?

3        PANEL MEMBER ONE:  You're stable?

4        INMATE:  Yes.

5        PANEL MEMBER ONE:  Have you ever taken meds

6   for any mental health?

7        INMATE:  No.

8        PANEL MEMBER ONE:  Interesting.  And your

9   home plan's with your sister?

10       INMATE:  Yes.

11       PANEL MEMBER ONE:  And where's your sister

12  live at?

13       INMATE:  About two miles on the outskirts of

14  Joplin.

15       PANEL MEMBER ONE:  Okay.  And who all's

16  going to be living there beside you and your sister?

17       INMATE:  I have a brother-in-law, a niece,

18  and a nephew.

19       PANEL MEMBER ONE:  Okay.  How old are the

20  niece and nephew?

21       INMATE:  Niece just turned 16, and my nephew

22  is 26, I believe.

23       PANEL MEMBER ONE:  Okay.  All right.  You're

24  going to need to find a job when you are released.

25  You know any job skills while you're incarcerated?

CONFIDENTIAL                                              PLTFS0000221

1          INMATE:  Yeah.  I used to work at the

2   furniture factory (inaudible) factory at the old

3   Jefferson City.

4          PANEL MEMBER ONE:  Okay.

5          INMATE:  I worked in food service.  I've

6   been a cook before.  I'm currently a porter at the

7   Missouri CCC.

8          PANEL MEMBER ONE:  So you think you'll have

9   a hard time finding a job?

10          INMATE:  No.  I don't think so.  I think I'm

11   very employable.

12          PANEL MEMBER ONE:  Okay.  All right.  Life

13   on the outside is very unforgiving, so you can't get

14   discouraged if you don't find a job within two days of

15   (inaudible), okay.  I'm sure your sister will let you

16   know how that all works being your support system,

17   okay?

18          INMATE:  Okay.

19          PANEL MEMBER ONE:  You'll have conditions of

20   no drinking, a substance abuse program, no contact

21   with the victim's family, and anger management, as I

22   said before, okay?

23          INMATE:  Okay.

24          PANEL MEMBER ONE:  Before I finish up here,

25   I'll see if my colleagues have anything to say.

Case 2:17-cv-04082-NKL   Document 134-18   Filed 06/12/18   Page 40 of 55

CONFIDENTIAL                                                    PLTFS0000222

1          Ms. [Panel Member Three]?

2          PANEL MEMBER THREE:  I do not.

3          PANEL MEMBER ONE:  Mr. Baker?

4          PANEL MEMBER TWO:  Mr. [Inmate], just so

5    that I'm clear, the day the victim was killed, you and

6    your friends did or did not intend to kill him that

7    day?  It was planned, right?

8          INMATE:  Like I said, it wasn't -- I was

9    just going to go along with whatever happened.  He

10   called me and told me, and that's what we were going

11   to do.  Yes, that's what he said.  That's what

12   [Co-Defendant One] said, and I followed through with

13   it.

14         PANEL MEMBER TWO:  I understand that.  I

15   just wanted to make sure.  At one point in the

16   interview it seemed to me that you said that it was

17   uncertain, and it was not until Mr. [Co-Defendant One]

18   hit him that things started to transpire.  But this

19   was all preconceived plan.  Everyone had a bat,

20   including the victim, because you're going to beat on

21   cats.  You lured him in.

22         INMATE:  Yes.

23         PANEL MEMBER TWO:  This is a bad, bad, bad

24   crime.  Someone, a friend of yours, a human being,

25   trusted you, and that was his worst mistake.

CONFIDENTIAL                                                    PLTFS0000223

1      I want to give you credit for how you're

2   approaching incarceration.  Appreciate that.

3      INMATE:  Thank you.

4      PANEL MEMBER TWO:  This crime's a bad crime.

5   What if it was you, Mr. [Inmate]?  What if it was you

6   that day instead of the victim?  How would you feel if

7   you were asking, Why me?

8      INMATE:  Horrible.  Betrayed.

9      PANEL MEMBER TWO:  But that didn't slow any

10  of you down.  It made you like sharks with blood.

11      I don't have anything further, Mr. [Panel

12  Member One].

13      PANEL MEMBER ONE:  All right.

14      Ms. [Delegate], what would you like to say

15  today?

16      DELEGATE:  Can I say anything in regards to

17  the whole case or --

18      PANEL MEMBER ONE:  We're not going to retry

19  the case.  I just want to know what kind of support

20  you have for him, okay?

21      DELEGATE:  Okay.  Okay.  Well, I have been

22  married for 31 years --

23      PANEL MEMBER ONE:  Okay.

24      DELEGATE:  -- to the same man.  The place

25  that we live right now we have lived there for 15

CONFIDENTIAL

1    years.  Been employed for 17 years at the same place.

2    I have three children.  They're all good children.

3    One of them is still underage.

4                PANEL MEMBER ONE:  Okay.

5                DELEGATE:  We possibly anticipate that if he

6    was released, my daughter might not be in the home.

7    She might be, you know, aged out and have moved on

8    herself.  I don't see anything changing in my life

9    that I could not assist my brother.

10               We've always have hoped for this day, even

11   though we didn't see it at the time.  So I've always

12   felt in my heart this would be something that if I had

13   an opportunity to do for him, I wanted to do for him.

14               PANEL MEMBER ONE:  Okay.

15               DELEGATE:  And we've already reached out to

16   some people in the community to figure out how to help

17   him to get employed.  I think that I'm a very sociable

18   person as far as being able to help him find

19   connections to be successful, and I just really hope

20   that he has the opportunity to give back.

21               PANEL MEMBER ONE:  Okay.  Well, thank you.

22   Thank you very much for coming today.  I know you

23   drove a long ways from Joplin.  That's a pretty good

24   ride.  And you have a safe trip back home, okay?

25               DELEGATE:  Thank you.

CONFIDENTIAL                                      PLTFS0000225

1          PANEL MEMBER ONE:  All right.  Mr. [Inmate],

2     I wanted to let you know this for sure.  You know, in

3     society, life means life, and so there are people that

4     think you're never, ever going to get out of prison.

5     Not because you have life without parole but because

6     you have a life sentence.  But what they don't

7     understand is the structure of the penal system, which

8     means that you have an opportunity to be paroled.

9          So I say that to say this:  If you are

10    offered an opportunity at parole, your string to hang

11    yourself, so to speak, would be about that long.  You

12    have to do everything almost perfect.  Because if you

13    get in trouble again, you're going to come back to

14    prison.

