# Juvenile Life Without Parole 6-2-2017

| Name | DOC ID | Pet. Date | Hrg Date | Institution | Video/In Person | Results | Comments |
|---|---|---|---|---|---|---|---|
| Houston, Bradley | 155400 | 8/5/2016 | 11/16/2016 | ERDCC | In Person | Release 5/27/2020 | |
| Vincent, Michael | 175509 | 8/10/2016 | 11/18/2016 | JCCC | In Person | Reconsideration Hearing 11/2021 | |
| Seddens, Bryan | 181046 | 8/18/2016 | 12/20/2016 | SCCC | Video | Reconsideration Hearing 12/2019 | |
| Steward, Donald | 164756 | 8/18/2016 | 12/20/2016 | SECC | Video | Due to having CS sequences the offender would not be parole eligible until 11/2032. Steward has been scheduled for a reconsideration hearing 11/2032. | |
| McElroy, Ralph | 169637 | 8/23/2016 | 12/13/2016 | ERDCC | In Person | Reconsideration Hearing 12/2021 | |
| Collier, Jonathan | 191078 | 9/1/2016 | 12/19/2016 | SCCC | Video | Reconsideration Hearing 12/2021 | |
| Hardy, James | 164676 | 9/1/2016 | 12/20/2016 | SCCC | Video | Reconsideration Hearing 12/2021 | |
| Ramsey, Edward | 182817 | 9/1/2016 | 12/6/2016 | CRCC | Video | Release 12/6/2021 | |
| Goforth, Jerry | 181742 | 9/6/2016 | 12/9/2016 | JCCC | In Person | Reconsideration Hearing 12/2034 | |
| Richardson, Antonio | 990104 | 9/15/2016 | 12/6/2016 | CRCC | Video | Reconsideration Hearing 12/2021 | |
| Eden, Walter | 181041 | 9/15/2016 | 1/3/2017 | CRCC | Video | Reconsideration Hearing 1/2022 | 4/27/2017- It was discovered the offender was 18 at the time of the offense- Charlie Baker to notify |
| Brewster, Douglas | 184060 | 9/15/2016 | 1/18/2017 | ERDCC | In Person | Reconsideration Hearing 1/2022 | |
| Stewart, Curtis | 182472 | 9/16/2016 | 1/25/2017 | SCCC | Video | Reconsideration Hearing 1/2022 | |
| Roland, Theron | 165253 | 9/27/2016 | 1/3/2017 | CRCC | Video | Reconsideration Hearing 1/2022 | |
| Minks, Jason | 191128 | 10/3/2016 | 1/24/2017 | JCCC | In Person | Reconsideration Hearing 1/2022 | |
| Wedlow, Tino | 177760 | 10/12/2016 | 2/7/2017 | CRCC | Video | Reconsideration Hearing 1/2022 | |
| Bradshaw, Kevin | 164545 | 11/28/2016 | 3/1/2017 | PCC | Video | Reconsideration Hearing 3/2021 | |
| Roberts, Sidney | 171590 | 12/12/2016 | 3/9/2017 | JCCC | In Person | Reconsideration Hearing 3/2021 | |
| Wilson, Leddell | 164041 | 11/28/2016 | 4/12/2017 | ERDCC | In Person | Reconsideration Hearing 4/2022 | |
| McNair, Daryll | 190296 | 12/20/2016 | 4/18/2017 | JCCC | In Person | Reconsideration Hearing 4/2022 | |
| Frazier, Aaron | 182639 | 8/4/2016 | 12/19/2016 | PCC | | | Withdrew 8/4/2016 petition on 12/15/2016- Requested an in person hearing |
| Frazier, Aaron | 182639 | 12/28/2016 | 4/13/2017 | PCC | In Person | Reconsideration Hearing 4/2022 | Re-petition 12/28/2016- scheduled for an in person hearing |
| Brown, Norman | 191425 | 1/3/2017 | 5/24/2017 | SCCC | In Person | Reconsideration Hearing 5/2021 | |
| Gebhart, William | 155779 | 1/17/2017 | N/A 1/19/2017 | JCCC | | Offender ineligible | Life without parole for 50 years. |
| Lay, Jeromy | 189868 | 10/4/2016 | N/A 10/6/2016 | SCCC | | Offender ineligible | May apply again on 11/6/2016 |
| Lay, Jeromy | 189868 | 2/27/2017 | 6/28/2017 | SCCC | In Person | Reconsideration hearing 6/2022 | Re-petition received 2/27/2017. Scheuled for a hearing |
| Crawford, Ike | 500538 | 2/10/2017 | 6/28/2017 | SCCC | In Person | Reconsideration Hearing 6/2020 | |
| McRoberts, Michael | 176299 | 9/6/2016 | Dec-16 | CRCC | | | Withdrew 9/2016 Petition on 11/21/2016- Requested an in person hearing |
| McRoberts, Michael | 176299 | 2/21/2017 | 6/14/2017 | CRCC | In Person | Release 3/1/2022 | Re-petition-Scheduled for an in person hearing |

| Name | ID | Date 1 | Date 2 | Facility | Format | Status | Notes |
|---|---|---|---|---|---|---|---|
| Rousan, William | 519735 | 2/28/2017 | N/A 2/28/2017 | JCCC | | Offender ineligible | May re-submit a petition after 11/21/2019 |
| Santillan, Christpher | 535405 | 4/7/2017 | N/A 4/7/2017 | PCC | | Offender ineligible | May re-submit a petition after 2/19/2019 |
| Anderson, Edward | 191112 | 5/17/2017 | 10/18/2017 | PCC | In Person | Release 04/06/2019 | |
| Clements, Ronald | 179852 | 6/2/2017 | Oct-17 | JCCC | In Person | Reconsideration Hearing 10/2021 | |
| Davis, Chad | 513603 | 6/2/2017 | NA | JCCC | | | Withdrew petition on 9/8/2017 |
| Harris, Lisa | 83183 | 11/29/2017 | 4/10/2018 | CCC | In Peron | | |
| Thomas, Tommy | 154109 | 11/20/2017 | 3/14/2018 | PCC | Video | Reconsideration Hearing 03/2022 | |
| Readus, Rico | 503509 | 12/14/2017 | NA | PCC | In Person | | Withdrew petition on 2/26/2018 |
| Gilliland, Martin | 502287 | 1/26/2018 | NA | SCCC | | | 18 at time of offense |
| Davis, Chad | 513603 | 2/9/2018 | 6/7/2018 | JCCC | | | |
| Williams, Michael | 505756 | 4/23/2018 | 8/1/2018 | PCC | | | |