```
AKU032A-OPN          Missouri Department of Corrections      Page -    1
Time - 13:31:15        BOARD OF PROBATION AND PAROLE         Date - 1/12/17

DOC ID:   191425    Cycle:  19930322
DOC Name: BROWN, NORMAN
```

Institution/Housing Unit SCCC/004

Minimum Mandatory Release Date N/A

### RELATING TO RELEASE CONSIDERATION

__X__ 1. You have been scheduled for a parole hearing  05/00/2017.

_____ 2. At your request, your case has been closed to further parole consideration.

_____ 3. You have been given parole consideration in a parole hearing. You will be scheduled for a reconsideration hearing.

_____ 4. You have been scheduled for release from confinement on .

Actual release depends upon continued record of good conduct and an acceptable release plan. The release decision is:

___ Guideline    ___ Below Guideline    ___ Above Guideline

Special Conditions of release are:

Strategy Stipulation Date:

_____ 5. Your previously set release date has been cancelled.

_____ 6. Your conditional release date has been extended to .

_____ 7. The Board has reviewed your appeal. It is the decision of the Board to  your appeal.

_____ 8. You have been scheduled for a Conditional Release Extension hearing on .

The reasons for the action taken are:

**THIS DECISION IS NOT SUBJECT TO APPEAL.

Based on your petition, you have been scheduled for review pursuant to RSMo 558.047. Since you are also serving 3 consecutive sentences for ACA (15CS,15CS,30CS) requiring 3 years to be served on each, you are not eligible for release until you meet your statutory minimum of 07/28/2025.

Case 2:17-cv-04082-NKL   Document 134-24   Filed 06/12/18   Page 1 of 2

DOC ID:    191425    Cycle: 19930322
DOC Name:  BROWN, NORMAN

If you have any questions regarding this decision, please contact your Institutional Parole Officer.

SDM          /DMU   (Date Created: 01/12/17)