# EXHIBIT B

to Plaintiffs' Suggestions in Support of Motion for Summary Judgment

Offenders under 18 at time of offense and serving a life no parole sentence on July 7, 2017
Age is calculated at the earliest of the sentence date, sentence start date or admission date if the offense date is not entered in OPII

| DOC_ID | CYCLE | Calculated Offense date | Age at Offense | Years Served | Last Name | First Name | Initial | Birth date | Current Age | Race | Offense date | Admission Date | Sentence Start Date | Sentence Date | Sentence Cause Number | Sentence County | Institution | Offense description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 83183 | 19871119 | 19870210 | 17 | 25.2 | HARRIS | LISA | | 19700117 | 47 | W | 19870210 | 19960215 | 19920422 | 19871009 | CR1871FX3 | GREENE | CCC | FIRST DEGREE MURDER (LIFE W/O) |
| 87308 | 19950105 | 19930325 | 17 | 24.3 | JACKSON | LAWANDA | | 19751203 | 41 | B | 19930325 | 19950105 | 19930325 | 19941128 | 93100866 | ST. LOUIS CITY | WERDCC | MURDER IN THE FIRST DEGREE (LIFE NO PAROLE) |
| 154109 | 19850611 | 19851219 | 17 | 31.5 | THOMAS | TOMMY | L | 19680117 | 49 | W | 19851219 | 19860410 | 19851227 | 19870702 | 540355 | ST. LOUIS CNTY | PCC | MURDER IN THE FIRST DEGREE |
| 155400 | 19860127 | 19850523 | 17 | 32.1 | HOUSTON | BRADLEY | L | 19670926 | 49 | W | 19850523 | 19860127 | 19850527 | 19860124 | CR285137FX | LINCOLN | TCC | MURDER IN THE FIRST DEGREE (W/O PAROLE) |
| 161097 | 19870716 | 19860526 | 15 | 31.1 | DAYRINGER | JOSEPH | L | 19710327 | 46 | W | 19870716 | 19860526 | | 19870714 | CR586-312FX | JASPER | JCCC | MURDER IN THE FIRST DEGREE (NO PAROLE) |
| 164041 | 19880331 | 19870601 | 16 | 30.1 | WILSON | LIDDELL | | 19700905 | 46 | B | 0 | 19880331 | 19870601 | 19880325 | 871-01611 | ST. LOUIS CITY | ERDCC | MURDER FIRST DEGREE (LIFE W/O PAROLE) |
| 164545 | 19880517 | 19860728 | 17 | 31.0 | BRADSHAW | KEVIN | C | 19690529 | 48 | B | 0 | 19880517 | 19860728 | 19880506 | 861-02039 | ST. LOUIS CITY | PCC | MURDER FIRST DEGREE (LIFE W/O PAROLE) |
| 164676 | 19880525 | 19871206 | 17 | 29.1 | HARDY | JAMES | M | 19700227 | 47 | W | 19871206 | 19880525 | 19880525 | 19880525 | CR188-1FX | CAMDEN | SCCC | MURDER IN THE FIRST DEGREE (LIFE W/O PAROLE) |
| 164756 | 19850926 | 19841102 | 16 | 32.7 | STEWARD | DONALD | | 19671129 | 49 | B | 0 | 19880603 | 19841102 | 19880527 | 851-00285C | ST. LOUIS CITY | SECC | MURDER FIRST DEGREE (LIFE W/O PAROLE) |
