# EXHIBIT T

to Plaintiffs' Suggestions in Support of Motion for Summary Judgment

**CONTAINS HIGHLY CONFIDENTIAL INFORMATION
FILED UNDER SEAL**