DOC ID:    164756    Cycle: 19850926
DOC Name:  STEWARD, DONALD

ZA-112

**OFFENDER COPY**

Institution/Housing Unit SECC/002

Minimum Mandatory Release Date N/A

### RELATING TO RELEASE CONSIDERATION

__X__ 1. You have been scheduled for a parole hearing 12/00/2016.

_____ 2. At your request, your case has been closed to further parole consideration.

_____ 3. You have been given parole consideration in a parole hearing . You will be scheduled for a reconsideration hearing .

_____ 4. You have been scheduled for release from confinement on .

Actual release depends upon continued record of good conduct and an acceptable release plan. The release decision is:

____ Guideline     ____ Below Guideline     ____ Above Guideline

Special Conditions of release are:

Strategy Stipulation Date:

_____ 5. Your previously set release date has been cancelled.

_____ 6. Your conditional release date has been extended to .

_____ 7. The Board has reviewed your appeal. It is the decision of the Board to  your appeal.

_____ 8. You have been scheduled for a Conditional Release Extension hearing on .

The reasons for the action taken are:

**THIS DECISION IS NOT SUBJECT TO APPEAL.

*File review. Hearing scheduled per 558.047 RSMo-Juvenile Life W/O Parole sentence.

Based on your petition we have scheduled you for review persuant RSMo 558.047 on sequence 4. As sequence 5 is a consecutive Life W/O Parole, you will be required to serve an additional 25 years per RSMo 558.047; giving you a minimum release of 11/1/2034.

Case 2:17-cv-04082-NKL   Document 144-1   Filed 06/29/18   Page 1 of 1