IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| NORMAN BROWN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 17-04082-CV-C-NKL |
| | ) | |
| ANNE L. PRECYTHE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT IN A CIVIL CASE**

___ Jury Verdict.   This action came before the Court for a trial by jury.

X    Decision by Court.   This action came to trial or hearing before the Court. The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the Declaratory and Injunctive Relief Order (Sealed) fiiled on August 1, 2019, and the Declaratory and Injunctive Relief Order (Redacted) filed on August 8, 2019, by the Honorable Nanette K. Laughrey, Court declares that Defendants' policies, procedures, and customs for JLWOP parole review violate the Eighth and Fourteenth Amendments to the United States Constitution and Article I, Sections 10 and 21, of the Missouri Constitution. The Court orders Defendants to promptly implement the procedures set forth in the Order.

Date: August 8, 2019              PAIGE WYMORE-WYNN
                                  Clerk of Court

                                  s/ RENEA MATTHES MITRA
                                  By: Renea Matthes Mitra, Courtroom Deputy