# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| NORMAN BROWN, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:17-CV-4082-NKL |
| ANNE L. PRECYTHE, et al., | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

__  Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

It is ORDERED AND ADJUDGED

In accordance with the Eighth Circuit's Judgment, Doc. 227, Judgment is hereby entered in favor of the Defendants

September 23, 2022         PAIGE WYMORE-WYNN
Date                       Clerk of Court

Entered on: September 21, 2022        s/ TANIA LOCK
                                      By: Tania Lock, Courtroom Deputy