15         And you're 46 now, right?

16         INMATE:  Yes.

17         PANEL MEMBER ONE:  I couldn't tell you when

18    you'd ever get another opportunity for parole, because

19    you're a big risk for the parole board for safety

20    concerns on the general public.  You've actually taken

21    the life of someone.  And public has encharged us with

22    their safety, so we have to take everything in

23    consideration.

24         Not saying you won't get paroled.  I'm just

25    letting you know everything that needs to be -- you

CONFIDENTIAL                                                    PLTFS0000226

1  need to be thinking about the bigger picture.  This is

2  not just about [Inmate] today, okay?

3        INMATE:  Okay.

4        PANEL MEMBER ONE:  Now, there's a couple of

5  things that could happen.  You could get a parole

6  date.  And whatever day you would get, if you got a

7  date, it would be up to you to keep it.

8        Now, right now the way you're conducting

9  yourself in the institution tells us that you could

10  keep it.  If you got a date, it'd be best for you to

11  keep it to yourself because there'll be some people in

12  there that are not going to get out that will try to

13  help you stay along with them.

14        And the other thing that could happen is

15  that you could get a setback, which doesn't mean you

16  will never get released.  It just means you wouldn't

17  get released at this particular time from this board

18  hearing.  You would have another date set for another

19  hearing.

20        Either way, you're still at a better vantage

21  point now than you were just four months ago, because

22  four months ago you didn't even have an opportunity to

23  have a hearing, all right?

24        INMATE:  All right.

25        PANEL MEMBER ONE:  So want you to take

CONFIDENTIAL            PLTFS0000227

1    positives out of your parole hearing, not negatives.

2    And in about six to eight weeks we'll get you an

3    answer.  It's a majority board decision on whether or

4    not you're going to be released or you'll have another

5    hearing, okay?

6              INMATE:  Okay.

7              PANEL MEMBER ONE:  So be patient.  It could

8    take eight weeks before you get an answer.

9              INMATE:  Okay.

10             PANEL MEMBER ONE:  All right.  This

11   concludes your hearing.  Have a good day.

12             INMATE:  Okay.  You, too.  Thank you.

13             PANEL MEMBER ONE:  Thank you, ma'am, for

14   coming.  You have a safe trip back home, okay?

15             DELEGATE:  Thank you, sir.

16             PANEL MEMBER ONE:  Okay.

17             DELEGATE:  Yes.

18             INMATE:  Be safe.  I love you.

19             DELEGATE:  I will.  I love you, too.

20             (Inaudible conversation.)

21             PANEL MEMBER ONE:  We clear?

22             PANEL MEMBER THREE:  Not yet.  Okay.

23             PANEL MEMBER TWO:  Heard the door slam.

24             PANEL MEMBER ONE:  Ladies, thank you for

25   coming today.  Appreciate your input.

PohlmanUSA Court Reporting
(877) 421-0099   www.PohlmanUSA.com

CONFIDENTIAL                                                  PLTFS0000228

1           PROSECUTING ATTORNEY:  Thank you.

2           PANEL MEMBER TWO:  It was nice to meet both

3   of you.

4           PROSECUTING ATTORNEY:  You, too.  Same here.

5           PANEL MEMBER TWO:  I'm sure probably see you

6   again.

7           PROSECUTING ATTORNEY:  Probably be back.

8   Thank you.  At least one more time.

9           PANEL MEMBER ONE:  And you all have a safe

10  trip back home.

11          PROSECUTING ATTORNEY:  Thank you.  You, too.

12          PANEL MEMBER ONE:  Wow.

13          PANEL MEMBER TWO:  Well, it was unnecessary,

14  premeditated.

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL                                    PLTFS0000229

```
 1                  REPORTER CERTIFICATE

 2

 3         I, Elizabeth M. Tucker-Gravitz, Certified
     Shorthand Reporter, Certified Court Reporter, do hereby
 4   certify that said Audio-recorded Parole Board Hearing was
     transcribed by myself, translated and proofread using
 5   computer-aided transcription; and the above transcript of
     proceedings is a true and accurate transcript of my notes of
 6   the audio to the best of my ability.

 7         I further certify that I am neither attorney nor
     counsel for nor related nor employed by any of the parties
 8   to the action in which this examination is taken; further,
     that I am not a relative or employee of any attorney or
 9   counsel employed by the parties hereto or financially
     interested in this action.

10

11   Dated December 5, 2017.

12

13

14

15   _____
     Elizabeth M. Tucker-Gravitz, CCR,
16

17

18

19

20

21

22

23

24

25
```

CONFIDENTIAL   PLTFS0000230

**A**

ability 48:6
able 12:3 14:17
  43:18
absolutely 14:1
abuse 38:6 40:20
abuser 19:11
acceptance 27:19
accepted 6:22
accomplices
  13:15,21
accurate 48:5
act 13:23
action 48:8,9
adjust 29:19
admitted 9:10
  23:25
adult 6:21
advance 10:3
advocate 4:16,25
  5:7,23 6:11,12
  7:21
afforded 14:8
afternoon 10:4
  12:17
age 36:24
aged 43:7
ago 20:20 35:11
  36:5 45:21,22
agree 34:19,19
agreed 12:9
ahold 24:25
al 2:2,4
alive 11:22
all's 39:15
amount 11:9
anger 38:13,16
  40:21
animal 24:11
animals 20:5
  25:21 26:2,2
  32:15
ankles 11:18
Anne 2:4
answer 15:13
  46:3,18
anticipate 43:5
anybody 8:14
  27:8
APPEARANCES 3:1
application
  14:11
appreciate 13:16
  42:2 46:25
apprehension
  32:5
approaching 42:2
area 10:7 21:6
arms 13:10
arrested 23:25

24:3,5
ashamed 35:10
asked 12:9,10
  15:13
asking 22:8
  23:19 42:7
assist 43:9
assistant 8:4
assumption 32:13
attached 3:3
  11:17
attempt 12:19
attorney 4:19,23
  5:10,13,24 8:3
  8:4,5 15:8,11
  47:1,4,7,11
  48:7,8
attraction 27:10
audio 48:6
Audio-Recorded
  2:7 48:4
aware 16:24
awkward 29:15