| 165253 | 19880712 | 19880531 | 17 | 29.1 | ROLAND | THERON | R | 19700803 | 46 | W | 0 | 19880712 | 19880531 | 19880711 | CR488-2F | PETTIS | CRCC | MURDER 1ST DEGREE (WITHOUT PROBATION OR PAROLE) |
| 169637 | 19890626 | 19870329 | 17 | 30.3 | MCELROY | RALPH | | 19690620 | 48 | B | 19870329 | 19890626 | 19870329 | 19890616 | 871-00877 | ST. LOUIS CITY | ERDCC | MURDER FIRST DEGREE (LIFE W/O PAROLE) |
| 171590 | 19891121 | 19880921 | 17 | 28.8 | ROBERTS | SIDNEY | | 19710522 | 46 | B | 0 | 19891121 | 19880921 | 19891117 | 881-2917 | ST. LOUIS CITY | JCCC | MURDER FIRST DEGREE (LIFE W/O PAROLE) |
| 175509 | 19900806 | 19891101 | 15 | 27.7 | VINCENT | MICHAEL | | 19740629 | 43 | W | 0 | 19900806 | 19891101 | 19900803 | 891-3402 | ST. LOUIS CITY | JCCC | MURDER FIRST DEGREE (LIFE W/O PAROLE) |
| 176299 | 19900925 | 19890118 | 16 | 28.4 | MCROBERTS | MICHAEL | | 19721110 | 44 | B | 19890118 | 19900925 | 19890301 | 19900921 | 891-611 | ST. LOUIS CITY | CRCC | MURDER FIRST DEGREE (LIFE W/O PAROLE) |
| 177760 | 19910116 | 19890123 | 17 | 28.5 | WEDLOW | TINO | R | 19711129 | 45 | B | 0 | 19910116 | 19890123 | 19910109 | CR89-1114 | JACKSON | CRCC | MURDER FIRST DEGREE (LIFE W/O PAROLE) |
| 179852 | 19880615 | 19871206 | 17 | 29.6 | CLEMENTS | RONALD | C | 19700731 | 46 | W | 0 | 19910523 | 19871206 | 19910523 | CR487-999FX | JASPER | JCCC | MURDER IN THE FIRST DEGREE (LIFE W/O PAROLE) |
| 181041 | 19900214 | 19900430 | 17 | 27.2 | EDEN | WALTER | | 19720530 | 45 | B | 0 | 19910805 | 19900430 | 19910802 | 901-02809(4) | ST. LOUIS CITY | CRCC | MURDER FIRST DEGREE (LIFE W/O PAROLE) |
| 181046 | 19910805 | 19900523 | 17 | 27.1 | SEDDENS | BRYAN | | 19730202 | 44 | B | 0 | 19910805 | 19900523 | 19910802 | 901-1595B | ST. LOUIS CITY | SCCC | MURDER FIRST DEGREE (LIFE W/O PAROLE) |
| 181742 | 19910917 | 19900607 | 17 | 27.1 | GOFORTH | JERRY | W | 19720920 | 44 | W | 19900607 | 19910917 | 19900608 | 19910911 | CR190-7F | DUNKLIN | JCCC | MURDER FIRST DEGREE |
| 182472 | 19911028 | 19901025 | 15 | 26.7 | STEWART | CURTIS | | 19750510 | 42 | B | 0 | 19911028 | 19901025 | 19911025 | 901-03024-1 | ST. LOUIS CITY | CRCC | MURDER FIRST DEGREE (LIFE W/O PAROLE) |
| 182639 | 19911108 | 19890422 | 17 | 28.2 | FRAZIER | AARON | O | 19710818 | 45 | B | 0 | 19911108 | 19890422 | 19911106 | CR891110 | JACKSON | PCC | MURDER FIRST DEGREE (LIFE WITHOUT PAROLE) |
| 182817 | 19911120 | 19890223 | 17 | 28.4 | RAMSEY | EDWARD | L | 19720127 | 45 | B | 19890223 | 19911120 | 19890225 | 19911112 | 89-1264B | JACKSON | BCC | MURDER FIRST DEGREE (W/O PAROLE) |