**B**

back 8:9,20
  10:15 11:1,4
  13:3 18:1
  19:14 23:2,3,7
  29:15 43:20,24
  44:13 46:14
  47:7,10
backwards 22:14
bad 22:12 25:23
  27:9 34:10,11
  36:12 41:23,23
  41:23 42:4
Baker 41:3
baseball 9:22
  10:9,22 20:25
  20:25 21:2
  34:17
Based 7:23
basically 25:22
bat 22:18,18
  29:1 34:17
  41:19
bats 9:22 10:10
  10:17,22 12:1
  12:3,4,5,5
  13:4 20:25
  21:2
beat 9:23 10:1,9
  10:17 13:21
  20:24 21:1
  30:19 34:17
  38:16 41:20
beating 11:16,22
  22:15
befriend 8:24

befriended 19:24
  20:3 25:17
behalf 4:24
  17:18
belief 19:8
  25:23
believe 19:15
  23:3,23 39:22
believed 9:5,12
  11:21
belong 8:22
best 45:10 48:6
Betrayed 42:8
Betsy 4:15,17,23
better 22:16
  45:20
big 6:20,21
  11:16 22:1
  44:19
bigger 45:1
biggest 24:17
bind 9:25
bit 8:19 22:17
  28:10 29:8,14
  29:19,20 32:13
  36:25
bleach 12:19
blood 12:4,20
  42:10
board 2:7 44:19
  45:17 46:3
  48:4
body 6:21 10:1
  11:20 12:24
  13:1,22 23:4
  27:16
bond 27:5
boom 36:25
boulder 11:17,18
  11:23
boy's 11:6
boys 10:9
brain 13:9
bring 14:15,16
broke 22:18
broken 12:5
brother 8:18
  17:13 43:9
brother-in-law
  39:17
brought 19:6
Brown 2:2
bruises 13:10
brutal 11:13
  13:24
brutality 14:7
burned 11:3

**C**

call 36:11 37:18

befriended 19:24

called 21:4,5
  23:17 24:24
  41:10
camera 14:16
  15:4 29:20
capable 14:6
care 15:9,11
Carl 8:12,18
  12:11
case 8:9 9:7,12
  19:15 42:17,19
cases 8:10
cat 10:8 21:7,9
  21:15,16,16
  32:20
cats 9:10 41:21
CCC 40:7
CCR 48:15
CCR#881 2:17
cerebral 13:8
CERTIFICATE 48:1
Certified 48:3,3
certify 48:4,7
challenged 6:19
  29:8
chance 36:4
change 14:16
  35:24 36:5
  38:7
changing 43:8
charisma 27:17
charismatic
  27:13
Charlie 29:18
chased 10:14
chemical 23:9
chemicals 21:6
chest 13:11
children 43:2,2
choice 19:11
choose 35:20
chose 9:5
circle 21:19
  32:25
cistern 23:2,3,5
City 40:3
class 24:4 27:15
  27:16,24 29:16
classmate 19:18
classmates 8:20
  8:24
clean 12:19
cleaned 12:8
clear 41:5 46:21
close 23:8
Co-Defendant
  6:14,24,24 9:1
  9:2,7,8,20,20
  10:5,5,7,12
  12:7,17,18,22

19:24 20:9
  21:4,11,12,24
  22:12,21,24,24
  23:3,7,24 24:1
  24:24 25:11,12
  26:20 28:7,25
  30:7,10,10
  31:6,6 41:12
  41:17
cold-blooded
  13:25
cold-bloodly
  34:16
colleagues 40:25
color's 11:9
combination
  26:17
come 18:19 19:22
  23:16 24:5
  35:18 44:13
coming 17:7
  23:13 43:22
  46:14,25
comments 33:21
committed 8:7
community 7:24
  43:16
completely 30:22
computer-aided
  48:5
computers 38:9
concerns 44:20
concludes 46:11
conditions 40:19
conduct 4:5
  35:12 36:2,19
conducting 16:13
  45:8
confessed 12:23
  13:2
Confidential 1:1
  3:2
connections
  43:19
consider 6:19
consideration
  44:23
considering 14:3
contact 35:7
  36:11 40:20
controlled 6:25
contusions 13:8
convenient 12:11
conversation
  5:14 8:2 16:2
  29:6 46:20
convicted 18:13
cook 40:6
cooked 7:16
cool 27:25 32:20

**COORDINATOR** 4:8
4:12 5:2,22
**correct** 17:23,24
18:10,14 19:16
29:9 36:16
**counsel** 48:7,9
**counter** 5:21
**County** 8:5,11
**couple** 38:7 45:4
**course** 6:17 18:9
24:2
**Court** 6:7 48:3
**cover** 12:21 31:2
**credit** 42:1
**crime** 7:8 8:6,15
10:25 11:2
13:19 18:17
20:7,14,20
35:9 41:24
42:4
**crime's** 42:4
**crimes** 14:5
**cruelty** 14:7
**cult** 9:16
**curious** 36:23
37:2
**curled** 10:20
**currently** 40:6

**D**

**dabbling** 25:18
**damage** 13:9
**dark** 23:6
**date** 45:6,7,10
45:18
**dated** 3:3 48:11
**daughter** 43:6
**day** 7:16 12:12
23:15,23 24:24
25:4 41:5,7
42:6 43:10
45:6 46:11
**days** 7:20 40:14
**dead** 21:16 22:23
30:20
**dealing** 7:21
**death** 7:16,22
13:9 20:24
21:1 30:19
34:17 38:17
**December** 6:13
8:16 9:19
12:13 35:2
48:11
**decide** 36:1
**decided** 9:2,23
31:2
**decision** 30:8,11
46:3
**defect** 18:22

19:4
**Defendants** 2:4
**definitely** 29:14
31:23
**degree** 18:10
**delegate** 15:24
17:4,5,7,8,11
17:21,24 18:3
42:14,16,21,24
43:5,15,25
46:15,17,19
**delegated** 5:3
**delved** 20:2
**demands** 14:6
**denied** 9:9 14:12
**depict** 13:13
**deplorable** 14:5
**descended** 10:17
**described** 10:20
13:4 29:17
**describes** 11:2
11:12,21,24
12:20 13:20
**desensitized**
20:6
**designated** 3:2
**desperate** 8:21
**detail** 8:7 13:20
**details** 10:2
**devil** 25:23
**died** 30:24
**different** 29:13
33:13
**difficulties**
14:24
**dinner** 7:16
**disappearance**
12:15
**discouraged**
40:14
**disease** 18:22
19:3
**dislike** 34:9
**disorder** 19:2
**DISTRICT** 2:1
**disturbing** 11:10
**DOC** 16:9
**dog** 32:21
**doing** 13:16,18
14:9 17:8
24:10 26:15
35:5 36:12
37:18
**door** 46:23
**drag** 23:2
**drinking** 40:20
**dropped** 12:10
23:14,21 31:2
**drove** 10:4,7
32:2 43:23