| 184060 | 19920131 | 19910128 | 16 | 26.4 | BREWSTER | DOUGLAS | S | 19740628 | 43 | W | 19910128 | 19920131 | 19910305 | 19920130 | CR591-13F | ST. FRANCOIS | ERDCC | MURDER 1ST DEGREE (LIFE W/O PAROLE) |
| 189868 | 19921223 | 19910406 | 17 | 26.3 | LAY | JEROMY | E | 19740401 | 43 | W | 19910406 | 19921223 | 19910411 | 19921221 | CR5915F | CALLAWAY | SCCC | MURDER (LIFE W/O POSSIBILITY OF PAROLE) |
| 190296 | 19930121 | 19911216 | 17 | 25.6 | MCNAIR | DARYLL | | 19740408 | 43 | B | 0 | 19930121 | 19911216 | 19930108 | CR915342A | JACKSON | JCCC | MURDER FIRST DEGREE (LIFE WITHOUT PAROLE) |
| 191078 | 19930305 | 19901218 | 17 | 26.6 | COLLIER | JOHNATHAN | L | 19730131 | 44 | B | 0 | 19930305 | 19901218 | 19930226 | CR903657 | JACKSON | SCCC | MURDER IN THE FIRST DEGREE (LIFE W/O PAROLE) |
| 191112 | 19930308 | 19920407 | 17 | 25.3 | ANDERSON | EDWARD | | 19750514 | 42 | W | 0 | 19930308 | 19920407 | 19930305 | 921-1110 | ST. LOUIS CITY | PCC | MURDER FIRST DEGREE (LIFE W/O PAROLE ) |
| 191128 | 19930308 | 19910406 | 15 | 26.2 | MINKS | JASON | E | 19750816 | 41 | W | 19910406 | 19930308 | 19910415 | 19930305 | CR-5-9-1-682-FX | RANDOLPH | ERDCC | MURDER 1ST DEGREE (LIFE W/O PAROLE) |
| 191425 | 19930322 | 19910727 | 15 | 26.0 | BROWN | NORMAN | | 19760421 | 41 | B | 19910727 | 19930322 | 19910728 | 19930319 | 91CR-6139(4) | ST. LOUIS CITY | SCCC | MURDER FIRST DEGREE (LIFE W/O PAROLE) |
| 344614 | 19802092 | 19990324 | 17 | 18.3 | BRANCH | WILLIAM | L | 19810324 | 36 | W | 19990304 | 19990324 | 19990324 | 20000210 | CR0199-000035F | COLE | JCCC | MURDER 1ST DEGREE (LIFE W/O PAROLE) |
| 503509 | 19931015 | 19920827 | 17 | 24.9 | READUS | RICO | | 19750716 | 41 | B | 0 | 19931015 | 19920827 | 19930910 | 931-847 | ST. LOUIS CITY | PCC | MURDER 1ST (LIFE W/O PAROLE) |
| 503551 | 19931019 | 19900917 | 15 | 25.3 | GRICE | JEFFERY | A | 19741211 | 42 | W | 19900917 | 19931019 | 19920408 | 19931015 | 92CR24721 | ST. LOUIS CNTY | PCC | MURDER FIRST DEGREE(LIFE W/O PAROLE) |
| 505756 | 19940222 | 19930318 | 15 | 24.3 | WILLIAMS | MICHAEL | | 19770907 | 39 | B | 0 | 19940222 | 19930318 | 19940218 | 931-1338 | ST. LOUIS CITY | PCC | MURDER 1ST DEGREE (LIFE W/O PROBATION OR PAROLE) |
| 507361 | 19930317 | 19930505 | 16 | 24.2 | CLARK | JOSEPH | A | 19760629 | 41 | B | 19930505 | 19940517 | 19930514 | 19940415 | CR93-2203 | JACKSON | JCCC | MURDER IN THE FIRST DEGREE (LIFE W/O PAROLE PRIOR 558.019) |