**drug** 19:9,10,11
23:2 38:6
**drugs** 25:24
**due** 18:21
**dumped** 11:20
13:22
**DVD** 10:24 11:4,5

**E**

**easily** 6:25
**easy** 7:14 30:3
**eight** 46:2,8
**Either** 45:20
**Elizabeth** 2:17
48:3,15
**emotion** 11:11
13:21
**emotionally** 6:15
**employable** 40:11
**employed** 43:1,17
48:7,9
**employee** 48:8
**employment** 38:10
**encharged** 44:21
**encountered**
19:15
**ended** 20:7
**English** 34:6
**entered** 1:4
**Enterprises** 38:8
**et** 2:2,4
**evening** 9:19
10:3
**evidence** 9:6
**evil** 25:24
**exactly** 6:23
**examination** 48:8
**examiner** 13:6
**excludes** 29:2
**executed** 9:20
13:25
**expanding** 34:6
**expected** 25:4
**experience** 13:18
37:19
**experiencing**
37:20,21
**explained** 24:18
**exposed** 20:4
**eyes** 22:1

**F**

**fact** 11:14
**factory** 40:2,2
**factual** 7:20
**fall** 19:24
**family** 7:24 35:7
36:10,11 37:18
40:21
**far** 10:7 24:9

29:13,16 43:18
**farmer's** 21:5
23:8
**favorite** 7:17
**fed** 27:4
**feel** 34:15 37:12
37:20 42:6
**feelings** 20:6
22:11
**fell** 10:16 20:4
22:14
**felt** 9:4 24:13
43:12
**fetal** 10:20
**Fifteen** 35:11
**fight** 36:19
**figure** 43:16
**figured** 22:23
**file** 8:7
**fill** 32:24
**Finally** 30:1
**financially** 48:9
**find** 12:4 39:24
40:14 43:18
**finding** 40:9
**fine** 17:8
**finger** 14:25
**finish** 40:24
**finished** 10:11
17:18
**first** 5:5 6:8
10:13 12:22
18:10 19:14
23:24 24:15
25:13 36:14
**fit** 6:21 8:21
32:24 33:2
**five** 9:18
**fledged** 27:22
**flipped** 22:17
**flunked** 34:5
**follow** 7:10 29:3
35:19
**followed** 25:5
41:12
**following** 30:9
**food** 7:17 40:5
**found** 11:10
**four** 45:21,22
**fractures** 13:8
**freedom** 14:8
**friend** 26:25
27:12 33:17
41:24
**friends** 7:5
26:23 41:6
**Full** 27:22
**fully** 13:16
**fun** 22:13
**furniture** 40:2

**further** 42:11
48:7,8

**G**

**gas** 23:15,22
31:5
**GED** 37:25
**general** 44:20
**getting** 23:6
25:22 27:1
**give** 6:13 17:17
42:1 43:20
**given** 11:8
**go** 5:5,18,20 6:8
15:1 20:11
21:5,12 23:22
29:24 36:3
41:9
**going** 4:5,22 7:9
9:13,23,25
14:15 17:13,13
21:7,8,8 22:3
23:11,12 24:14
25:1,2 26:24
28:21 32:12
33:23 36:3
39:16,24 41:9
41:10,20 42:18
44:4,13 45:12
46:4
**good** 4:14 5:22
5:23,24 15:5,6
15:8,14 16:3
16:17,18 37:1
37:16,22 38:10
38:11,15,20,25
43:2,23 46:11
**grabbed** 22:19
**gradual** 36:7,8
**graduated** 37:24
**grappling** 12:25
**grasp** 34:15
**GRAVITZ** 2:17
**great** 11:8 13:20
38:21
**groomed** 7:4,4
**group** 26:18
33:14
**gruesome** 13:12
**guess** 22:2,2,10
26:5,17 32:2
32:18
**guest** 5:16 17:3
17:3
**guilty** 18:17,21
**guy** 25:12,12
27:13 30:12
34:9,10,11,17
34:18
**guys** 20:13 22:9

CONFIDENTIAL

PLTFS0000232

24:6 26:12,14
28:10 30:19
31:12 32:9
33:12,14,21

**H**

**hair** 12:5
**half** 12:6
**Halloween** 9:15
24:16
**hands** 11:18
13:11
**hang** 28:14 33:17
35:20 44:10
**hanging** 28:9,17
30:12
**happen** 24:14
25:5,6 28:22
29:1 45:5,14
**happened** 11:2
12:13 19:22
20:20 28:20
35:14,17,23
36:1 41:9
**hard** 34:14,20
40:9
**harm** 22:3
**head** 10:13 13:6
**health** 35:7
38:19,22,24
39:6
**hear** 6:4 7:15
16:5
**Heard** 46:23
**hearing** 2:7 4:6
5:12 6:14
16:13,24 17:10
37:11 45:18,19
45:23 46:1,5
46:11 48:4
**heart** 6:20 43:12
**held** 8:20 29:15
**Hello** 16:21,22
**help** 6:20 43:16
43:18 45:13
**helped** 23:2
**hereto** 48:9
**hey** 15:2 24:25
**high** 8:19 20:14
21:18 23:9
27:16 32:2
37:24
**Highly** 3:2
**history** 8:10
**hit** 21:25 22:17
22:20 41:18
**hitting** 21:16
22:22
**Hold** 14:19
**home** 10:6,8 12:8

17:22 23:13
36:3,12 39:9
43:6,24 46:14
47:10
**honest** 26:6
28:18
**hook** 12:25
**hope** 43:19
**hoped** 43:10
**horrible** 34:9
42:8
**horrific** 7:8,23
**house** 21:12 23:7
23:7
**huh** 4:10 27:25
**human** 9:12 14:2
41:24
**hung** 28:11 31:19
33:13
**hurt** 22:11

**I**

**ICVC** 38:5
**ignore** 14:4
**imagine** 26:16
**immature** 13:23
**impact** 38:6
**impetuous** 13:23
**important** 13:17
**inaudible** 5:14
6:10 8:2 16:2
24:4 27:12
40:2,15 46:20
**incarcerated**
39:25
**incarceration**
42:2
**including** 41:20
**induced** 19:2,7
**inferior** 9:6
**inflicted** 14:7
**inflicting** 14:6
**influence** 31:10
**inhumane** 14:5
**initial** 9:14
**initiate** 24:18
**injuries** 13:13
**Inmate** 6:24 7:7
7:25 8:23,23
8:23 9:1,3,7,8
9:19,22,24
10:4,8,19,21
10:24 11:11,21
12:2,17,20
13:2,14,20
14:3,7 15:23
16:4,7,10,10
16:11,12,14,18
16:22 17:1,4
18:4,7,11,15