| 508485 | 19940712 | 19930909 | 15 | 23.7 | BENJAMIN | CHARLES | | 19771115 | 39 | W | 19930909 | 19940712 | 19931112 | 19940708 | CR1932043FXJ4 | JEFFERSON | ERDCC | MURDER 1ST DEGREE (LIFE W/O PAROLE) |
| 509480 | 19940907 | 19930515 | 15 | 24.1 | JONES | TONY | D | 19770517 | 40 | B | 19930515 | 19940907 | 19930615 | 19940902 | 93CR-003484(1) | ST. LOUIS CNTY | SCCC | MURDER 1ST DEG (LIFE W/O PROB OR PAROLE) |
| 512664 | 19950217 | 19930421 | 16 | 24.0 | BARNABY | SHAWN | D | 19761029 | 40 | W | 19930421 | 19950217 | 19930701 | 19950215 | CR93-2637 | JACKSON | CRCC | MURDER 1ST DEGREE (LIFE W/O PROBATION & PAROLE) |
| 512848 | 19950227 | 19930907 | 16 | 23.6 | GAMBLE | TREVIN | | 19770319 | 40 | B | 19930907 | 19950227 | 19931129 | 19950224 | 941-1448B | ST. LOUIS CITY | ERDCC | MURDER FIRST DEGREE (LIFE W/O PROBATION OR PAROLE) |
| 513169 | 19950314 | 19940103 | 17 | 23.5 | BROWN | GEORGE | P | 19761231 | 40 | B | 19940103 | 19950314 | 19940104 | 19950310 | CR94-0018 | JACKSON | SECC | MURDER I (LIFE W/O PAROLE) |
| 513598 | 19950403 | 19920624 | 17 | 25.0 | EVANS | LONNIE | | 19741218 | 42 | B | 19920624 | 19950403 | 19920625 | 19950331 | 921-1849 | ST. LOUIS CITY | JCCC | MURDER FIRST DEGREE (LIFE W/O PAROLE) |
| 513603 | 19950404 | 19910107 | 16 | 26.2 | DAVIS | CHAD | | 19740709 | 43 | B | 19910107 | 19950404 | 19910418 | 19950322 | CR91-2024 | JACKSON | JCCC | MURDER IN THE FIRST DEGREE (LIFE W/O PAROLE) |
| 513792 | 19950411 | 19930725 | 17 | 23.7 | ROSS | HENRY | | 19760707 | 41 | B | 19930725 | 19950411 | 19931020 | 19950407 | 931-2920B | ST. LOUIS CITY | JCCC | MURDER FIRST DEGREE (LIFE W/O PAROLE) |
| 515013 | 19950613 | 19910119 | 15 | 21.6 | RUSH | JESS | W | 19750414 | 42 | W | 19910119 | 19960513 | 19951130 | 19960513 | CR295-717FX | CAMDEN | SCCC | MURDER 1ST DEGREE (LIFE W/O PAROLE) |
| 515380 | 19950703 | 19930719 | 16 | 23.7 | FOREST | RODERICK | | 19760914 | 40 | B | 19930719 | 19950703 | 19931027 | 19950630 | 931-2988 | ST. LOUIS CITY | SECC | MURDER FIRST DEGREE (LIFE W/O PAROLE) |
| 519127 | 19960205 | 19941207 | 17 | 22.6 | CREED | CHRISTOPHER | J | 19770707 | 40 | W | 19941207 | 19960205 | 19941208 | 19960205 | CR294-2905FX | CAMDEN | CRCC | MURDER 1ST DEGREE (LIFE W/O PAROLE) |
| 519735 | 19960305 | 19930921 | 16 | 22.6 | ROUSAN | WILLIAM | B | 19770608 | 40 | W | 19930921 | 19960305 | 19941121 | 19960304 | CR0594-000093F | ST. FRANCOIS | JCCC | MURDER 1ST DEGREE (LIFE W/O PAROLE) |