18:18,21,25
19:7,12,17,20
19:23 20:2,10
20:13,18,21,24
21:3,22 24:8
25:10,14,16,22
26:5,13,16
27:8,13,22
28:1,5,11,18
29:10 30:5,14
30:17,21,25
31:4,8,11,14
31:17,20,23
32:6,8,11,16
32:18,22 33:1
33:5,19,22
34:2,19,24
35:2,6,10,13
35:15,19 36:6
36:17,20,22
37:4,8,12,16
37:25 38:2,5
38:14,18,21,25
39:2,4,7,10,13
39:17,21 40:1
40:5,10,18,23
41:4,8,22 42:3
42:5,8 44:1,16
45:2,3,24 46:6
46:9,12,18
**Inmate]'s** 7:16
7:19 14:11
**inner** 32:25
**input** 46:25
**instance** 24:23
**institution** 6:2
45:9
**intend** 41:6
**intention** 7:6
**intentionally**
13:15
**intentions** 28:3
**intercede** 29:19
**interest** 35:21
**interested** 48:9
**Interesting** 39:8
**interrupt** 17:15
**intervened** 7:11
**interview** 17:13
41:16
**interviewed**
18:25
**interviews** 38:11
**investigation**
9:9 10:25
**investigator**
23:18
**involved** 9:16
24:10 25:8,13
25:16 26:8

27:1
**involves** 19:16
**it'd** 45:10

**J**

**Jasper** 8:5,10
**Jefferson** 40:3
**job** 38:10 39:24
39:25 40:9,14
**Joplin** 39:14
43:23
**Junction** 8:12,19
12:11
**jury** 18:13
**justice** 14:5

**K**

**keep** 35:6 36:10
45:7,10,11
**Kelly** 5:15 14:19
15:2
**Kenny** 4:19
**Key** 3:3
**kid** 6:21
**kids** 7:11 29:11
**kill** 7:12 9:2,4
9:14 21:9
24:12 26:2,3,9
28:14,17 32:20
32:21 41:6
**killed** 9:10
21:15 25:20
26:9 41:5
**killers** 14:1
**killing** 9:12
11:13 20:5
26:2,3,8 28:4
30:16 32:15,15
**killings** 24:11
**kind** 14:7 17:19
21:6,13 22:17
33:7 37:21
42:19
**knew** 23:19 29:15
30:10
**know** 4:12 6:17
7:17,21 9:4
14:17 15:12
17:19 18:5
22:2,3,10,12
22:23 23:9,12
23:13 24:11
25:6,7 27:3,9
27:14,17,17
28:6,16,22
31:25,25 32:8
32:9 33:7,8,9
33:16,20,23
34:3,3,4,10,13
37:16,17,19,20

37:21 39:25
40:16 42:19
43:7,22 44:2,2
44:25
**known** 8:23
**knucklehead**
36:24 37:6

**L**

**L** 2:4
**lack** 11:11 22:16
**ladies** 4:4 46:24
**lapsed** 11:9
**law** 8:6
**learning** 7:3
**leave** 9:17
**left** 33:14
**legs** 13:10
**Let's** 15:23
**letting** 44:25
**lie** 12:15
**life** 7:14,20
14:2 18:9
26:12 37:8,12
37:14,17,20,22
40:12 43:8
44:3,3,5,6,21
**life's** 37:13,21
**like-minded**
35:21
**liked** 26:23
27:15,18,19
34:2
**list** 4:9
**listening** 34:13
**little** 4:24 8:19
11:10 21:18
28:10 29:8,14
29:19,20 30:4
32:13 36:25
**live** 8:13 37:17
39:12 42:25
**lived** 8:17 42:25
**living** 37:8,12
39:16
**located** 13:4
**locked** 35:2 37:7
**long** 24:6 43:23
44:11
**look** 10:15,15
29:4,5
**looked** 21:24
22:11
**looking** 21:23
**Looks** 15:6
**lot** 26:6 28:24
31:21,24 36:10
36:15
**love** 46:18,19
**loved** 7:2

Case 2:17-cv-04082-NKL   Document 134-18   Filed 06/12/18   Page 51 of 55

CONFIDENTIAL                                                      PLTFS0000233

**lured** 28:3 41:21

---

**M**

**M** 2:17 48:3,15
**ma'am** 5:8 8:1
  14:13 15:21
  46:13
**main** 26:18
**maintain** 35:7
**majority** 4:6
  16:13 46:3
**making** 30:8,11
**man** 14:22 24:7
  42:24
**management** 38:13
  40:21
**marijuana** 19:12
  19:13 21:21
  31:10 36:15
**Marly's** 7:15
**Marlys** 6:12,17
  7:2,10,19 8:17
**married** 42:22
**massive** 13:8
**materials** 10:23
  11:4 13:11
**matter** 11:13
**maturity** 36:9
**meal** 7:18
**mean** 25:21 28:1
  30:5 33:5,5
  34:2,14 35:10
  36:3 45:15
**means** 44:3,8
  45:16
**medical** 13:5
**meds** 39:5
**meet** 47:2
**meeting** 25:14
**Member** 4:3,4,5
  4:10,15,17,21
  4:25 5:4,8,11
  5:17,20,25 6:1
  6:1,2,4,6 8:1
  14:13,20,21,23
  14:25 15:3,4,6
  15:7,9,12,15
  15:17,18,20,21
  15:22,25 16:1
  16:3,5,8,11,12
  16:15,16,17,19
  16:20,21,23
  17:2,6,9,12,22
  17:25 18:4,8
  18:12,16,19,23
  19:5,10,13,18
  19:21 20:1,8
  20:11,16,19,22
  21:1,20 24:6
  25:8,11,15,19