| 520222 | 19960327 | 19950128 | 16 | 22.4 | LOCKHART | LONNIE | L | 19781127 | 38 | B | 19950128 | 19960327 | 19950222 | 19960322 | 95CR-001030 (9) | ST. LOUIS CNTY | CRCC | MURDER FIRST DEGREE |
| 520718 | 19960424 | 19950513 | 16 | 22.1 | HACK | NATHANIEL | M | 19780605 | 39 | B | 19950513 | 19960424 | 19950609 | 19960422 | CR95-3951 | JACKSON | SCCC | MURDER IN THE FIRST DEGREE (LIFE W/O PAROLE) |
| 520885 | 19960502 | 19930809 | 15 | 23.7 | ALLISON | HASAN | | 19771217 | 39 | B | 19930809 | 19960502 | 19931029 | 19960426 | 931-3128E | ST. LOUIS CITY | SECC | MURDER FIRST DEGREE (LIFE W/O PAROLE) |
| 521167 | 19960516 | 19950128 | 17 | 22.5 | CALDWELL | DAMON | | 19770923 | 39 | B | 19950128 | 19960516 | 19950130 | 19960513 | 95CR-000570 | ST. LOUIS CNTY | ERDCC | MURDER FIRST DEGREE (LIFE W/O) |
| 522695 | 19960802 | 19950115 | 17 | 22.5 | DAVIS | JEREMY | A | 19771214 | 39 | B | 19950115 | 19960802 | 19950117 | 19960801 | CR95-0775 | JACKSON | PCC | MURDER IN THE FIRST DEGREE (LIFE W/O PAROLE) |
| 523332 | 19960909 | 19940111 | 17 | 23.0 | POLK | CHRISTOPHER | | 19760817 | 40 | B | 19940111 | 19960909 | 19940701 | 19960905 | 961-1766 | ST. LOUIS CITY | SECC | MURDER 1ST (LIFE W/O PAROLE) |
| 525789 | 19970114 | 19950917 | 17 | 21.8 | WADE | CARLOS | D | 19771027 | 39 | B | 19950917 | 19970114 | 19950918 | 19970110 | 951-4326A | ST. LOUIS CITY | SECC | MURDER FIRST DEGREE (LIFE WITHOUT PAROLE) |
| 525825 | 19970115 | 19950917 | 17 | 21.8 | MORANT | TYRONE | D | 19780725 | 38 | B | 19950917 | 19970115 | 19950918 | 19970110 | 951-4326B | ST. LOUIS CITY | SECC | MURDER FIRST DEGREE |
| 526294 | 19970205 | 19950529 | 17 | 21.9 | COTTON | MICHAEL | | 19780104 | 39 | B | 19950529 | 19970205 | 19950831 | 19970131 | 951-3005 | ST. LOUIS CITY | ERDCC | MURDER 1ST (LIFE W/O PAROLE) |
| 527993 | 19970429 | 19950924 | 16 | 21.7 | HICKLIN | JAMES | W | 19790307 | 38 | W | 19950924 | 19970429 | 19951025 | 19970421 | CR0496-000008F | JOHNSON | PCC | MURDER 1ST DEGREE |
| 530731 | 19970910 | 19950514 | 17 | 22.2 | BURNS | STERLING | | 19770605 | 40 | B | 19950514 | 19970910 | 19950518 | 19970908 | 961115 951-1749 | ST. LOUIS CITY | SECC | MURDER FIRST DEGREE (LIFE W/O PAROLE) |
| 532554 | 19971209 | 19950530 | 16 | 21.9 | MCCOMBS | MARCUS | D | 19790117 | 38 | B | 19950530 | 19971209 | 19950901 | 19971205 | 951-3001 | ST. LOUIS CITY | SECC | MURDER FIRST DEGREE (LIFE W/O PAROLE) |