26:1,7,14 27:7
27:10,20,23
28:2,8,13 29:4
29:18,21,22,23
29:24 30:1,2,9
30:15,18,23
31:1,5,9,12,15
31:18,21 32:4
32:7,9,12,17
32:19,23 33:3
33:12,20 34:1
34:12,22,25
35:4,8,11,14
35:17,22,24,25
36:14,18,21,23
37:5,9,15,23
38:1,3,12,15
38:19,23 39:1
39:3,5,8,11,15
39:19,23 40:4
40:8,12,19,24
41:1,2,3,4,14
41:23 42:4,9
42:12,13,18,23
43:4,14,21
44:1,17 45:4
45:25 46:7,10
46:13,16,21,22
46:23,24 47:2
47:5,9,12,13
**men** 7:4 8:8
  10:17
**mental** 18:21
  19:3 38:23
  39:6
**mentally** 6:19
  29:8
**mentioned** 24:1
**messed** 4:13
**met** 4:6 26:20
**miles** 39:13
**mind** 37:2
**minutes** 18:2
**Missouri** 2:1
  38:8 40:7
**mistake** 41:25
**moaning** 11:24
**mom** 6:12 23:12
**mom's** 7:11
**moment** 36:8
**Monday** 12:13
**money** 25:24
**month** 7:13
**months** 7:5 45:21
  45:22
**morbid** 26:10
**morning** 5:22,23
  5:24 16:3,4,17
  16:18 24:3
**mother** 8:17 9:16

11:6
**motion** 21:24
**moved** 43:7
**multiple** 13:7
**mundane** 26:10
**murder** 7:6,10,23
  8:25 12:19
  13:14,25 18:10
  19:16 24:7
  29:1

---

**N**

**name** 6:9,11 8:4
  16:9 20:9 24:1
**necessarily**
  24:14 25:4
  28:21 30:5
**need** 17:19 39:24
  45:1
**needs** 29:11
  44:25
**negative** 33:15
**negatives** 46:1
**neither** 48:7
**nephew** 39:18,20
  39:21
**never** 14:8 24:13
  24:13 26:21
  29:10,12,17,17
  30:11 33:6,6
  33:10,19 44:4
  45:16
**news** 36:12
**nice** 47:2
**niece** 39:17,20
  39:21
**night** 9:18 11:3
  13:14
**Norman** 2:2
**notes** 48:5
**number** 16:9

---

**O**

**o0o** 4:1
**obtain** 9:13
**occasions** 9:11
**occurred** 8:12
**October** 7:9 9:1
**offered** 44:10
**office** 23:17
**officers** 11:1,12
  11:15 12:2,3
  12:23
**oh** 14:22 15:25
  22:1 31:23
**okay** 4:4,6,12
  5:4,4,11,17
  6:2,7,8,8,11
  14:15,20 15:23
  16:6,8,13,14

17:2,6,9,12,20
17:21,25 18:2
18:3,6,7,12,23
19:5,10,13,21
20:1,16,19,22
23:22 25:19
28:2 30:2,18
31:1,9 34:1,12
34:22 35:4
36:22 37:15,23
38:3,12 39:15
39:19,23 40:4
40:12,15,17,18
40:22,23 42:20
42:21,21,23
43:4,14,21,24
45:2,3 46:5,6
46:9,12,14,16
46:22
**old** 8:17 13:24
  34:22 39:19
  40:2
**older** 8:19
**once** 20:3 31:21
  31:23
**One]'s** 10:8 12:8
  23:7 24:1
**ones** 23:20
**opportunity**
  17:17 37:10
  43:13,20 44:8
  44:10,18 45:22
**order** 1:4 3:3
**outdated** 38:9
**outside** 40:13
**outskirts** 39:13

---

**P**

**p.m** 12:11
**packet** 15:15,17
**panel** 4:3,4,5,10
  4:15,17,21,25
  5:4,8,11,17,20
  5:25,25 6:1,2
  6:3,6 8:1
  14:13,20,21,23
  14:25 15:3,4,6
  15:7,9,12,15
  15:17,18,20,21
  15:22,25 16:1
  16:3,5,8,11,12
  16:15,17,19,20
  16:21,23,24
  17:2,6,9,12,22
  17:25 18:4,8
  18:12,16,19,23
  19:5,10,13,18
  19:21 20:1,8
  20:11,16,19,22
  21:1,20 24:6

25:8,11,15,19
26:1,7,14 27:7
27:10,20,23
28:2,8,13 29:4
29:18,21,22,23
29:24 30:1,2,9
30:15,18,23
31:1,5,9,12,15
31:18,21 32:4
32:7,9,12,17
32:19,23 33:3
33:12,20 34:1
34:12,22,25
35:4,8,11,14
35:17,22,24,25
36:14,18,21,23
37:5,9,15,23
38:1,3,12,15
38:19,23 39:1
39:3,5,8,11,15
39:19,23 40:4
40:8,12,19,24
41:1,2,3,4,14
41:23 42:4,9
42:11,13,18,23
43:4,14,21
44:1,17 45:4
45:25 46:7,10
46:13,16,21,22
46:23,24 47:2
47:5,9,12,13
**paranoia** 19:3,8
**Pardon** 25:15
**parole** 2:7 6:3,4
  6:14 7:25
  14:12 16:16,24
  16:24 17:10
  18:9 36:4
  37:10 44:5,10
  44:18,19 45:5
  46:1 48:4
**paroled** 14:4
  44:8,24
**part** 17:14
**Participants** 3:2
**participated**
  10:25
**particular** 8:15
  9:18 10:3
  24:22 45:17
**parties** 32:1
  33:13 48:7,9
**partners** 19:25
**Pathways** 38:6
**patient** 46:7
**peers** 18:13
**penal** 44:7
**people** 8:13
  35:21 43:16
  44:3 45:11

perfect 44:12
person 24:10
  34:21 43:18
personal 19:1
photographs
  13:13
Physical 38:19
pick 28:4,5
picked 10:6,8
  21:13 28:7
picking 30:12
picture 45:1
pitched 12:3
place 21:5 42:24
  43:1
Plaintiffs 2:2
plan 7:10 9:14
  9:21 17:22
  41:19
plan's 39:9
planned 7:8
  12:16 13:25
  24:7,23 41:7
planning 7:13
  8:25
plans 24:15
pleaded 18:21
please 6:8 15:5
  15:16
pleased 27:2
point 4:13 22:22
  37:3,4,5 41:15
  45:21
points 11:15
police 11:1,12
  12:14,23,23,25
  13:3
porter 40:6
position 10:21
positives 46:1
possible 30:23
  30:25 33:5
possibly 43:5
Potosi 38:2,3
power 9:13
preconceived
  41:19
Precythe 2:4
premeditated
  13:24 47:14
president 27:15
  27:24
pretended 8:24
pretending 7:5
pretty 13:12
  19:23 23:6,8
  27:14,25 38:9
  38:10,19 43:23
previously 9:23
  31:17

preyed 7:1
pride 38:21
principal's
  23:17
prior 9:11
prison 35:5 44:4
  44:14
probably 27:4
  47:5,7
proceedings 48:5
process 21:22
  34:6 36:9
producing 13:8
program 38:6
  40:20
programs 38:4
proofread 48:4
prosecuted 8:8
prosecuting 4:19
  4:23 5:10,13
  5:24 8:3,4,5
  15:8,11 47:1,4
  47:7,11
protective 1:4
  3:3
provide 13:12
provided 10:23
psychiatrist
  19:1
psychosis 19:2,7
public 44:20,21
pull 12:25
Pursuant 1:4
pursuers 10:16
put 5:15 23:4
  26:19 28:15