| 532829 | 19971229 | 19960607 | 16 | 21.0 | AIKENS | LEVAR | C | 19800127 | 37 | B | 19960607 | 19971229 | 19960729 | 19971224 | CR1996-70559 | JACKSON | JCCC | MURDER FIRST DEGREE (LIFE W/O PAROLE) |
| 533052 | 19980109 | 19960325 | 15 | 20.9 | BURRIS | JOSEPH | S | 19800629 | 37 | B | 19960325 | 19980109 | 19960807 | 19971002 | CR596-1145FX | PULASKI | JCCC | MURDER 1ST (LIFE W/O PAROLE) |
| 533519 | 19980129 | 19960925 | 17 | 20.8 | DAVIS | MICHAEL | L | 19790612 | 38 | W | 19960925 | 19980129 | 19961002 | 19980129 | CR199672136 | JACKSON | SCCC | MURDER FIRST DEGREE (LIFE W/O PAROLE) |
| 534296 | 19980305 | 19960531 | 15 | 21.0 | SADDLER | CARLOS | A | 19790419 | 38 | B | 19960531 | 19980305 | 19960717 | 19980227 | 971-00141 | ST. LOUIS CITY | CRCC | MURDER FIRST DEGREE (LIFE W/O PAROLE) |
| 534756 | 19980327 | 19950715 | 15 | 21.8 | PINNER | DERRELLE | | 19790925 | 37 | B | 19950715 | 19980327 | 19950929 | 19980326 | 961-1937A | ST. LOUIS CITY | SCCC | MURDER FIRST DEGREE (LIFE W/O PAROLE) |
| 535054 | 19980410 | 19950124 | 15 | 22.4 | TAYLOR | MICHAEL | | 19790313 | 38 | B | 19950124 | 19980410 | 19950127 | 19980403 | 95CR-001039 (4) | ST. LOUIS CNTY | PCC | MURDER FIRST DEGREE (LIFE W/O PAROLE) |
| 535405 | 19940506 | 19920302 | 17 | 23.4 | SANTILLAN | CHRISTOPHER | M | 19750106 | 42 | A | 19920302 | 19980428 | 19940219 | 19980427 | 92CR-001675 (J) | ST. LOUIS CNTY | PCC | MURDER FIRST DEGREE (LIFE W/O PAROLE) |
| 990104 | 19930702 | 19910405 | 16 | 26.1 | RICHARDSON | ANTONIO | D | 19740903 | 42 | B | 19910405 | 19930702 | 99999999 | 20031028 | 911-1758C | ST. LOUIS CITY | CRCC | MURDER IN THE FIRST DEGREE |
| 990111 | 19940819 | 19930909 | 17 | 22.9 | SIMMONS | CHRISTOPHER | L | 19760626 | 41 | W | 19930909 | 20030826 | 19940819 | 20030826 | CR193-1592-FX-J1 | JEFFERSON | SECC | MURDER FIRST DEGREE (LIFE W/O PAROLE) |
| 990138 | 19970710 | 19950928 | 17 | 21.8 | CLARK | LOUIS | G | 19780811 | 38 | B | 19950928 | 19991208 | 19950929 | 19991203 | 95CR-005234 (7) | ST. LOUIS CNTY | JCCC | MURDER FIRST DEGREE (LIFE W/O PAROLE) |
| 1004918 | 19980716 | 19970414 | 17 | 20.2 | LACY | TERRELL | | 19790830 | 37 | B | 19970414 | 19980716 | 19970430 | 19980710 | 971-01494 | ST. LOUIS CITY | CRCC | MURDER 1ST DEGREE (LIFE W/O PAROLE) |
| 1019865 | 19990331 | 19970919 | 17 | 19.8 | RAMIREZ | ANTONIO | M | 19800329 | 37 | W | 19970919 | 19990331 | 19970919 | 19990322 | CR397-2381FX | CASS | CRCC | MURDER IN THE FIRST DEGREE (LIFE W/O PAROLE) |