---

**Q**

quality 11:8
question 15:13
  30:7,11,16
questioned 12:14
quick 6:16
quit 37:6,9
quite 22:17

---

**R**

ran 22:5,7
rationale 26:6
  26:10,11 28:18
  28:24
reached 43:15
react 17:15
reaction 32:14
  32:16
ready 15:20,22
real 22:1
reality 14:4
realize 7:17
really 17:18

24:13 31:20
  33:6,22 43:19
reason 24:20
  28:7
reasons 14:10
recall 8:9 33:25
record 4:2 6:9
  16:8
recovered 12:24
regards 42:16
related 48:7
relation 23:8
relationship
  27:4
relative 48:8
relax 18:1
release 17:20
released 7:25
  37:11 39:24
  43:6 45:16,17
  46:4
remember 8:14
  21:23 23:1
  35:15
remorse 14:1
repeated 19:9
Reporter 48:1,3
  48:3
reports 13:5
representation
  14:18 18:5
requests 14:11
respect 14:2
respectfully
  14:11
responsibility
  25:7
rest 30:4 32:19
  37:14
resulted 13:9
retribution 14:6
retry 42:18
returned 12:18
reviewed 8:7
rewards 25:23
ride 43:24
right 5:1 6:5,7
  14:13 15:23
  16:25 17:25
  18:4,8 26:7,13
  30:1 31:7
  32:25 34:4,4
  34:12,21 35:1
  37:23 39:23
  40:12 41:7
  42:13,25 44:1
  44:15 45:8,23
  45:24 46:10
risk 44:19
road 22:8

rock 22:25 23:4
rolled 11:16
roof 24:4
room 18:6
rooms 34:7
rope 9:24 11:17
  22:6
rules 35:19
run 10:14 22:4

---

**S**

sacrifice 26:9
safe 43:24 46:14
  46:18 47:9
safety 44:19,22
Satanism 9:8
  19:8 20:3 25:9
  26:8 27:11
  32:5,10
saw 6:25 27:23
saying 28:22
  29:1 31:2
  34:13,16 44:24
says 22:1,13
scene 11:2 12:18
  13:3
school 7:2 8:6
  8:19,21 12:12
  20:11,15 23:16
  23:16 27:16
  29:12 34:6
  37:24
se 24:23
secluded 21:6
see 3:3 11:19
  14:17 15:7,10
  15:15,23 16:5
  17:2 30:2
  40:25 43:8,11
  47:5
seen 21:23 22:2
  22:3 23:20
  26:21 29:10
  32:1
senior 8:18 34:5
senselessly
  10:18
sensible 34:14
sentence 18:9
  44:6
separately 23:17
September 1:4
  3:3
service 4:8,12
  5:2,22 40:5
serving 18:9
set 45:18
setback 45:15
Sharing 8:3
sharks 42:10

Sheet 3:4
shit 22:2
Shorthand 48:3
shoulder 13:11
show 13:13
showed 14:1
shows 11:16 12:2
sic 22:21
sick 27:5
sign 38:16
signed 38:13
significance
  9:15 25:20
sir 15:18,19
  16:3 17:11
  18:17 46:15
sister 15:24
  17:4 39:9,11
  39:16 40:15
sisters 38:18
sit 18:1 33:24
  34:4,8
sitting 16:19
situation 22:12
six 46:2
skills 38:10
  39:25
skull 13:7
slam 46:23
slow 6:18 32:13
  42:9
slower 8:20 30:4
  32:14
smoke 31:13,15
smoking 21:20
  31:12 36:15
sober 13:18
sociable 43:17
socializing 7:3
socially 29:14
society 44:3
somebody 24:12
  27:18 28:14,15
  28:17 30:16
  38:17
somewhat 28:20
son 9:17
son's 7:22
soon 22:7
Sorry 6:11 15:22
sound 34:3
sounds 30:17
  34:14
speak 4:22 5:5,9
  17:18 44:11
SPEAKER 4:2 5:15
  5:18,21
speaks 11:13
special 29:11
specific 24:9

Case 2:17-cv-04082-NKL   Document 134-18   Filed 06/12/18   Page 53 of 55

CONFIDENTIAL

PLTFS0000235

36:8
**specifically**
33:24
**spoken** 8:8
**stable** 39:1,3
**standpoint** 37:1
**started** 19:23
21:18 22:4,8
22:15,22 41:18
**state** 6:9 14:10
16:9
**statement** 4:24
6:13 7:15 11:7
**station** 23:15,22
31:5
**stay** 5:12 35:20
43:13
**stayed** 21:17
**stoner** 27:16,20
27:24
**stop** 7:12
**store** 12:11
**stray** 10:8
**striking** 10:13
**string** 44:10
**struck** 10:19,21
13:6
**structure** 44:7
**strung** 10:9
**student** 27:15
**stuff** 24:11
26:22,23 27:18
34:7 38:11
**substance** 40:20
**successful** 43:19
**sudden** 36:25
**suffered** 13:7,10
**summer** 24:9
**Sunday** 10:4 21:3
**supplied** 9:22,24
**support** 17:19
40:16 42:19
**supposed** 24:15
24:18 25:21
**sure** 14:21 15:5
27:4 28:11
29:21 30:19,22
32:11,11 40:15
41:15 44:2
47:5
**surprised** 22:10
**surreal** 28:20
**swing** 10:13
28:25
**swooped** 22:15
**system** 40:16
44:7