| 1020844 | 19990420 | 19981205 | 17 | 18.6 | PROUD | ROBERT | LEE | 19810201 | 36 | W | 19981205 | 19990420 | 19981205 | 19990419 | CR1198-1178FX | WASHINGTON | SCCC | MURDER, 1ST DEGREE (LIFE W/O PAROLE) |
| 1023038 | 19990527 | 19980128 | 17 | 19.4 | WILSON | ZACHARY | J | 19800806 | 36 | W | 19980128 | 19990527 | 19980130 | 19990526 | CR3-98-5-F | RANDOLPH | CRCC | MURDER IN THE FIRST DEGREE |
| 1026904 | 19990722 | 19990427 | 16 | 18.0 | THOMAS | JOHNNIE | | 19820926 | 34 | B | 19990427 | 20001101 | 19990722 | 20001027 | 991-2416 | ST. LOUIS CITY | JCCC | MURDER FIRST DEGREE (LIFE W/O) |
| 1030380 | 19990915 | 19990301 | 17 | 17.8 | DAVIS | SHERON | | 19810625 | 36 | B | 19990301 | 20001117 | 19990915 | 20001116 | 991-3429A | ST. LOUIS CITY | PCC | MURDER FIRST DEGREE (LIFE W/O PAROLE) |

| DOC# | Date1 | Date2 | Age | Offense# | Last | First | MI | DOB | Age/Race | Date3 | Date4 | Date5 | Case# | County | Facility | Offense |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1031109 | 19990930 | 19981218 | 17 | 18.6 | GRIFFIN | GARY | L | 19810228 | 36 I | 19981218 | 19991104 | 19981223 | 19991028 CR199-14F | LAFAYETTE | JCCC | MURDER IN THE FIRST DEGREE (LIFE W/O PAROLE) |
| 1034680 | 19991210 | 19980423 | 15 | 19.1 | CLERK | CEDRIC | B | 19820829 | 34 B | 19980423 | 19991210 | 19980611 | 19991209 981-2564B | ST. LOUIS CITY | JCCC | MURDER 1ST (LIFE W/O PAROLE) |
| 1050450 | 20001002 | 19980201 | 17 | 16.7 | CARTER | JESSIE | | 19800920 | 36 W | 19980201 | 20001106 | 20001106 | 20001106 CR298-36FX | MARIES | PCC | MURDER |
| 1059842 | 20010327 | 20000503 | 17 | 17.2 | BARGE | CRYSTAL | | 19821019 | 34 B | 20000503 | 20060417 | 20000508 | 20060331 001-1773B | ST. LOUIS CITY | WERDCC | MURDER 1ST DEGREE |
| 1061000 | 20010420 | 20000506 | 16 | 16.0 | WOLF | JOSHUA | A | 19840205 | 33 W | 20000506 | 20010703 | 20010703 | 20010702 00CR165891 | BOONE | JCCC | MURDER 1ST DEGREE (LIFE W/O) |
| 1069331 | 20011105 | 20000808 | 17 | 16.9 | DIXON | JOE | L | 19830319 | 34 B | 20000808 | 20011105 | 20000823 | 20011101 001-2651 | ST. LOUIS CITY | ERDCC | MURDER 1ST (LIFE W/O) |
| 1073015 | 20020124 | 20000622 | 16 | 17.0 | COLE | JARED | S | 19830331 | 34 B | 20000622 | 20020325 | 20000625 | 20020322 CR100-1606FX | ST. CHARLES | SCCC | MURDER-1ST DEGREE (LIFE NO PAROLE) |
| 1087409 | 20021106 | 19991114 | 14 | 17.3 | LOTTS | QUANTEL | LANCEL | 19851024 | 31 B | 19991114 | 20030124 | 20000331 | 20030117 24R050000029 | ST. FRANCOIS | ERDCC | MURDER 1ST DEGREE (LIFE NO PAROLE) |