**T**

**table** 34:4,8

**take** 7:13 17:14
19:14 21:7
25:1,7 38:21
44:22 45:25
46:8
**taken** 39:5 44:20
48:8
**talk** 13:16 33:9
33:15
**talked** 7:7 24:8
33:6
**target** 7:14 30:3
**targeted** 6:23
**technical** 14:23
**tell** 6:18 12:9,9
19:5,21 21:2
33:24 36:12
44:17
**tells** 7:19 45:9
**Teresa** 4:18,19
**terms** 29:16
**testimony** 9:11
**thank** 8:1 14:13
15:18 16:1,11
17:6,8 29:22
29:24 42:3
43:21,22,25
46:12,13,15,24
47:1,8,11
**Thanks** 4:20
**thing** 24:22
26:18,18 27:9
28:19 37:1
45:14
**things** 20:7
25:24 33:7
37:16 41:18
45:5
**think** 23:25
28:21 33:3,22
34:10 36:6
40:8,10,10
43:17 44:4
**thinking** 45:1
**thought** 32:20
33:10 34:3
35:8
**three** 5:17 6:2,4
6:6 7:4,20
8:24 9:2 10:14
10:17 12:8,15
13:25 14:20,23
15:3,6,20,22
16:16,17 22:5
24:17 29:18,22
29:24 35:24
41:1,2 43:2
46:22
**threw** 11:23,24
12:1 30:20,24

**thrill** 26:15,17
**throwing** 10:1
11:18
**tied** 11:22 23:4
**ties** 28:16
**till** 21:16
**time** 7:8 11:9
19:8,14 21:21
22:19 23:6
24:15,20 27:21
31:10,24 32:25
33:11 34:5,20
35:12 36:4
37:7,9 40:9
43:11 45:17
47:8
**times** 10:22 13:7
22:20 31:16,18
32:1,1 37:22
**today** 8:3 10:24
17:3,7 29:7
42:15 43:22
45:2 46:25
**told** 7:2 12:15
23:21 24:4,25
41:10
**town** 8:13,13,14
**toxic** 27:3
**tracks** 12:21
**transcribed** 48:4
**transcript** 2:7
48:5,5
**transcription**
48:5
**translated** 48:4
**transpire** 41:18
**travel** 32:24
**tree** 10:9
**trial** 9:19 18:12
18:20
**tried** 12:20
**trip** 43:24 46:14
47:10
**tripped** 10:16
**trouble** 35:20
44:13
**true** 48:5
**trusted** 41:25
**try** 45:12
**trying** 32:24
33:1,17 35:7
**Tucker-Gravitz**
48:3,15
**turnaround** 6:16
**turned** 10:11,14
10:15 22:4,8
39:21
**turns** 21:15,15
**twice** 31:22,24
**two** 6:1,24 8:8

8:18 9:8,20
10:5 12:18,22
13:21 15:7,15
15:18 16:1,20
16:21 20:13
21:12 22:13,25
22:25 23:24
29:21,23 30:1
31:6 39:13
40:14 41:4,14
41:23 42:4,9
46:23 47:2,5
47:13
**type** 22:6

**U**

**uncertain** 41:17
**underage** 43:3
**understand** 41:14
44:7
**understanding**
34:20
**unforgiving**
40:13
**UNIDENTIFIED** 4:2
5:15,18,21
**unique** 27:5
**unknowingly** 7:11
**unnecessary**
47:13
**unrational** 30:17
**updated** 4:9
**urge** 7:12
**use** 9:23,25
12:25 19:9
**utility** 22:6,7

**V**

**vantage** 45:20
**VHS** 11:3
**viciously** 13:21
**victim** 4:8,12,16
4:24 5:1,2,3,7
5:22,23 6:11
6:12,17,19 7:2
7:4,14,21,23
8:16,25 9:3,5
9:14,24,25
10:6,12,13,19
10:15,20 11:6
11:21,24 12:10
13:6,22 14:8
18:6 19:16
20:23 21:4,10
21:25 22:18,21
24:25 28:3,4,4
28:5,9,9 29:7
30:12 31:13,15
31:19 32:6
33:14,15,21

41:5,20 42:6
**victim's** 14:18
38:5 40:21
**Victim]'s** 6:12
7:13 9:16 10:6
11:18 12:4,14
12:24 13:1
21:12
**victims** 29:20
**video** 7:15,19
10:25 11:8,19
13:19
**videotaped** 11:6
**view** 15:4
**viewed** 29:12,17
**violation** 35:12
35:16,18 36:19
**violations** 36:3
**Vocational** 38:8
**void** 13:20
**vs** 2:3

**W**

**walk** 21:14
**walk-through**
11:1 13:14
**walking** 22:14
**want** 5:5,8,11
15:1 18:5
28:14 36:2
42:1,19 45:25
**wanted** 6:20,22
8:21 9:4 21:5
41:15 43:13
44:2
**wanting** 26:23
**wasn't** 24:23
25:3 26:5,9
27:17 30:8,21
30:21 33:9,10
34:10 41:8
**way** 5:19 7:20,21
15:1 29:5,10
33:15 34:15,15
35:25 45:8,20
**ways** 21:14 22:7
43:23
**we'll** 5:4 14:16
14:17 18:1
46:2
**we're** 6:3,9 15:5
15:22 17:18
29:5 42:18
**we've** 11:5 43:10
43:15
**weak** 6:25
**weeks** 9:18 10:3
46:2,8
**went** 7:14 12:7
12:12 20:14

CONFIDENTIAL

PLTFS0000236

```
    22:25 23:7            2001 36:21
    30:15 36:14           2017 1:4 3:3
weren't 26:2                48:11
    36:3                  20th 6:13
WESTERN 2:1               26 39:22
wooded 10:7               29 20:20 35:1
woods 12:1
word 22:16          _____
work 17:13 35:20              3
    38:7 40:1            31 42:22
worked 10:2 40:5         31st 7:9
working 35:6
works 40:16         _____
world 27:9                    4
worst 8:10 41:25         46 34:24,25
worth 37:13                 44:15
wouldn't 26:25
    28:15,15,16      _____
    31:24 38:17               5
    45:16               5 48:11
Wow 30:18 47:12
wrong 5:18 15:1     _____
                             6
_____  6 9:19
            X
_____  _____
            Y                  7
yeah 14:25 28:11         7 1:4 3:3 12:13
    31:17 32:7,22        70 10:22
    33:3,25 35:2         7500 8:13
    36:20 40:1
year 13:24 34:5     _____
years 8:16 20:20             8
    35:1,11,18          8 12:11 35:2
    36:4 42:22          87 35:3
    43:1,1
you-all 4:7         _____
    14:17                     9
you-all's 25:20
young 24:7 36:24
_____
            Z
_____
            0
_____
            1
15 35:18 36:4
    42:25
16 39:21
165253 16:10
17 13:24 20:17
    20:18,19 43:1
19 8:16
1987 7:9 8:6,9
    8:16 9:1,19
_____
            2
2:17-cv-0408...
    2:3
20 13:7 35:1
```

CONFIDENTIAL                                    PLTFS0000237