| 1093368 | 20030312 | 19971111 | 17 | 16.9 | PAYNE | JEREMY | | 19800930 | 36 W | 19971111 | 20030312 | 20000809 | 20030311 CR500-2068FX | PULASKI | SCCC | MURDER 1ST (LIFE W/O PAROLE) |
| 1097412 | 20030522 | 20020206 | 17 | 15.4 | CRAWFORD | DEANGELO | P | 19840920 | 32 B | 20020206 | 20030718 | 20020212 | 20030711 021-630 | ST. LOUIS CITY | SECC | MURDER 1ST |
| 1098503 | 20030619 | 20011203 | 16 | 15.4 | TRIPP | ZACHERIAH | S | 19851109 | 31 W | 20011203 | 20030619 | 20020213 | 20030618 02CR72448 | BUCHANAN | PCC | MURDER IN THE FIRST DEGREE |
| 1120649 | 20041007 | 20020921 | 17 | 14.8 | BROOKS | JARRELL | | 19850112 | 32 B | 20020921 | 20041214 | 20021006 | 20041210 021-3569 | ST. LOUIS CITY | SCCC | MURDER 1ST DEGREE |
| 1138250 | 20051122 | 20010817 | 16 | 15.6 | WAITES | DEMONT | | 19841129 | 32 B | 20010817 | 20051122 | 20011207 | 20051117 041-1412 | ST. LOUIS CITY | SECC | MURDER 1ST DEGREE |
| 1140725 | 20060119 | 20040717 | 16 | 12.8 | ALLEN | RODNEY | | 19880321 | 29 B | 20040717 | 20060119 | 20040916 | 20060118 04-003930 | ST. LOUIS CITY | ERDCC | MURDER IN THE FIRST DEGREE |
| 1153887 | 20061101 | 20050930 | 17 | 11.8 | STIRLEN | ALEXANDER | | 19880319 | 29 W | 20050930 | 20061101 | 20051003 | 20061101 05CR-4120 | ST. LOUIS CNTY | SECC | MURDER 1ST DEGREE (LIFE W/O PAROLE) |
| 1178892 | 20080522 | 20060715 | 16 | 10.7 | GEORGE | EDWARD | J | 19891223 | 27 W | 20060715 | 20080721 | 20061116 | 20080718 0616-CR06786-01 | JACKSON | CRCC | MURDER 1ST DEGREE |
| 1201470 | 20091019 | 20070815 | 15 | 9.9 | ANDREWS | ANTONIO | | 19920517 | 25 B | 20070815 | 20091019 | 20070817 | 20091009 0722-CR10753 | ST. LOUIS CITY | ERDCC | MURDER FIRST DEGREE |
| 1209619 | 20100429 | 20061216 | 17 | 10.0 | ROBINSON | AARON | | 19890617 | 28 B | 20061216 | 20100429 | 20070720 | 20100423 0722-CR07110 | ST. LOUIS CITY | SECC | MURDER 1ST |
| 1236327 | 20120209 | 20100107 | 16 | 7.4 | OLIVAS | REYES | ESTEBAN | 19931120 | 23 W | 20100107 | 20120406 | 20100219 | 20160829 10CA-CR00191-02 | CASS | CRCC | MURDER 1ST DEGREE |
| 1278388 | 20141119 | 20091009 | 16 | (12.4) | ==STIDHAM== | ==BENJAMIN== | ==JAMES== | 19930318 | 24 W | 20091009 | 20141119 | 20291209 | 20151110 09LA-CR01498-02 | CAMDEN | CRCC | MURDER 1ST DEGREE |
| 1313244 | 20170424 | 20110717 | 17 | 6.0 | CAMPBELL | LAMONT | | 19940105 | 23 B | 20110717 | 20170424 | 20110721 | 20170127 1122-CR04130-01 | ST. LOUIS CITY | ERDCC | MURDER 1 |

==Sentence start date for Murder 1st is consecutive to Murder 2nd.==